```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA        :
                                      ORDER
      - v. -                    :
                                      22 Cr. 673 (___)
SAMUEL BANKMAN-FRIED,           :
      a/k/a "SBF,
                                :

             Defendant.         :
- - - - - - - - - - - - - - - - x
```

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Audrey Strauss, by Assistant United States Attorneys Nicolas Roos and Danielle R. Sassoon;

It is found that the Indictment in the above-captioned action, 22 Cr. 673, is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed in light of the arrest of the defendant, it is therefore

ORDERED that the Indictment, 22 Cr.673, in the above-captioned action be unsealed, and, upon unsealing, shall remain unsealed pending further order of the Court.

IT IS FURTHER ORDERED that the above-captioned Indictment be assigned to a District Court Judge upon its unsealing.

Dated: New York, New York
December 13, 2022

_____
THE HONORABLE JAMES L. COTT
UNITED STATES MAGISTRATE JUDGE