AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | | |
|---|---|---|
| United States | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    22 Cr. 673 (RA) |
| Samuel Bankman-Fried, a/k/a "SBF" | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America                                                                                              .

Date:      12/13/2022                                                  /s/ Nicolas Roos
                                                                                    *Attorney's signature*

                                                                                    Nicolas Roos
                                                                                    *Printed name and bar number*

                                                                                    One St. Andrew's Plaza
                                                                                    New York, New York 10007

                                                                                    *Address*

                                                                                    nicolas.roos@usdoj.gov
                                                                                    *E-mail address*

                                                                                    (212) 637-2421
                                                                                    *Telephone number*

                                                                                    *FAX number*