UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x

UNITED STATES OF AMERICA

- v. -

CAROLINE ELLISON,

Defendant.

------------------------------------ x

WAIVER OF INDICTMENT

S2 22 Cr. 673 (RA)

The above-named defendant, who is accused of violating Title 18, United States Code, Sections 371, 1343, 1349, 1956, 1957, and 2; Title 7, United States Code, Sections 9(1) and 13(a)(5); Title 17, Code of Federal Regulations, Section 180.1; Title 15, United States Code, Sections 78j(b) and 78ff; and Title 17, Code of Federal Regulations, Section 240.10b-5, being advised of the nature of the charge and of her rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
CAROLINE ELLISON
Defendant

_____
Witness

_____
Peter Neiman, Esq.
Counsel for Defendant

Date: New York, New York
      December 19, 2022