UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- against -

ZIXIAO "GARY" WANG,

                Defendant.

S1 1:22-cr-673-RA

**NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE that the undersigned, an attorney admitted to practice before this Court, hereby appears as counsel for Defendant Zixiao "Gary" Wang in the above-captioned action and respectfully requests that copies of all papers in this matter be served upon him at the address listed below.

Dated:   New York, New York
             December 22, 2022

                              FRIED, FRANK, HARRIS, SHRIVER
                                 & JACOBSON LLP

                              By:      /s/ Alex B. Miller
                                           Alex B. Miller

One New York Plaza
New York, New York 10004-1980
(212) 859-8000
alex.miller@friedfrank.com

Attorneys for Defendant
  Zixiao "Gary" Wang