IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>SAMUEL BANKMAN-FRIED a/k/a "SBF,"<br>CAROLINE ELLISON, and<br>ZIXIAO "GARY" WANG,<br><br>                Defendants. | Case No. 22-cr-673 (RA)<br><br>NOTICE OF APPEARANCE |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD**:

PLEASE TAKE NOTICE that the undersigned attorney hereby enters his appearance as counsel in this action for Defendant Caroline Ellison. I certify that I am admitted to practice in this court.

Dated:  New York, New York
       December 22, 2022

                                              Respectfully submitted,

                                              *s/ Anjan Sahni*
                                              Anjan Sahni
                                              WILMER CUTLER PICKERING
                                              HALE AND DORR LLP
                                              7 World Trade Center
                                              250 Greenwich Street
                                              New York, NY  10007
                                              Tel.: (212) 937-7418
                                              anjan.sahni@wilmerhale.com

                                              *Attorney for Caroline Ellison*