IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>SAMUEL BANKMAN-FRIED a/k/a "SBF,"<br>CAROLINE ELLISON, and<br>ZIXIAO "GARY" WANG,<br><br>     Defendants. | Case No. 22-cr-673 (RA)<br><br>NOTICE OF APPEARANCE |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD**:

PLEASE TAKE NOTICE that the undersigned attorney hereby enters his appearance as counsel in this action for Defendant Caroline Ellison. I certify that I am admitted to practice in this court.

Dated:  New York, New York
   December 22, 2022

               Respectfully submitted,

               *s/ Nicholas Werle*
               Nicholas Werle
               WILMER CUTLER PICKERING
               HALE AND DORR LLP
               7 World Trade Center
               250 Greenwich Street
               New York, NY  10007
               Tel.: (212) 230-8810
               nick.werle@wilmerhale.com

               *Attorney for Caroline Ellison*