| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: 12/22/2022 |

UNITED STATES OF AMERICA,

v.

SAMUEL BANKMAN-FRIED,

            Defendant.

No. 22-CR-673

ORDER

RONNIE ABRAMS, United States District Judge:

    An initial conference is scheduled for January 3, 2023 at 2:00 p.m. and will be held in Courtroom 318 at the Thurgood Marshall United States Courthouse, 40 Foley Square.

SO ORDERED.

Dated:   December 22, 2022
           New York, New York

                                              Ronnie Abrams
                                              United States District Judge