**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>SAMUEL BANKMAN-FRIED a/k/a "SBF,"<br>CAROLINE ELLISON, and<br>ZIXIAO "GARY" WANG,<br><br>        Defendants. | Case No. 22-cr-673 (RA)<br><br>**NOTICE OF APPEARANCE** |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD**:

PLEASE TAKE NOTICE that the undersigned attorney hereby enters her appearance as counsel

in this action for Defendant Caroline Ellison. I certify that I am admitted to practice in this court.

Dated:  New York, New York
       December 22, 2022

                Respectfully submitted,

                *s/ Stephanie Avakian*
                Stephanie Avakian
                WILMER CUTLER PICKERING
                HALE AND DORR LLP
                1875 Pennsylvania Ave. NW
                Washington DC 20006
                Tel.: (202) 663-6471
                stephanie.avakian@wilmerhale.com

                *Attorney for Caroline Ellison*