AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 22 Cr. 673 (LAK) |
| Samuel Bankman-Fried, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America.

Date: 12/28/2022

/s Samuel L. Raymond
*Attorney's signature*

Samuel Raymond
*Printed name and bar number*

One Saint Andrew's Plz
New York, NY 10007

*Address*

samuel.raymond@usdoj.gov
*E-mail address*

(212) 637-6519
*Telephone number*

*FAX number*