UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────── x
                                  :
UNITED STATES OF AMERICA          :
                                  :     22 Cr. 673 (LAK)
        v.                        :
                                  :
SAMUEL BANKMAN-FRIED,             :     **NOTICE OF APPEARANCE**
                                  :
        Defendant.                :
                                  :
───────────────────────────────── x

To the Clerk of this Court and all parties of record:

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for Defendant Samuel Bankman-Fried in the above-captioned action. The undersigned counsel certifies that he is admitted to practice in this Court.

Dated:  New York, New York
        December 30, 2022

                                        **COHEN & GRESSER LLP**

                                        _/s/ Mark S. Cohen_
                                        Mark S. Cohen
                                        800 Third Avenue
                                        New York, New York 10022
                                        (212) 957-7600

                                        *Attorney for Defendant Samuel Bankman-Fried*