UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x

                                                    :

UNITED STATES OF AMERICA

                                                    :          22 Cr. 673 (LAK)

          v.

                                                    :

SAMUEL BANKMAN-FRIED,                               **NOTICE OF APPEARANCE**

                                                    :

              Defendant.

                                                    :

———————————————————— x

To the Clerk of this Court and all parties of record:

      **PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for

Defendant Samuel Bankman-Fried in the above-captioned action.  The undersigned counsel

certifies that he is admitted to practice in this Court.


Dated:  New York, New York
       December 30, 2022


                      **COHEN & GRESSER LLP**

                      */s/ Christian R. Everdell*
                      Christian R. Everdell
                      800 Third Avenue
                      New York, New York 10022
                      (212) 957-7600

                      *Attorney for Defendant Samuel Bankman-Fried*