UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
:
UNITED STATES OF AMERICA           :       **Notice of Appearance**
:
    - v. -                         :
                                   :       22 Cr. 673 (LAK)
SAMUEL BANKMAN-FRIED               :
    a/k/a "SBF,"                   :
                                   :
                Defendant.         :
                                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

TO:   Clerk of Court
      United States District Court
      Southern District of New York

   The undersigned attorney respectfully requests the Clerk to note his appearance in the above-captioned case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                                   Respectfully submitted,
                                   DAMIAN WILLIAMS
                                   United States Attorney for the
                                   Southern District of New York


                               by: _____/s/ Thane Rehn_____
                                   Thane Rehn
                                   Assistant United States Attorney
                                   (212) 637-2354