```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA          :
                                       VICTIM NOTIFICATION ORDER
     - v. -                       :
                                       22 Cr. 673 (LAK)
SAMUEL BANKMAN-FRIED,             :
     a/k/a "SBF,
                                  :
          Defendant.
                                  :
- - - - - - - - - - - - - - - - - x
```

    Upon the application of the United States, by the United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorneys Samuel Raymond, Thane Rehn, Andrew Rohrbach, Nicolas Roos, and Danielle R. Sassoon;

    It is found that the number of victims in the above-captioned case makes it impracticable to accord all of the victims of the charged offenses the rights described in Title 18, United States Code, Section 3771(a).

    It is further found, pursuant to Title 18, United States Code, Section 3771(d)(2), that the procedures described below regarding victim notification and victims' rights are a reasonable procedure that will give effect to Title 18, United States Code, Section 3771, without unduly complicating or prolonging the proceedings in this matter.

    Accordingly, it is hereby ORDERED

That the following procedures are a reasonable procedure giving effect to the notification rights contained in Title 18, United States code, Section 3771(a):

a. The Government will maintain a notice (the "Notice") regarding this case online at

https://www.justice.gov/usao-sdny/united-states-v-samuel-bankman-fried-aka-sbf-22-cr-673-lak

b. The Notice will contain the following information:

i. The caption, case number, assigned judge, and name of the defendant;

ii. A substantially verbatim listing of the rights provided for in Title 18, United States Code, Section 3771(a);

iii. A listing of public proceedings scheduled in the case; and

iv. The name and contact information for a United States Attorney's Office official with responsibility for addressing victims' rights.

c. In addition, the Government will continue to update the Notice to reflect scheduled court and public proceedings, within a reasonable period of time of such scheduling;

d. In advance of court proceedings such as a plea proceeding or sentencing, the Notice will specify that the Court, in order to conduct orderly proceedings and to maintain a reasonable schedule,

requires advance notice from victims who wish to be heard at the relevant proceeding. Based on the number of victims who provide such notice, the Court will rule on the manner in which victims will be heard at such proceedings.

Dated: New York, New York
       JANUARY 6, 2022

                                        /s/
                              _____
                              THE HONORABLE LEWIS A. KAPLAN
                              UNITED STATES DISTRICT JUDGE