UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
UNITED STATES OF AMERICA,

        -against-                                    22-cr-0673 (LAK)

SAMUEL BANKMAN-FRIED, et al.,

        Defendants.
------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        Any papers in response to Dkts 31 and 40 and any subsequent filings with respect to redaction of the names of sureties on appearance bonds for defendant Bankman-Fried shall be filed no later than January 19, 2023.

        SO ORDERED.

Dated:        January 11, 2023

                                                    _____
                                                              Lewis A. Kaplan
                                                     United States District Judge