

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 13, 2023

**BY ECF**

Honorable Lewis A. Kaplan
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      Re:    *United States v. Samuel Bankman-Fried*, 22 Cr. 673 (LAK)

Dear Judge Kaplan:

      Please find enclosed for the Court's consideration a proposed protective order in the above-referenced case that has been executed by both parties. At the arraignment on January 3, 2023, the Government indicated to the Court that it anticipated submitting a proposed protective order within a few days and that the first discovery production would be made to the defense that week. Since then, defense counsel consented to postponing the first discovery production while the parties negotiated the terms of the protective order so that the parties could submit a joint proposal to the Court. The Government is poised to make the first discovery production upon the Court's ruling with respect to the proposed protective order.

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney

by:  /s/     Danielle R. Sassoon
      Danielle R. Sassoon
      Samuel Raymond
      Thane Rehn
      Andrew Rohrbach
      Nicolas Roos
      Assistant United States Attorneys
      (212) 637-1115

Cc:     Defense Counsel (by ECF)