

**COHEN & GRESSER LLP**

800 Third Avenue
New York, NY 10022
+1 212 957 7600 phone
www.cohengresser.com

Mark S. Cohen
+1 (212) 957-7600
mcohen@cohengresser.com

Christian R. Everdell
+1 (212) 957-7600
ceverdell@cohengresser.com

January 19, 2023

**VIA ECF**

The Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:  *United States v. Samuel Bankman-Fried*, 22 Cr. 673 (LAK)

Dear Judge Kaplan:

      On behalf of our client, Samuel Bankman-Fried, we write to advise the Court that the parties have reached an agreement as to the bond amounts for the two remaining sureties and respectfully request that the Court update Mr. Bankman-Fried's bail conditions to reflect that the two non-parent sureties will sign separate appearance bonds prepared by the Magistrate Clerk's office in the amount of $500,000 and $200,000, respectively.  The Government consents to this request.

      As the Court is aware, Mr. Bankman-Fried was released based on an agreed-upon bail package approved by Magistrate Judge Gorenstein at the initial appearance on December 22, 2022, and modified by this Court at the initial pretrial conference on January 3, 2023.  In addition to a $250 million personal recognizance bond signed by Mr. Bankman-Fried and co-signed by his parents, the bail conditions require "2 non-parent sureties to sign bonds in lesser amounts to be agreed to."  ECF No. 14.  The two non-parent sureties were interviewed and approved by the government on January 4, 2023.  However, we have since been informed that the Magistrate Clerk's office cannot create separate bonds for these sureties unless the bail conditions specify the amounts.

      We therefore respectfully request that the Court update the bail conditions to reflect that the two non-parent sureties will sign separate appearance bonds prepared by the Magistrate Clerk's office in the amount of $500,000 and $200,000, respectively.  We further request that the names and addresses of the non-parent sureties be redacted from these bonds pursuant to the Court's ruling at the initial pretrial conference.  *See* 1/3/2023 Tr. at 3.

The Honorable Lewis A. Kaplan
January 19, 2023
Page 2

                                                  Respectfully submitted,

                                                    /s/ Christian R. Everdell
                                                Mark S. Cohen
                                                Christian R. Everdell
                                                **COHEN & GRESSER LLP**
                                                800 Third Avenue, 21st Floor
                                                New York, New York 10022
                                                (212) 957-7600
                                                mcohen@cohengresser.com
                                                ceverdell@cohengresser.com

cc:    All counsel of record (via ECF)