

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK
# PROBATION DEPARTMENT

SD/NY P# 7772631

**TO:**  Jim Molinelli
Docket Clerk

**FROM:**  Asia Williams
U.S. Probation Officer

Re: Todd Patrick Donohue
Dkt No.: 1:20CR139

Enclosed is a matter from the U.S. Probation Department requesting consideration and/or review by Your Honor. Please forward your response to the Clerk's Office so it can be docketed. Also, please forward a copy of your response to this office so that we may take appropriate action.

Respectfully submitted,

Michael J. Fitzpatrick
Chief U.S. Probation Officer

By:  *Asia Williams*

Asia Williams
U.S. Probation Officer
646-298-4164

Approved By:

*Erin Weinrauch*

Erin Weinrauch
Supervising U.S. Probation Officer
914-390-4190

DATE: November 21, 2022

Todd Patrick Donohue          2          7772631 – Asia Williams
Docket Number: 1:20CR139

## REQUEST FOR COURT ACTIONS / DIRECTION

**TO:** Jim Molinelli
Docket Clerk

**OFFENSE:** Possession of a Firearm by a Prohibited Person, in Violation of 18 U.S.C. 922(g)(1), a Class C Felony.

**FROM:** Asia Williams
U.S. Probation Officer

**ORIGINAL SENTENCE:** Twenty-Seven (27) Months' Imprisonment; Three (3) Years Supervised Release.

**SPECIAL CONDITIONS:**
(1) Substance abuse testing/treatment.
(2) Mental health treatment.
(3) Alcohol restriction.

$100.00 Assessment

**RE:** Todd Patrick Donahue
Docket # 1:20CR139

**AUSA:** To Be Assigned
Defense Counsel: To Be Assigned

**MED:** September 25, 2025

DATE OF SENTENCE: November 10, 2020

DATE: November 21, 2022

ATTACHMENTS: ☐ PSI     ☒ JUDGMENT     ☐ PREVIOUS REPORTS

REQUEST FOR: COURT DIRECTION

---

## REQUEST FOR TRANSFER OF JURISDICTION

On November 10, 2020, the above-mentioned individual was sentenced as outlined above in the Northern District of New York, by the Honorable Glenn T. Suddaby, U.S. District Judge.

On November 21, 2022, we received a letter from the Northern District of New York, advising that the court had signed the Transfer of Jurisdiction Probation Form 22 ordering Mr. Donohue's transfer to the Southern District of New York. At this time, we are requesting that this case be assigned to a Judge in the Southern District of New York for acceptance of transfer of jurisdiction.

Enclosed is the original form of the Transfer of Jurisdiction Probation Form 22. Upon completion, please return the Form 22 as it is required for both districts to complete the transfer.

Todd Patrick Donohue        3        7772631 – Asia Williams
Docket Number: 1:20CR139

Your assistance in this matter is greatly appreciated. Should you have any questions or concerns, please contact the undersigned officer.

                                                 Respectfully submitted,
                                                 Michael Fitzpatrick
                                                 Chief U.S. Probation Officer

                                       by    *Asia Williams*
                                                 Asia Williams
                                                 U.S. Probation Officer
                                                 646-298-4164

Approved By:

*Erin Weinrauch*          November 21, 2022
Erin Weinrauch             Date
Supervisory U.S. Probation Officer

Todd Patrick Donohue                                    4                         7772631 – Asia Williams
Docket Number: 1:20CR139



## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
## PROBATION OFFICE

*JUDICIAL RESPONSE*

THE COURT ORDERS:

[X]   Transfer of Jurisdiction to the Southern District of New York APPROVED

[ ]   Transfer of Jurisdiction to the Southern District of New York DENIED

[ ]   Other

_____
_____
_____
_____

_____
United States District Judge

November 22, 2022
_____
Date

| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Tran. Court)* 0206 1:20CR00139-1 |
|---|---|---|---|
| | | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Todd Patrick Donohue Southern District of New York | DISTRICT Northern District of New York | DIVISION U.S. Probation- Albany |
|---|---|---|
| | NAME OF SENTENCING JUDGE Hon. Glenn T. Suddaby, U.S. District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 9/26/2022 — TO 9/25/2025 |

OFFENSE
18 U.S.C. § 922(g)(1)
Possession of a Firearm by a Prohibited Person

**PART 1 – ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>NORTHERN DISTRICT OF NEW YORK</u>

　　IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee name above be transferred with the records of the Court to the United States District Court for Southern District of New York upon the Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

November 18, 2022
*Date*

*/s/ Glenn T. Suddaby*
Glenn T. Suddaby
U.S. District Judge

* This sentence may be deleted in the discretion of the transferring Court

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>SOUTHERN DISTRICT OF NEW YORK</u>

　　IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised release be accepted and assumed by this Court from and after the entry of this order.

November 22, 2022
*Effective Date*

*United States District Judge*