UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
UNITED STATES OF AMERICA,

        -against-                                         22-cr-0673 (LAK)

SAMUEL BANKMAN-FRIED, et al.,

        Defendants.
------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        With respect to the cross-applications to modify defendant Bankman-Fried's bail conditions:

        1.     Any reply by the government to Mr. Cohen's letter of today shall be filed on or before January 30, 2023.

        2.     There shall be no sur-reply to the government's reply except that the defendant may reply to the government's position, if any, with respect to the defendant's request today delete the bail condition relating to crypto asset transfers. Any such reply shall be filed on or before February 2, 2023.

        3.     Both sides rely on characterizations and an excerpt from one or more communications between the defendant and Witness-1 via an encrypted messaging application and e-mail. Neither has provided the documents to the Court. The government shall file complete copies of those communications with the Court on or before January 30, 2023.

        4.     The Court expects all counsel to abstain from pejorative characterizations of the actions and motives of their adversaries.

        SO ORDERED.

Dated:     January 28, 2023

                                                        Lewis A. Kaplan
                                                United States District Judge