# EXHIBIT 1

Case 1:22-cr-00673-LAK   Document 53-1   Filed 01/30/23   Page 1 of 3



# Sam Bankman-Fried

Member of **Stripe Issue - FTX Internal**, **Senator Toomey**, and 8 additional groups

Hey

I know it's been a while since we've talked.  And I know things have ended up on the wrong foot.

I would really love to reconnect and see if there's a way for us to have a constructive relationship, use each other as resources when possible, or at least vet things with each other.

I'd love to get on a phone call sometime soon and chat.

Sam                                                           54m

# Reconnecting  Inbox

**Sam Bankman-Fried** 6:50 AM
to me

Hey ▮

I know it's been a while since we've talked.  And I know things have ended up on the wrong foot.

I would really love to reconnect and see if there's a way for us to have a constructive relationship, use each other as resources when possible, or at least vet things with each other.

I'd love to get on a phone call sometime soon and chat.