AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.  22 Cr. 673 (LAK) |
| Samuel Bankman-Fried, a/k/a "SBF". | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States                                                                                                                          .

Date:  01/30/2023

/s/ Danielle M. Kudla
*Attorney's signature*

Danielle M. Kudla 4811469
*Printed name and bar number*

USAO SDNY
1 St. Andrew's Plaza
NY, NY 10007

*Address*

danielle.kudla@usdoj.gov
*E-mail address*

(212) 637-2304
*Telephone number*

*FAX number*