DOCKET

| | |
|---|---|
| **From:** | linda morrissey <lblm@sbcglobal.net> |
| **Sent:** | Thursday, February 02, 2023 11:36 AM |
| **To:** | Kaplan NYSD Chambers |
| **Subject:** | Retired detective & Sam Bankman-Fried |
| **Attachments:** | Judge Kaplan & Bankman-Fried.docx |

 ELECTRONICALLY FILED  DATE FILED: 2-7-23

**CAUTION - EXTERNAL:**

Dear Honorable Judge Kaplan:  Please see attached letter.  Thank you. Tom Morrissey, Jr.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1

**DOCKET**



270 Argyle Road
Cheshire, CT 06410
lblm@sbcglobal.net
January 31, 2023

Honorable Judge Lewis Kaplan
Daniel Patrick Moynihan
United State Courthouse
500 Pearl Street
New York, NY 10007-1312
Kaplannysdchambers@nysd.uscourts.gov

Dear Honorable Judge Kaplan:

I retired as a New Haven detective after 27 years of service following Army military police duty.

My experience within the judicial system causes me to respectfully take exception to your decision to allow Sam Bankman-Fried to go to the home of his mom and dad and comfortably await his trial date which is contrary to the majority of arrestees, I or my colleagues are familiar with.

The volume of physical evidence plus the billions of dollars intentionally stolen from customers deposits to support a greedy luxury life style as a massive number of innocent victims are financially destroyed by this devious scheme warrants no pity from our court.

I am asking you to reverse your decision and send Mr. Bankman-Fried directly to jail.

Thank you.

Sincerely,

Thomas F. Morrissey, Jr.