**Criminal Notice of Appeal - Form A**

# NOTICE OF APPEAL

## United States District Court

Southern District of New York

RECEIVED
FEB 07 2023
S.D.N.Y - APPEALS

Caption:
United States of America
v.

Samuel Bankman-Fried

Docket No.: 22-cr-0673 (LAK)

Lewis A. Kaplan
(District Court Judge)

Notice is hereby given that __Samuel Bankman-Fried__ appeals to the United States Court of Appeals for the Second Circuit from the judgment ____, other | **X**   Order Regarding Unsealing of Names of Non-Parental Sureties (Doc. No. 57).
(specify)

entered in this action on __January 30, 2023__.
(date)

This appeal concerns: Conviction only |___|  Sentence only |___|  Conviction & Sentence |___|  Other [ **X** ]

Defendant found guilty by plea |   | trial |   | N/A | **X** |.

Offense occurred after November 1, 1987?  Yes |    No [    N/A [ **X**

Date of sentence: _____ N/A [ **X** ]

Bail/Jail Disposition: Committed |___|   Not committed | **X**    N/A |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/7/2023

Appellant is represented by counsel? Yes  **X**  | No |    If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | Mark S. Cohen and Christian Everdell, Cohen & Gresser LLP |
| Counsel's Address: | 800 Third Avenue, Fl. 21 |
| | New York, NY 10022 |
| Counsel's Phone: | (212) 957-7600 |
| Assistant U.S. Attorney: | Nicolas Roos, Danielle R. Sassoon, Samuel Raymond, Thane Rehn, and Andrew Rohrbach |
| AUSA's Address: | The Silvio J. Mollo Building |
| | One Saint Andrew's Plaza, New York, New York 10007 |
| AUSA's Phone: | (212) 637-2324 |

_____
Signature
MARK S. COHEN

Generated: Feb 7, 2023 12:25PM

Page 1/1

# U.S. District Court

## New York Southern - Manhattan

Cohen & Gresser LLP

Receipt Date: Feb 7, 2023 12:25PM

Rcpt. No: 12125                    Trans. Date: Feb 7, 2023 12:25PM                    Cashier ID: #PS

| CD  | Purpose                       | Case/Party/Defendant | Qty | Price  | Amt    |
|-----|-------------------------------|----------------------|-----|--------|--------|
| 203 | Notice of Appeal/Docketing Fee |                      | 1   | 505.00 | 505.00 |

| CD | Tender |        |           | Amt     |
|----|--------|--------|-----------|---------|
| CH | Check  | #2111  | 02/7/2023 | $505.00 |

Total Due Prior to Payment: $505.00

Total Tendered: $505.00

Total Cash Received: $0.00

Cash Change Amount: $0.00

**Comments**: 22cr673

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.