UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x

UNITED STATES OF AMERICA,

        -against-　　　　　　　　　　　　　　　　　　　　　　　　22-cr-0673 (LAK)

SAMUEL BANKMAN-FRIED, et al.,

        Defendants.

------------------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge*.

        In view of today's hearing before the undersigned, and on consent of the parties, the Court extends the February 1, 2023 Order (Dkt 58) until 11:59 p.m. on February 21, 2023. The parties shall file their submission or submissions with respect to defendant's conditions of release on or before February 13, 2023.

        SO ORDERED.

Dated:      February 9, 2023

                                                        Lewis A. Kaplan
                                                    United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2-9-2023