**8316 Calera Drive**
**Austin, TX  78735**

February 9, 2023

Hon. Lewis A. Kaplan
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
Courtroom 21B
New York, NY  10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 2-16-23



JUDGE KAPLAN'S CHAMBERS

      Re:  Sam Bankman Fried

Dear Hon Kaplan:

        I do not understand why Sam Bankman Fried is out on bail. People are worried about his communications, whether he can encrypt, what method(s) of communication he is using – why not just revoke his bail and jail him?

        It's really amazing that he's holding court with reporters, friends, and others in the luxury of his parents' house, all after causing historical and stunning losses to thousands of people, and no one is sure he isn't deleting communications and sending encrypted messages.

        Please jail him. Money does talk.

Sincerely,

S Keithley