UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
UNITED STATES OF AMERICA,

        -against_            S3 22-cr--0673 (LAK)

SAMUEL BANKMAN-FRIED, et al.,

        Defendants.
------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        The Clerk shall unseal the third superseding indictment, returned February 22, 2023, at 9:00 a.m. today.

        SO ORDERED.

Dated:    February 23, 2023

                                                     /s/   Lewis A. Kaplan
                                                   _____
                                                           Lewis A. Kaplan
                                                    United States District Judge