

Robert A. Bishop
15310 Fall Place Drive
San Antonio, Texas 78247



**SEND BY CERTIFIED MAIL**

Honorable Lewis A. Kaplan
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
Courtroom 21B
New York, NY 10007-1312

RE: Samuel Bankman-Fried Case Number: 22 CR 673

Dear Honorable Lewis Kaplan,

Like most Americans, I am mystified why a $250 million appearance bond involved no cash exchanged to secure his release to his parent's home for house detention. This is what is known as legal form over substance. The bond terms also had extraordinarily lenient terms. Mr. Bankman-Fried took full advantage by witnessing tampering, using encrypted messaging and a private VPN to protect his identity. Further, he demonstrated contempt by posting on Twitter.

He has repeatedly demonstrated his disdain for the legal system. He is devoid of character. Millions have been defrauded by his actions as the founder and CEO of FTX and Alameda Research. Accordingly, I respectfully request that his bail bond be rescinded, and Mr. Bankman-Fried be jailed until his scheduled trial on Oct. 2, 2023.

The public trust in America's legal system is at an all-time low. But, in part, you can restore some of the lost faith by jailing Mr. Bankman-Fried.

Respectfully submitted,

Robert A. Bishop, Texas Retired CPA