```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/28/2
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

UNITED STATES OF AMERICA

    - v. -

NISHAD SINGH,

    Defendant.

------------------------------------- x

WAIVER OF INDICTMENT

S4 22 Cr. 673 (LAK)

The above-named defendant, who is accused of violating Title 18, United States Code, Sections 371, 1343, 1349, 1956, 1957, and 2; Title 7, United States Code, Sections 9(1) and 13(a)(5); Title 17, Code of Federal Regulations, Section 180.1; Title 15, United States Code, Sections 78j(b) and 78ff; Title 17, Code of Federal Regulations, Section 240.10b-5; and Title 52, United States Code, Sections 30109, 30118, and 30122, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
NISHAD SINGH
Defendant

_____
Witness

_____
Andrew Goldstein, Esq.
Counsel for Defendant

Date:  New York, New York
        February 28, 2023