UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
United States of America,

   -against-  (S4) 22-CR-673-04(LAK)

Nishad Singh (04),
           Defendant.
------------------------------x

## Bail Order

LEWIS A. KAPLAN, *District Judge.*

      Bail conditions as to defendant Nishad Sing are set as follows:

      $250,000 personal recognizance bond, co-signed by one financially responsible person; travel restricted to the continental United States; the defendant to surrender all travel documents and refrain from making any new applications; supervision as directed by Pretrial Services; and adherence to all other standard conditions of release.

      SO ORDERED.

Dated:    February 28, 2023

                                              Lewis A. Kaplan
                                         United States District Judge