

**COHEN & GRESSER LLP**

800 Third Avenue
New York, NY 10022
+1 212 957 7600 phone
www.cohengresser.com

Mark S. Cohen
+1 (212) 957-7600
mcohen@cohengresser.com

Christian R. Everdell
+1 (212) 957-7600
ceverdell@cohengresser.com

March 1, 2023

**VIA ECF**

The Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

  Re: *United States v. Samuel Bankman-Fried*, 22 Cr. 673 (LAK)

Dear Judge Kaplan:

  In response to the Court's request, we respectfully submit this letter on behalf of the parties to jointly propose two potential candidates to serve as independent technical expert to the Court to advise on Mr. Bankman-Fried's bail conditions. Those candidates are Edward Stroz and Michael McGowan. Attached to this letter are copies of the *curriculum vitae* for each candidate. Mr. Stroz's rate for this engagement is $695 per hour and Mr. McGowan's rate is $650 per hour. Both candidates are available to speak with the Court about the potential engagement if the Court so wishes.

            Respectfully submitted,

             /s/ Christian R. Everdell
            Mark S. Cohen
            Christian R. Everdell
            **COHEN & GRESSER LLP**
            800 Third Avenue, 21st Floor
            New York, New York 10022
            (212) 957-7600
            mcohen@cohengresser.com
            ceverdell@cohengresser.com

cc: All counsel of record (via ECF)