# Exhibit A

# *Curriculum Vitae* of Edward Stroz

| | |
|---|---:|
| Edward M. Stroz | Curriculum Vitae |
| 160 East 72nd Street | Tel: 917-750-2362 |
| New York, NY 10021 | nedstroz@gmail.com |

**PROFESSIONAL EXPERIENCE**

**Co-Founder of Consilience 360, LLC**

Consulting on security and related governance areas.

**Co-Founder of Critical 160, LLC**

Consulting on security, expert testimony, and financial investments.

**Aon (acquired Stroz Friedberg in November 2016)**
**Co-President (or equivalent title), February 2000 to December 2020**
**New York, NY**

Responsible for the overall management of international consulting and technical services firm with offices in Boston, Chicago, Dallas, Hong Kong, Los Angeles, London, San Francisco, Seattle, Minneapolis, New York, Washington D.C., Dubai, and Zurich specializing in digital forensics, computer investigations, electronic discovery, security consulting, forensic accounting, and private investigations.

Supervised digital forensic assignments for corporate clients, trial counsel, and civil litigants, including cases involving forgeries of electronic documents, Internet-enabled harassment, and missing or stolen laptops and backup tapes.  Provides expert testimony in litigation on those topics and cyber security.

Managed large-scale electronic discovery assignments, including consulting, preservation, and processing phases, involving up to hundreds of computers, servers, PDAs, smartphones, and backup tapes in multiple domestic and global locations.  Crafted technical solutions to address EU and other foreign privacy restrictions.

Assisted clients with responding to computer crime and abuse, including Internet extortions, denial of service attacks, hacks, domain name hijacking, anonymous emails, data destruction, trade secret theft, and Internet fraud.  Pioneer in the field of merging behavioral science with computer forensics to investigate and identify possible threats and adversaries.  Developed proprietary e-mail monitoring software to identify at-risk behavioral indicators.

Significant Engagements:

- Led an extensive digital forensics investigation for a large, multi-national industrial client that included designing tools to effectively detect and combat a sophisticated malware intrusion engineered to conceal its presence through various forms of compression and bit shifting.

- Led forensics investigation showing that a former employee of a client in the shipping industry had taken computer data constituting a "trade secret."  Designed a forensics protocol executed by Stroz Friedberg forensic examiners on the computers of our client's competitor, which located their trade secrets and had them deleted and wiped.

- Advised on a structured response and the use of behavioral sciences to facilitate an undercover meeting between a cyber-extortionist and law enforcement in Europe that led to the suspects revealing their method of attack and to their arrest and conviction in an extortion scheme to defraud a company in the financial reporting industry.

- Led a forensics investigation establishing that data had been deleted and then deliberately obliterated by uncovering facts on an opposing party's computer hard drive during a highly contested arbitration.

- Led a consulting and professional services investigation for a European-based financial institution that resulted in a report to US financial regulators opining on the thoroughness and reliability of their email archiving system.

- Led an international computer forensics preservation effort for a European-based financial institution that provided digital

**CURRICULUM VITAE**

---

proof to regulators of the company's efforts to comply with their obligations related to anti-money laundering regulations. This effort included an enterprise search of all email correspondence in various formats from servers, backup tapes, and hard drives to provide unquestionable facts and assurance of the client's good faith efforts.

- Led a computer forensics investigation for a client with a large energy-trading business, which established evidence to refute an allegation of "mass deletions" of computer data by plaintiffs in a class-action lawsuit.

- Led a consulting engagement for a client in the sporting-goods industry that identified and refuted erroneous claims by the opposing party about computer forensics evidence.

- Assisted a client by having Stroz Friedberg experts discreetly and remotely obtain emails from company mailboxes of employees suspected of improper activities.

### FEDERAL BUREAU OF INVESTIGATION
**Supervisory Special Agent, 1996 to 2000**
**Special Agent, 1984 to 1996**
**Midland, TX & New York, NY, United States of America**

Created and supervised the FBI's Computer Crime Squad in New York City. Supervised Special Agents and investigations involving computer hacking, illegal data wiretapping, computer fraud and abuse, money laundering, illegal Internet gambling, and violations of intellectual property rights.

Initiated the first FBI International Computer Crime Conference with Chase Manhattan Bank in 1997 hosting 39 country representatives.

Supervised the first online, undercover, illegal gambling investigation.

Held strategic roles working with Interpol, the National Infrastructure Protection Center (NIPC), Scotland Yard, Y2K preparations, and the Pentagon war game exercise "Eligible Receiver."

As Special Agent, worked in multiple FBI Field Offices and investigated public corruption, arson, and major international financial crimes, including bank fraud, money laundering, and kickback schemes.

Conducted a large financial kickback investigation through an undercover brokerage operation.

Obtained two dozen bank fraud convictions, including a one billion dollar fraud at Daiwa Bank. Case agent in the FBI's first conviction under the "financial kingpin" statute.

Taught courses at the FBI Academy on fraud investigation.

Led investigation that traced fund transfers between various accounts at banks in the US and Europe, and established evidence demonstrated at jury trial of multi-step "round trip" transactions used to conceal the source and destination of those transfers, that resulted in conviction on related money laundering counts.

Agent on major FBI investigation involving hundreds of instances of alleged bank fraud, including money laundering, which resulted in dozens of convictions of bank employees, directors, and customers, with many of the convictions the result of trial by jury.

### CARNEGIE CORPORATION OF NEW YORK
**Controller, 1984**

Controller of the Carnegie Corporation of New York responsible for financial reporting to the Treasurer.

### DELOITTE
**Senior Accountant, 1981 to 1984**
**New York, United States of America**

Specialized in commercial and international banking, with in-charge responsibility over diversified clients.

### OFFICE OF THE COMPTROLLER OF THE CURRENCY

# CURRICULUM VITAE

**Associate National Bank Examiner, 1979 to 1981**
**New York, United States of America**

Associate National Bank Examiner, Office of the Comptroller of the Currency.


**EDUCATION**
**FBI ACADEMY**

Various training courses regarding computer crime investigation, forensics, investigation, behavioral sciences, and law:

- **FBI International Computer Crime Conferences**
- **Information Systems Audit and Control Association (ISACA) Courses**

**FORDHAM UNIVERSITY**

**Honorary Doctorate (PhD), 2021**
**Bachelor of Science, 1979**

### Publications and Public Speaking

July 2022: Chair of Advisory Committee for the International Conference on Cyber Security (ICCS) and moderated panel discussion with FBI and Armando Nunez on the CEO Perspective on Cyber Security and Incident Response.

February 2021: Interviewed Assistant Director, Cyber of FBI in webinar held by FBI and Fordham University for the International Conference on Cyber Security (ICCS).

January 2017: Quoted, "Pompeo to Lead CIA, Not Without Concerns From Privacy Advocates", written by Greg Masters, SC Magazine, January 25, 2017.

January 2017: Authored the chapter, "Ensuring Your Board is on the Same Page Regarding Cyber Response." in Navigating the Digital Age: The Definitive Cybersecurity Guide for Directors and Officers – United Kingdom, published by Palo Alto Networks.

November 2016: Quoted, "A 10-Digit Key Code to Your Private Life: Your Cellphone Number, written by Steve Lohr, New York Times, Business day November 12, 2016 and on Page A1 of the New York edition on November 13, 2016 with the headline: "Your Trusty Cellphone Number: 10-Digit Code to Trove of Secrets".

September 2016: Co-author, "Psychology Is the Key to Detecting Internal Cyberthreats", Harvard Business Review.

July 2016: Featured in article, "Spy Tech That Reads Your Mind", Fortune Magazine, July 1, 2016 edition.

May 2016: Authored article, "It's What's Inside That Counts", Wired Magazine UK Security Special Edition, May 2016.

June 2015: Co-author, "We Don't Need a Crisis to Act Unitedly Against Cyber Threats," University of Pennsylvania, Wharton School's online business journal, Knowledge@Wharton.

May 2015: Contributor, the Practising Law Institute's conference companion course handbook, Health Care IT 2015: Critical Issues.

December 2013: Contributor, "High CISO employment rates means shortage for security industry" by Taylor Armerding, published online in CSO Magazine, <www.csoonline.com/article/744268/ >.

May 2013: Authored article, "Cyber Crime Doesn't Recognize Boundaries," published in the City Bar Center for Continuing Legal Education conference companion book titled, 2nd Annual White Collar Crime Institute, Volume 2.

April 2013: Authored the chapter, "Computer Crime Incidents and Responses in the Private Sector," in Advances in Cyber Security: Technology, Operations, and Experiences, published by Fordham University Press.

<div style="text-align: right"><span style="color:red">**CURRICULUM VITAE**</span></div>

---

September 2012: Co-authored, with D. Frank Hsu, "Justice Informatics: Improving Knowledge Discovery for the Justice System," published in IT Professional, September-October 2012 edition, Volume 14, Issue 5.

July 2012: Contributor, Bench Book for New York State Judges Pertaining to Electronic Discovery, distributed by The New York State Unified Court System's E-Discovery Working Group.

September 2011: Co-authored, with Carl Young, the article entitled "Government can't do cyber security alone," published by CNN.com

July 2011: Co-authored, with Steve Garfinkel, the article entitled "What Hedge Fund Managers Need to Know about Information and Data Security," published in The Hedge Fund Law Report.

October 2009: Authored the chapter "Effective Use of Evidence in White Collar Investigations and Litigation," in White Collar Crime 2009: Prosecutors and Regulators Speak, published by the Practising Law Institute.

### Lectures and Presentations

November 16-17, 2020: Participated on the panel "The Athens Roundtable on Artificial Intelligence and the Rule of Law" hosted by The Future Society in New York, New York.

November 10, 2020: Participated on the panel "Cyber from the Perspective of the Board" hosted by the Journal of Law and Cyber Warfare in New York, New York.

October 14, 2020: Participated on the panel "Confronting Cybersecurity and Data Privacy Challenges in Times of Unprecedented Change" hosted by New York University School of Law, Program on Corporate Compliance and Enforcement in New York, New York.

July 14, 2020: Participated in the Aon Global Aviation Virtual Series on "Cyber Safety, Aviation Security, and The Human Factor" in San Diego, California.
https://assessment.aon.com/en-us/landing/aviation-webinar-series

April 30, 2020: Participated in a webinar "Cybersecurity & COVID-19: Protecting Your Remote Workforce" hosted by Chicagoland Chamber of Commerce in San Diego, California.

April 8, 2020: Press interview arranged by the U.S. State Department news service for foreign correspondents associated with United Nations regarding cyber security and the effects of the COVID-19 pandemic in San Diego, California.
https://www.dvidshub.net/video/746729/new-york-foreign-press-center-virtual-briefing-update-cybersecurity-threats-and-prevention-current-covid-19-environment

July 23, 2019: Participated on the panel "The Red Team Experience" at the 2019 International Conference on Cyber Security for Fordham University in New York, New York.

May 6, 2019: Participated as the presenter on "Cyber Security" for the Accountants Club of America in New York, New York.

November 15, 2017: Participated in the United States Department of State's New York Foreign Press Briefing during Cybersecurity Awareness Month at the United Nations in New York, New York.

November 7, 2017: Participated on the panel "Multi-National Company over Government: The New Solution for Societal Challenges" at the 21st Century Company program hosted by Skytop Strategies in New York, New York.

November 7, 2017: Participated as the keynote speaker on "The C-Suite: How Leaders Will Drive Sustained Company Performance: at the 21st Century Company program hosted by Skytop Strategies in New York, New York.

October 25, 2017: Participated in a webinar hosted by the Association of Certified Anti-Money Laundering Specialists (ACAMS) on "Cyber Attacks: Creating Action Plans to Prevent, Identify, Recover and Eliminate Threats" in New York, New York.

October 24, 2017: Participated in a webinar hosted by Thomson Reuters on "Preventing Disaster from Striking: How to Manager Your BYOD (Bring Your Own Device) Program" in New York, New York.

October 19, 2017: Participated on the panel "A Data Breach Table Top Exercise" at the Aon Law Firm Symposium in Washington, D.C.

October 11, 2017: Participated on the panel "Cyber Incident Response and Tabletop Exercise" at the Cyber Branch of the FBI's New York field office in New York, New York.

October 3, 2017: Participated in a webinar hosted by Thomson Reuters West Legal Edcenter on "Conducting Forensic Investigations in Connection with Internal Investigations and Criminal and Civil Litigation" in New York, New York.

October 2, 2017: Participated on the panel "Risk Assessments and Specific Cybersecurity Obligations" at the NYDFS Cybersecurity Rules Symposium hosted by Davis Polk in New York, New York.

September 27, 2017: Participated on the panel "Cybersecurity and Best Practices" at the Private Funds Symposium hosted by Dorsey & Whitney in New York, New York.

September 12, 2017: Participated in the "Nasdaq Cybersecurity Attack Preparedness Summit" hosted by Willis Towers Watson, Aon and Starr Insurance in New York, New York.

July 24, 2017: Participated in a webinar hosted by Thomson Reuters West LegalEdcenter on "How to Use Computer Forensic Expert Witnesses in Litigation or Investigations", in New York, New York.

June 29, 2017: Participated in an Interview on CNBC's Squawk on the Street/Squawk Alley discussing the Petya cyberattack with show host Carl Quintanilla in New York, New York.
http://www.cnbc.com/video/2017/06/29/were-not-doing-enough-defensively-against-cyberattacks-cybersecurity-expert-ed-stroz.html

June 27, 2017: Participated in the "Executive Security Roundtable: Keeping Up with Legislation" at the Palo Alto Networks 2017 Ignite Executive Conference, hosted by Palo Alto Networks in New York City, New York.

June 22, 2017: Participated on the panel "In the Hot Seat: Rapid-Fire Response to Data Incident Scenarios" at The Second National Institute on Cybersecurity Law, hosted by the American Bar Association in Chicago, Illinois.

June 21, 2017: Participated on the webinar "Complying With the New DFS Cybersecurity Regulations", hosted by Davis Polk and Wardwell in New York City, New York.

June 14, 2017: Participated in a discussion on "Lessons Learned from the recent WannaCry Ransomware Attack" at the 2017 Aon Benfield Global Client Advisory Board Meeting in New York, New York.

June 12, 2017: Participated in a "Security Roundtable" at the Palo Alto Networks 2017 Ignite Executive Conference, hosted by Palo Alto Networks in Vancouver, B.C.

May 30, 2017: Moderated the webinar: "Are You Ready?" hosted by Stroz Friedberg in New York, New York.

May 19, 2017: Co-presented on "Cybersecurity in the Workplace" at Stearns Weaver's Annual Labor and Employment Law Seminar in Miami, Florida.

May 17, 2017: Participated on the panel "Cybersecurity & Data Privacy Issues Impacting the Insurance Industry" at Mayer Brown's Insights for Your Strategy – What's Ahead for Insurance M&A and Corporate Finance Seminar in New York, New York.

April 28, 2017: Co-presented on "2017 Cyber Predictions" at the Fordham CIO Roundtable in New York, New York.

April 25, 2017: Participated on the panel "Aon Cybersecurity Breakfast" at the Risk Management Society (RIMS) 2017 Annual Conference and Exhibition in Philadelphia, Pennsylvania.

March 15, 2017: Participated in the webinar: "Recommended Cybersecurity Priorities for the New U.S. Administration" hosted by Stroz Friedberg in New York, New York.

March 8, 2017: Participated on the panel "Cybersecurity and Private Equity" at the PEI Responsible Investment Forum New York Conference in New York, New York.

<div style="text-align: right; color: red;">**CURRICULUM VITAE**</div>

---

February 23, 2017: Participated in the: "Leadership in Cybersecurity: An Entrepreneur's Perspective" hosted by Fordham's Gabelli School of Business and Sander Flaum, M.B.A., chair of the Fordham Leadership Forum, Flaum Leadership Lecture Series event in New York, New York.

February 19, 2017: Participated in an interview by ABC News correspondent Adrienne Bankert for a segment on IP security camera feeds being accessed and streamed online that aired on World News Tonight in New York, New York.

January 23, 2017: Participated on webinar: "2017 Cyber Predictions" hosted by Stroz Friedberg in New York, New York.

January 19, 2017: Participated in the: "Executive Cybersecurity Roundtable" hosted by NYSE Governance Services, Palo Alto Networks, Stroz Friedberg, and Egon Zehnder in New York, New York.

January 18, 2017: Participated in the: "Executive Cybersecurity Roundtable" hosted by NYSE Governance Services, Palo Alto Networks, Stroz Friedberg, and Egon Zehnder in New York, New York.

January 11, 2017: Participated in the: "Executive Cybersecurity Roundtable" hosted by NYSE Governance Services, Palo Alto Networks, Stroz Friedberg, and Egon Zehnder in Atlanta, Georgia.

November 17, 2016: Participated in the roundtable discussion "Emerging Cyber Threats and Technologies" at the District Attorney of the County of New York's Financial Crimes and Cybersecurity Symposium in New York, New York.

October 25, 2016: Participated in a RealClearLife's Facebook Page live online interview by Pulitzer Prize-winning journalist and author David Vise in New York, New York.

October 5, 2016: Participated on Interactive Session: "Protecting the Digital Age" at the 2016 NYSE Boardroom Summit in New York City, New York.

September 8, 2016: Participated on the panel "Bangladesh Central Bank: A Case Study in Cyber Theft" at the 2016 American Bar Association Business Law Section Annual Meeting in Boston, Massachusetts.

July 26, 2016: Participated on the panel "Redefining the Insider Threat" at ICCS 2016: Forging Global Alliances and Cyber Resilience, the International Conference on Cyber Security, at Fordham University in New York, New York.

July 12, 2016: Participated on the panel "The Bangladesh Bank Cyberheist" at the ACAMS New York Chapter Event in New York, New York.

May 10, 2016: Participated on the panel "Cybersecurity" at the New York City Bar's 5th Annual White Collar Crime Institute Conference in New York, New York.

April 1, 2016: Participated on the panel "High Risks, High Rewards – Emerging Technologies and Developing Privacy and Data Security Risks" at the Latin America Cybersecurity and Privacy Symposium organized by Jones Day in Miami, Florida.

March 1, 2016: Participated as the Keynote Speaker on Managing Cyber Risk at the Enterprise Level at the Mayer Brown LLP Cyber Security Conference on Doing Business in a Connected World, the Impact of Cybersecurity, Data Privacy and Social Media in Chicago, Illinois.

January 15, 2016:  Participated on the panel "Handling an Escalating Cyber Crisis: A Tabletop Exercise," at the Symposium on Confronting the Evolving Cyber Threat organized by Preet Bharara, the US Attorney for the Southern District of New York and hosted by The Center on Law and Security, NYU School of Law in New York, New York.

November 18, 2015:  Participated on the panel "Emerging Cyber Threats and Technologies," at the District Attorney of the County of New York's Financial Crimes and Cybersecurity Symposium in New York, New York.

October 5, 2015: Participated on the panel "Cyber Crime: Understanding and Responding to an Emerging Threat," at the Practising Law Institute's seminar, White Collar Crime 2015: Prosecutors and Regulators Speak, in New York, New York.

September 30, 2015: Presented on "Digital Evidence Trails," at Arnold & Porter LLP, in New York, New York.

September 28, 2015: Presented on "Information Security in the Time of Edward Snowden," before the Association of Former Intelligence Officers New York Metropolitan Chapter, in New York, New York.

<div align="right"><span style="color:red">**CURRICULUM VITAE**</span></div>

---

September 18, 2015: Presented on cybersecurity at the event, "Who's next?  Surviving in the new era of cyber anarchy," hosted by the Overseas Security Advisory Council (OSAC), at the U.S. Consulate General Hong Kong and Macau in Hong Kong.

September 17, 2015: Participated on the panel "Competing in the Digital Age: Tips for Today's Financial Institutions," at the FSI Executive Luncheon Roundtable 2015 in Hong Kong.

September 17, 2015: Presented on, "Global Cybersecurity: Threats, Breaches and Best Practices," at the Ropes & Gray roundtable event in Hong Kong.

August 27, 2015: Presented on security and incident response in the webinar, "Connecting the Dots: Contracting for Big Data, Cloud-Based Services and Cybersecurity," hosted by Mayer Brown.

July 15, 2015: Presented on, "Email Hacking and Wire Transfer Fraud," at the Federal Bureau of Investigations' Certified Public Accountants' Recertification Course, in Kansas City, Missouri.

May 28, 2015: Participated on the panel "Cloud-Based Service, Big Data and Health Care Cyber Security," at the Practising Law Institute's seminar, Health Care IT 2015: Critical Issues, in New York, New York.

May 13, 2015: Presented on "Surveillance and Impact on Business Operations," at the Center on Law and Information Policy's Ninth Law and Information Society Symposium, Solving Privacy Around the World, at Fordham Law School in New York, New York.

March 27, 2015: Presented on "What really happens to companies that are victimized by cyber incidents?," at the Fordham CIO Roundtable, presented in partnership with SIM, in New York, New York.

March 18, 2015: Presented on "Insider Threat," at the U.S. Secret Service Fraud Seminar in Brooklyn, New York.

March 10, 2015: Presented on "Cybersecurity – A Business Imperative," at the Oracle & Stroz Friedberg Cybersecurity Roundtable in New York, New York.

February 11, 2015:  Presented on cyber issues and trends before the New York City Bar Security and Litigation Committee, hosted by Willkie Farr & Gallagher LLP in New York, New York.

November 19, 2014:  Participated on the panel "Cyber Developments in the Financial Industry," at the District Attorney of the County of New York's Financial Crimes and Cybersecurity Symposium in New York, New York.

October 24, 2014:  Presented on "Insider Threat," at the TIAA-CREF 3rd Annual Fraud Summit in New York, New York.

July 9, 2014:  Presented an "Update on SEC Inspections and Regulatory Focus on Cybersecurity," at the Alternative Investment Management Association Hedge Fund Manager Training in New York, New York.

June 26, 2014: Participated on the panel "Company Computers Under Attack: Big Dollars and Private Data Are Being Stolen Every Day: What Are You Doing About It?," at Dorsey & Whitney LLP  in New York, New York.

June 12, 2014: Participated on the panel "Cyber-Crime, Cyber-Espionage, Cyber-War, and Cyber-Threats:  An Exploration of Illegal Conduct and Warfare in the Cyber-World," at the Second Circuit Judicial Conference in Saratoga, New York.

June 4, 2014: Presented on "How to protect your firm & personal information," at the BBB Forum on Corporate Responsibility VII, in New York, New York.

February 2014: Participated in the "Steptoe Cyberlaw Podcast," broadcast from Steptoe & Johnson in New York, New York.

November 2013: Participated on the panel "Cybersecurity," at the Quartz Live conference "The Next Billion: a forum about the connected world," in New York, New York.

October 2013: Presented on cybercrime in the webinar "How to protect your Firm & Personal information," hosted by Financial Executives Alliance, a First Republic Affinity Group,  in New York, New York.

September 2013: Presented on "Cybersecurity Risk: Considerations for Audit Committees," at the Deloitte Audit Committee Symposium in Washington, D.C.

August 2013: Presented on "The Corporate Information Security Landscape or Lies My CIO Told Me," at ICCS 2013: A White Hat Summit, the International Conference on Cyber Security, at Fordham University in New York, New York.

May 2013: Participated on the panel, "Cyber Crime," at the New York City Bar's 2nd Annual White Collar Crime Institute Conference in New York, New York.

April 2013: Participated on the panel, "War Stories -- Perspectives from CEOs & CFOs Who Have Been Through the Cycle," at the Capital Roundtable event at the University Club of New York, New York, New York.

September 2012: Participated on the panel, "Preventing Cyber Catastrophe: Creating a Culture of Security in Business," at the Symposium on the Cyber Threat to Corporate America, at Benjamin N. Cardozo School of Law, New York, New York.

May 2012: Presented on "Data Breach Experiences – Effective Cooperation between Privacy and Technical Experts" at the Holland & Knight's "Cyber Attacks and Hacking – Prevention and Response" event in New York, New York.

February 2012, April 2012: Presented on "Stealing Company Data - Update from the Field" at the Westchester, New York/Southern Connecticut Chapter of the Association of Corporate Counsel, events titled "The New Billion Dollar Crime – Stealing Company Data," Stamford, CT and New York, New York.

September 2010: Presented on "Electronic Discovery Fundamentals" and gave presentation entitled "Computer Forensics Update" at the AICIPA National Accounting Conference, Boston, Massachusetts.

April 2010: Gave the Clavius Distinguished Lecture on "The Role of Informatics in Our Justice System" at Fordham University, New York, New York.

March 2010: Participated on a panel, "Beachcombing on the Non-Compete Shores: A Primer for Developing Electronic Evidence," at the ABA Section of Labor and Employment Law Conference, San Diego, California.

October 2009: Gave presentation entitled "Computer Forensics and Electronic Discovery Basics" at Fordham University CTO Roundtable, New York, New York.

October 2009: Gave presentation entitled "Effective Use of Evidence in White Collar Investigations and Litigation" at the White Collar Crime 2009: Prosecutors and Regulators Speak in New York, New York.

July 2009: Gave presentation entitled "The Intersection of Behavioral Science and Digital Forensics" and participated on a panel on "ID Theft and Privacy" at the First Annual ACM Northeast Digital Forensics Exchange (NeFX 2009), John Jay College of Criminal Justice, New York, New York.

April 2009: Gave presentation entitled "Business Forensics" to students from Vlerick Leuven Gent Management School (Belgium), at Global Gateway Program, Fordham University, New York, New York.

March 2009: Gave presentations entitled "How the Forensic Expert Obtains Evidence" and "Preparing and Examining the Expert Forensics Witness" at the Pennsylvania Bar Institute Computer Forensics Conference, in Philadelphia, PA and in Pittsburgh, Pennsylvania.

January 2009: Gave presentation entitled "Case Studies of Successful Cooperation between Law Enforcement and Private Sector Companies" at the FBI International Conference on Cyber Security, held at Fordham Law School, New York, New York.

September 2008: Gave continuing professional education presentations entitled "Data Talks!  A Non-technical Overview on Computer Forensics" and "Technology Services--Data Analysis, Corporate Intelligence, Forensics,

Cyber-Investigations" at the American Institute of Certified Public Accountants (AICPA) National Forensic Accounting Conference on Fraud and Litigation Services, Las Vegas, Nevada.

June 2008: Gave a presentation entitled "Gathering Electronic Evidence" at the New York State Society of CPAs Anti-Fraud Conference, New York, New York.

March 2008:  Gave presentation at Director's Roundtable meeting entitled "Data Protection" at the Harvard Club, New York, New York.

September 2006: Gave a presentation entitled "E-Discovery & E-Evidence" at the AICPA Conference on Fraud and Litigation

<span style="color:red">**CURRICULUM VITAE**</span>

---

Services, Las Vegas, Nevada.

September 2004: Gave a presentation entitled "Computer Forensics Evidence Collection and Preservation" at the AICPA Conferences on Fraud and Litigation Services, Phoenix, Arizona.

**Public Testimony**

September 28, 2015: Testified in support of report prepared for plaintiff in Lavastone Capital LLC, v Coventry First LLC, et al., USDC for the Southern District of New York, Case No. 14-cv-7139-JSR.

May 6, 2015: Deposition in conjunction with expert report rendered in Lavastone Capital LLC, v Coventry First LLC, et al., USDC for the Southern District of New York, Case No. 14-cv-7139-JSR.

April 12, 2012: Deposition in conjunction with expert report rendered in Sandra Landwehr, et al. v AOL Inc., USDC for the Eastern District of Virginia, Case No. 1:11-cv-01014-CMH-TRJ.

June 9, 2008:  United States v Edward Feuer, USDC for the Southern District of New York: provided expert testimony on computer technology in testimony for the government.

September 17, 2007: United States v Laurence Gordon, USDC for the Southern District of New York:  provided expert testimony on computer technology in testimony for the government.

October 18, 2005 and subsequent: Boston, MA, in the matter of Easton Sports, Inc., v Warrior Lacrosse, Inc., and New Balance AthleticShoe, Inc., USDC for the Eastern District of Michigan, Southern Division, Case No. 05-72031.

October 1, 2003: Deposition before American Arbitration Association hearing involving the Massachusetts Nurses Association and the Union representing a discharged employee.

August 2003: Deposition in conjunction with expert report rendered in Glover, et. al. v Austin, et.al.,  USDC for the Southern District of New York, Case No. 02 CV 0812 (LTS).

Approximately thirty presentations of testimony while employed by the Federal Bureau of Investigation, including trial and Grand Jury appearances.

**Professional and Civic Affiliations**

Certified Public Accountant (CPA) and member of the American Institute of Certified Public Accountants and New York State Society of Certified Public Accountants

Trustee, Board of Trustees, Fordham University

Board Member, Center on Law and Information Policy (CLIP), Fordham University

Board Member, Citizens Crime Commission of New York City

Board Member, The Soufan Center

Senior Fellow, Program on Corporate Compliance and Enforcement, NYU School of Law

Former Member of the National Association of Corporate Directors (NACD)

Former Chairman of the New York chapter, and current member, of the Society of Former Agents of the FBI

[September 2022]