

22 CR-673

FEB 24TH 2023

HONORABLE LEWIS A KAPLAN
DANIEL PATRICK MOYNIHAN US COURTHOUSE
500 PEARL STREET
COURTROOM 21B
NEW YORK, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 3-6-23

RE: SAM BANKMAN FRIED

DEAR HON. KAPLAN,

PLEASE REVOKE SAM BANKMAN FRIED'S BAIL AND PUT HIM IN JAIL WHERE HE BELONGS TILL HIS TRIAL IN OCTOBER.

HE IS PART OF EVERY THING THAT IS WRONG WITH THIS COUNTRY.

HE IS FREE TO COMMUNICATE AT WILL TO PLAN AND COVER UP ALL HIS CRIMES.

Tom Jenson
SOUTH CAROLINA

"Where there is no law, there is no liberty."
Benjamin Rush

RECEIVED
MAR 03 2023
JUDGE KAPLAN'S CHAMBERS