

**COHEN & GRESSER LLP**

800 Third Avenue
New York, NY 10022
+1 212 957 7600 phone
www.cohengresser.com

Mark S. Cohen
+1 (212) 957-7600
mcohen@cohengresser.com

Christian R. Everdell
+1 (212) 957-7600
ceverdell@cohengresser.com

March 17, 2023

**VIA ECF**

The Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:  *United States v. Samuel Bankman-Fried*, 22 Cr. 673 (LAK)

Dear Judge Kaplan:

On behalf of our client, Samuel Bankman-Fried, we respectfully submit this letter (i) to update the Court on the status of the parties' discussions concerning modifications to Mr. Bankman-Fried's bail conditions and (ii) to request a specific interim modification set forth in the attached proposed order to allow Mr. Bankman-Fried to access the FTX transactional database (the "AWS Database") provided to the defense as part of the criminal discovery. The Government has no objection to the interim modification.

Since the last conference on March 10, 2023, the parties have been working diligently to agree on a set of specific bail conditions that will address the concerns expressed by the Government and the Court in prior correspondence and at previous conferences.  At this point, we believe we are close to a resolution and anticipate being able to present the Court with a proposed order outlining these conditions by next week.

In the meantime, as set forth in our March 8, 2023 letter to the Court (ECF No. 105) and as discussed at the March 10, 2023 conference (*see* Tr. 3/10/2023 Conf. at 22-24), we respectfully request that the Court order that Mr. Bankman-Fried may use a laptop computer (the "Laptop") that will be configured to allow him to access the AWS Database via a secure VPN connection, pursuant to the following conditions:

1. The Laptop will be owned and controlled by Cohen & Gresser and will not be one of Mr. Bankman-Fried's personal devices.

2. When Mr. Bankman-Fried wishes to use the Laptop, an attorney or paralegal from Cohen & Gresser will bring the Laptop to Mr. Bankman-Fried's residence, remain

The Honorable Lewis A. Kaplan
March 17, 2023
Page 2

      with Mr. Bankman-Fried while he uses the Laptop, and take back the Laptop and remove it from the residence when he is finished.

3. Mr. Bankman-Fried may use the Laptop only to query, review, and analyze the data in the AWS Database, and share those results with his counsel and others on the defense team.

4. For those purposes, the Laptop will be installed with the Microsoft 11 operating system and its associated programs and will be loaded only with the following additional applications and programs:

   a. AWS VPN client (to access the AWS Database);

   b. pgAdmin (PostgreSQL tool to query the AWS Database);

   c. Microsoft Office, including Microsoft Word, Excel, and Access (to create documents and analyze data);

   d. Adobe Acrobat Reader (to read documents in .pdf format);

   e. 7zip (to create zip files to transfer large files);

   f. Google Chrome (to send files to the defense team via Mr. Bankman-Fried's Gmail account or via the Cohen & Gresser ShareFile site); and

   g. A remote access support tool (for remote support by Cohen & Gresser).

5. If requested, Cohen & Gresser will provide the Government with device-specific identifying information for the Laptop.

Because the Laptop will be controlled by Cohen & Gresser and a Cohen & Gresser attorney or paralegal will be with Mr. Bankman-Fried while he uses the Laptop, the Laptop will not be loaded with monitoring software or software that restricts his access to the Internet.

We respectfully request that the Court sign the proposed order attached to this letter which includes the conditions set forth above.

                                                  Respectfully submitted,

                                                  /s/ Christian R. Everdell
                                                Mark S. Cohen
                                                Christian R. Everdell
                                                **COHEN & GRESSER LLP**

The Honorable Lewis A. Kaplan
March 17, 2023
Page 3

800 Third Avenue, 21st Floor
New York, New York  10022
(212) 957-7600
mcohen@cohengresser.com
ceverdell@cohengresser.com

cc:   All counsel of record (via ECF)