

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 24, 2023

**BY ECF**

Honorable Lewis A. Kaplan
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re:    *United States v. Samuel Bankman-Fried*, S3 22 Cr. 673 (LAK)

Dear Judge Kaplan:

    The Government writes on behalf of the parties to provide an update concerning the proposed bail modification order. As described in defense counsel's March 17, 2023, letter (*see* Dkt. No. 109), the parties have been working to reach agreement on a set of bail conditions and a proposed order. The parties now have an agreement in principle on proposed new bail conditions, but are continuing to finalize the terms of a proposed order. Accordingly, we believe we will be in a position to submit a proposed order for the Court's consideration by the end of the day on Monday, March 27, 2023.

                         Respectfully submitted,

                         DAMIAN WILLIAMS
                         United States Attorney

     by:  /s/ Nicolas Roos
            Nicolas Roos
            Danielle R. Sassoon
            Samuel Raymond
            Thane Rehn
            Andrew Rohrbach
            Danielle Kudla
            Assistant United States Attorneys
            (212) 637-2421

Cc:    Defense Counsel (by ECF)