UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA            :

   - v. -                           :

SAMUEL BANKMAN-FRIED,               :
     a/k/a "SBF,"
                             :

        Defendant.            :
- - - - - - - - - - - - - - - - x

SEALED ORDER

22 Cr. 673 (LAK)

        WHEREAS Samuel Bankman-Fried, the defendant, was charged in the above-captioned action and arrested in The Bahamas on or about December 12, 2023, and subsequently extradited to the United States;

        WHEREAS a Grand Jury returned a sealed S5 superseding indictment charging Samuel Bankman-Fried, the defendant, with an additional criminal offense set forth in Count Thirteen of the S5 Superseding Indictment;

        WHEREAS the United States seeks to provide notification to The Bahamas through diplomatic channels prior to the unsealing of the S5 Superseding Indictment;

        IT IS HEREBY ORDERED that the S5 Superseding Indictment shall be sealed until 9:00 a.m. Eastern Time on March 28, 2023, at which time it shall be unsealed and docketed in the above-captioned case.

IT IS FURTHER ORDERED that this order shall be sealed until 9:00 a.m. Eastern Time on March 28, 2023, at which time it shall be unsealed and docketed in the above-captioned case.

Dated: New York, New York
March 27, 2023

_____
THE HONORABLE ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE