# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| United States | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 22 Cr. 673 |
| Samuel Bankman-Fried, a/k/a "SBF" | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America.

Date:   3/29/2023

*Jil Simon*
*Attorney's signature*

Jil Simon
*Printed name and bar number*

1400 New York Ave NW
Washington, DC 20005

*Address*

jil.simon@usdoj.gov
*E-mail address*

(202) 514-3257
*Telephone number*

*FAX number*