**COHEN & GRESSER LLP**

800 Third Avenue
New York, NY 10022
+1 212 957 7600 phone
www.cohengresser.com

# MEMO ENDORSED

Mark S. Cohen
+1 (212) 957-7600
mcohen@cohengresser.com

Christian R. Everdell
+1 (212) 957-7600
ceverdell@cohengresser.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4-12-23

April 11, 2023

**VIA ECF**

The Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Granted
SO ORDERED
/s/ LEWIS A. KAPLAN, USDJ
4-12-23

Re: *United States v. Samuel Bankman-Fried*, S5 22 Cr. 673 (LAK)

Dear Judge Kaplan:

On behalf of our client, Samuel Bankman-Fried, we respectfully submit this letter to request a one-week enlargement of time to implement certain specific bail conditions set forth in the Court's March 28, 2023 order (the "Order") (ECF No. 118). The defense previously requested a one-week extension on April 4, 2023, which the Court granted. (ECF No. 122). The Government consents to this second request.

Over the past two weeks, the defense has been able to implement all of the bail conditions set forth in the Order, with one exception: the conditions related to the cellphones used by Mr. Bankman-Fried's parents. The defense recently received new cellphones for Mr. Bankman-Fried's parents installed with the monitoring software specified in Appendix 1. Our technical consultant has now tested the phones and it appears that the monitoring software cannot, in fact, automatically photograph the device's user every five minutes as required by the Order. Accordingly, we respectfully request the Court to grant a one-week extension of the deadline to implement the bail conditions related to the parents' cellphones so that the defense can find different monitoring software that will conform to the requirements of the Order.

In the meantime, we respectfully request that Mr. Bankman-Fried's parents be permitted to use their existing cellphones. Attached to this letter are declarations, signed by the parents, in which they represent that they will not permit Mr. Bankman-Fried to access their electronic devices, as required by the Order.

Finally, we note that our technical consultant has been able to configure Mr. Bankman-Fried's new laptop according to the specifications in the Order and Appendix 1. However, the security software that is required to access the AWS Database is interfering with the other approved functions of the laptop, which is impacting Mr. Bankman-Fried ability to use the laptop