

Karin Brothers
8 Victoria Ave.
Troy, N.Y. 12180



March 3, 2023

Hon. Lewis A. Kaplan
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
Courtroom 21B
New York, NY 10007=1312

re: Case no. 22 Cr. 673

Sir:

We are appalled that Sam Bankman-Fried is not incarcerated after having bilked billions from innocent investors; particularly since his bail is probably not worth the paper its printed on.

I would like to recap the SBF/FTX manipulation of our government:

- Tens of billions of U.S. dollars have been funnelled to Ukraine, laundered through FTX. The Ukrainian government has received over $60 million in cryptocurrency donations globally. The money laundering circle was: **Democrats vote to send funds to Ukraine, Ukraine invests in FTX, FTX cryptocurrency was funneled back to the same Democrats**
- The laundered money now in the form of FTX cryptocurrency was funnelled back to Democrats and the Bidens: FTX gave at least $40 million to Democrats in advance of the 2022 midterms, making Bankman-Fried was the #2 donor to the Democratic party.
- FTX's ex-CEO Sam Bankman-Fried aggressively lobbied the CFTC: he funded congressional campaigns for members overseeing the Commodity Futures Trading Commission (CFTC), [oversees regulation of the cryptocurrency industry] with FTX currently under investigation by the CFTC and the (SEC)!

But Bankman-Fried appears to be above the justice system that the rest of Americans are subjected to by being out of jail before his Oct. 2 hearing -- by virtue of a worthless piece of paper. Given his crime, even the real money shouldn't count.

Your lack of interest in treating Bankman-Fried appropriately for the crimes he has committed reflects badly both on you as well as on American justice. We all want to see him incarcerated, preferably for life.

Hopefully,

copy: NY Senators

Telephone: 416-966-2815          Email: kbrothers@sympatico.ca