UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SAMUEL BANKMAN-FRIED,<br><br>Defendant. | 22 Cr. 673 (LAK)<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this Court and all parties of record:

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for Defendant Samuel Bankman-Fried in the above-captioned action. The undersigned counsel certifies that he is admitted to practice in this Court.

Dated: New York, New York
       May 8, 2023

**COHEN & GRESSER LLP**

*/s/ S. Gale Dick*
S. Gale Dick
800 Third Avenue
New York, New York 10022
(212) 957-7600
sgdick@cohengresser.com

*Attorney for Defendant Samuel Bankman-Fried*