UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————— x
:
UNITED STATES OF AMERICA
:          22 Cr. 673 (LAK)
v.
:
SAMUEL BANKMAN-FRIED,                    **NOTICE OF APPEARANCE**
:
Defendant.
:
———————————————————— x

To the Clerk of this Court and all parties of record:

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for Defendant Samuel Bankman-Fried in the above-captioned action. The undersigned counsel certifies that she is admitted to practice in this Court.

Dated: New York, New York
       May 8, 2023

                          **COHEN & GRESSER LLP**

                          */s/ Sri K. Kuehnlenz*
                          Sri K. Kuehnlenz
                          800 Third Avenue
                          New York, New York 10022
                          (212) 957-7600
                          skuehnlenz@cohengresser.com

                          *Attorney for Defendant Samuel Bankman-Fried*