UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
                               :

UNITED STATES OF AMERICA        :
                               :    S5 22 Cr. 673 (LAK)

           v.                    :

                               :    ORAL ARGUMENT REQUESTED
SAMUEL BANKMAN-FRIED,      :
                               :
                               :
                Defendant.   :
--------------------------------------------------------X

**NOTICE OF SAMUEL BANKMAN-FRIED'S MOTIONS TO DISMISS
COUNTS 1-4, 7-10 AND 12-13 IN THE S5 INDICTMENT, OR IN THE ALTERNATIVE,
TO SEVER COUNTS 12 AND 13, FOR ADDITIONAL DISCOVERY,
A BILL OF PARTICULARS AND PRETRIAL DISCLOSURES**

        PLEASE TAKE NOTICE that, upon the accompanying Declaration of Christian R.

Everdell with Exhibits, Declaration of the Honourable James Lewis KC with Exhibits, and seven

Memoranda of Law, Samuel Bankman-Fried hereby moves through his counsel as follows:

        <u>Pretrial Motion No. 1</u>:  Motion to dismiss Counts 9, 10, 12 and 13 pursuant to the rule of
                                    specialty, or in the alternative, for disclosure of additional
                                    discovery from the Government pursuant to Fed. R. Crim.
                                    P. 16(a)(1)(E)(i);

        <u>Pretrial Motion No. 2</u>:  Motion to dismiss Counts 7-9 and 1-2 pursuant to Fed. R. Crim.
                                    P. 12(b)(3)(B)(v) for failure to state an offense for failure to
                                    allege a valid property right;

        <u>Pretrial Motion No. 3</u>:  Motion to dismiss Counts 3-4 and 10 pursuant to Fed.
                                    R. Crim. P. 12(b)(3)(B)(v) for failure to state an offense;

        <u>Pretrial Motion No. 4</u>:  Motion to dismiss Counts 12-13 pursuant to Fed. R. Crim P.
                                    12(b)(3)(B)(v) for failure to state an offense, and to dismiss
                                    Count 13 pursuant to Fed R. Crim. P. 12(b)(3)(A)(i) for improper
                                    venue or in the alternative, to sever Counts 12-13 pursuant to Fed.
                                    R. Crim. P. 12(b)(3)(B)(iv) & 12(b)(3)(D);

Pretrial Motion No. 5: Motion to compel additional discovery from FTX pursuant to Fed. R. Crim. P. 16, *Brady v. Maryland*, 373 U.S. 83 (1963), *Giglio v. United States*, 405 U.S. 150 (1972), and the Jencks Act on the basis that FTX is a member of the "prosecution team";

Pretrial Motion No. 6: Motion for a bill of particulars pursuant to Fed. R. Crim P. 7(f) and pretrial disclosures; and

Pretrial Motion No. 7: Motion to dismiss multiplicitous counts pursuant to the Fifth Amendment and Fed. R. Crim P. 12(b)(3)(B)(ii).

Dated: May 8, 2023
New York, New York

Respectfully submitted,

/s/ Mark S. Cohen
Mark S. Cohen
Christian R. Everdell
S. Gale Dick
Sri K. Kuehnlenz
**COHEN & GRESSER LLP**
800 Third Avenue, 21st Floor
New York, NY 10022
(212) 957-7600
mcohen@cohengresser.com
ceverdell@cohengresser.com
sgdick@cohengresser.com
skuehnlenz@cohengresser.com

*Attorneys for Samuel Bankman-Fried*