UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x
                                                      :
UNITED STATES OF AMERICA                              :
                                                      :      S5 22 Cr. 673 (LAK)
                    v.                                :
                                                      :
SAMUEL BANKMAN-FRIED,                                 :      ORAL ARGUMENT REQUESTED
                                                      :
                                                      :
                              Defendant.              :
-------------------------------------------------------X

### NOTICE OF SAMUEL BANKMAN-FRIED'S MOTION TO COMPEL THE GOVERNMENT TO PRODUCE DOCUMENTS AND FOR AN ORDER AUTHORIZING A SUBPOENA TO BE SERVED ON FENWICK & WEST LLP

PLEASE TAKE NOTICE that, upon the accompanying Declaration of Christian R. Everdell and Memorandum of Law with exhibit and attachments, Samuel Bankman-Fried hereby moves through his counsel (i) to compel the Government pursuant to Rule 16 of the Federal Rules of Criminal Procedure to produce the documents specifically identified in Exhibit A to the subpoena attached hereto (the "Subpoena"), and (ii) in the alternative, for an order under Rule 17(c)(1) of the Federal Rules of Criminal Procedure authorizing his counsel to issue the Subpoena to the law firm of Fenwick & West LLP ("Fenwick") directing Fenwick to produce these same documents to the defense by no later than June 20, 2023, or such other date as the Court may order.

Dated:  May 30, 2023
        New York, New York

Respectfully submitted,


_____/s/ Mark S. Cohen_____
Mark S. Cohen
Christian R. Everdell
S. Gale Dick
Sri K. Kuehnlenz
**COHEN & GRESSER LLP**
800 Third Avenue, 21st Floor
New York, NY  10022
(212) 957-7600
mcohen@cohengresser.com
ceverdell@cohengresser.com
sgdick@cohengresser.com
skuehnlenz@cohengresser.com

*Attorneys for Samuel Bankman-Fried*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 30, 2023, I served via Federal Express overnight delivery, pursuant to Federal Rule of Criminal Procedure 49 and Local Civil Rule 5.3 and Local Criminal Rule 1.1 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, the attached notice of motion upon the following non-party:

Fenwick & West LLP
c/o Nancy Hart, Esq.
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, New York 10166
nhart@gibsondunn.com

Christian R. Everdell