```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                            :
UNITED STATES OF AMERICA                    :
                                            :
              v.                            :    S5 22 Cr. 673 (LAK)
                                            :
SAMUEL BANKMAN-FRIED,                       :
                                            :
                       Defendant.           :
                                            :
------------------------------------------------------------x
```

### DECLARATION OF CHRISTIAN R. EVERDELL IN SUPPORT OF SAMUEL BANKMAN-FRIED'S MOTION TO COMPEL THE GOVERNMENT TO PRODUCE DOCUMENTS AND FOR AN ORDER AUTHORIZING A SUBPOENA TO BE SERVED ON FENWICK & WEST LLP

I, Christian R. Everdell, an attorney duly admitted to practice before this Court hereby declare pursuant to 28 U.S.C. § 1746 and Local Criminal Rule 16.1 as follows:

1. I am a partner of the law firm Cohen & Gresser LLP, attorneys for Samuel Bankman-Fried.

2. Attached as Exhibit 1 is a true and correct copy of an excerpt of the transcript of the hearing held on February 6, 2023, in the United States Bankruptcy Court, District of Delaware, in *In re: FTX Trading Ltd., et al.*, Case No. 22-11068.

3.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, pursuant to 28 U.S.C. § 1746.

Dated: May 30, 2023
New York, New York

Respectfully submitted,

_____
Christian R. Everdell
**COHEN & GRESSER LLP**
800 Third Avenue, 21st Floor
New York, NY  10022
(212) 957-7600
ceverdell@cohengresser.com

*Attorneys for Samuel Bankman-Fried*

## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2023, I served via Federal Express overnight delivery, pursuant to Federal Rule of Criminal Procedure 49 and Local Civil Rule 5.3 and Local Criminal Rule 1.1 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, the attached declaration, and any accompanying exhibits and attachments thereto upon the following non-party:

Fenwick & West LLP
c/o Nancy Hart, Esq.
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, New York 10166
nhart@gibsondunn.com

Christian R. Everdell