# Exhibit 1

```
 1                    UNITED STATES BANKRUPTCY COURT
                           DISTRICT OF DELAWARE
 2

 3   IN RE:                          .   Chapter 11
                                     .
 4   FTX TRADING LTD., et al.,       .   Case No. 22-11068 (JTD)
                                     .
 5                                   .
                                     .   Courtroom No. 5
 6                                   .   824 Market Street
                   Debtors.          .   Wilmington, Delaware 19801
 7                                   .
                                     .   Monday, February 6, 2023
 8   . . . . . . . . . . . . . . .   .   9:30 a.m.

 9                        TRANSCRIPT OF HEARING
                 BEFORE THE HONORABLE JOHN T. DORSEY
10                 UNITED STATES BANKRUPTCY JUDGE

11   APPEARANCES:

12   For the Debtor:           Adam Landis, Esquire
                               LANDIS RATH & COBB LLP
13                             919 Market Street, Suite 1800
                               Wilmington, Delaware 19801
14
                               James L. Bromley, Esquire
15                             Christopher Dunne, Esquire
                               SULLIVAN & CROMWELL LLP
16                             125 Broad Street
                               New York, NY 10004
17

18

19   (APPEARANCES CONTINUED)

20   Audio Operator:           Jermaine Cooper

21   Transcription Company:    Reliable
                               The Nemours Building
22                             1007 N. Orange Street, Suite 110
                               Wilmington, Delaware 19801
23                             Telephone: (302)654-8080
                               Email: gmatthews@reliable-co.com
24
     Proceedings recorded by electronic sound recording,
25   transcript produced by transcription service.
```

```
 1  with the 3,800 pages, so ...
 2             THE COURT:  Okay.
 3             MS. SARKESSIAN:  Can we just have -- I don't know -
 4  - I don't know how to do that technically, but I don't want
 5  that entire thing being -- coming in as an exhibit.
 6             THE COURT:  No, understood.  We'll just submit
 7  Exhibit 1 to Mr. Glueckstein's declaration as a separate
 8  exhibit as Debtors' Exhibit Number 1.
 9             MS. SARKESSIAN:  Thank you, Your Honor.
10        (Debtors' Exhibit 1 received in evidence)
11        (Participants confer)
12             THE COURT:  Any other evidence, Ms. Sarkessian?
13             MS. SARKESSIAN:  I'm sorry, Your Honor?
14             THE COURT:  Any other evidence?
15             MS. SARKESSIAN:  No.
16             THE COURT:  Okay.
17             MS. SARKESSIAN:  No, Your Honor.
18             THE COURT:  Thank you.
19             Mr. Bromley.
20             MR. BROMLEY:  Your Honor, the debtors would like to
21  call John J. Ray, III to the stand.
22             THE COURT:  Okay.  Mr. Ray, please come forward,
23  take the stand and remain standing, please.
24             THE ECRO:  Please raise your right hand.  Please
25  state your full name and spell your last name for the court
```

1 record, please?
2       THE WITNESS:  John J. Ray, III.  Last name R-a-y.
3 JOHN J. RAY, III, WITNESS FOR THE DEBTORS, AFFIRMED
4       THE ECRO:  You may be seated.
5       Your Honor.
6       THE COURT:  Thank you.
7       Mr. Bromley, you may proceed.
8       MR. BROMLEY:  Thank you, Your Honor.
9             DIRECT EXAMINATION
10 BY MR. BROMLEY:
11 Q    Mr. Ray, what's your current occupation?
12 A    I'm owner of an advisory firm called Owl Hill Partners,
13 and I'm also Chief Executive Officer of FTX.
14 Q    And could you please give a brief summary of your
15 educational background?
16 A    Yes.  I graduated in 1980 from the University of
17 Massachusetts.  In 1982, I graduated from Drake University
18 Law School, initially admitted in Iowa, Nebraska, and still
19 admitted in good standing in the State of Illinois.
20 Q    And could you please give the Court a short summary of,
21 say, the first ten years of your professional career?
22 A    The first ten years, I began at Touche Ross, an
23 accounting firm, doing tax work as a lawyer.
24     Thereafter, I moved on to become an associate at Mayer,
25 Brown & Platt, now known as Mayer Brown, in Chicago Illinois,

1  produced.  As you can see, we've collected ten terabytes of
2  data, over twenty-seven million documents.  We've provided an
3  analysis of several hundred thousand documents.  We've
4  interviewed and received pro offers of 24 current and former
5  employees.  And then, we've also provided an analysis
6  relative to the transactions inside the companies databases.
7       The companies databases include a couple of different
8  databases of primarily primary databases, the AWS System
9  which Amazon Web Services, where we housed some of the
10 wallets, the hot wallets.  And the database itself is in the
11 millions of terabytes of date so it's a vast resource of
12 information, unfortunately, in a somewhat unconstructed
13 environment which requires, you know, the assistance of, you
14 know, people like Alvarez and people like AlixPartners to
15 sift through these terabytes to ultimately provide useful
16 data to the regulatory authorities.
17 Q    Are you familiar with the cooperation that's been given
18 to the U.S. Attorney's Office for the Southern District of
19 New York and the Department of Justice's National Crypto-
20 Currency Enforcement Team?
21 A    Yes.  Our teams have been involved with, you know,
22 virtually daily requests.  As you can see, we've had over 150
23 requests from the Southern District, produced substantial
24 amounts of information, and provided substantial cooperation
25 relative to instances where they wanted specific information

1  related to certain actions, prehistoric actions, for the
2  company.
3       So, it's virtually an ongoing exercise, but the last,
4  you know, roughly 90 days have been an extremely intense
5  effort to provide the information that the Government has
6  requested which, obviously, you know, yielded substantial
7  results in record time.
8  Q    Now, Mr. Ray, are you familiar with how these requests
9  come in from the Department of Justice?
10 A    Yes, I am.  I am familiar with how they contact the
11 company.  They do that through Sullivan & Cromwell primarily.
12 Q    And have you ever -- are you aware of any instances
13 where full cooperation was not given immediately?
14 A    That wouldn't be tolerated.
15 Q    I'd like you to turn your attention to the next slide.
16 Now in addition to the Southern District of New York, the
17 U.S. Attorneys Office, you are familiar with other U.S.
18 Attorneys Offices that have submitted information requests?
19 A    We have had full participation.  You know, we have had
20 numerous requests, as shown by this chart, from other
21 prosecutors around the country.  The Securities & Exchange
22 Commission has had a number of requests; again, all
23 cooperative presentations that have been provided.  The CFTC
24 has been extremely active here in connection with their
25 investigation and have submitted over 150 requests.

CERTIFICATION

We certify that the foregoing is a correct transcript from the electronic sound recording of the proceedings in the above-entitled matter to the best of our knowledge and ability.

/s/ William J. Garling                    February 6 2023
William J. Garling, CET-543
Certified Court Transcriptionist
For Reliable


/s/ Tracey J. Williams                    February 6, 2023
Tracey J. Williams, CET-914
Certified Court Transcriptionist
For Reliable


/s/ Mary Zajaczkowski                     February 6, 2023
Mary Zajaczkowski, CET-531
Certified Court Transcriptionist
For Reliable


/s/ Coleen Rand                           February 6, 2023
Coleen Rand, CET-341
Certified Court Transcriptionist
For Reliable