

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 6, 2023

**BY ECF**

Honorable Lewis A. Kaplan
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re:    *United States v. Samuel Bankman-Fried*, S5 22 Cr. 673 (LAK)

Dear Judge Kaplan:

    The Government respectfully requests that the Court direct the Clerk of Court to terminate the appearance of the undersigned Assistant United States Attorney on the above-captioned docket. The undersigned counsel is leaving the United States Attorney's Office for the Southern District of New York on June 7, 2023.

        Respectfully submitted,

        DAMIAN WILLIAMS
        United States Attorney

by:  /s/ Andrew Rohrbach
       Andrew Rohrbach
       Assistant United States Attorney
       (212) 637-2345