*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

# MEMO ENDORSED

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 6, 2023

**BY ECF**

Honorable Lewis A. Kaplan
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-6-2023
```

Re:   *United States v. Samuel Bankman-Fried*, S5 22 Cr. 673 (LAK)

Dear Judge Kaplan:

    The Government respectfully requests that the Court direct the Clerk of Court to terminate the appearance of the undersigned Assistant United States Attorney on the above-captioned docket. The undersigned counsel is leaving the United States Attorney's Office for the Southern District of New York on June 7, 2023.

                        Respectfully submitted,

                        DAMIAN WILLIAMS
                        United States Attorney

by:  /s/ Andrew Rohrbach
      Andrew Rohrbach
      Assistant United States Attorney
      (212) 637-2345

                        Granted.

                        SO ORDERED.

                        /s/ Lewis A. Kaplan
                        Lewis A. Kaplan
                        United States District Judge

                        Dated: June 6, 2023