```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6-15-2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
UNITED STATES OF AMERICA,

        -against-                                S5 22-cr-0673 (LAK)

SAMUEL BANKMAN-FRIED,

        Defendant.
------------------------------------- x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        1.    The government has requested a specialty waiver from The Bahamas with respect to the prosecution of the defendant on charges first interposed after the date of defendant's extradition, specifically Counts Four, Six, Nine, Ten and Thirteen of the Fifth Superseding Indictment. In view of the uncertainty of when The Bahamas will render a decision on that request, the government has requested that those counts be severed and scheduled for separate trial from the trial of the pre-extradition charges. Accordingly, Counts Four, Six, Nine, Ten and Thirteen of the Fifth Superseding Indictment are severed and scheduled for trial, unless otherwise ordered, commencing on March 11, 2024.

        2.    For reasons, and subject to the qualifications, stated on the record in open court, defendant's Pretrial Motion Nos. 5 and 6 (set forth in Dkt 136) are denied.

        3.    Pretrial Motion No. 7 is denied as premature.

        SO ORDERED.

Dated:        June 15, 2023

                                                          Lewis A. Kaplan
                                                  United States District Judge