UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
UNITED STATES OF AMERICA,

-against-

S5 22-cr-0673 (LAK)

SAMUEL BANKMAN-FRIED,

Defendant.
------------------------------------- x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

       The Court will hear argument on the government's letter application, dated July 20, 2023, on July 26, 2023 at 2 p.m. The defendant shall be present.

       At or before 11 a.m. on July 24, 2023, the government shall file the proposed order that it asks the Court to enter. The parties shall be prepared on July 26 to address, among other things, the adequacy and continuation of the current bail conditions.

       SO ORDERED.

Dated:     July 21, 2023

                              /s/    Lewis A. Kaplan
                              _____
                                  Lewis A. Kaplan
                             United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-21-2023