

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 24, 2023

**BY ECF**

Honorable Lewis A. Kaplan
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re:    *United States v. Samuel Bankman-Fried*, S5 22 Cr. 673 (LAK)

Dear Judge Kaplan:

    Pursuant to the Court's order on July 21, 2023 (Dkt. 177), the Government submits the enclosed proposed order to govern extrajudicial statements under SDNY Local Criminal Rule 23.1(h), and will be prepared to address at the July 26, 2023 conference the adequacy and continuation of the current bail conditions.

                                  Respectfully submitted,

                                  DAMIAN WILLIAMS
                                United States Attorney

            by:  /s/ Danielle R. Sassoon
                  Danielle R. Sassoon
                  Nicolas Roos
                  Samuel Raymond
                  Thane Rehn
                  Danielle Kudla
                  Assistant United States Attorneys
                  (212) 637-1115

Cc:    Defense Counsel (by ECF)