

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 26, 2023

**BY ECF**

Honorable Lewis A. Kaplan
United States District Judge
500 Pearl Street
New York, NY 10007

Re: *United States v. Samuel Bankman-Fried*, S5 22 Cr. 673 (LAK)

Dear Judge Kaplan:

The Government respectfully submits this letter to provide the Court with an update regarding Count Eight of the original Indictment, which corresponds to Count Twelve of the S5 Superseding Indictment (Dkt. 115), and which charges the defendant with conspiracy to make unlawful campaign contributions. On June 27, 2023, the Court denied the Defendant's motion to dismiss this count on rule of specialty grounds, noting that the defendant lacks standing to assert the rule of specialty. (Dkt. 167, at 12). In opposing the defendant's motion, the Government informed the Court that the United States had sought clarification from The Bahamas regarding whether this count was included in the defendant's extradition. The Court directed the parties to keep the Court informed of the status of the Government's request for clarification. (*Id.*)

The Government has been informed that The Bahamas notified the United States earlier today that The Bahamas did not intend to extradite the defendant on the campaign contributions count. Accordingly, in keeping with its treaty obligations to The Bahamas, the Government does not intend to proceed to trial on the campaign contributions count.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: /s/ Thane Rehn
Danielle R. Sassoon
Nicolas Roos
Samuel Raymond
Thane Rehn
Danielle Kudla
Assistant United States Attorneys
(212) 637-2354

Cc: Defense Counsel (by ECF)