# Exhibit B

**From:** Sam Bankman-Fried
**Sent:** Mon 12/12/2022 11:43:47 AM (UTC)
**Cc:** John Ray, David Mills
**Subject:** Re: Connecting John Ray and Sam Bankman Fried

Hi Mr. Ray,

I have potentially pertinent information concerning future opportunities and financing for FTX and its creditors. I also believe that I have relevant financial information about FTX US, and further that I have potentially relevant regulatory information concerning FTX. I would love to talk to you, whether it's via email or phone, and to work constructively with you and the Chapter 11 team to do what's best for customers.

As always, I'm at ▮▮▮, and +▮▮▮.

Sam

> On Mon, Dec 5, 2022 at 5:12 PM Sam Bankman-Fried ▮▮▮ wrote:
>
> Mr. Ray,
> I would still love to talk. As [Witness-1] said, I think there's meaningful value if I can be a resource for you. I'm at ▮▮▮, or this email address. You can also reach out to David Mills, my attorney, cc'ed, if you'd like, to coordinate.
>
> Sam
>
> On Tue, Nov 15, 2022 at 12:50 AM Sam Bankman-Fried ▮▮▮ wrote:
>
>> Hey!
>>
>> I appreciate that, but I'd actually love to talk to you John, and don't need my counsel to talk first--I'm ready/prepared to talk, and think it would be very constructive and helpful for coordination between offices and entities for us to have a productive communicative relationship--or at least to explore having one.
>>
>> —
>> Sam Bankman-Fried
>> .
>>
>>> On November 13, 2022 at 11:12 PM EST [Witness-1] @ftx.us wrote:
>>>
>>> Hi all   I am copying Paul Weiss, Sam's counsel
>>> I understand SullCrom will reach out to Sam's counsel to discuss next steps.
>>>
>>> Best,
>>> [Witness-1]

> On Nov 13, 2022, at 10:47 PM, Sam Bankman-Fried <░░░░░░░░░░░░░░░░░░░░> wrote:
>
> Hey John,
>
> I'd be super happy to chat -- here, phone, etc.!
>
> Sam
>
> —
>
> Sam Bankman-Fried
>
> .
>
>> On November 13, 2022 at 10:34 PM EST <Witness-1>@ftx.us wrote:
>>
>> John,
>> Sam's personal email is cc'd. He is eager to speak with you.
>>
>> His cell phone is ░░░░░░░░░░ or you can email him here.
>>
>> Sam also copying some of the other advisors. I think meaningful upside for preserving value for the companies if you can be a resource for this group (and others). Thanks again.
>>
>> Best,
>> Witness-1
>> --
>>
>> Witness-1
>>
>> General Counsel
>> FTX US
>> Witness-1@ftx.us
>
> Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

--
Sam Bankman-Fried


--
Sam Bankman-Fried