# Exhibit C



SDNY_03_00565458



SDNY_03_00565459

From: Sam Bankman-Fried <span style="background:black">█████████</span>
Date: Sunday, Jan 15, 2023 at 6:51 AM
To: Dietderich, Andrew G. <span style="background:black">█████</span>@sullcrom.com>
Subject: [EXTERNAL] Reconnecting (from SBF)

Hey Andy--

I'm really sorry that things seem to have ended up on the wrong foot in our interactions.

I'd love to have a call to chat, and try to find a way to work constructively together--or at least give it a good faith effort.

Sam

--
Sam Bankman-Fried

**This is an external message from: █████████ **

1