UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,

        -against-

                                               S5 22-cr-0673 (LAK)

SAMUEL BANKMAN-FRIED,

                     Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        The Court will hear further argument on the government's application to revoke defendant's bail or for alternative at 2 p.m. on August 11, 2023. The defendant shall be present.

        SO ORDERED.

Dated:      August 4, 2023

                                       Lewis A. Kaplan
                              United States District Judge