UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
────────────────────────────── x
                                                 :

UNITED STATES OF AMERICA           :        22 Cr. 673 (LAK)

      v.                                        :

SAMUEL BANKMAN-FRIED,                        **NOTICE OF APPEARANCE**

                                                 :

                Defendant.
                                                 :
────────────────────────────── x

To the Clerk of this Court and all parties of record:

      **PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for Defendant Samuel Bankman-Fried in the above-captioned action. The undersigned counsel certifies that he is admitted to practice in this Court.

Dated: New York, New York
         August 8, 2023

                                                            **COHEN & GRESSER LLP**

                                                            */s/ David F. Lisner*
                                                            David F. Lisner
                                                           800 Third Avenue
                                                           New York, New York 10022
                                                           (212) 957-7600

                                                           *Attorney for Defendant Samuel Bankman-Fried*