UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - x

United States of America,

    vs.

Samuel Bankman-Fried,
        Defendant

- - - - - - - - - - - - - - - - x

22 CR 673-01 (LAK)

```
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/11/23
```

TO THE UNITED STATES MARSHAL
SOUTHERN DISTRICT OF NEW YORK:

    The defendant is ordered remanded into the custody of the U.S. Marshal.

DATED: August 11, 2023

_____
Lewis A. Kaplan
United States District Judge