Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

## United States District Court

**Southern** District of **New York**

Caption:
United States of America
_____ v.

Samuel Bankman-Fried

Docket No. 22-cr-0673 (LAK)

Lewis A Kaplan
(District Court Judge)

Notice is hereby given that **Samuel Bankman-Fried** appeals to the United States Court of Appeals for the Second Circuit from the judgment ___, other [ X ] **Order remanding defendant**
(specify)
entered in this action on **August 11, 2023**.
(date)

This appeal concerns: Conviction only |___| Sentence only |___| Conviction & Sentence |___| Other [ X ]

Defendant found guilty by plea |   | trial |   | N/A [ X ] .

Offense occurred after November 1, 1987? Yes |   No |   N/A [ X ]

Date of sentence: _____ N/A | X |

Bail/Jail Disposition: Committed [ X ]   Not committed |   | N/A |

Appellant is represented by counsel? Yes X | No |   If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | Mark S. Cohen and Christian R. Everdell, Cohen & Gresser LLP |
| Counsel's Address: | 800 Third Avenue, Fl. 21 |
| | New York, NY 10022 |
| Counsel's Phone: | (212) 957-7600 |
| Assistant U.S. Attorney: | Danielle Sassoon, Nicolas Roos, Samuel Raymond, Thane Rehn, and Danielle Kudla |
| AUSA's Address: | The Silvio J. Mollo Building |
| | One Saint Andrew's Plaza, New York, NY 10007 |
| AUSA's Phone: | (212) 637-2324 |

Signature

#19794 - $505.00 - 8/11/2023 - EN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - x

United States of America,

    vs.                                                     22 CR 673-01 (LAK)

Samuel Bankman-Fried,
            Defendant

- - - - - - - - - - - - - - - - x

TO THE UNITED STATES MARSHAL
SOUTHERN DISTRICT OF NEW YORK:

    The defendant is ordered remanded into the custody of the U.S. Marshal.

DATED: August 11, 2023

                                            Lewis A. Kaplan
                                       United States District Judge

# U.S. District Court

## New York Southern - Manhattan

**THIS IS A COPY**

Receipt Date: Aug 11, 2023 3:45PM

COHEN & GRESSER LLP

Rcpt. No: 19794            Trans. Date: Aug 11, 2023 3:45PM            Cashier ID: #EN

| CD  | Purpose                       | Case/Party/Defendant | Qty | Price  | Amt    |
|-----|-------------------------------|----------------------|-----|--------|--------|
| 203 | Notice of Appeal/Docketing Fee |                     | 1   | 505.00 | 505.00 |

| CD | Tender |        |            | Amt      |
|----|--------|--------|------------|----------|
| CH | Check  | #2149  | 08/11/2023 | $505.00  |

Total Due Prior to Payment: $505.00

Total Tendered: $505 00

Total Cash Received: $0.00

Cash Change Amount: $0.00

**Comments:** 22CR673 LAK

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.