```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,

            -against-                                    S5 22-cr-0673 (LAK)

SAMUEL BANKMAN-FRIED,

            Defendant.
------------------------------------x
```

### ORDER

LEWIS A. KAPLAN, *District Judge.*

       The order of release of the defendant, as modified, after a hearing, is hereby revoked pursuant to 18 U.S.C. § 3148 and the defendant remanded because the Court has found, for reasons stated on the record in open court, that there is probable cause to believe that the defendant has committed the federal crime of attempted witness tampering in violation of 18 U.S.C. § 1512 while on release and, based on the factors set forth in 18 U.S.C. § 3142(g), there is no condition or combination of conditions of release that will assure that the defendant will not pose a danger to other persons or the safety of the community.

       SO ORDERED.

Dated:     August 11, 2023

_____<br>
Lewis A. Kaplan<br>
United States District Judge