**Appendix B**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
UNITED STATES OF AMERICA                    :
:           S5 22 Cr. 673 (LAK)
     v.                                     :
:
SAMUEL BANKMAN-FRIED,                       :           [PROPOSED] ORDER
     a/k/a "SBF,"                           :
:
               Defendant.                   :
:
------------------------------------------------------------x

WHEREAS, on August 11, 2023, the Court issued an Order of Detention for the defendant Samuel Bankman-Fried (Reg. No. 37244-510) to be detained at the Metropolitan Detention Center (MDC) in Brooklyn, New York (*see* ECF No. 198);

WHEREAS, counsel for the defendant have advised the Court that defendant takes daily prescribed medications for the treatment of depression and ADHD and have requested that MDC provide these medications to the defendant on an uninterrupted basis while he is detained;

WHEREAS, counsel for the defendant have provided a letter from defendant's physician George K. Lerner, M.D., attesting that defendant should continue to receive the following medications and dosages to avoid a return of defendant's symptoms of depression and ADHD:

- Emsam 9mg/24hrs transdermal patch
- Adderall 10mg tablet 3-4x/day;

IT IS HEREBY ORDERED that the Metropolitan Detention Center ensure the above-noted medications and dosages are provided to the defendant for the duration of his detention. SO ORDERED.

Dated:  August 14, 2023                     _____
        New York, New York                  The Honorable Lewis A. Kaplan
                                            United States District Judge