```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-14-2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

UNITED STATES OF AMERICA

v.

SAMUEL BANKMAN-FRIED,
a/k/a "SBF,"

Defendant.
-------------------------------------------------------------x

S5 22 Cr. 673 (LAK)

[~~PROPOSED~~] ORDER

WHEREAS, on August 11, 2023, the Court issued an Order of Detention for the defendant Samuel Bankman-Fried (Reg. No. 37244-510) to be detained at the Metropolitan Detention Center (MDC) in Brooklyn, New York (see ECF No. 198);

WHEREAS, counsel for the defendant have advised the Court that defendant takes daily prescribed medications for the treatment of depression and ADHD and have requested that MDC provide these medications to the defendant on an uninterrupted basis while he is detained;

WHEREAS, counsel for the defendant have provided a letter from defendant's physician George K. Lerner, M.D., attesting that defendant should continue to receive the following medications and dosages to avoid a return of defendant's symptoms of depression and ADHD:

- Emsam 9mg/24hrs transdermal patch
- Adderall 10mg tablet 3-4x/day;

IT IS HEREBY ORDERED that the Metropolitan Detention Center ensure the above-noted medications and dosages are provided to the defendant for the duration of his detention.

SO ORDERED. The Clerk shall terminate DKT 201.

Dated: August 14, 2023
New York, New York

_____
The Honorable Lewis A. Kaplan
United States District Judge