

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 14, 2023

**BY ECF**

Honorable Lewis A. Kaplan
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *United States v. Samuel Bankman-Fried*, S6 22 Cr. 673 (LAK)

Dear Judge Kaplan:

The Government writes to notify the Court that today a grand jury returned a seven-count superseding indictment (the "S6 Indictment"), which contains the counts upon which the Government will proceed to trial on October 3.[1] The S6 Indictment refines the speaking portion of the indictment and the charging language, and re-orders the counts so as to follow the Court's practice in prior trials of instructing the jury on substantive crimes before conspiracy offenses. The Government requests a pretrial conference in order to arraign the defendant on the S6 Indictment, at the Court's convenience.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: /s/ Samuel Raymond
    Danielle R. Sassoon
    Nicolas Roos
    Samuel Raymond
    Thane Rehn
    Danielle Kudla
    Assistant United States Attorneys
    (212) 637-6519

Cc: Defense Counsel (by ECF)

---

[1] For the avoidance of doubt, the other six counts in the S5 Indictment have not been dismissed.