UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
                                 :

UNITED STATES OF AMERICA        :              S6 22 Cr. 673 (LAK)
                                   :

            v.               :              ORAL ARGUMENT REQUESTED

SAMUEL BANKMAN-FRIED,      :

                                   :

                    Defendant.    :

-----------------------------------------------------------x

## <u>NOTICE OF SAMUEL BANKMAN-FRIED'S MOTIONS *IN LIMINE*</u>

       PLEASE TAKE NOTICE that, upon the accompanying Declaration of Christian R.

Everdell with Exhibits and Memorandum of Law, Samuel Bankman-Fried hereby moves through

his counsel as follows:

| | |
|---|---|
| <u>Motion *in Limine* No. 1</u>: | Motion to preclude the Government from introducing evidence that was produced to the defense after July 1. |
| <u>Motion *in Limine* No. 2</u>: | Motion to exclude evidence of the FTX bankruptcy, the solvency of FTX and Alameda, and their ability to make customers whole. |
| <u>Motion *in Limine* No. 3</u>: | Motion to exclude evidence of Mr. Bankman-Fried's resignation from FTX. |
| <u>Motion *in Limine* No. 4</u>: | Motion to exclude statements that pertain to FTX.US. |
| <u>Motion *in Limine* No. 5</u>: | Motion for an order directing the Government to produce immediately to the defense all orally communicated *Brady* material in its possession. |

       PLEASE TAKE FURTHER NOTICE that Mr. Bankman-Fried hereby reserves his rights

to oppose to the Government's motions *in limine* to introduce evidence related to severed and

withdrawn counts and, to the extent the Government seeks to admit document metadata, to oppose the admissibility of such evidence.

Dated:  August 14, 2023
       New York, New York

                        Respectfully submitted,


                        */s/ Mark S. Cohen*
                        Mark S. Cohen
                        Christian R. Everdell
                        Sri K. Kuehnlenz
                        **COHEN & GRESSER LLP**
                        800 Third Avenue, 21st Floor
                        New York, NY  10022
                        Phone:  (212) 957-7600
                        mcohen@cohengresser.com
                        ceverdell@cohengresser.com
                        skuehnlenz@cohengresser.com

                        *Attorneys for Samuel Bankman-Fried*