```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
                                                         :
UNITED STATES OF AMERICA                                 :
                                                         :    S6 22 Cr. 673 (LAK)
            v.                                           :
                                                         :
SAMUEL BANKMAN-FRIED,                                    :
                                                         :
                        Defendant.                       :
---------------------------------------------------------x
```

# DECLARATION OF CHRISTIAN R. EVERDELL IN SUPPORT OF DEFENDANT SAMUEL BANKMAN-FRIED'S MOTIONS *IN LIMINE*

I, Christian R. Everdell, an attorney duly admitted to practice before this Court hereby declare pursuant to 28 U.S.C. § 1746 and Local Criminal Rule 16.1 as follows:

1. I am a partner of the law firm Cohen & Gresser LLP, attorneys for Defendant Samuel Bankman-Fried.

2. Attached as Exhibit A is a true and correct copy of ECF 153, Mr. Bankman-Fried's letter to the Court regarding the status of the Government's discovery productions, dated June 5, 2023.

3. Attached as Exhibit B are true and correct copies of excerpts from the transcript of the April 12, 2023 hearing in *In re FTX Trading Ltd.*, No. 22-11068 (JTD), in the United States Bankruptcy Court District of Delaware.

4. Attached as Exhibit C is a true and correct copy of Signal messages between Zach Dexter and another individual, dated November 10, 2022, bearing Bates numbers SDNY_02_00411761 through SDNY_02_00411764.

5. Attached as Exhibit D is a true and correct copy of Signal messages between Zach Dexter and other FTX personnel, dated November 11, 2022, bearing Bates numbers SDNY_02_00412000 through SDNY_02_00412002.

6. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, pursuant to 28 U.S.C. § 1746.

Dated: August 14, 2023
       New York, New York

                                                  Respectfully submitted,

                                                  /s/ *Christian R. Everdell*
                                                  Christian R. Everdell
                                                  **COHEN & GRESSER LLP**
                                                  800 Third Avenue, 21st Floor
                                                  New York, NY 10022
                                                  (212) 957-7600
                                                  ceverdell@cohengresser.com

                                                  *Attorneys for Samuel Bankman-Fried*