# Exhibit C

**Short Message Report**

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 50 | Date Range: 11/10/2022 |

**Outline of Conversations**

:)      **D0385GSHNRF** • 50 messages on 11/10/2022 • Christopher Perkins • Zach Dexter

**Messages in chronological order** (times are shown in GMT +00:00)

---

:)   **D0385GSHNRF**

| | | |
|---|---|---|
| CP | **Christopher Perkins**<br>Please call.  I have interest. | 11/10/2022, 1:10 PM |
| CP | **Christopher Perkins**<br>Putting you on an email | 11/10/2022, 1:10 PM |
| CP | **Christopher Perkins**<br>Ava Labs | 11/10/2022, 1:10 PM |
| CP | **Christopher Perkins**<br>We may try to this ourselves | 11/10/2022, 5:43 PM |
| ZD | **Zach Dexter**<br>sounds good to me | 11/10/2022, 6:03 PM |
| CP | **Christopher Perkins**<br>Avax i  intere ted | 11/10/2022, 6:04 PM |
| ZD | **Zach Dexter**<br>good | 11/10/2022, 6:04 PM |
| ZD | **Zach Dexter**<br>Sam has agreed to make me president of ftxus | 11/10/2022, 6:04 PM |
| ZD | **Zach Dexter**<br>so i imagine i'll be able to sign | 11/10/2022, 6:04 PM |
| CP | **Christopher Perkins**<br>We are speaking to lawyers at 230 | 11/10/2022, 6:49 PM |
| ZD | **Zach Dexter**<br>awesome | 11/10/2022, 6:50 PM |
| ZD | **Zach Dexter**<br>i'm chatting with clark later,  o could make it happen there | 11/10/2022, 6:50 PM |
| CP | **Chri  topher Perkin**<br>Goal is speed, protecting you and the team<br>      1 • Zach Dexter | 11/10/2022, 6 50 PM |
| CP | **Chri  topher Perkin**<br>Partnering to realize our shared dream | 11/10/2022, 6 50 PM |
| CP | **Christopher Perkins**<br>If we get the green light, we will move at light speed | 11/10/2022, 6:51 PM |
| CP | **Christopher Perkins**<br>When is your call with Clark? | 11/10/2022, 6:51 PM |
| ZD | **Zach Dexter**<br>tbd | 11/10/2022, 6:51 PM |

**CP**  **Christopher Perkins**                                          11/10/2022, 6:51 PM
Ok,

**CP**  **Chri  topher Perkin**                                         11/10/2022, 6 52 PM
We also have Giancarlo

**CP**  **Christopher Perkins**                                          11/10/2022, 7:33 PM
@Zach Dexter what's the legal name of the derivatives entity?

**CP**  **Christopher Perkins**                                          11/10/2022, 7:34 PM
on with counsel now

**ZD**  **Zach Dexter**                                                  11/10/2022, 7:34 PM
LedgerX LLC. the holdco is Ledger Holdings Inc.

**CP**  **Christopher Perkins**                                          11/10/2022, 7:39 PM
The 250mm

**CP**  **Christopher Perkins**                                          11/10/2022, 7:39 PM
is it just Sam's or is it <http://ftx.us|ftx.us>

**CP**  **Chri  topher Perkin**                                         11/10/2022, 7 39 PM
does <http://ftx.us|ftx.us> stand to benefit from release

**ZD**  **Zach Dexter**                                                  11/10/2022, 7:40 PM
i think it could benefit them

**CP**  **Christopher Perkins**                                          11/10/2022, 7:43 PM
Can you explain? We need to understand who's capital it is and how <http://FTX.US|FTX.US> benefits

**CP**  **Christopher Perkins**                                          11/10/2022, 7:48 PM
If the 250 goes to <http://FTX.US|FTX.US>, that's a good thing

**ZD**  **Zach Dexter**                                                  11/10/2022, 7:51 PM
(sorry, on a call)

**ZD**  **Zach Dexter**                                                  11/10/2022, 7:52 PM
(looking into it shortly)

**CP**  **Christopher Perkins**                                          11/10/2022, 8:24 PM
Thanks

**CP**  **Christopher Perkins**                                          11/10/2022, 8:24 PM
this data is key

**ZD**  **Zach Dexter**                                                  11/10/2022, 8:24 PM
yup, Josh digging now

**ZD**  **Zach Dexter**                                                  11/10/2022, 8:43 PM
Started a <https://coinfund.slack.com/call/R04A0UYDSMV|call>.

**CP**  **Christopher Perkins**                                          11/10/2022, 9:14 PM
Hi, how do we start DD?

SDNY_02_00411763

**CP**  **Christopher Perkins**                                                                11/10/2022, 9:14 PM
Do you have a data room from your late t rai e?

**ZD**  **Zach Dexter**                                                                        11/10/2022, 9 14 PM
send me emails for data room

**CP**  **Christopher Perkins**                                                                11/10/2022, 9:14 PM
<mailto: ██████████████████ >

**ZD**  **Zach Dexter**                                                                        11/10/2022, 9:14 PM
we have an intralinks with last year's acqui of ledgerx, plus recent ledgerx financials

**CP**  **Christopher Perkins**                                                                11/10/2022, 9:15 PM
<mailto: ██████████████████ >

**CP**  **Christopher Perkins**                                                                11/10/2022, 9:15 PM
Also need <http://FTX.US|FTX.US> org chart if possible

**ZD**  **Zach Dexter**                                                                        11/10/2022, 9:15 PM
yes it's in there

**CP**  **Chri  topher Perkin**                                                                11/10/2022, 9 15 PM
And legal entity structure

**ZD**  **Zach Dexter**                                                                        11/10/2022, 9:15 PM
well there's not really an org chart, or much of one

**ZD**  **Zach Dexter**                                                                        11/10/2022, 9:15 PM
but legal structure is there

**ZD**  **Zach Dexter**                                                                        11/10/2022, 9:15 PM
can get org chart, or what we have

**CP**  **Christopher Perkins**                                                                11/10/2022, 9:16 PM
And are you paid by LedgerX or <http://FTX.US|FTX.US> (west realm shire)

**ZD**  **Zach Dexter**                                                                        11/10/2022, 9:16 PM
ledgerx

**ZD**  **Zach Dexter**                                                                        11/10/2022, 9:36 PM
y'all are in the DD room

**CP**  **Christopher Perkins**                                                                11/10/2022, 9:43 PM
Ty

SDNY_02_00411764