UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-21-2023

------------------------------------------------x

UNITED STATES OF AMERICA,

        -against-

S6 22-cr-0673 (LAK)

SAMUEL BANKMAN-FRIED,

        Defendant.

------------------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        Any response to the government's August 18, 2023 application regarding the advice of counsel defense shall be filed no later than August 23, 2023 at 10 a.m.

        SO ORDERED.

Dated:      August 21, 2023

                /s/    Lewis A. Kaplan

                       Lewis A. Kaplan
                  United States District Judge