

**COHEN & GRESSER LLP**

800 Third Avenue
New York, NY 10022
+1 212 957 7600 phone
www.cohengresser.com

Mark S. Cohen
+1 (212) 957 7600
mcohen@cohengresser.com

Christian R. Everdell
+1 (212) 957 7600
ceverdell@cohengresser.com

# MEMO ENDORSED

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-25-2023
```

August 24, 2023

<u>VIA ECF</u>

The Honorable Lewis Kaplan
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *United States v. Samuel Bankman-Fried*, 22 Cr. 673 (LAK)

Dear Judge Kaplan:

On behalf of our client, Samuel Bankman-Fried, we write to respectfully request an extension of time to file oppositions to motions *in limine*.

As set forth in the Scheduling Order for Trial-Related Motions and Discovery, August 28, 2023 is the deadline for the parties to file their oppositions to motions *in limine*. *See* ECF No. 173. We respectfully request that this deadline be extended to September 1, 2023. The parties' *Daubert* motions would still be due on August 28, 2023.

This is the defendant's first request for an extension of time to file oppositions to motions *in limine*. The Government consents to this request.

Respectfully Submitted,

  /s/ Christian R. Everdell
Mark S. Cohen
Christian R. Everdell
**COHEN & GRESSER LLP**
800 Third Avenue, 21st Floor
New York, New York 10022
(212) 957-7600
mcohen@cohengresser.com
ceverdell@cohengresser.com

**Granted.**

**SO ORDERED.**

**/s/ Lewis A. Kaplan**
**Lewis A. Kaplan, U.S.D.J.**

**Dated: August 25, 2023**

cc: All counsel of record (ECF)