UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,

       -against-                                           S6 22-cr-0673 (LAK)

SAMUEL BANKMAN-FRIED,

              Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

       The government shall respond to the defendant's August 23, 2023 letter regarding the advice of counsel defense (Dkt 222) and his August 25, 2023 letter regarding access to discovery (Dkt 228) no later than August 29, 2023 at 5 p.m.

       On August 30, 2023 at 1 p.m., the Court will hear argument via Microsoft Teams on those letter motions, as well as the defendant's motion *in limine* to preclude the government from introducing any evidence produced to the defense on or after July 1, 2023.  The defendant need not be produced for oral argument.

       SO ORDERED.

Dated:      August 26, 2023

                                               /s/    Lewis A. Kaplan
                                              _____
                                                      Lewis A. Kaplan
                                               United States District Judge