USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-28-2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
UNITED STATES OF AMERICA,

-against-

S6 22-cr-0673 (LAK)

SAMUEL BANKMAN-FRIED,

Defendant.
------------------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

    Oral Argument is set for August 30, 2023 at 1:00 p.m. via video conference before the undersigned. Counsel of record have been sent an email invite to participate by video. Public, press, and non-participating attorneys may dial in on the Court's AT&T conference line, 1-888-363-4749 with conference ID 7664205#, in order to listen to audio of the hearing. Participants and listeners are advised that any recording or rebroadcasting of the hearing, in whole or in part, is prohibited by Court rules. All AT&T callers will be muted upon joining.

    SO ORDERED.

Dated:   August 28, 2023

                /s/  Lewis A. Kaplan
                _____
                Lewis A. Kaplan
                United States District Judge