```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
                                                       :
UNITED STATES OF AMERICA                               :
                                                       :    S6 22 Cr. 673 (LAK)
              v.                                       :
                                                       :
SAMUEL BANKMAN-FRIED,                                  :    ORAL ARGUMENT REQUESTED
                                                       :
                                                       :
                          Defendant.                   :
                                                       :
-------------------------------------------------------x
```

# NOTICE OF SAMUEL BANKMAN-FRIED'S MOTION
# TO EXCLUDE TESTIMONY FROM GOVERNMENT EXPERT PETER EASTON

PLEASE TAKE NOTICE that, upon the accompanying Declaration of David F. Lisner with Exhibit and Memorandum of Law, Samuel Bankman-Fried hereby moves to exclude testimony at trial from proposed Government Expert witness Peter Easton.

Dated: August 28, 2023
New York, New York

                                        Respectfully submitted,

                                        /s/ Mark S. Cohen
                                        Mark S. Cohen
                                        Christian R. Everdell
                                        David F. Lisner
                                        Sri K. Kuehnlenz
                                        **COHEN & GRESSER LLP**
                                        800 Third Avenue, 21st Floor
                                        New York, NY 10022
                                        Phone: (212) 957-7600
                                        mcohen@cohengresser.com
                                        ceverdell@cohengresser.com
                                        dlisner@cohengresser.com
                                        skuehnlenz@cohengresser.com

                                        *Attorneys for Samuel Bankman-Fried*