UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA

v.

SAMUEL BANKMAN-FRIED,

                Defendant.

-----------------------------------------------------------x

S6 22 Cr. 673 (LAK)

## DECLARATION OF DAVID F. LISNER IN SUPPORT OF SAMUEL BANKMAN-FRIED'S MOTION TO EXCLUDE TESTIMONY FROM GOVERNMENT EXPERT PETER EASTON

I, David F. Lisner, an attorney duly admitted to practice before this Court hereby declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am a partner of the law firm Cohen & Gresser LLP, attorneys for Defendant Samuel Bankman-Fried.

2. Attached as Exhibit 1 is a true and correct copy of the Government's expert disclosure for Professor Peter Easton, dated August 16, 2023.

3. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, pursuant to 28 U.S.C. § 1746.

Dated: August 28, 2023
       New York, New York

Respectfully submitted,

_/s/ David F. Lisner_
David F. Lisner
**COHEN & GRESSER LLP**
800 Third Avenue, 21st Floor
New York, NY 10022
(212) 957-7600
dlisner@cohengresser.com

*Attorneys for Samuel Bankman-Fried*