UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
:
UNITED STATES OF AMERICA :
: 22 Cr. 673 (LAK)
v. :
: **NOTICE OF APPEARANCE**
SAMUEL BANKMAN-FRIED, :
:
Defendant. :
:
------------------------------------x

To the Clerk of this Court and all parties of record:

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for Defendant Samuel Bankman-Fried in the above-captioned action. The undersigned counsel certifies that she is admitted to practice in this Court.

Dated: New York, New York
September 1, 2023

**COHEN & GRESSER LLP**

*/s/ Sharon Barbour*
Sharon L. Barbour
800 Third Avenue
New York, New York 10022
(212) 957-7600
sbarbour@cohengresser.com

*Attorney for Defendant Samuel Bankman-Fried*