```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
                                                          :
UNITED STATES OF AMERICA                                  :
                                                          :     S6 22 Cr. 673 (LAK)
        v.                                                :
                                                          :
SAMUEL BANKMAN-FRIED,                                     :
                                                          :
                        Defendant.                        :
----------------------------------------------------------x
```

# DECLARATION OF CHRISTIAN R. EVERDELL IN SUPPORT OF DEFENDANT SAMUEL BANKMAN-FRIED'S OPPOSITION TO THE GOVERNMENT'S MOTIONS *IN LIMINE*

I, Christian R. Everdell, an attorney duly admitted to practice before this Court hereby declare pursuant to 28 U.S.C. § 1746 and Local Criminal Rule 16.1 as follows:

1. I am a partner of the law firm Cohen & Gresser LLP, attorneys for Defendant Samuel Bankman-Fried.

2. Attached as Exhibit A are true and correct copies of Signal messages from a group chat titled, "small group chat," dated November 9, 2022 and bearing Bates number SBF Signal_Batch 03_0000000097.

3. Attached as Exhibit B are true and correct copies of Slack messages between Zach Dexter and Michael Giles, dated November 11, 2022, and bearing Bates numbers SDNY_02_00411940-SDNY_02_00411941.

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, pursuant to 28 U.S.C. § 1746.

Dated: September 1, 2023
       New York, New York

Respectfully submitted,

  /s/ *Christian R. Everdell*
Christian R. Everdell
**COHEN & GRESSER LLP**
800 Third Avenue, 21st Floor
New York, NY 10022
(212) 957-7600
ceverdell@cohengresser.com

*Attorneys for Samuel Bankman-Fried*