**small group chat**

**Ryne Miller** — Wed, Nov 9
sure   9:42 AM

**Zach Dexter**
RH wants to acquire derivatives, mostly. they do not want a spot venue with a possible balance sheet hole. can you guys solve the 45M issue by 2pm so we can get a bid in? I don't really understand the problem with executing here:

- Lynn is away
- Caroline doesn't have access to Deltec, neither does Fab
- someone give permissions to Caroline and Fab
- FUSD people are gonna work on transactional reconciliation unless someone else is

Caroline is blocked from Deltec - she should not be blocked

US will work out fine with clarity on that one point   9:44 AM

> **Zach Dexter**
> RH wants to acquire derivatives, mostly. they do not want a spot venue with a p...

which deltec account?  what valuation, do you know?  I"ll work on the 45m
9:45 AM