UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————— x
                                                            :
UNITED STATES OF AMERICA
                                                            :          22 Cr. 673 (LAK)
        v.
                                                            :
SAMUEL BANKMAN-FRIED,                                                  **NOTICE OF APPEARANCE**
                                                            :
                    Defendant.
                                                            :
———————————————————————— x

To the Clerk of this Court and all parties of record:

        **PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for

Defendant Samuel Bankman-Fried in the above-captioned action.  The undersigned counsel

certifies that he is admitted to practice in this Court.


 Dated:  New York, New York
         September 7, 2023


                                        **COHEN & GRESSER LLP**

                                        */s/ Drew S. Dean*
                                        Drew S. Dean
                                        800 Third Avenue
                                        New York, New York 10022
                                        (212) 957-7600
                                        ddean@cohengresser.com

                                        *Attorney for Defendant Samuel Bankman-Fried*