UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────── x
                                  :
UNITED STATES OF AMERICA          :
                                  :     22 Cr. 673 (LAK)
    v.                            :
                                  :
SAMUEL BANKMAN-FRIED,             :     **NOTICE OF APPEARANCE**
                                  :
            Defendant.            :
                                  :
───────────────────────────────── x

To the Clerk of this Court and all parties of record:

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for Defendant Samuel Bankman-Fried in the above-captioned action. The undersigned counsel certifies that she is admitted to practice in this Court.

Dated:  New York, New York
        September 7, 2023

                                        **COHEN & GRESSER LLP**

                                        */s/ Alexandra K. Theobald*
                                        Alexandra K. Theobald
                                        800 Third Avenue
                                        New York, New York 10022
                                        (212) 957-7600
                                        atheobald@cohengresser.com

                                        *Attorney for Defendant Samuel Bankman-Fried*