USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/7/23

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -

RYAN SALAME,

        Defendant.

- - - - - - - - - - - - - - - - x

**ORDER SETTING TERMS OF ~~PRETRIAL~~ RELEASE**

S7 22 Cr. 673 (LAK)

    Pursuant to Title 18, United States Code, Section 3142, it is hereby ordered that, pending trial, the defendant be released on the following conditions, as agreed by the parties:

1. A $1,000,000 personal recognizance bond, to be cosigned by two financially responsible persons.
2. Surrender of the defendant's passport and any other travel documents to Pretrial Services.
3. The defendant shall make no new applications for a passport or other travel document.
4. Pretrial supervision as directed by pretrial services in the District of residence.
5. Defendant is not to possess any firearms or destructive devices.

6. The defendant may be released on his own signature, with the cosigners to sign the bond no later than September 14, 2023.

Dated: New York, New York
September 7, 2023

_____
HONORABLE LEWIS A. KAPLAN
United States District Judge
Southern District of New York