UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RYAN SALAME,<br><br>                  Defendant. | **WAIVER OF INDICTMENT**<br><br>22 Cr. 673 |

The above-named defendant, who is accused, in Count One, of violating 18 U.S.C. § 371 and 52 U.S.C. §§ 30109, 30118, and 30122 (conspiracy to defraud the United States and willfully violate the Federal Election Campaign Act) and, in Count Two, of violating 18 U.S.C. §§ 371 and 1960 (conspiracy to operate an unlicensed money transmitting business), being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Ryan Salame
Defendant

_____
Witness

_____
Jason Linder, Esq.
Gina Parlovecchio, Esq.
Attorneys for Defendant

Dated: New York, New York
        September 7, 2023