UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

BANKMAN-FRIED,

           Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/7/2023

22 Cr. 673 (LAK)

**MOTION FOR ADMISSION**
*PRO HAC VICE*

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Jason Linder, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Defendant Ryan Salame in the above-captioned action.

I am in good standing as a member of the bar of the District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: September 6, 2023

                                      **MAYER BROWN LLP**

                                      */s/ Jason Linder*
                                      Jason Linder
                                      333 S. Grand Ave. 47th Floor
                                      Los Angeles, CA 90071
                                      (213) 229-5132
                                      jlinder@mayerbrown.com

                                      *Attorney for Ryan Salame*

SO ORDERED   Granted
LEWIS A. KAPLAN, USDJ
9/7/23

1