```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                                           :
UNITED STATES OF AMERICA                                   :
                                                           :    S6 22 Cr. 673 (LAK)
            v.                                             :
                                                           :
SAMUEL BANKMAN-FRIED,                                      :
                                                           :
                        Defendant.                         :
-----------------------------------------------------------x
```

# DECLARATION OF CHRISTIAN R. EVERDELL IN OPPOSITION TO THE GOVERNMENT'S MOTIONS TO EXCLUDE DEFENDANT'S EXPERT WITNESSES

I, Christian R. Everdell, an attorney duly admitted to practice before this Court hereby declare pursuant to 28 U.S.C. § 1746 as follows:

1.   I am a partner of the law firm Cohen & Gresser LLP, attorneys for Defendant Samuel Bankman-Fried.

2.   Attached as Exhibit 1 is a true and correct copy of the defense's expert disclosure for Thomas Bishop, dated August 16, 2023.

3.   Attached as Exhibit 2 is a true and correct copy of the Government's disclosure of expert and lay testimony by FBI Special Agents, dated August 16, 2023.

4.   Attached as Exhibit 3 is a true and correct copy of the defense's expert disclosure for Brian Kim, Esq., dated August 14, 2023.

5.   Attached as Exhibit 4 is a true and correct copy of the defense's expert disclosure for Joseph Pimbley, Ph.D., dated August 16, 2023.

6.   Attached as Exhibit 5 is a true and correct copy of the defense's expert disclosure for Professor Bradley Smith, Esq., dated August 16, 2023.

7.   Attached as Exhibit 6 is a true and correct copy of the defense's expert disclosure for Professor Andrew Di Wu, Ph.D., dated August 16, 2023.

8. Attached as Exhibit 7 is a true and correct copy of the Government's expert disclosure for Andria van der Merwe, Ph.D., dated August 16, 2023.

9. Attached as Exhibit 8 is a true and correct copy of the defense's expert disclosure for Peter Vinella, Ph.D., dated August 16, 2023.

10. Attached as Exhibit 9 is a true and correct copy of the defense's expert disclosure for Lawrence Akka, KC, dated August 16, 2023.

11. Attached as Exhibit 10 is a true and correct copy of the FTX Terms of Service, dated May 13, 2022, bearing Bates numbers SDNY_02_00291737 through SDNY_02_00291794.

12. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, pursuant to 28 U.S.C. § 1746.

Dated: September 11, 2023
       New York, New York

Respectfully submitted,

/s/ Christian R. Everdell
Christian R. Everdell
**COHEN & GRESSER LLP**
800 Third Avenue, 21st Floor
New York, NY 10022
(212) 957-7600
ceverdell@cohengresser.com

*Attorneys for Samuel Bankman-Fried*