UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
United States of America,

                              22-CR-673-01(LAK)

v.

Samuel Bankman-Fried,

        Defendant.

------------------------------x



## ORDER

The start of the jury selection is ordered delayed by one day from October 2 to October 3, 2023 at 9:30 AM.

    SO ORDERED.

Dated:    September 13, 2023

                                                  Lewis A. Kaplan
                                           United States District Judge