

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 19, 2023

**BY ECF**
Honorable Lewis A. Kaplan
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *United States v. Samuel Bankman-Fried*, S6 22 Cr. 673 (LAK)

Dear Judge Kaplan:

The Government writes to respectfully request that the Court extend the first week of trial to include Friday, October 6, 2023. Presently, jury selection is scheduled to begin on October 3, 2023. Assuming jury selection takes the better part of a day, that will leave two remaining trial days before a four-day weekend, in light of the Columbus Day holiday on October 9, 2023. The Government is currently scheduling travel for numerous out-of-town witnesses, and wants to ensure both that sufficient witnesses are on hand the first week and also that witnesses are not unnecessarily inconvenienced by having to remain in New York for an additional five days. The Government therefore proposes sitting for an additional day on October 6, 2023, in order to make efficient use of the jury's time, accommodate witness travel schedules, and to keep the Government on pace with its estimate of the trial's duration. The defense opposes this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by:   /s/  Danielle R. Sassoon
Nicolas Roos
Danielle R. Sassoon
Samuel Raymond
Thane Rehn
Danielle Kudla
Assistant United States Attorneys
(212) 637-1115

Cc:   Defense Counsel (by ECF)