UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

    -against-              S6 22-cr-0673 (LAK)

SAMUEL BANKMAN-FRIED,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-26-2023

## ORDER

LEWIS A. KAPLAN, *District Judge.*

    Any response to the defense's September 25, 2023 application regarding temporary release of the defendant pursuant to 18 U.S.C. § 3142(i) shall be filed no later than September 27, 2023 at 5 p.m.

    SO ORDERED.

Dated:  September 26, 2023

                 _____
                    Lewis A. Kaplan
               United States District Judge