UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA

v.

SAMUEL BANKMAN-FRIED,
a/k/a "SBF,"

Defendant.

------------------------------------------------------------x

S6 22 Cr. 673 (LAK)

[~~PROPOSED~~] ORDER

WHEREAS, defendant Samuel Bankman-Fried (Reg. No. 37244-510) seeks permission to use an "air-gapped," internet-disabled laptop solely in order to take notes in Courtroom 26A during his trial commencing October 3, 2023;

WHEREAS, defense counsel are in possession of a laptop (the "Laptop") that was prepared for and used by the defendant pursuant to the Court's bail conditions that were in place immediately prior to the defendant's remand on August 11, 2023;

WHEREAS, defense counsel propose to have their technological consultant "air-gap" the Laptop so that any network connectivity functions are disabled and cannot be independently re-enabled by the defendant; and

WHEREAS, defense counsel propose that for the duration of the defendant's trial commencing October 3, 2023, Camille Delgado, Paralegal Manager for defense counsel, will bring the air-gapped Laptop to Courtroom 26A each morning for use by the defendant, and retrieve the air-gapped Laptop from the defendant following the adjournment of trial each day;

IT IS HEREBY ORDERED that the defendant Samuel Bankman-Fried will be permitted the use of an "air-gapped," internet-disabled laptop solely in order to take notes in Courtroom 26A during his trial commencing October 3, 2023, on the conditions noted above.

SO ORDERED

_____
LEWIS A. KAPLAN, USDJ     9/27/23