| Trial Calendar – *United States v. Bankman-Fried* | | | | | | |
|---|---|---|---|---|---|---|
| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
| 10/1<br><br>8 a.m. – 3 p.m. | 10/2 | 10/3<br><br>Jury Selection | 10/4<br><br>Trial | 10/5<br><br>Trial | 10/6<br><br>Trial | 10/7<br><br>8 a.m. – 3 p.m. |
| 10/8<br><br>8 a.m. – 3 p.m. | 10/9<br>[Columbus Day]<br>8 a.m. – 3 p.m. | 10/10<br><br>Trial | 10/11<br><br>Trial | 10/12<br><br>Trial | 10/13<br><br>Trial | 10/14<br><br>8 a.m. – 3 p.m. |
| 10/15<br><br>8 a.m. – 3 p.m. | 10/16<br><br>Trial | 10/17<br><br>Trial | 10/18<br><br>Trial | 10/19<br><br>Trial | 10/20<br><br>8 a.m.–7:30 p.m. | 10/21<br><br>8 a.m. – 3 p.m. |
| 10/22<br><br>8 a.m. – 3 p.m. | 10/23<br><br>8 a.m.–7:30 p.m. | 10/24<br><br>8 a.m.–7:30 p.m. | 10/25<br><br>8 a.m.–7:30 p.m. | 10/26<br><br>Trial | 10/27<br><br>Trial | 10/28<br><br>8 a.m. – 3 p.m. |
| 10/29<br><br>8 a.m. – 3 p.m. | 10/30<br><br>Trial | 10/31<br><br>Trial | 11/1<br><br>Trial | 11/2<br><br>Trial | 11/3<br><br>8 a.m.–7:30 p.m. | 11/4<br><br>8 a.m. – 3 p.m. |
| 11/5<br><br>8 a.m. – 3 p.m. | 11/6<br><br>Trial | 11/7<br><br>Trial | 11/8<br><br>Trial | 11/9<br><br>Trial | 11/10<br>[Veteran's Day]<br>8 a.m. – 3 p.m. | 11/11<br><br>8 a.m. – 3 p.m. |