UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x

UNITED STATES OF AMERICA,

-against-   S6 22-cr-0673 (LAK)

SAMUEL BANKMAN-FRIED,

Defendant.

------------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

During the pendency of trial, the Marshal shall make the defendant available to meet with his counsel, in the Marshal's cell block attorney room, beginning at approximately 7:00 a.m. on October 5, 6, 11, 12, 13, 17, 18, 19, 27, and 31 and November 1, 2, 7, 8, and 9, unless provided with at least twenty-four hours notice by the defense that they do not want the defendant to be produced to the cell block on a given date or otherwise ordered by the Court.

SO ORDERED.

Dated:   October 1, 2023

_____
Lewis A. Kaplan
United States District Judge