

**COHEN & GRESSER LLP**

800 Third Avenue
New York, NY 10022
+1 212 957 7600 phone
www.cohengresser.com

Mark S. Cohen
+1 (212) 957-7600
mcohen@cohengresser.com

Christian R. Everdell
+1 (212) 957-7600
ceverdell@cohengresser.com

October 2, 2023

**VIA ECF**

The Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

  Re: *United States v. Samuel Bankman-Fried*, S5 22 Cr. 673 (LAK)

Dear Judge Kaplan:

  On behalf of our client, Samuel Bankman-Fried, we write to inform the Court that we are in receipt of the Government's letter motions *in limine*, ECF Nos. 301 and 302, which were filed Saturday, September 30. We are preparing responses to each letter motion, which we are planning to file by the end of today.

              Respectfully submitted,

                /s/ Mark S. Cohen
              Mark S. Cohen
              Christian R. Everdell
              **COHEN & GRESSER LLP**
              800 Third Avenue, 21st Floor
              New York, New York 10022
              (212) 957-7600
              mcohen@cohengresser.com
              ceverdell@cohengresser.com

cc: All counsel of record (via ECF)