UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
                                                           :

UNITED STATES OF AMERICA,                 :

        - v. -                                   :            GOVERNMENT'S
SAMUEL BANKMAN-FRIED                 :            FORFEITURE BILL
        a/k/a "SBF,"                          :            <u>OF PARTICULARS</u>

               Defendant.                 :            22 Cr. 673 (LAK)

------------------------------------- X

        Pursuant to *United States* v. *Grammatikos*, 633 F.2d 1013, 1024 (2d Cir. 1980), the Government respectfully gives notice that the property subject to forfeiture as a result of the offenses described in Counts One through Four and Seven of Indictment 22 Cr. 673 (LAK) against SAMUEL BANKMAN-FRIED, including pursuant to Title 18, United States Code, Section 981(a)(1)(C) and 982(a)(1), Title 28 United States Code, Section 2461(c), and Title 21, United States Code, Section 853, and as alleged in the forfeiture allegations and/or substitute asset provision therein, includes the following:

    i.     A Bombardier Global 5000 BD-700-1A11 Aircraft Bearing Registration Number N410AT and Manufacturer Serial Number 9295, and related maintenance logs and engine logs; and

    ii.    An Embraer Legacy EMB-135BJ Aircraft Bearing Registration Number C6-BDE and Manufacturer Serial Number 14500967.

Dated: New York, New York
       October 4, 2023

Respectfully Submitted,

DAMIAN WILLIAMS
United States Attorney

By: *Samuel Raymond*
Samuel L. Raymond
Assistant United States Attorney
Telephone: (212) 637-6519