UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x

UNITED STATES OF AMERICA,

-against-

S6 22-cr-0673 (LAK)

SAMUEL BANKMAN-FRIED,

Defendant.

------------------------------------------x



**ORDER**

LEWIS A. KAPLAN, *District Judge.*

    For the reasons stated on the record in open court, the government's motion to preclude the defendant from introducing evidence or argument about the current value of certain investments made by the defendant (Dkt 315) is granted.

    SO ORDERED.

Dated:    October 16, 2023

_____
Lewis A. Kaplan
United States District Judge