UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
UNITED STATES OF AMERICA,

        -against-                                         S6 22-cr-0673 (LAK)

SAMUEL BANKMAN-FRIED,

                Defendant.
------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge*.

        Defendant's motion to elicit testimony from FBI Special Agents Booth and Allain (Dkt 332) is denied. Memorandum to follow in the event of a conviction.

        SO ORDERED.

Dated:     October 25, 2023

                                                  Lewis A. Kaplan
                                              United States District Judge