

Mark S. Cohen
+1 (212) 957-7600
mcohen@cohengresser.com

Christian R. Everdell
+1 (212) 957-7600
ceverdell@cohengresser.com

October 30, 2023

**VIA ECF**

The Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

  Re: *United States v. Samuel Bankman-Fried*, S6 22 Cr. 673 (LAK)

Dear Judge Kaplan:

  On behalf of our client, Samuel Bankman-Fried, we respectfully submit the enclosed proposed jury charge and supporting authorities on the meaning of the Terms of Service. *See* ECF No. 287 at 2 n.6. We understand the Court's view that the legal meaning of the Terms of Service is within the Court's purview and are submitting the attached for the Court's consideration, to the extent helpful to the Court.

              Respectfully submitted,

               /s/ Mark S. Cohen
               Mark S. Cohen
               Christian R. Everdell
               S. Gale Dick
               Sharon L. Barbour
               **COHEN & GRESSER LLP**
               800 Third Avenue, 21st Floor
               New York, New York 10022
               (212) 957-7600
               mcohen@cohengresser.com
               ceverdell@cohengresser.com
               sgdick@cohengresser.com
               sbarbour@cohengresser.com

cc: All counsel of record (via ECF)