
Mark S. Cohen
+1 (212) 957-7600
mcohen@cohengresser.com

Christian R. Everdell
+1 (212) 957-7600
ceverdell@cohengresser.com

October 30, 2023

**VIA ECF**

The Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

  **Re: *United States v. Samuel Bankman-Fried*, S6 22 Cr. 673 (LAK)**

Dear Judge Kaplan:

  On behalf of our client, Samuel Bankman-Fried, we respectfully submit the English law authorities referenced in the Addendum to Defense Request No. 5 of the Defendant's Proposed Jury Instructions. ECF No. 340-1. We are submitting the attached for the Court's consideration, to the extent helpful.

         Respectfully submitted,


          /s/ Mark S. Cohen
         Mark S. Cohen
         Christian R. Everdell
         S. Gale Dick
         Sharon L. Barbour
         **COHEN & GRESSER LLP**
         800 Third Avenue, 21st Floor
         New York, New York 10022
         (212) 957-7600
         mcohen@cohengresser.com
         ceverdell@cohengresser.com
         sgdick@cohengresser.com
         sbarbour@cohengresser.com

cc: All counsel of record (via ECF)