**COHEN & GRESSER LLP**

800 Third Avenue
New York, NY 10022
+1 212 957 7600 phone
www.cohengresser.com

Mark S. Cohen
+1 (212) 957-7600
mcohen@cohengresser.com

Christian R. Everdell
+1 (212) 957-7600
ceverdell@cohengresser.com

October 31, 2023

**VIA ECF**

The Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

  **Re: *United States v. Samuel Bankman-Fried*, S6 22 Cr. 673 (LAK)**

Dear Judge Kaplan:

  On behalf of our client, Samuel Bankman-Fried, we respectfully submit the below proposed jury charge to be included at page 8, line 8 of the Court's draft jury charge as amended per the Government's suggestion during today's charge conference.

    In assessing whether the government has proved the existence of a relationship of great confidence and trust, you should consider that such a relationship involves discretionary authority and dependency, and at the heart of the relationship lies reliance, and de facto control and dominance.

  This language is adapted from *United States v. Skelly*, 442 F.3d 94, 98-99 (2d Cir. 2006).

    Respectfully submitted,


     /s/ Mark S. Cohen
    Mark S. Cohen
    Christian R. Everdell
    S. Gale Dick
    Sharon L. Barbour
    **COHEN & GRESSER LLP**
    800 Third Avenue, 21st Floor
    New York, New York  10022
    (212) 957-7600
    mcohen@cohengresser.com
    ceverdell@cohengresser.com
    sgdick@cohengresser.com
    sbarbour@cohengresser.com

cc:  All counsel of record (via ECF)