COHEN & GRESSER LLP

800 Third Avenue
New York, NY 10022
+1 212 957 7600 phone
www.cohengresser.com

Mark S. Cohen
+1 (212) 957-7600
mcohen@cohengresser.com

Christian R. Everdell
+1 (212) 957-7600
ceverdell@cohengresser.com

November 17, 2023

**VIA ECF**

The Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *United States v. Samuel Bankman-Fried*, S6 22 Cr. 673 (LAK)

Dear Judge Kaplan:

On behalf of our client, Samuel Bankman-Fried, we respectfully submit this letter to request an extension until Friday, December 1, 2023, to file our post-trial motions, as well as a corresponding adjustment to the other filing deadlines. Under the current schedule, defense motions are due Monday, November 20, 2023; the Government's response is due Monday, December 11, 2023; and the defense reply is due Monday, December 18, 2023. Under the proposed schedule, defense motions would be due Friday, December 1, 2023; the Government's response would be due Friday, December 22, 2023; and the defense reply would be due Monday, January 8, 2024 (to account for the intervening holiday week). The defense has not previously asked for an extension. The Government consents to this request and the new briefing schedule.

Respectfully submitted,

  */s/ Christian R. Everdell*
Mark S. Cohen
Christian R. Everdell
**COHEN & GRESSER LLP**
800 Third Avenue, 21st Floor
New York, New York 10022
(212) 957-7600
mcohen@cohengresser.com
ceverdell@cohengresser.com

cc: All counsel of record (via ECF)