AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| United States of America | ) | |
| Plaintiff | ) | |
| v. | ) | Case No. 1:22-cr-00673-LAK-1 |
| Samuel Bankman-Fried | ) | |
| Defendant | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Samuel Bankman-Fried

Date: 01/09/2024

*Attorney's signature*

Marc L. Mukasey / MM1185
*Printed name and bar number*

MUKASEY YOUNG LLP
570 Lexington Avenue, Suite 3500
New York, New York 10022
*Address*

marc.mukasey@mukaseylaw.com
*E-mail address*

(212) 466-6400
*Telephone number*

*FAX number*