SDNY
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1-10-24

22-CR-673

1/4/2024

Honorable Judge Kaplan -

I do not know, nor am I related to Sam Brinkman-Fried, but am writing to you about his up coming sentencing.

Mr. Brinkman-Fried certainly seems to be autistic and doesn't seem like a prison sentence would be of no benefit to anyone.

It isn't like he set out to commit fraud like Bernie Madoff, and the people who lost money with him are on the edge of legal laws themselves. Someone who commits murder gets a lesser prison sentence than what is being sought for Mr. Brinkman-Fried.

Instead of a prison sentence, can he be directed to teaching high school math instead? Putting his talent to positive use

Thank you for reading

Mary McKee
Minnetonka, MN

M. McKee
3842 Baker Road
Medina, MN 55305

USMP3
SDNY

MINNEAPOLIS MN 553
4 JAN 2024 PM 5 L

The Honorable U.S. District Judge Lewis Kaplan
U.S. District Court, Southern District of New York
500 Pearl Street
New York, NY
10007-1312