

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

January 19, 2024

**BY ECF**

Honorable Lewis A. Kaplan
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re:    *United States v. Samuel Bankman-Fried*, 22 Cr. 673 (LAK)

Dear Judge Kaplan:

    Please find enclosed for the Court's consideration a proposed protective order, which would extend the provisions of the existing protective order to the defendant's new counsel, Marc Mukasey and Torrey Young.

        Respectfully submitted,

        DAMIAN WILLIAMS
        United States Attorney

    by:  /s/     Nicolas Roos
        Danielle R. Sassoon
        Samuel Raymond
        Thane Rehn
        Danielle Kudla
        Nicolas Roos
        Assistant United States Attorneys
        (212) 637-2421

Cc:    Defense Counsel (by ECF)