UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America | **Protective Order** |
| v. | **22 Cr. 673 (LAK)** |
| SAMUEL BANKMAN-FRIED,<br>    a/k/a "SBF," | |
| *Defendant.* | |

WHEREAS on or about January 14, 2023, the parties agreed to a protective order in this matter, *see* Dkt. No. 45, which the Court so ordered.

WHEREAS on or about January 9, 2024, Marc Mukasey, Esq. and Torrey Young, Esq., of the firm Mukasey Young LLP, entered notices of appearance in this case on behalf of the defendant, and wish to review the Disclosure Material, Sealed Material, and Attorney's Possession Only Material that has been provided by the Government pursuant to the protective order.

NOW, THEREFORE, FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that Marc Mukasey, Torrey Young, and any personnel for whose conduct they are responsible, *i.e.*, personnel employed by or retained by counsel, as needed for purposes of defending this action, shall be subject to the protective order previously entered by the Court, and may receive, review, and use materials as set forth in that order.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney

by: /s/ Nicolas Roos                                    Date: 1/19/2024
Nicolas Roos
Danielle R. Sassoon
Samuel Raymond
Nathan M. Rehn
Danielle Kudla
Assistant United States Attorneys

/s/ Marc Mukasey                                        Date: 1/18/24
Marc Mukasey
Torrey Young                                                  1/18/24
Counsel for Samuel Bankman-Fried

SO ORDERED:

Dated: New York, New York
       January ___, 2024

_____
THE HON. LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE

2