UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

-against-

SAMUEL BANKMAN-FRIED,

                Defendant.
------------------------------------------------------------x

S5 22-cr-0673 (LAK)

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

       The Court will conduct a *Curcio* hearing in this matter on February 21, 2024 at 2:00 pm. Mr. Mukasey, Mr. Young, and the defendant all shall be present together with counsel for the government.

       SO ORDERED.

Dated:     February 7, 2024

                                                          Lewis A. Kaplan
                                         United States District Judge