

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

February 14, 2024

**BY ECF**

The Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    United States v. Ryan Salame, S7 22 Cr. 673 (LAK)

Dear Judge Kaplan:

    The Government respectfully submits with this letter a proposed consent order for interlocutory sale for certain properties which the above-referenced defendant agreed to forfeit as part of his plea agreement. The Government is available to answer any questions the Court may have.

Very truly yours,

DAMIAN WILLIAMS
United States Attorney

by: /s/ Samuel Raymond
Nicolas Roos
Danielle Sassoon
Thane Rehn
Samuel Raymond
Danielle Kudla
Assistant United States Attorneys
(212) 637-6519

cc: Counsel for Ryan Salame (via ECF)