UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA,

— against —

SAMUEL BANKMAN-FRIED,

                Defendant.

-----------------------------------------------------------x

S6 22 CR. 00673 (LAK)

**NOTICE OF MOTION TO WITHDRAW**

**PLEASE TAKE NOTICE** that, upon the accompanying Declaration of Christian R. Everdell and Declaration of Samuel Bankman-Fried, as well as all other pleadings herein, the undersigned attorneys of Cohen & Gresser LLP, pursuant to Local Rule 1.4, respectfully move this Court for an Order permitting the undersigned attorneys and Cohen & Gresser LLP to withdraw as co-counsel for defendant Samuel Bankman-Fried.

Dated: February 23, 2024
      New York, New York

                                      Respectfully submitted,

                                      **COHEN & GRESSER LLP**

                                      */s/ Mark S. Cohen*

                                      Mark S. Cohen
                                      Christian R. Everdell
                                      S. Gale Dick
                                      David F. Lisner
                                      Sri Kuehnlenz
                                      Sharon L. Barbour
                                      Alexandra K. Theobald
                                      Andrew Dean

                                      800 Third Avenue, 21st Floor
                                      New York, NY  10022

Phone: (212) 957-7600
Fax: (212) 957-4514
mcohen@cohengresser.com
ceverdell@cohengresser.com
sgdick@cohengresser.com
dlisner@cohengresser.com
skuehnlenz@cohengresser.com
sbarbour@cohengresser.com
atheobald@cohengresser.com
ddean@cohengresser.com

*Attorneys for Samuel Bankman-Fried*
