UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA,

– against –

SAMUEL BANKMAN-FRIED,

              Defendant.
-----------------------------------------------------------x

S6 22 CR. 00673 (LAK)

**[PROPOSED]**
**ORDER GRANTING MOTION TO WITHDRAW**

Upon consideration of the Motion to Withdraw, it is **HEREBY ORDERED THAT** Mark S. Cohen, Christian R. Everdell, S. Gale Dick, David F. Lisner, Sri Kuehnlenz, Sharon L. Barbour, Alexandra K. Theobald, and Andrew Dean of Cohen & Gresser LLP are granted leave to withdraw as co-counsel for defendant Samuel Bankman-Fried in the above-captioned matter.

Dated: _____, 2024

                                                           _____
                                                           Honorable Lewis A. Kaplan
                                                           United States District Judge