UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――― x
                                              :
UNITED STATES OF AMERICA                      :
                                              :   S6 22 Cr. 673 (LAK)
            v.                                :
                                              :
SAMUEL BANKMAN-FRIED,                         :
                                              :
                       Defendant.             :
                                              :
―――――――――――――――――――― x

# DECLARATION OF SAMUEL BANKMAN-FRIED

Samuel Bankman-Fried declares pursuant to 28 U.S.C. § 1746 as follows:

1. I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration.

2. I confirm that I have retained the firm of Mukasey Young LLP (the "Mukasey Firm") to represent me and serve as my counsel of record in the above-captioned matter. I have signed an engagement letter with the Mukasey Firm memorializing this agreement. The Mukasey Firm filed a notice of appearance in this matter on January 9, 2024.

3. I further confirm that I have discharged the law firm of Cohen & Gresser LLP ("C&G") from serving as my attorneys in this matter and that the Mukasey Firm should serve as my sole counsel of record going forward.

4. I further confirm that I am aware of the upcoming deadlines related to my sentencing, including the defendant's sentencing submission, due on February 27, 2024, and the sentencing hearing, scheduled for March 28, 2024.

5. I further confirm that, by discharging C&G, I do not seek to adjourn the deadline for the sentencing submission or the sentencing date. I have spoken to my attorneys from the

Mukasey Firm and they are prepared to handle the remaining submissions and proceedings under the current schedule.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Brooklyn, NY
       February 16, 2024

                                                                            Samuel Bankman-Fried