

Michele Barry, MD, FACP, FASTMH
michele.barry@stanford.edu

January 26, 2024

Hon. Lewis A. Kaplan

Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Dear Judge Kaplan,

I am writing to attest to Sam Bankman-Fried's commitment to pandemic prevention and improvement of the health of the world. I am the current dean for global health at Stanford and a tropical disease trained physician. I am a past president of the American Society of Tropical Diseases, a member of The Council for Foreign Affairs and the National Academy of Medicine. I had several conversations with Sam over a year to guide him where to put his efforts globally as he was so passionate about pandemic prevention. For full transparency he did award my Center 500,000 dollars which Stanford has returned. This was a small grant compared to Sam's aspirations and other donations but was meant for seed grants to catalyze research at Stanford around the subject of pandemic prevention. At all times during my discussions with Sam, he was committed, passionate and steadfast in his hopes for a better world.

I hope this statement is helpful when you determine the sentencing for this idealistic, young man.

Sincerely,

Michele Barry

**Dr. Michele Barry, MD, FACP, FASTMH**
Drs. Ben and A. Jess Shenson Professor of Medicine and Tropical Diseases
Director of the Center for Innovation in Global Health
Senior Associate Dean for Global Health
Freeman Spogli Institute Senior Fellow
Woods Institute for the Environment Senior Fellow

Ex. A-4