**Stephen P. Boyd**

---

254 Packard, 350 Jane Stanford Way, Stanford CA 94305
`boyd@stanford.edu`

February 8, 2024

Hon. Lewis A. Kaplan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312
**Re: Sam Bankman Fried**

Dear Judge Kaplan:

First some background. I am a Professor in the School of Engineering at Stanford. My training is in mathematics, and I teach and write on a variety of topics related to mathematical optimization, which is used in a wide range of applications such as machine learning and AI, supply chains, and automatic control. I am also a friend and neighbor of Joe Bankman and Barbara Fried, whom I have known since Sam and his brother were young children.

I got to know Sam in his own right when he was in high school, and his talent for, and interest in, mathematics was becoming clear. (His parents reached out to me as one of their few friends whose work involves math.) Sam and I met several times when he was in high school to chat about math. Our conversations ranged from practical topics, including what he should study and how to connect with others with similar interests, to deeper questions such as 'What can you do with math?' or 'How do people in field X use math?'. He asked about what I work on, and how it was used. Our conversation included not just high level questions, but also technical details. I was stunned to be having such a conversation with a sweet, precocious neighborhood kid.

During these meetings several things became clear to me. First, Sam is extremely talented. I've been teaching undergraduate and graduate courses at

Stanford for almost four decades, and have encountered thousands of talented, ambitious, and brilliant students over that time. Sam is right up at or near the top of that cohort. But he *really* stood out in several other ways. He was very articulate and thoughtful, not traits typically associated with people in math. I found myself having a more sophisticated discussion with Sam than I do typically with advanced PhD students. And his interst in math was not just intellectual, but purpose driven. What he wanted most to know was, how could one use math to do good? That is not a question I am used to getting from my students, and it was a pleasure to explore the possibilities with this idealistic young man over the course of our conversations.

Sincerely,

Stephen P. Boyd

Samsung Chair in the School of Engineering
Professor of Electrical Engineering
Member, Institute for Computational Mathematics and Engineering
Stanford University

Member, US National Academy of Engineering