Madeline Chaleff

February 2, 2024

Hon. Lewis A. Kaplan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Dear Judge Kaplan:

I'm writing this reference letter for Sam Bankman Fried as a longtime family friend.  When I think of Sam, I think of the boy who befriended my son when they first met in Little League playing on the same team in 2001.  They connected because they were both bright and chatty and constantly thinking of and talking about sports stats.  As I recall, Sam was on time to practice, listened to his coaches and tried his best.

The boys became good friends and played chess, board games, card games and computer games together for many years.  I remember Sam being a considerate and supportive friend.  He was kind and very generous in his willingness to share.  He would lend his things to my son without hesitation.

When Sam came to our home for play dates, dinner and/or sleepovers, he was polite saying please and thank you, was a good listener, and respected my home and the house rules.  His conversation was always inquisitive and thoughtful.

Over time, I saw that Sam was welcoming to others.  He was happy to include my son's younger brother in games and conversation.  And he was inclusive to my son's other friends as well.  I never heard Sam speak ill of anyone.

My impression of Sam was that he was a kind and good kid.  I remember from a young age and continuing throughout his formative years, he expressed wanting to help others and do good in the world.  One example that sticks out for me is that Sam was an avid meat eater.  He especially loved steak.  But he chose to become vegan for ethical reasons and gave up his favorite foods without hesitation.

Once Sam had a driver's license, he would happily volunteer to take his brother and my younger son out to run errands.  Sam always made both my sons, my husband and me feel welcome whenever we went for a visit.  We often had dinner together with both families and enjoyed conversation and laughter.  I remember we all appreciated the radio show, "Wait Wait Don't Tell Me" and we would chuckle as we retold parts of the recent episode.

**Ex. A-8**

We loved to share stories and ideas and we had fun with each other.   We were all very fond of Sam and his family and have many warm memories of our kids growing up together.

With respect and appreciation,
Madeline Chaleff

**Ex. A-8**