

Hon. Lewis A. Kaplan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY, 1007-1312

January 29, 2024

**Subject: Character reference for Mr. Sam Bankman-Fried**

Dear Judge Kaplan.

I am writing to you in the context of a character reference in the case of Mr. Sam Bankman-Fried as you consider his sentencing. I have no understanding of the details of this case. I am writing in the context of my interactions with Mr. Bankman-Fried as they pertain to issues of medical science, humanitarianism, and philanthropy. I hope that my observations of Mr. Bankman-Fried will be useful to you as you consider an appropriate sentence.

I got to spend time with Mr. Bankman-Fried at his residence in the Bahamas when he and the FTX Foundation hosted a group of leading medical scientists for a planning workshop on how investments by the FTX Foundation could save the largest number of lives during the pandemic and in the future. I was invited to Mr. Bankman's residence for a dinner with he and his colleagues and we discussed the issues of the workshop.

During my conversations with Mr. Bankman-Fried, I observed a genuine concern for those less fortunate around the world, a desire to solve complex medical needs through investment in entities that could move fast to create new drugs and vaccines, and a plan to prevent future pandemics. As you can imagine, as he is young man without medical training, I was impressed by his knowledge and concern and big vision for creating solutions. At the time, we discussed making a big plan to prioritize poor countries and the people with greatest needs. He was very supportive of the ideas put forward during the workshops and made subsequent investments in not-for-profit and for-profit entities whose aim matched the outcomes of that workshop. It is a great misfortune that these plans will not come to bear fruit.

I do believe that Mr. Bankman-Fried was extremely well-intentioned and shunned the trappings of wealth. His plan was an enormous vision, but clearly he would have benefitted from advisors who would implement greater administrative barriers. To be honest, I think that many advisors to him were unwilling to provide such advice as they were too busy benefitting from the successes he had achieved. He is, among many, a victim of the widespread greed in the cryptocurrency economy.

Ex. A-12

Purpose Africa

I hope you will consider my points as you decide an appropriate sentence for Mr. Bankman-Fried.

Sincerely

*[signature]*

Ambassador Mark Dybul, MD
Professor of Medicine
Georgetown University Medical Center
Washington, DC

Ex. A-12