

**Jamie Forrest PhD, MPH**  January 29, 2024
Executive Advisor
Purpose Africa
Gaculiro, Kigali, Rwanda
jforrest@purposeafrica.com

**Hon. Lewis A. Kaplan**
**Daniel Patrick Moynihan United States Courthouse**
**500 Pearl St., New York, NY, 1007-1312**

Dear Judge Kaplan,

I write to you today with a positive character reference for Sam Bankman-Fried for your consideration in sentencing Sam following his recent conviction. I watched the media coverage of his trial closely and it saddens me that so much of it was sensationalized and littered with claims I knew were false.

I met Sam in early 2022 when he took a personal interest in the work of my company. His interest was more broadly related to companies with innovative approaches to initiatives aimed at preventing future pandemics. Our work focussed on building capacity in Africa for high quality clinical research that could detect pandemics early and respond rapidly. At his invitation, my team and I spent a week with him in the Bahamas discussing every detail of our proposal. Sam had thoughtful contributions to this discussion that were well-informed of Africa's unique challenges and opportunities for future global leadership on this topic.

I believe that Sam was deeply motivated by a desire to make the world a better place. His substantial understanding of global issues, and his commitment to service were formidable traits for someone his age in the global philanthropic community. His vision of what is possible with just the right investment in the right group with the right ideas, reflected a man whose values were deeply rooted in global justice, fairness, and human dignity.

I believe Sam had started a revolution in the global philanthropic community for a change in donor culture that is more responsive to the needs of a post-pandemic world. I know his leadership on this will be missed among both donors and recipients of investments in a new vision for global health.

Thank you for your consideration of what I believe are Sam's true values and intentions.

Yours sincerely,

Jamie Forrest PhD

Ex. A-13