Barbara Levitt

January 29, 2024

Hon. Lewis A. Kaplan
Daniel Patrick Moynihan
Unites States Courthouse
500 Pearl St.
New York, NY 10007-1312

Dear Judge Kaplan,

I am a retired 67-year-old female, business school professor. I have known the Bankman-Fried family since 2010 when my son, Matthew, became friends with Sam while attending Terman Middle School together.

Matthew and Sam attended early morning advanced math class and took tennis lessons together. They had an easy-going, cooperative friendship and enjoyed playing video games together. They went to different high schools, remaining friendly, but not seeing each other as often.

They reconnected during their college years in the Boston area where Sam attended MIT and Matthew went to Worcester Polytechnic. When Matthew's father passed away unexpectedly at the young age of 55, Sam drove from MIT to Worcester to deliver the sad news in person to Matthew. Sam helped Matthew to pack and then took him to the airport. I have always appreciated the kindness and loyalty that Sam showed towards Matthew at this difficult time.

Another quality that I admired in Sam was his commitment to his principles. Since Matthew was an only child, I made a concerted effort to make it pleasant for his playmates to visit our home. I arranged fun activities and paid attention to what visiting kids liked to eat. During his middle and high school, years, Sam was a carnivore whose favorite food was red meat! While attending MIT, Sam became convinced that becoming vegan would be beneficial to animals and the planet. As a result of this belief Sam immediately adopted a vegan lifestyle and never compromised his principles regarding the consumption of animal products.

Overall, I have experienced Sam as a very smart, kind young person from a well-respected, academically accomplished, philanthropic family.

Yours sincerely,

Barbara Levitt, PhD

Ex. A-17