February 26, 2024

Hon. Lewis A. Kaplan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Dear Judge Kaplan:

I am writing to give my input, recollection and belief about the true nature and goals of my nephew, Sam Bankman Fried.

Sam has always been devoted to doing good in the world – even when he was working on Wall Street, he gave away much of his income. I was fortunate a couple of years ago to work with Sam and others on a program that challenged high school students to come up with ideas to improve health in their community. This program, in which Sam directly participated, was a great success. It not only produced great proposals, some of which got funded, but gave an opportunity for students to develop talents and expand their experience. I also helped with and/or saw, close up, some of Sam's other charitable projects -- designed to improve physical, mental and financial health of those in need.

What I saw directly was a force that through Sam's amazing mind and drive was leading to solving problems and challenges and building a new, fairer, safer, and happier future in this new world.

I know that Sam Bankman Fried can make a positive and lasting difference in this world, if given the chance.

Sincerely,

Barbara Miller

Ex. A-19