Hon. Lewis A. Kaplan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

From:
Matthew Nass

Dear Judge Kaplan:

I've known and been close to Sam for 15 years, and was best friends with him in Middle and High School.

People who are hyper rational are often thought of as unkind and robotic. That is absolutely not how I'd describe Sam. He cares deeply about other people.

When my father passed away, I wasn't looking at my phone, and didn't see any attempts from friends and family to call me with the news. Sam drove over an hour from Boston to Worcester, and told me the news in person. He then took me back to Boston and took care of me before the funeral.

Sam did a lot for the community. In middle and high school, Sam ran a puzzle hunt with 100s of students from around the area competing each year. He put tons of hours including pulling some all nighters into making something for others.

Sam also helped other students in school who were struggling in class. Sam is really good at math and would finish his work early and was always happy to help other students. He would also help students outside of class.

When I first met Sam, he was almost a carnivore. After thinking hard and learning about the pain and suffering animals go through, he quickly not only quit meat but went vegan. He's absolutely willing to make sacrifices for the happiness of others.

Ex. A-22