Dear Judge Kaplan, my name is Carmine Simpson and I am currently incarcerated at the Metropolitan Detention Center in Brooklyn, New York. Before I was arrested in January 2021, I had worked as a Police Officer for the City of New York for about three years. Between my time patrolling the streets of Brooklyn and my time here at MDC, I have interacted with thousands of known criminals or persons suspected of committing serious crimes and I can confidently say that I have never met anyone like Sam. In this situation, incarceration would serve no benefit and if anything, would just do more damage.

I have had the honor to have gotten to know Sam Bankman-Fried over the past six months. Sam has spent a large portion of his young life dedicated to trying to make the world a better place. When he first told me that the main reason he worked so hard at becoming a successful and wealthy person was to donate all his money away to noble causes and those in needs, quite frankly, I thought that he was blowing smoke up my ass. Though very quickly, I came to the conclusion that Sam is the most self-less person that I have ever had the privilege to meet.

You would think that after losing billions of dollars, watching his reputation and friendships crumble, being indicted and sent to the worst federal jail in the country, that Sam would begin to put himself first over others but this couldn't be furthest from the truth. Even in jail, surrounded by some of the lowest scum in our society, Sam will only see the best of everyone. Sam has had his share of negative interactions with fellow inmates but he still treats everyone here with the upmost respect. Whenever anyone needs anything, whether its inmate or staff, Sam is always the first one approached and not because he is one to be easily intimidated.

One of the biggest examples of Sam's character is his dedication to remaining vegan. Sam told me that he originally became vegan over ten years ago because he was unwilling to participate in the mistreatment and slaughter of animals. It is difficult for someone to be vegan when they are not incarcerated and their diet options are not limited. Even though twelve out of every fourteen of Sam's weekly meals are just undercooked rice, a scoop of disgusting-looking beans and week-old brown lettuce, Sam has stayed true to his commitment to not participate in the maltreatment of animals.

Ex. A-25

I have had countless heart-to-heart conversations with Sam and he has constantly reiterated to me his plans for the future. Even after this hole in his life, Sam's goal is to still make the world a better place for others. This in itself is shocking because most people's reaction would be to give up on that dream. There is zero doubt in my mind that the sooner Sam is released; he will work and strive to improve the world.

Sam's incarceration has been extremely difficult and I believe that Your Honor should take this into account. In any setting, Sam is the least physically intimidating person and this is especially noticeable inside a jail. This has and will lead to him being frequently targeted for hazing, harassment, and assault more so than the average inmate. Sam's case has also lead to extensive media coverage which has lead to and will lead to even more negative results. Sam's estimated fortune is higher than any inmate can count to which lead to multiple extortion attempts.

As you know, Sam has been incarcerated here since August and I think that Your Honor should not take this lightly. MDC Brooklyn is notorious for being understaffed and poorly managed. The conditions here are cruel and inhumane. I would not wish residency here upon anyone, even my greatest enemy. Between the constant lockdowns, lack of basic items such as toothpaste, medicine or pillows and going days or weeks without the ability to contact family, friends and legal representation. Spending six months here is easily comparable to spending 2 years at any other federal holding center.

MDC Brooklyn severely impacted Sam's ability to properly prepare for his trial. Every morning, I would watch Sam approach every officer and staff member that entered our unit and ask them if he could have access to his laptop to trial prep and constantly be rejected or in most cases, ignored. According to the media and confirmed by him, Sam had over a million pages of Discovery material. Even if someone had access to their Discovery material for eight hours a day, it would take years to go through it each line by line, Sam was lucky to review his for an hour a week.

Because of the high-profile nature of Sam's case, he was placed into a protective custody unit. This is where I first met Sam. Before this, I had never even heard of FTX, its collapse or Sam's arrest. Excluding Sam and one other person, this unit is filled with inmates that are currently co-operating with the government. Not only has Sam had to deal with people trying to extort or harass him, he's also had to worry that one of these 'jailhouse snitches' would lie either to the Government, the Media or both regarding him.

Ex. A-25

Even though Sam disagrees with the Governments perspective of events that does not mean that he has not shown remorse or empathy for those that lost money. My bunk and locker are directly adjacent to Sam's, so for the past sixth months Sam and I have grown extremely close. Over this time, he has shown an immense amount of remorse and regret for whatever mistakes he made that potentially led to the collapse of FTX. I am not use to this; every other person that I have interacted with here places the blame on someone else.

I predict that you will not take my letter seriously since I am also incarcerated and currently facing criminal charges but I want to inform the Court that I have always had a strong admiration and respect for our Criminal Justice system. In college I had majored in Criminology and afterwards, I was employed by the Department of Homeland Security and then the NYPD. I have helped put hundreds of people in prison and have no-doubtedly made the streets a safer place so I say this from experience that Sam does not belong here. The world will be much better off if Sam Bankman-Fried was out of jail, donating his hard-earned money and contributing to society.

Thank you for your time.

Ex. A-25