Hon. Lewis A. Kaplan  
Daniel Patrick Moynihan  
United States Courthouse  
500 Pearl St.  
New York, NY 10007-1312

Feb 25, 2024

Dear Judge Kaplan:

I am writing to you today regarding the case of Sam Bankman-Fried, whom I have known for the past five years since we met in February 2019. I understand the seriousness of the charges against him and the harm caused to many individuals and entities by the FTX collapse so I will reframe discussion on those and simply share my own experience and impression of his character and intentions.

Prior to initiating business relationship with Sam I worked hard to do as much research or what might be termed Due Diligence on him personally as possible.  What I determined from those efforts was that Sam had an interesting and unique combination of character attributes.

On the one hand he possesses an undeniably sharp intellect and demonstrably strong skills in mathematics and market dynamics. Sam is a math whiz with extraordinary intellect.   On the other hand he is also extremely focused on 'doing maximum good for the world' or what he refers to as effective altruism.  Regardless of the mistakes and damage caused, his honest intentions have always been to use his skills and abilities to make the world a better place.  This interesting balance between business profits and helping people is what ultimately led me to take what many might consider a big business risk and act as an early lender to his trading firm Alameda.

During my subsequent years of business dealings with Sam, there were multiple occasions where those same attributes became clearly visible and reinforced. One of the best examples is In 2020 when my wife ▮▮▮▮▮▮▮▮▮▮▮▮ and my family was under both emotional and financial stress.. It was unfortunately at that point Alameda as a business decided it was time to make changes to our financial agreements, basically to increase their profits. While I understood the reasons and it was completely within their rights, I decided to reach out to Sam and ask if the changes could be delayed due to my personal hardship.  Sam readily agreed and even further offered his

Ex. A-26

support to myself and my family during this difficult time. This type of empathetic decision making was a repeated theme across most all of our interactions and business dealings.

In no means do I want to diminish the unfortunate and negative impact many of Sam's business decisions at FTX on so many people. I also happen to be one of the many people impacted by those decisions and the subsequent FTX exchange collapse.

But I do strongly believe that Sam Bankman-Fried possesses unique skills and talents that could potentially be utilized in a way that benefits those impacted and even society as a whole. I would encourage the court to as best they can put aside the media frenzy and consider how Sam could both 'due his time' but also 'pay his debt' to the unfortunate victims of the exchange collapse.

Finally, I can share that since his initial detention I've had the opportunity to speak with Sam on multiple occasions and he has personally expressed deep remorse for his mistakes and his stated desire to find a way, any way to contribute positively. To help those he has hurt, and to if at all possible 'do good for the world'.

I understand most who were harmed by FTX will read these words and perhaps chuckle at the extreme irony, but I think those who really know Sam would understand.

Ultimately, the decision of sentencing rests with you, your Honor. I simply hope that you will consider all available evidence and perspectives, including what I have shared above.

Thank you for your time and consideration.

Sincerely,

Douglas Slemmer

Ex. A-26