Hon. Lewis A. Kaplan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Dear Judge Kaplan,

I am writing to provide additional insights into the character of Sam Bankman-Fried, based on my personal experiences working closely with him during my tenure at FTX. As someone who served as both the head of PR and his executive assistant, I had the opportunity to observe Sam's behaviors and attitudes firsthand, which I believe offers a more nuanced understanding than what may be portrayed in the media.

Sam is a truly unconventional CEO. He eschews materialistic trappings, opting to wear the same old swag t-shirt and carry an old backpack to work every day. His focus lies squarely on the substance of his work rather than superficial appearances. Similarly, when traveling for business, he shows little concern for luxurious accommodations or fine dining, prioritizing functionality over extravagance. As long as there is a space for him to work effectively, he is content.

Moreover, I can attest to Sam's unparalleled work ethic. As his calendar manager, I can confirm that he never takes a day off. Every waking minute is dedicated to advancing the company's goals and understanding every aspect of its operations. I have witnessed firsthand his diligence, as he personally responds to inquiries from clients, even via direct messages on platforms like Twitter, regarding questions such as "How to verify KYC at FTX", pertaining to inquiries outside the purview of his professional duties, demonstrating his hands-on approach to leadership.

Beyond his professional demeanor, Sam exhibits kindness and empathy in his interactions with others. Throughout our close collaboration, he always communicated in a compassionate manner and sought to find mutually beneficial solutions in all situations. It is crucial to recognize that the portrait of Sam portrayed in some media outlets is often misunderstood and misrepresented. The Sam I knew and worked with never acted out of greed or self-interest. Instead, he consistently demonstrated a commitment to ethical business practices and a genuine desire to make a positive impact on the world.

In conclusion, I urge Your Honor to consider these insights when evaluating Sam Bankman-Fried's character and actions. While he may have faced challenges and made mistakes, his overall contributions to the company and society should not be overlooked. Thank you for considering my perspective in this matter.

Sincerely,

Natalie Tien
Formerly Head of Communications and Executive Assistant to CEO

Ex. A-27