# EXHIBIT F

# EXHIBIT A



Maximizing FTX Recoveries

Preliminary / Subject to Material Change

January 17, 2023

Management & Committee Meeting

ALVAREZ & MARSAL | SULLIVAN & CROMWELL LLP | P/W/P PERELLA WEINBERG PARTNERS

# Disclaimer

PRELIMINARY / SUBJECT TO MATERIAL CHANGE
*The limiting conditions are integral to this preliminary report and should be read in conjunction therewith*

**Limitations of Report**

This report and the information contained herein (the "Report") has been prepared solely for use by FTX Trading Ltd. (d.b.a. FTX.com), and approximately 101 additional affiliated companies (together, the "Company") based on instructions given by the Company to Sullivan & Cromwell ("S&C"), Alvarez & Marsal North America, LLC ("A&M") and Perella Weinberg Partners ("PWP" and together with S&C and A&M, the "Debtors' Advisors").

The limiting conditions, assumptions and disclaimers set forth herein are an integral part of this Report, must be reviewed in conjunction herewith, and may not be modified or distributed separately.

The preliminary Information included herein reflects and/or is based upon financial and other information provided to the Debtors' Advisors by the Company, including management, staff, contract staff and other advisors of the Company, as well as other sources. The Debtors' Advisors have relied upon, and assumed, without independent verification, the accuracy and completeness of such information, and make no representation or warranty as to the accuracy or completeness of, and otherwise assumes no liability with respect to, the Report or upon which the Report is based. The Debtors' Advisors are not responsible to any party, in any way, for any analysis contained in this Report or for the future financial or operational performance of any recipient or any affiliated company.

In the event this Report contains or involves prospective financial or forward-looking information, this information was prepared by the Company's management and our work did not constitute an examination, compilation or agreed-upon procedures in accordance with standards established by the American Institute of Certified Public Accountants, and the Debtors' Advisors express no assurance of any kind on such information. Further, the work involved did not include a detailed review of any transactions, and cannot be expected to identify errors, irregularities or illegal acts, including fraud or defalcations that may exist. Accordingly, the Debtors' Advisors cannot and do not express an opinion or any other form of assurance on, and assumed no responsibility for, the accuracy or correctness of the historical information or the completeness and achievability of the projected financial data, information and assessments upon which the Report is presented.

Further, any references to estimated ranges of collateral values or cash flow recoveries included in this Report are preliminary in nature, subject to material change and not valuations of any kind. Rather, estimates have been necessary to include herein, and are based upon the limited financial information as provided or made available by the Company, available market information and various assumptions and are provided for informational purposes only. References to values of any cryptocurrencies or other digital assets are approximate and subject to material change. It is expected that there will be differences between estimated and actual results, because events and circumstances frequently do not occur as expected, and those differences may be material. Accordingly, no representation or warranty is made as to, and the Debtors' Advisors take no responsibility for, the achievability of any estimated recovery results described in this Report. Accordingly, the Debtors' Advisors are not responsible to any party, in any way, for the future financial or operational performance of any recipient of the Report or any affiliated company.

Further, this Report will be subject to further work, revisions and other factors which means that this version may be substantially different from any final report or advice issued.

The Report does not constitute a recommendation as to what action, if any, any person should take with respect to any claims and/or securities, nor does the Report constitute a recommendation regarding the accounting, tax, financial, legal or regulatory aspects of any proposed or possible outcome of the Company's restructuring.

**PRELIMINARY / SUBJECT TO MATERIAL CHANGE**
*The limiting conditions are integral to this preliminary report and should be read in conjunction therewith*

# Disclaimer (cont'd)

**No Third Party Reliance**

This preliminary Report and any related informational updates are provided only in connection with the purpose of a public case update in respect of which the services are being provided. In no event, regardless of whether consent has been provided, shall the Debtors' Advisors assume any responsibility, liability or duty of care to any claimholder, person or entity other than the Company ("Third Party") to which any this preliminary information is disclosed or otherwise made available. This Report does not necessarily take account of those matters or issues which might be of relevance to any Third Parties and any Third Party is responsible for conducting its own investigation with respect to the Report and any related transactions or activities. The Debtors' Advisors make no representations or warranties, express or implied, to any Third Party on which any such party may rely with respect to the Information, including without limitation, as to accuracy or completeness, the inclusion or omission of any facts or information, or as to its suitability, sufficiency or appropriateness for the purposes of any such party.

PRELIMINARY / SUBJECT TO MATERIAL CHANGE
*The limiting conditions are integral to this preliminary report and should be read in conjunction therewith*

# Executive Summary

## FTX Debtors have made important progress in efforts to maximize recoveries for customers and other stakeholders

### FTX Debtors have identified approximately $5.5 billion of liquid assets to date comprising:

- $1.7 billion of cash
- $3.5 billion of liquid cryptocurrency and FTT tokens
- $0.3 billion of liquid securities

### Investigation has confirmed shortfalls at both International and U.S. Exchanges

- FTX Debtors have identified only $1.6 billion of digital assets associated with FTX.com as of the Petition Time
- FTX Debtors have identified only $181 million of digital assets associated with FTX US as of the Petition Time
- FTX Debtors have uncovered the mechanics behind how Alameda Research had the ability to borrow without collateral effectively unlimited amounts from customers and how a small group of individuals had the ability remove digital assets from the exchange without being recorded on the exchange ledger

### FTX Debtors are continuing the effort to maximize recovery through:

- Exploring potential sale of four regulated or licensed subsidiaries
- Exploring potential monetization of over 300 prepetition investments with book value of approximately $4.6 billion
- Exploring potential reorganization opportunities for FTX exchanges
- Marketing real estate in the Bahamas in a joint process with the Joint Provisional Liquidators
- Investigating all historical transactions conducted by prepetition management



# Potential Sources of Recovery

PRELIMINARY / SUBJECT TO MATERIAL CHANGE
The limiting conditions are integral to this preliminary
report and should be read in conjunction therewith

5

PRELIMINARY / SUBJECT TO MATERIAL CHANGE
The limiting conditions are integral to this preliminary report and should be read in conjunction therewith

# Liquid Assets





9

PRELIMINARY / SUBJECT TO MATERIAL CHANGE
The limiting conditions are integral to this preliminary
report and should be read in conjunction therewith

# Confirmed Cash

## $1.7 billion of Debtor & non-Debtor cash confirmed to date

| USD in Millions | WRS Silo | Alameda Silo | Ventures Silo | Dotcom Silo | Total |
|---|---|---|---|---|---|
| Unrestricted Cash | $234.6 | $825.2 | $8.8 | $138.0 | $1,206.6 |
| Custodial Cash | 29.4 | 28.7 | - | 131.3 | 189.4 |
| Other Restricted Cash | 1.3 | 1.2 | - | 4.0 | 6.4 |
| Total Debtor Cash | 265.3 | 855.1 | 8.8 | 273.2 | 1,402.4 |
| Non-Debtor Cash | 162.8 | - | - | 164.1 | 326.8 |
| Total Cash | $428.1 | $855.1 | $8.8 | $437.3 | $1,729.2 |



Includes $153.2 million of primarily custodial
or other restricted cash at FTX Digital Markets



Includes $128.4 million of primarily restricted
cash at LedgerX

7



# Located Crypto Assets

**$3.5 billion[1] of Debtor cryptocurrency assets located at Petition Date pricing[2]**

USD in Millions

- Hot Wallet — $1,761
- BitGo Cold Storage — $1,144
- Held in Bahamas — $426
- FTX JP — $140[3]
- Hacked Crypto — $415

Notes:
1. $3.5 billion of identified crypto assets excludes $415mm of hacked crypto.
2. Crypto assets are priced as of the Petition Date based on preliminary pricing information from the AWS environment, reflective of the FTX order book at that time.
3. ~$140mm of crypto held at FTX Japan is segregated in cold wallets 1:1 for Japan customers, some of which may be available to the Debtors.

PRELIMINARY / SUBJECT TO MATERIAL CHANGE
The limiting conditions are integral to this preliminary report and should be read in conjunction therewith

Case 22-11068-JTD     Doc 507-1     Filed 01/17/23     Page 9 of 21

8



# Located Crypto Asset Tracing by Silo

**PRELIMINARY / SUBJECT TO MATERIAL CHANGE**
*The limiting conditions are integral to this preliminary report and should be read in conjunction therewith*

**Crypto tracing achieved by analyzing database of 14mm addresses & 3rd party exchanges[1,2,3]**

USD in Millions

**Notes:**
1. Crypto tracing by silo is based on preliminary on-chain tracing back to dedicated FTX.COM/US deposit and sweep addresses, and Alameda addresses. Crypto held on 3rd party exchanges, staked Solana, and other Alameda crypto are classified as Alameda. In instances where tracing has not been completed, a preliminary allocation was used. Furthermore, Chainalysis and TRM Labs are also involved in tracing exercises to assist with refining these amounts.
2. Excludes ~$140mm of crypto held at FTX Japan. FTX Japan is segregated in cold wallets 1:1 for Japan customers, some of which may be available to the Debtors.
3. Crypto assets are priced as of the Petition Date based on preliminary pricing information from the AWS environment, reflective of the FTX order book at that time.

9

**PRELIMINARY / SUBJECT TO MATERIAL CHANGE**
***The limiting conditions are integral to this preliminary report and should be read in conjunction therewith***

# Top Located Tokens, incl. Alameda

Cash | Crypto Assets | Securities | Venture Investments | Equity Investments | Debt Investments | Subsidiary Businesses | Primary Exchanges | Real Estate | Exchange Avoidance Actions | Other Avoidance Actions | Causes of Action

## $3.3 billion[1] located at FTX US, FTX.com, and Alameda Research[2]

USD in Millions

**Includes crypto held at 3rd party exchanges**

The Debtors currently have limited visibility into the token composition of crypto balances at certain 3rd party exchanges. Once obtained, information provided by these exchanges is likely to increase the balances of certain tokens listed here.

**Notes:**
1. Excludes ~$140mm of crypto held at FTX Japan is segregated in cold wallets 1:1 for Japan customers, some of which may be available to the Debtors.
2. Crypto assets are priced as of the Petition Date based on preliminary pricing information from the AWS environment, reflective of the FTX order book at that time.



Case 22-11068-JTD   Doc 507-1   Filed 01/17/23   Page 12 of 21

PRELIMINARY / SUBJECT TO MATERIAL CHANGE
The limiting conditions are integral to this preliminary
report and should be read in conjunction therewith

# Illiquid Crypto Assets

| Cash | Crypto Assets | Securities | Venture Investments | Equity Investments | Debt Investments | | Primary Exchanges | Subsidiary Businesses | Real Estate | | Exchange Avoidance Actions | Other Avoidance Actions | Causes of Action |

## Illiquid tokens[1,2] are not included in located crypto value estimates as of Petition Date

USD in Millions

| No. | Logo | Token | Quantity | Petition Date Spot Price | USD Equivalent at Spot Price | | No. | Logo | Token | Quantity | Petition Date Spot Price | USD Equivalent at Spot Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | SRM | 9,919,593,204 | $0.200 | $1,987 | | 11 | | TRUMPLOSE | 13,999,994 | $0.974 | $14 |
| 2 | | SOLETH | 479,331 | $1,169.800 | $561 | | 12 | | GT | 3,165,320 | $3.734 | $12 |
| 3 | | MAPS | 9,870,251,766 | $0.053 | $521 | | 13 | | LUNA (Wormhole) | 6,951,539 | $1.690 | $12 |
| 4 | | SOLBTC | 14,077 | $16,857.672 | $237 | | 14 | | LIKE | 18,180,467 | $0.500 | $9 |
| 5 | | OXY | 9,969,097,181 | $0.019 | $188 | | 15 | | HXRO | 104,378,582 | $0.082 | $9 |
| 6 | | MEDIA | 8,354,518 | $6.000 | $50 | | 16 | | MSOL | 333,019 | $21.375 | $7 |
| 7 | | BEAR | 190,134,415,155 | $0.000 | $46 | | 17 | | JSOL | 364,860 | $16.800 | $6 |
| 8 | | FIDA | 277,871,751 | $0.111 | $31 | | 18 | | XSUSHI | 3,399,998 | $1.660 | $6 |
| 9 | | BRZ | 138,942,485 | $0.171 | $24 | | 19 | | ALEPH | 57,657,313 | $0.092 | $5 |
| 10 | | ALM | 2,433,093,847 | $0.006 | $15 | | 20 | | JET | 62,283,609 | $0.075 | $5 |

The listed top 20 tokens compose 98% of the illiquid value while the remaining ~200 tokens make up the rest

Notes:
1.  Illiquid tokens reflect certain tokens whereby the market cap and volume is low, or where FTX holds a significant portion of the coins in circulation, whereby attempts to liquidate would significantly affect their market value.
2.  Crypto assets are priced as of the Petition Date based on preliminary pricing information from the AWS environment, reflective of the FTX order book around that time.

11

PRELIMINARY / SUBJECT TO MATERIAL CHANGE
The limiting conditions are integral to this preliminary
report and should be read in conjunction therewith

# Brokerage Assets

## $268 million[1] in securities held in Alameda brokerage account



**All values as of the Petition Date**

### GRAYSCALE
**$45 Million**
Grayscale Ethereum Trust ETF
*2.0% of Total Shares*

### GRAYSCALE
**$197 Million**
Grayscale Bitcoin Trust ETF
*3.2% of Total Shares*

### Bitwise
**$21 Million**
Bitwise 10 Crypto Index Fund
*14.4% of Total Shares*

### GRAYSCALE
**$4 Million Across**
Ethereum Classic ETF
Litecoin Trust ETF
Digital Large Cap ETF

### BlackRock®
**<$0.1 Million**
BlackRock Equity

Note:
1. Totals may not reconcile due to rounding.

12



PRELIMINARY / SUBJECT TO MATERIAL CHANGE
The limiting conditions are integral to this preliminary
report and should be read in conjunction therewith

# Venture Investments

~$4.6 billion book value investments across 300+ prepetition transactions

Select assets including:

**Equity / Debt Investments**

**Fund Investments**

**Token**

Recoverable value likely to be materially lower than acquisition value

13

Case 22-11068-JTD   Doc 507-1   Filed 01/17/23   Page 15 of 21

PRELIMINARY / SUBJECT TO MATERIAL CHANGE
The limiting conditions are integral to this preliminary report and should be read in conjunction therewith

# Exploring Potential Sale of Four Licensed Subsidiaries




**Four wholly owned subsidiaries covered by Bid Procedures Order entered January 12, 2023**

| | LedgerX | Embed | FTX EU | FTX JP |
|---|---|---|---|---|
| **Description** | Operational US Crypto Derivatives Exchange | US-Based Clearing Broker | Diversified Derivatives & Crypto Operations | Japan & Singapore Exchange |
| **Primary Licensing** | CFTC Regulated | SEC registered Broker-Dealer & member of FINRA | Licensed in Cyprus (currently suspended) | Registered in Japan; operated under temporary exemption in Singapore (license pending) |

14

PRELIMINARY / SUBJECT TO MATERIAL CHANGE
The limiting conditions are integral to this preliminary report and should be read in conjunction therewith

# Exploring Exchange Reorganization

**Joint task force assessing reorganization opportunities for FTX exchanges**





15



**PRELIMINARY / SUBJECT TO MATERIAL CHANGE**
*The limiting conditions are integral to this preliminary report and should be read in conjunction therewith*

# Real Estate in The Bahamas with a Cost Basis of $253M

## 36 Bahamas properties to be marketed in a joint process with the JPLs

Cash | Crypto Assets | Securities | Venture Investments | Equity Investments | Debt Investments | Subsidiary Businesses | Primary Exchanges | Real Estate | Exchange Avoidance Actions | Other Avoidance Actions | Causes of Action



**A** $166.1 Million
15 Properties

Orchid Penthouse & Units
Honeycomb — Condo Units
Tetris — Condo Units
Charles — Condo Units
Cube — Condo Unit
Gemini — Condo Unit
Coral — Condo Unit

**Albany Marina Residences**

**B** $12.9 Million
1 Property

The Conch Shack

**C** $28.8 Million
3 Properties

Veridian Corporate Centre

**D** $5.9 Million
5 properties

ONE Cable Beach

**+** $39.4 million across 12 additional properties

Nassau

The Bahamas

16



PRELIMINARY / SUBJECT TO MATERIAL CHANGE
The limiting conditions are integral to this preliminary report and should be read in conjunction therewith

# Sample Historical Transactions Under Review

## The Debtors are reviewing all historical transactions conducted by prepetition management

Cash | Crypto Assets | Securities | Venture Investments | Equity Investments | Debt Investments | Subsidiary Businesses | Primary Exchanges | Real Estate | Exchange Avoidance Actions | Other Avoidance Actions | Causes of Action

Select examples of historical transactions under review:

**◆ BlockFi**
Robinhood shares allegedly pledged for outstanding Alameda Loans

**Modulo Capital**
Approximately $400 million invested

**VOYAGER**
$446 million of transfers in the preference period

**◆ BINANCE**
$2.1B payment from FTX to repurchase Series A shares

**Political Donations**
$93 million of donations between March 2020 and November 2022

**■ Loans to Insiders**
Over $2B of loans to insiders between Q1 2020 and Q4 2021

2020 — Q1 Q2 Q3 Q4
2021 — Q1 Q2 Q3 Q4
2022 — Q1 Q2 Q3 Q4

**Hundreds of M&A and other transactions under review**

17

Case 22-11068-JTD   Doc 507-1   Filed 01/17/23   Page 19 of 21

PRELIMINARY / SUBJECT TO MATERIAL CHANGE
The limiting conditions are integral to this preliminary
report and should be read in conjunction therewith

# The $65 Billion Backdoor



**Alameda Research had the ability to borrow without collateral up to $65B from customers**



Case 22-11068-JTD    Doc 507-1    Filed 01/17/23    Page 20 of 21

PRELIMINARY / SUBJECT TO MATERIAL CHANGE
The limiting conditions are integral to this preliminary
report and should be read in conjunction therewith

# Margin Requirements & Auto Liquidation[1] – FTX.com

## Alameda Research and small group of individuals had ability to remove assets from exchange

| | Cash | Crypto Assets | Securities | Venture Investments | Equity Investments | Debt Investments | Subsidiary Businesses | Primary Exchanges | Real Estate | Exchange Avoidance Actions | Other Avoidance Actions | Cases of Action |

| | Account Setting Code | Implications | Number of Accounts |
|---|---|---|---|

**Customers**

`'borrow' = 0`

User **cannot** have a negative balance on the exchange. Once an account balance is negative up to an amount equal to posted collateral, net of fees, all positions are auto-liquidated.

7 Million

**Market Makers**

`'borrow' > 0`

User **can** have a negative balance up to a specified credit limit. Primarily used for market makers to receive lending from FTX.

| Credit Limit | |
|---|---|
| Greater than $0 | 4,000 |
| $1 Million to $150 Million | 41 |
| $65 Billion | 1 |

Alameda Research

$65 Billion

**God Mode**

**"On Ledger"** where entries are recorded in AWS

`'can_withdraw_below_borrow' = true`

User can **withdraw** assets (cash or crypto) from the exchange while having a net negative balance.[2]

Small group of individuals

1

**"Off AWS Ledger"** by moving funds through a direct on-chain transaction

User can **move** assets (crypto) by accessing the private keys to initiate a direct on-chain transaction.[3]

All Crypto

1

**Notes:**
1. The exchange code assessment above was based on a review of the FTX codebase and conversations with post-petition FTX employees. For the FTX US platform, preliminary analysis shows that 3 accounts had "borrow > zero", notably Alameda for $150mm. The FTX US platform had the same "off ledger" issue, and preliminary analysis shows that it had a similar "on ledger" issue that is under review.
2. The FTX codebase reflects that an "allow_negative" function may also enable this ability, however it only applies to 10 internal FTX/Alameda trading accounts.
3. Certain users had permissions in the AWS environment to access private keys. Investigation is underway to determine whether any off-ledger misuse of such access occurred.

19



PRELIMINARY / SUBJECT TO MATERIAL CHANGE
The limiting conditions are integral to this preliminary report and should be read in conjunction therewith

Note:
1.   Investigation is underway to determine whether any off-ledger misuse of this ability to withdraw assets occurred.

20