UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA            :

   -*v.*-                              :          S6 22 Cr. 673 (LAK)

SAMUEL BANKMAN-FRIED,               :

         Defendant.                :

------------------------------------------------------------x


**Exhibit C**

**Google Document from Samuel Bankman-Fried's Email Account**

**Note: these are all random probably bad ideas that aren't vetted; CONFIDENTIAL**

1) File the doc with problems about the Chapter 11 process
    a) Newer draft here
2) Go with the "the lawyers were in a shitty situation, and I feel really bad about that; and like most people do, they reacted poorly to difficult circumstances" narrative.
3) Go on Tucker Carlsen, come out as a republican
    a) While public contributions show one thing, you see another thing including super pacs
    b) Come out against the woke agenda
    c) Talk about how the cartel of lawyers is destroying value and throwing entrepreneurs under the bus in order to cover up the incompetence of lawyers
4) Leak out this document to press
    a) SullCrom, lawyers, and Chapter 11 are broken
5) Focus almost exclusively on the fact that we could give value back to customers and the Chapter 11 team is destroying it
6) Focus on the fact that the Chapter 11 team has no idea how to run FTX, it's colonial, run by a cartel of lawyers
7) Come out as extremely pro crypto, pro freedom
8) Come out with a strong anti-Binance message
9) Go strong with a message of "I have funding ready to make customers whole, if only the Chapter 11 team would care about customers"
10) Go strong with the message "I'm really glad the Chapter 11 team has stepped in, they're great, and even better I have funding that can help make customers more whole while the Chapter 11 team does what is needed to clean things up"
11) Have Michael Lewis interview me on e.g. ABC
12) Go head to head with Matt Levine on Odd Lots, really lean in to arguments
13) Lean in to the story "really it was because of tail risk crashes, this was improbable, NAV was like +$50b earlier this year"
14) "Alameda was incompetent" message
15) Radical honesty on Twitter–just explain exactly what happened, in detail
    a) Include gory details, both about what happened, and about the lawyer fuckups afterwards
16) Send this letter to employees
    a) *Done*
17) Send this EmSam tweet thread
18) Send out a twitter poll asking people what to do
19) Try to get people to supor the true narratives