UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| -*v.*- | : | S6 22 Cr. 673 (LAK) |
| SAMUEL BANKMAN-FRIED, | : | |
| Defendant. | : | |

---------------------------------------------------------------x

**Exhibit D**

**Google Document from Samuel Bankman-Fried's Email Account**

1) See this doc for a long writeup
2) People who might be helpful:
    a) Ed Mills
    b) Jeff Glenn
    c) Robert Mowry
        i) https://www.linkedin.com/in/defi/
    d) Ben Delo
    e) Cory Booker
    f) Christina Rolle?
    g) Reporters:
        i) Alex Osipovich
        ii) Matt Levine
        iii) Michael Lewis
        iv) Vicky Huang
        v) Lucinda Shen
        vi) Tiffany Fung
        vii) Liz Hoffman
        viii) Brady Dale
            (1) FWIW he wrote this: https://www.axios.com/2022/12/08/sam-bankman-fried-sbf-media-messages
        ix) David NYT?
        x) Steve Ehrlich
        xi) Stephanie Ruhle
    h)
3) Sympathy is important
    a) Which means things going badly
4) Narrative of "this is the reality, here are never before seen facts"
5) Narrative against stealing
6) Terms of service etc.?
7) PL:
    a) Nervous
    b) Nervous about what I said
    c) Negative on uranium
    d)


a) Random subgroup support
    i) Alt right?
    ii) Some other displaced group?
b) Matt Levine?
c) Some other reporter?
d) Enemies:

      i) Duffy
      ii) Ryne
      iii) John Ray
  e) Allies:
      i) Skreli

Random narratives:

a) "Let's see how he pleads"
b) "SBF died for our sins"
c)

2022-12-25

1) Dan
   a) [Data](#)
   b) [Antigua](#)
   c) Do JPLs want to talk to me?
      i) How can I be most useful?
   d) Ash
   e) Actual status/odds of things happening
   f) Lackey
   g) Privilege?
   h) Ch 11: paper bird?  West realm?
2) Updates:
   a) Next week
   b) Asf
   c) Either way, maybe do send generic in a few days
   d) Maybe SullCrom

Things to add:
1) More color on SOL
2) What 'net leverage' means
   a) Maybe just define as 'net borrowing'?
3) Maybe something about fiat@ liability in 2021 depending on what it turns out to be
4) Clarify the $8b net leverage (net borrowing?) → hole at the end

2023-01-15 Jacky call

1) PM excited
    a) Meeting with brother/law firm tomorrow
    b) Want distance from old FTX for the first six months or so
2) Any contacts in opposition party?
3) S&C: Wed leak, Fri hearing
4) Intro Jacky as source
5) Have a really hard-hitting summary that makes all the core points
6) Cc legal on emails
7) Dan <> Alex O. on Brett


Reporters to reach out to:

1) Kate Rooney
2) Josh Oliver
3)

Things I could write:

1) List of claims I'll make and how they relate to each other
    a) But without any evidence, YET
2) Re-write sullcrom doc
3) A doc on the marketing expenses
    a) And more generally on luck
4) A version of the last part of All At Once
5) Sanitize All At Once
6) A piece comparing FTX to other companies that crashed
7) S&C as The Original Sin



MC's narratives:

1) US solvent
2) Assets > liabilities
3) We should maximize for customers and might be able to make them whole
4) Also think about making investors whole
5) Thus SBF didn't steal
6) The S&C problems are that they fuck up the above because they're conflicted
7) Depersonalize it; no one gives a shit about my grudges