UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,

        -against-                               S5 22-cr-0673 (LAK)

SAMUEL BANKMAN-FRIED,

        Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

      The defendant and government each cite to a hearing transcript in *In re FTX Trading Ltd. et al.*, 22-bk-11068 (JTD) (Bankr. D. Del. Jan. 31, 2024) (ECF No. 6908). The parties shall provide an electronic copy of the transcript to the Court.

      SO ORDERED.

Dated:     March 19, 2024

                                                  Lewis A. Kaplan
                                      United States District Judge