

570 Lexington Avenue, Suite 3500
New York, NY 10022

Marc L. Mukasey
Partner
212-466-6406
Marc.mukasey@mukaseylaw.com

March 26, 2024

**VIA ECF**
The Honorable Louis A. Kaplan
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10022

    **Re:    United States v. Bankman-Fried, 22 CR 673 (LAK)**

Dear Judge Kaplan:

    The attached additional letters are respectfully submitted for the Court's consideration in the upcoming sentencing of Mr. Bankman-Fried on March 28, 2024.

    Respectfully submitted,

    /s/ Marc L. Mukasey
    Marc L. Mukasey
    Torrey K. Young

Cc:    All counsel (via ECF)