Dear Judge Kaplan,

I was a college friend of Sam Bankman-Fried at MIT. I knew him well for three years. During part of that time I lived with him at an independent living group.

Sam was a kind friend and a wonderful person to be around. With Sam, a typical "party" night consisted of cooking food communally and playing a board game of our own creation.

Sam felt deeply for every living being, farm animals included -- so much so that he adhered to a vegan diet and convinced several others in our living group to become vegan, too. He took every actionable step he could to reduce suffering.

Sam has been portrayed as being motivated by greed. This is completely inconsistent with the Sam I knew. He never showed any interest in material possessions or personal wealth; he was far more interested in promoting animal welfare.

I believe that if Sam is given a lenient sentence, he will be an asset to society. If the fact that I still limit my meat consumption on ethical grounds is any indication, Sam will continue inspiring others to be a little bit kinder and gentler.

Sincerely,
Daniel Grazian
MIT Class of 2013

Ex. A-32