Hon. Lewis A. Kaplan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312 - -

Matt Kelly



Dear Judge Kaplan

I am writing a brief note in advance of the sentencing of Sam Bankman Fried to express some observations that might be of consideration when deciding a sentence. I have an autistic son myself, and have worked as a special needs teacher in the UK, and though of course I cannot diagnose any particular condition, I hope that account is being taken of the fact that many of Sam's personality traits suggest some type of atypical neurological processes; whether this is a tendency to avoid eye contact, a habit of being unable to focus on one thing at a time, or a lack of emotional response in a situation where most people would show outward signs of strain and distress.

He has also witnessed his ex-partner and associates testify against him in court, and to a person with unusual processing, this may have been confusing and upsetting.

I hope that account is taken of Sam's abnormal presentation in your sentencing, so that retribution is in proportion to the degree of fault, and that account is taken of which type of institution would be most appropriate in the case of someone like Sam.

Yours sincerely

Matt Kelly

Ex. A-34