

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 27, 2024

**BY ECF**

The Honorable Lewis A. Kaplan.
United States District Court Judge
Southern District of New York
United States District Court
500 Pearl Street, Room 2240
New York, New York 10007

    Re:   *United States v. Samuel Bankman-Fried,* 22 Cr. 673 (LAK)

Dear Judge Kaplan,

    Accompanying this letter, the Government has attached an additional victim impact statement numbered 118.  This victim impact statement contains limited redactions pertaining to personal identifying information.

                                    Very truly yours,

                                    DAMIAN WILLIAMS
                                  United States Attorney

                 By:    /s/*Danielle Kudla*
                       Nicholas Roos
                       Danielle R. Sassoon
                       Samuel Raymond
                       Thane Rehn
                       Danielle Kudla
                       Assistant United States Attorneys
                       (212) 637-2304