# Exhibit A

# Statement 118

**From:** ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
**Sent:** Wednesday, March 27, 2024 2:36 AM
**To:** USANYS-FTXVictims <USANYS-FTXVictims@usa.doj.gov>; Olsen, Wendy (USANYS) <WOlsen@usa.doj.gov>; joseph@moskowitz-law.com; rejane@moskowitz-law.com
**Cc:** ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
**Subject:** [EXTERNAL] [FTX] Victim Impact Statement - Customer Code ▉▉▉▉▉▉

Dear Sirs,

I write to you today as a member of the FTX Customer Ad-Hoc Committee (CAHC) Voting Bloc. My purpose in joining this committee is to emphasize my unwavering commitment to recovering the value of my pending withdrawal, filed under customer code ▉▉▉▉▉▉

It has come to my attention that the Department of Justice (DOJ) has solicited victim impact statements from affected customers like myself. This initiative aims to underscore the critical point that achieving a "100% petition date" does not equate to full restitution when the stolen assets have significantly appreciated in value.

I implore you to consider the following information as part of my victim impact statement:

Asset: ETH token
Customer code: ▉▉▉▉▉▉
Initial petition value: $7,268.16
Current value: $23,387.93

These figures vividly illustrate the magnitude of the discrepancy between the value of my stolen assets at the time of the petition and their current worth. While the petition date may have served as a benchmark for restitution, it falls short of rectifying the substantial financial loss I have incurred due to the theft.

The exponential growth of the asset's value underscores the urgency of ensuring that victims like myself receive fair and equitable compensation. It is imperative that the severity of our losses be accurately reflected in any restitution efforts undertaken by the authorities.

I urge you to consider my statement carefully and advocate for a resolution that truly restores the value of what was unlawfully taken from me. Justice demands nothing less than a comprehensive and just remedy for all affected parties.

Thank you for your attention to this matter and your support.

Sincerely,

▮▮▮▮▮▮▮▮▮

Annex (1): Victim Statement signed [PDF]

--
▮▮▮▮▮▮▮▮▮
▮▮▮▮▮
▮▮▮▮▮▮▮▮
▮▮▮
▮
▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮

**Victim Impact Statement**

**Per email to / sent from** ▮

USANYS.FTXVictims@usdoj.gov,

Wendy.Olsen@usdoj.gov,

joseph@moskowitz-law.com,

rejane@moskowitz-law.com

March 26th, 2024

Dear Sirs,

I write to you today as a member of the FTX Customer Ad-Hoc Committee (CAHC) Voting Block, with a profound sense of urgency and determination to reclaim what is rightfully mine. My purpose in joining this committee is to emphasize my unwavering commitment to recovering the value of my pending withdrawal, filed under **customer code** ▮

It has come to my attention that the Department of Justice (DOJ) has solicited victim impact statements from affected customers like myself. This initiative aims to underscore the critical point that achieving a "100% petition date" does not equate to full restitution when the stolen assets have significantly appreciated in value.

I implore you to consider the following information as part of my victim impact statement:

Asset: **ETH token**
Quantity: 5.7737
Customer code: ▮
Initial petition value: $7,268.16
Current value: $23,387.93

These figures vividly illustrate the magnitude of the discrepancy between the value of my stolen assets at the time of the petition and their current worth. While the petition date may have served as a benchmark for restitution, it falls short of rectifying the substantial financial loss I have incurred due to the theft.

The exponential growth of the asset's value underscores the urgency of ensuring that victims like myself receive fair and equitable compensation. It is imperative that the severity of our losses be accurately reflected in any restitution efforts undertaken by the authorities.

I urge you to consider my statement carefully and advocate for a resolution that truly restores the value of what was unlawfully taken from me. Justice demands nothing less than a comprehensive and just remedy for all affected parties.

Thank you for your attention to this matter.