## EXHIBIT A

1.  All monies, assets, and funds contained in ED&F Man Capital Markets Inc. 430-0500, in the name of "Emergent Fidelity Technologies," and all funds and assets traceable thereto;

2.  24885000.090498 units of Tether (USDT) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

3.  643041.47694904 units of DAI (DAI) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

4.  29.50308659 units of Ethereum (ETH) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

5.  24.4135385 units of Bitcoin (BTC) formerly held in Binance.us account number 35155204 in the name of Alameda Research LTD;

6.  289.65502554 units of Ethereum (ETH) formerly held in Binance.us account number 35155204 in the name of Alameda Research LTD;

7.  290424.3928835 units of Tether (USDT) formerly held in Binance.us account number 35155204 in the name of Alameda Research LTD;

8.  127906.99952569 units of Cardano (ADA) formerly held in Binance.us account number 35155204 in the name of Alameda Research LTD;

9.  550 units of Litecoin (LTC) formerly held in Binance.us account number 35155204 in the name of Alameda Research LTD;

10. 381905.612 units of Dogecoin (DOGE) formerly held in Binance.us account number 35155204 in the name of Alameda Research LTD;

11. 175.7145543 units of Bitcoin Cash (BCH) formerly held in Binance.us account number 35155204 in the name of Alameda Research LTD;

12. 331.660001 units of USD Coin (USDC) formerly held in Binance.us account number 35155204 in the name of Alameda Research LTD;

13. 39405.0056886 units of BUSD (BUSD) formerly held in Binance.us account number 35155204 in the name of Alameda Research LTD;

14. 18.65298573 units of BNB (BNB) formerly held in Binance.us account number 35155204 in the name of Alameda Research LTD;

15. 182.1489 units of US Dollar (USD) formerly held in Binance.us account number 35155204 in the name of Alameda Research LTD;

16. 132155.00260987 units of 0x (ZRX) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

17.   36.86187755 units of 1inch (1INCH) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

18.   3.5015641 units of Aave (AAVE) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

19.   1004933.48226167 units of AMP (AMO) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

20.   29.94781661 units of ApeCoin (APE) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

21.   82442.3 units of Aragon (ANT) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

22.   532.32735123 units of Augur v2 (REP) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

23.   1.15489039 units of Avalanche (AVAX) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

24.   4117.97540487 units of Axie Infinity (AXS) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

25.   28.73 units of Bancor (BNT) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

26.   49215.433193 units of Band Protocol (BAND) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

27.   39524.76329022 units of Basic Attention Token (BAT) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

28.   1.3773854 units of Bitcoin (BTC) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

29.   1.80962441 units of Bitcoin Cash (BCH) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

30.   271870.92611405 units of Cardano (ADA) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

31.   211.41049375 units of Cartesi (CTSI) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

32.   19.98876671 units of ChainLink (LINK) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

33.   70.18661601 units of Chiliz (CHZ) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

34.     1232.1119377 units of Compound (COMP) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

35.     12.5088504 units of Cosmos (ATOM) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

36.     182.42003616 units of Curve (CRV) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

37.     311756.60697044 units of Decentraland (MANA) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

38.     737.70657339 units of Dogecoin (DOGE) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

39.     914.83983292 units of Elrond (EGLD) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

40.     190.41242266 units of Enjin Coin (ENJ) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

41.     172.76128409 units of EOS (EOS) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

42.     208.68 units of Fetch.Al (FET) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

43.     1.97268888 units of Filecoin (FIL) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

44.     182.563 units of Flow (FLOW) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

45.     10.59 units of Gitcoin (GTC) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

46.     138987.5 units of iExecRLC (RLC) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

47.     4.6252 units of Internet Computer (ICP) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

48.     0.6161 units of Kusama (KSM) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

49.     4958.92707192 units of Kyber Network Crystal (KNC) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

50.     3.52598049 units of Litecoin (LTC) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

3

51.     0.09948145 units of Maker (MKR) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

52.     8.584 units of NEAR Protocol (NEAR) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

53.     4055.01 units of Numeraire (NMR) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

54.     79.19204353 units of Ocean Protocol (OCEAN) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

55.     3938.84993469 units of OMG Network (OMG) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

56.     97608.07714082 units of Orchid (OXT) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

57.     248069 units of Origin Protocol (OGN) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

58.     22.63 units of Polkadot (DOT) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

59.     19.1760689 units of Polygon (MATIC) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

60.     0.288 units of Quant (QNT) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

61.     124.57 units of Request Network (REQ) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

62.     657937.3 units of SHIBA INU (SHIB) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

63.     0.50728742 units of Solana (SOL) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

64.     826.7948669 units of Stellar Lumens (XLM) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

65.     725.07744225 units of Storj (STORJ) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

66.     23.15773377 units of Synthetix Network Token (SNX) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

67.     23050.04484988 units of Tezos (XTZ) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

68.    733 units of The Sandbox (SAND) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

69.    29 units of TrueUSD (TUSD) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

70.    17.27458532 units of Unisawp (UNI) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

71.    2531.06771842 units of USD Coin (USDC) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

72.    0.53316413 units of Wrapped Bitcoin (WBTC) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

73.    5.37259785 units of yearn.finance (YFI) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

74.    2.0998284 units of BNB (BNB) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

75.    61.867 units of Celo (CELO) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

76.    4205419.6 units of DigiByte (DGB) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

77.    330.13 units of Fantom (FTM) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

78.    176.113269 units of MIOTA (IOTA) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

79.    14.473302 units of Nano (XNO) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

80.    14126.96408795 units of QTUM (QTUM) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

81.    2064654.7 units of Serum (SRM) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

82.    32.5 units of Theta Token (THETA) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

83.    294.68188779 units of PAX Gold (PAXG) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

84.    47066.1 units of TRON (TRX) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

85.    $1,136.15 U.S. Currency formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

86.    94,149,325.156019 units of TetherUS (USDT) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

87.    750.18980528 units of Wrapped Bitcoin (WBTC) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

88.    40,285.32817616 units of BNB (BNB) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

89.    657.92 units of Bitcoin (BTC) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

90.    14,585,806.000000 units of Serum (SRM) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

91.    21,606,660.30 units of Ripple (XRP) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

92.    1933.52 units of Wrapped Ether (WETH) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

93.    2,656,657.30302526 units of Dai (DAI) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

94.    3,324,858.50 units of The Sandbox (SAND) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

95.    298,179.10587996 units of Uniswap (UNI) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

96.    1,078,928.47821475 units of BAND (BAND) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

97.    117,884.05706545 units of Ethereum Classic (ETC) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

98.    128,635.79 units of Mask Network (MASK) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

99.    274,454.66 units of Render Token (RNDR) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

100.   54,897,092,549.50 units of SHIBA INU (SHIB) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

101.   31,803.53 units of Axie Infinity (AXS) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

102.    15,131,607.97 units of TRON (TRX) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

103.    744,212.83799922 units of KyberNetwork (KNC) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

104.    47,700.59 units of ApeCoin (APE) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

105.    270,105.78 units of Metal (MTL) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

106.    76,647.10 units of Aragon (ANT) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

107.    4,448,314.200037 units of Cardano (ADA) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

108.    80,443.757968 units of Qtum (QTUM) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

109.    730,809.09 units of Raydium (RAY) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

110.    15,242.10 units of Solana (SOL) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

111.    13,583,617.5908483 units of BUSD (BUSD) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

112.    612084.03000000 units of Nuls (NULS) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

113.    1,061,040.738563 units of Aergo (AERGO) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

114.    4,620.58 units of Ethereum (ETH) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

115.    631,959.285244 units of PowerLedger (POWR) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

116.    545,095.03753131 units of FTX Token (FTT) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

117.    416360.32850000 units of Ontology Gas (ONG) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

118.    697,437,118.449615 units of WINK (WIN) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

119.    1880.85596884 units of Elrond eGold (EGLD) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

120.    448.47396321 units of Gnosis (GNO) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

121.    36622.97069983 units of Flow (FLOW) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

122.    381455.446400 units of Civic (CVC) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

123.    8687.40233482 units of Augur v2 (REP) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

124.    317420.831174 units of Orchid (OXT) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

125.    322,742.75119077 units of Bluzelle (BLZ) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

126.    83612.47502978 units of Yield Guild Games (YGG) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

127.    14288.54897397 units of iExecRLC (RLC) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

128.    184,690.40214601 units of Polkadot (DOT) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

129.    80838.52764800 units of Stacks (STX) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

130.    53713.42000000 units of Hive (HIVE) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

131.    121527.06284122 units of Komodo (KMD) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

132.    8295.32704012 units of UMA (UMA) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

133.    2,487,190.58449267 units of AMP (AMP) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

134.    62195.3445497 units of 0x (ZRX) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

135.    183,478.66603057 units of Ren (REN) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

136.  3.56780387 units of yearn.finance (YFI) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

137.  11,645.73241825 units of Bitcoin Cash (BCH) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

138.  35,256.7962342 units of Golem (GLM) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

139.  10715.8987223 units of Frontier (FRONT) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

140.  278,965.27003663 units of Basic Attention Token (BAT) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

141.  6868.80000000 units of Cortex (CTXC) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

142.  75.26530412 units of Numeraire (NMR) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

143.  720.88398944 units of Litentry (LIT) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

144.  2161.746383 units of Storj (STORJ) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

145.  31,318.4272325 units of OMG Network (OMG) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

146.  54.37213401 units of Wing Token (WING) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

147.  5,957.882489010 units of Dogecoin (DOGE) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

148.  1371.927500 units of SingularityNET Token (AGIX) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

149.  3,058.472 units of Viberate (VIB) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

150.  26,104.4281127 units of 1inch (1INCH) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

151.  2676.12169338 units of Nebulas (NAS) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

152.  2492.67700000 units of Gifto (GTO) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

153.   26,107.75499159 units of Curve (CRV) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

154.   8,505.87214 units of Celo (CELO) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

155.   3,210.44538565 units of Decentraland (MANA) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

156.   14,595.22985968 units of Synthetix Network Token (SNX) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

157.   121.306489 units of Ocean Protocol (OCEAN) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

158.   447,768.2573 units of DENT (DENT) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

159.   0.00208607 units of renBTC (RENBTC) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

160.   12,376.43358062 units of OriginToken (OGN) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

161.   5000.20657000 units of DigiByte (DGB) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

162.   31.93288271 units of Theta Token (THETA) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

163.   99.20866254 units of Gitcoin (GTC) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

164.   272.9522 units of Fetch.AI (FET) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

165.   289.1887458 units of MANTRA (OM) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

166.   352.86674268 units of Loopring (LRC) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

167.   62,427.26261 units of Algorand (ALGO) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

168.   1,060.754544 units of Measurable Data Token (MDT) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

169.   27,612.86729368 units of Reef (REEF) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

170.  5,403.24231 units of IoTeX (IOTX) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

171.  289.173565 units of Request Network (REQ) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

172.  93,625.688081 units of Holo (HOT) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

173.  521.557933 units of Pundi X (PUNDIX) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

174.  47.26611115 units of Injective (INJ) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

175.  1,209.144850 units of WOO Network (WOO) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

176.  920,281.830480 units of Reserve Rights (RSR) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

177.  99,511.908300 units of WAX (WAXP) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

178.  20,679.332042 units of Enjin Coin (ENJ) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

179.  597.74385218 units of Compound (COMP) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

180.  35,664.70216949 units of THORChain (RUNE) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

181.  115,566.408615 units of The Graph (GRT) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

182.  184,889.132758 units of Chiliz (CHZ) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

183.  247.62397951 units of Maker (MKR) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

184.  3,332.52956029 units of Aave (AAVE) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

185.  10,391.51391488 units of Balancer (BAL) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

186.  259,753.66665821 units of Swipe (SXP) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

187.   98,591.64417196 units of ChainLink (LINK) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

188.   6,481.84140775 units of Tezos (XTZ) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

189.   256,792.13967151 units of Hedera Hashgraph (HBAR) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

190.   328,471.759281 units of Nexo (NEXO) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

191.   122,572.64205808 units of Polygon (MATIC) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

192.   30,604.0636046 units of Cosmos (ATOM) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

193.   146,149.04537535 units of Filecoin (FIL) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

194.   2,654,127.825676 units of Fantom (FTM) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

195.   31,341.27163278 units of Litecoin (LTC) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

196.   30.574582 units of Orion Protocol (ORN) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

197.   24.94598894 units of API3 (API3L) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

198.   509.98964721 units of COTI (COTI) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

199.   11571.8557 units of JasmyCoin (JASMY) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

200.   168.45653655 units of Stargate Finance (STG) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

201.   100.38573 units of Kava (KAVA) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

202.   7419.3491 units of Alien Worlds (TLM) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

203.   485.89443744 units of Biconomy (BICO) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

204.    277977.51093527 units of Spell token (SPELL) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

205.    5660.53412465 units of Gala (GALA) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

206.    7.96554833 units of Kusama (KSM) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

207.    8397.64513332 units of Alchemy Pay (ACH) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

208.    11463.36328737 units of Ankr (ANKR) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

209.    4904.4518 units of SuperFarm (SUPER) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

210.    36290.61077571 units of Threshold (T) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

211.    1365.71184967 units of ImmutableX (IMX) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

212.    3690.29013554 units of DIA (DIA) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

213.    612.13112316 units of Lido DAO (LDO) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

214.    748.99059382 units of NEAT Protocol (NEAR) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

215.    811286.1990669 units of Smooth Love Potion (SLP) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

216.    83649.77927294 units of Zilliga (ZIL) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

217.    24610 units of pNetwork (PNT) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

218.    435.44811323 units of Ethereum Name Service (ENS) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

219.    4031.36292126 units of Waves (WAVES) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

220.    408.86566303 units of Alchemix (ALCX) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

221.  364.96584072 units of Avalanche (AVAX) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

222.  122086.63123572 units of IDEX (IDEX) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

223.  9661.78737657 units of Galxe (GAL) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

224.  5448.97821365 units of Badger (BADGER) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

225.  135195.32882483 units of NKN (NKN) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

226.  10536.69132991 units of Vulcan Forged PYR (PYR) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

227.  1406885.17429752 units of SKALE Network (SKL) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

228.  1112952.12873061 units of Coin98 (C98) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

229.  4575720.79018097 units of Clover Finance (CLV) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

230.  188.64615083 units of PAX Gold (PAXG) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

231.  1323315.33443 units of Bonfida (FIDA) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

232.  2023467.95871928 units of Audius (AUDIO) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

233.  575343.36522476 units of EOS (EOS) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

234.  38978540277.05 units of Ruplah Token (IDRT) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

235.  162.1 units of Golem (GLM) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

236.  1486.56 units of Ankr (ANKR) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

237.  404.408 units of The Graph (GRT) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

238. 82.3 units of Immutable X (IMX) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

239. 2877 units of SKALE Network (SKL) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

240. 67.34 units of Lido DAO (LDO) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

241. 7713.32 units of Alchemy Pay (ACH) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

242. 86.4935 units of Ethereum Name Service (ENS) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

243. 6359.81 units of Audius (AUDIO) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

244. 1742.95 units of My Neighbor Alice (ALICE) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

245. 104923 units of Threshold (T) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

246. 1747.64 units of Galxe (GAL) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

247. 1385.75 units of Balancer (BAL) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

248. 163507 units of SuperRare (RARE) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

249. 2470583 units of Alien Worlds (TLM) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

250. 266394 units of BOBA Token (BOBA) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

251. 176507 units of Stargate Finance (STG) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

252. 47.231 units of Sushi (SUSHI) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

253. 256.343 units of Waves (WAVES) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

254. 44542 units of XRP (XRP) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

255.   6482703 units of Zilliqa (ZIL) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

256.   A Bombardier Global 5000 BD-700-1A11 Aircraft Bearing Registration Number N410AT and Manufacturer Serial Number 9295, and related maintenance logs and engine logs;

257.   An Embraer Legacy EMB-135BJ Aircraft Bearing Registration Number C6-BDE and Manufacturer Serial Number 14500967;

258.   Any and all funds at Flagstar Bank, f/k/a "Signature Bank," held in account number 1504820218 at Signature Bank, held in the name of Samuel Bankman-Fried and Luk Wei Chan;

259.   Any and all political contributions made by the Defendant that are proceeds traceable to the wire fraud and wire fraud conspiracy offenses charged in Counts One through Four of the Indictment or property involved in money laundering offense charged in Count Seven of the Indictment, including but not limited to:

a.   All political contributions made by the Defendant to Alaska Democratic Party that have been returned to the Government;

b.   All political contributions made by the Defendant to Angie Craig For Congress that have been returned to the Government;

c.   All political contributions made by the Defendant to Arizona Democratic Party that have been returned to the Government;

d.   All political contributions made by the Defendant to Arkansas For Leadership Political Action Committee (PAC) that have been returned to the Government;

e.   All political contributions made by the Defendant to AXNE PAC (Americans X-Pect New Energy) that have been returned to the Government;

f.   All political contributions made by the Defendant to Becca Balint For Vermont that have been returned to the Government;

g.   All political contributions made by the Defendant to Ben Sasse For US Senate Inc. that have been returned to the Government;

h.   All political contributions made by the Defendant to Beto O'Rourke that have been returned to the Government;

i.   All political contributions made by the Defendant to Biden For President that have been returned to the Government;

j.      All political contributions made by the Defendant to Blue Nevada PAC that have been returned to the Government;

k.      All political contributions made by the Defendant to Boozman For Arkansas that have been returned to the Government;

l.      All political contributions made by the Defendant to Brittany Pettersen For Colorado that have been returned to the Government;

m.      All political contributions made by the Defendant to California Democratic Party that have been returned to the Government;

n.      All political contributions made by the Defendant to CHC Bold PAC that have been returned to the Government;

o.      All political contributions made by the Defendant to Chuy Garcia For Congress that have been returned to the Government;

p.      All political contributions made by the Defendant to Citizens For Boyle that have been returned to the Government;

q.      All political contributions made by the Defendant to Colorado Democratic Party that have been returned to the Government;

r.      All political contributions made by the Defendant to Connecticut Democratic State Central Committee that have been returned to the Government;

s.      All political contributions made by the Defendant to Conole For Congress that have been returned to the Government;

t.      All political contributions made by the Defendant to Cory Booker For Senate that have been returned to the Government;

u.      All political contributions made by the Defendant to DC Democratic Party that have been returned to the Government;

v.      All political contributions made by the Defendant to DCCC that have been returned to the Government;

w.      All political contributions made by the Defendant to Democratic Executive Committee of Florida that have been returned to the Government;

x.      All political contributions made by the Defendant to Democratic Grassroots Victory Fund that have been returned to the Government;

y.      All political contributions made by the Defendant to Democratic Party of Arkansas that have been returned to the Government;

z.      All political contributions made by the Defendant to Democratic Party of Hawaii that have been returned to the Government;

aa.     All political contributions made by the Defendant to Democratic Party of Illinois that have been returned to the Government;

bb.     All political contributions made by the Defendant to Democratic Party of New Mexico-Federal that have been returned to the Government;

cc.     All political contributions made by the Defendant to Democratic Party of Oregon that have been returned to the Government;

dd.     All political contributions made by the Defendant to Democratic Party of South Carolina that have been returned to the Government;

ee.     All political contributions made by the Defendant to Democratic Party of Virginia that have been returned to the Government;

ff.     All political contributions made by the Defendant to Democratic Party of Wisconsin-Federal that have been returned to the Government;

gg.     All political contributions made by the Defendant to Democratic State Central Committee of LA that have been returned to the Government;

hh.     All political contributions made by the Defendant to Democratic State Committee (Delaware) that have been returned to the Government;

ii.     All political contributions made by the Defendant to DMFI PAC that have been returned to the Government;

jj.     All political contributions made by the Defendant to DNC Services Corp/Democratic National Committee that have been returned to the Government;

kk.     All political contributions made by the Defendant to Foushee For Congress that have been returned to the Government;

ll.     All political contributions made by the Defendant to Friends of Lucy McBath that have been returned to the Government;

mm.     All political contributions made by the Defendant to Gallego For Arizona that have been returned to the Government;

nn.     All political contributions made by the Defendant to Georgia Federal Elections Committee that have been returned to the Government;

oo.     All political contributions made by the Defendant to Gillen For Congress that have been returned to the Government;

pp.    All political contributions made by the Defendant to Gillibrand For Senate that have been returned to the Government;

qq.    All political contributions made by the Defendant to Granite Values PAC that have been returned to the Government;

rr.    All political contributions made by the Defendant to Greater Opportunities For Leadership Development (Gold PAC) that have been returned to the Government;

ss.    All political contributions made by the Defendant to Haley Stevens For Congress that have been returned to the Government;

tt.    All political contributions made by the Defendant to Hoeven For Senate that have been returned to the Government;

uu.    All political contributions made by the Defendant to Idaho State Democratic Party that have been returned to the Government;

vv.    All political contributions made by the Defendant to Indiana Democratic Congressional Victory Committee that have been returned to the Government;

ww.    All political contributions made by the Defendant to Iowa Democratic Party that have been returned to the Government;

xx.    All political contributions made by the Defendant to Jake Auchincloss For Congress that have been returned to the Government;

yy.    All political contributions made by the Defendant to Jasmine for US that have been returned to the Government;

zz.    All political contributions made by the Defendant to Jeffries For Congress that have been returned to the Government;

aaa.    All political contributions made by the Defendant to Jersey Values PAC that have been returned to the Government;

bbb.    All political contributions made by the Defendant to Jim Costa For Congress that have been returned to the Government;

ccc.    All political contributions made by the Defendant to Joni For Iowa that have been returned to the Government;

ddd.    All political contributions made by the Defendant to Joseph Neguse For Congress that have been returned to the Government;

eee.  All political contributions made by the Defendant to Josh Gottheimer For Congress that have been returned to the Government;

fff.  All political contributions made by the Defendant to Josh Harder For Congress that have been returned to the Government;

ggg.  All political contributions made by the Defendant to Joyce Beatty that have been returned to the Government;

hhh.  All political contributions made by the Defendant to Kansas Democratic Party that have been returned to the Government;

iii.  All political contributions made by the Defendant to Kentucky State Democratic Central Committee that have been returned to the Government;

jjj.  All political contributions made by the Defendant to Lisa Murkowski For US Senate that have been returned to the Government;

kkk.  All political contributions made by the Defendant to Lou Correa For Congress that have been returned to the Government;

lll.  All political contributions made by the Defendant to Maggie For NH that have been returned to the Government;

mmm. All political contributions made by the Defendant to Maxwell Alejandro Frost For Congress that have been returned to the Government;

nnn.  All political contributions made by the Defendant to Menendez For Congress that have been returned to the Government;

ooo.  All political contributions made by the Defendant to Michigan Democratic State Central Committee that have been returned to the Government;

ppp.  All political contributions made by the Defendant to Minnesota Democratic Farmer Labor Party that have been returned to the Government;

qqq.  All political contributions made by the Defendant to Mississippi Democratic Party that have been returned to the Government;

rrr.  All political contributions made by the Defendant to Missouri Democratic State Committee (Federal) that have been returned to the Government;

sss.  All political contributions made by the Defendant to Montana Democratic Party that have been returned to the Government;

ttt.  All political contributions made by the Defendant to Morgan McGarvey For Congress that have been returned to the Government;

uuu.    All political contributions made by the Defendant to Nebraska Democratic Party that have been returned to the Government;

vvv.    All political contributions made by the Defendant to Nevada State Democratic Party that have been returned to the Government;

www.    All political contributions made by the Defendant to New Hampshire Democratic Party that have been returned to the Government;

xxx.    All political contributions made by the Defendant to New Jersey Democratic State Committee that have been returned to the Government;

yyy.    All political contributions made by the Defendant to Nikki For Congress that have been returned to the Government;

zzz.    All political contributions made by the Defendant to North Carolina Democratic Party that have been returned to the Government;

aaaa.   All political contributions made by the Defendant to North Dakota Democratic Nonpartisan League Party that have been returned to the Government;

bbbb.   All political contributions made by the Defendant to Off the Sidelines PAC that have been returned to the Government;

cccc.   All political contributions made by the Defendant to Ohio Democratic Party that have been returned to the Government;

dddd.   All political contributions made by the Defendant to Oklahoma Democratic Party that have been returned to the Government;

eeee.   All political contributions made by the Defendant to Pennsylvania Democratic Party that have been returned to the Government;

ffff.   All political contributions made by the Defendant to People for Patty Murray that have been returned to the Government;

gggg.   All political contributions made by the Defendant to Peter Aguilar For Congress that have been returned to the Government;

hhhh.   All political contributions made by the Defendant to Rhode Island Democratic State Committee that have been returned to the Government;

iiii.   All political contributions made by the Defendant to Robert Garcia For Congress that have been returned to the Government;

jjjj.   All political contributions made by the Defendant to Salud Carbajal For Congress that have been returned to the Government;

kkkk.  All political contributions made by the Defendant to Sanford Bishop For Congress that have been returned to the Government;

llll.  All political contributions made by the Defendant to Sean Patrick Maloney For Congress that have been returned to the Government;

mmmm.  All political contributions made by the Defendant to Serving Our Country (SOC) PAC that have been returned to the Government;

nnnn.  All political contributions made by the Defendant to Shontel Brown For Congress that have been returned to the Government;

oooo.  All political contributions made by the Defendant to South Dakota Democratic Party-Federal that have been returned to the Government;

pppp.  All political contributions made by the Defendant to Stabenow For US Senate that have been returned to the Government;

qqqq.  All political contributions made by the Defendant to State Democratic Executive Committee of Alabama that have been returned to the Government;

rrrr.  All political contributions made by the Defendant to Summit PAC that have been returned to the Government;

ssss.  All political contributions made by the Defendant to Team Blue PAC that have been returned to the Government;

tttt.  All political contributions made by the Defendant to Tennessee Democratic Party that have been returned to the Government;

uuuu.  All political contributions made by the Defendant to Texas Democratic Party that have been returned to the Government;

vvvv.  All political contributions made by the Defendant to Tina Smith For Minnesota that have been returned to the Government;

wwww.  All political contributions made by the Defendant to Tom O'Halleran for Congress that have been returned to the Government;

xxxx.  All political contributions made by the Defendant to Torres For Congress that have been returned to the Government;

yyyy.  All political contributions made by the Defendant to Utah State Democratic Committee that have been returned to the Government;

zzzz.  All political contributions made by the Defendant to Valley First Leadership PAC that have been returned to the Government;

aaaaa. All political contributions made by the Defendant to Vermont Democratic Party that have been returned to the Government;

bbbbb. All political contributions made by the Defendant to W Va State Democratic Ex Com that have been returned to the Government;

ccccc. All political contributions made by the Defendant to Washington State Democratic Central Committee that have been returned to the Government;

ddddd. All political contributions made by the Defendant to Welch For Vermont that have been returned to the Government;

eeeee. All political contributions made by the Defendant to Working Harder PAC that have been returned to the Government;

fffff. All political contributions made by the Defendant to Wyden for Senate that have been returned to the Government;

ggggg. All political contributions made by the Defendant to Wyoming Democratic Party that have been returned to the Government;

hhhhh. All political contributions made by the Defendant to Across The Aisle PAC;

iiiii. All political contributions made by the Defendant to Activate America;

jjjjj. All political contributions made by the Defendant to Alabama Conservatives Fund;

kkkkk. All political contributions made by the Defendant to Alessandra Biaggi For Congress;

lllll. All political contributions made by the Defendant to Alex Padilla For Senate;

mmmmm. All political contributions made by the Defendant to America United;

nnnnn. All political contributions made by the Defendant to BFB PAC;

ooooo. All political contributions made by the Defendant to Bill Cassidy for US Senate;

ppppp. All political contributions made by the Defendant to Carl Marlinga For Congress;

qqqqq. All political contributions made by the Defendant to Carrick Flynn For Oregon;

23

rrrrr.   All political contributions made by the Defendant to Center for Essential Information;

sssss.   All political contributions made by the Defendant to Collins for Senator;

ttttt.   All political contributions made by the Defendant to Democratic Party of Maine;

uuuuu.  All political contributions made by the Defendant to Democratic State Central Committee of Maryland;

vvvvv.  All political contributions made by the Defendant to DSCC;

wwwww.       All political contributions made by the Defendant to FF PAC;

xxxxx.  All political contributions made by the Defendant to Friends of Dick Durbin Committee;

yyyyy.  All political contributions made by the Defendant to Friends of Glenn Thompson;

zzzzz.  All political contributions made by the Defendant to Friends of John Thune;

aaaaaa. All political contributions made by the Defendant to Gilbert Villegas For Congress;

bbbbbb.      All political contributions made by the Defendant to GMI PAC;

cccccc. All political contributions made by the Defendant to Great Lakes PAC;

dddddd.      All political contributions made by the Defendant to Greater Tomorrow Political Action Committee;

eeeeee. All political contributions made by the Defendant to Guarding Against Pandemics PAC;

ffffff.  All political contributions made by the Defendant to Heartland Resurgence;

gggggg.      All political contributions made by the Defendant to Heartland Values PAC;

hhhhhh.      All political contributions made by the Defendant to House Majority PAC;

iiiiii.  All political contributions made by the Defendant to Jimmy Panetta;

jjjjjj.    All political contributions made by the Defendant to Joining Ideas To Motivate Movement For You (Jimmy PAC);

kkkkkk.    All political contributions made by the Defendant to Limitless Horizons;

llllll.    All political contributions made by the Defendant to Manchin For West Virginia;

mmmmmm.    All political contributions made by the Defendant to Massachusetts Democratic State Committee;

nnnnnn.    All political contributions made by the Defendant to Max Rose For Congress;

oooooo.    All political contributions made by the Defendant to National Wildlife Federation Action Fund;

pppppp.    All political contributions made by the Defendant to Nevadans For Steven Horsford;

qqqqqq.    All political contributions made by the Defendant to Opportunity for Tomorrow;

rrrrrr.    All political contributions made by the Defendant to Oregon Victory Fund;

ssssss.    All political contributions made by the Defendant to Prairie Political Action Committee;

tttttt.    All political contributions made by the Defendant to Protect Our Future PAC;

uuuuuu.    All political contributions made by the Defendant to Quartey For Congress;

vvvvvv.    All political contributions made by the Defendant to Richard Burr;

wwwwww.    All political contributions made by the Defendant to Ro for Congress Inc;

xxxxxx.    All political contributions made by the Defendant to Romney for Utah Inc;

yyyyyy.    All political contributions made by the Defendant to Senate Majority PAC;

zzzzzz. All political contributions made by the Defendant to Sydney Kamlager For Congress;

aaaaaaa.        All political contributions made by the Defendant to The Next 50 PAC;

bbbbbbb.        All political contributions made by the Defendant to Troy Carter;

ccccccc.        All political contributions made by the Defendant to Vote Tripling PAC (now Vote REV PAC);

ddddddd.        All political contributions made by the Defendant to WY Democratic State Central Committee.


260.    Any and all political contributions made by Ryan Salame that are proceeds traceable to the wire fraud and wire fraud conspiracy offenses charged in Counts One through Four of the Indictment or property involved in money laundering offense charged in Count Seven of the Indictment, including but not limited to:

   a.    All political contributions made by Ryan Salame to Abraham Lincoln PAC that have been returned to the Government;

   b.    All political contributions made by Ryan Salame to Americans for Legislating Excellence PAC that have been returned to the Government;

   c.    All political contributions made by Ryan Salame to Andy Harris for Congress that have been returned to the Government;

   d.    All political contributions made by Ryan Salame to August Pfluger for Congress that have been returned to the Government;

   e.    All political contributions made by Ryan Salame to Ben Cline for Congress Inc. that have been returned to the Government;

   f.    All political contributions made by Ryan Salame to Bilirakis for Congress that have been returned to the Government;

   g.    All political contributions made by Ryan Salame to Bishop for Congress that have been returned to the Government;

   h.    All political contributions made by Ryan Salame to Blake Masters for Senate that have been returned to the Government;

   i.    All political contributions made by Ryan Salame to Boozman for Arkansas that have been returned to the Government;

26

j.      All political contributions made by Ryan Salame to Brian Fitzpatrick for All of Us that have been returned to the Government;

k.      All political contributions made by Ryan Salame to Bucshon for Congress that have been returned to the Government;

l.      All political contributions made by Ryan Salame to Buddy Carter for Congress that have been returned to the Government;

m.      All political contributions made by Ryan Salame to Chuck Edwards for Congress that have been returned to the Government;

n.      All political contributions made by Ryan Salame to Chuck Fleischmann for Congress Committee, Inc. that have been returned to the Government;

o.      All political contributions made by Ryan Salame to Citizens for John Rutherford that have been returned to the Government;

p.      All political contributions made by Ryan Salame to Citizens for Turner that have been returned to the Government;

q.      All political contributions made by Ryan Salame to Clyde for Congress, Inc. that have been returned to the Government;

r.      All political contributions made by Ryan Salame to Cole for Congress that have been returned to the Government;

s.      All political contributions made by Ryan Salame to Dakota PAC that have been returned to the Government;

t.      All political contributions made by Ryan Salame to Dan Crenshaw for Congress that have been returned to the Government;

u.      All political contributions made by Ryan Salame to Dan Newhouse for Congress that have been returned to the Government;

v.      All political contributions made by Ryan Salame to Debbie Lesko for Congress that have been returned to the Government;

w.      All political contributions made by Ryan Salame to Defend our Conservative Senate PAC that have been returned to the Government;

x.      All political contributions made by Ryan Salame to Dr. John Joyce for Congress that have been returned to the Government;

y.      All political contributions made by Ryan Salame to Eli Crane for Congress that have been returned to the Government;

z.      All political contributions made by Ryan Salame to Elise for Congress that have been returned to the Government;

aa.     All political contributions made by Ryan Salame to Free State PAC that have been returned to the Government;

bb.     All political contributions made by Ryan Salame to Friends for Chris Stewart that have been returned to the Government;

cc.     All political contributions made by Ryan Salame to Friends of Dave Joyce that have been returned to the Government;

dd.     All political contributions made by Ryan Salame to Gary Palmer for Congress that have been returned to the Government;

ee.     All political contributions made by Ryan Salame to Grassley Committee, Inc. that have been returned to the Government;

ff.     All political contributions made by Ryan Salame to Guthrie for Congress that have been returned to the Government;

gg.     All political contributions made by Ryan Salame to Hawkeye PAC that have been returned to the Government;

hh.     All political contributions made by Ryan Salame to Hoeven for Senate that have been returned to the Government;

ii.     All political contributions made by Ryan Salame to Jeff Duncan for Congress that have been returned to the Government;

jj.     All political contributions made by Ryan Salame to Johnson for Congress that have been returned to the Government;

kk.     All political contributions made by Ryan Salame to Joni of Iowa that have been returned to the Government;

ll.     All political contributions made by Ryan Salame to Julia Letlow for Congress that have been returned to the Government;

mm.     All political contributions made by Ryan Salame to Karoline for Congress that have been returned to the Government;

nn.     All political contributions made by Ryan Salame to Kay Granger Campaign Fund that have been returned to the Government;

oo.     All political contributions made by Ryan Salame to Ken Calvert for Congress Committee that have been returned to the Government;

pp.    All political contributions made by Ryan Salame to Latta for Congress that have been returned to the Government;

qq.    All political contributions made by Ryan Salame to Lawler for Congress that have been returned to the Government;

rr.    All political contributions made by Ryan Salame to Laxalt for Senate that have been returned to the Government;

ss.    All political contributions made by Ryan Salame to Lisa Murkowski for US Senate that have been returned to the Government;

tt.    All political contributions made by Ryan Salame to Lori Chavez-Deremer for Congress that have been returned to the Government;

uu.    All political contributions made by Ryan Salame to Marc for Us Inc. that have been returned to the Government;

vv.    All political contributions made by Ryan Salame to Mario Diaz-Balart for Congress that have been returned to the Government;

ww.    All political contributions made by Ryan Salame to Mark Alford for Congress that have been returned to the Government;

xx.    All political contributions made by Ryan Salame to Max Miller for Congress that have been returned to the Government;

yy.    All political contributions made by Ryan Salame to Mike Flood for Congress that have been returned to the Government;

zz.    All political contributions made by Ryan Salame to Mike Garcia for Congress that have been returned to the Government;

aaa.    All political contributions made by Ryan Salame to Monica for Congress that have been returned to the Government;

bbb.    All political contributions made by Ryan Salame to Moolenaar for Congress that have been returned to the Government;

ccc.    All political contributions made by Ryan Salame to Mooney for Congress 2022 that have been returned to the Government;

ddd.    All political contributions made by Ryan Salame to Moran for Kansas that have been returned to the Government;

eee.    All political contributions made by Ryan Salame to Morgan Griffith for Congress that have been returned to the Government;

fff.    All political contributions made by Ryan Salame to MVL-PAC that have been returned to the Government;

ggg.    All political contributions made by Ryan Salame to NRSC, that have been returned to the Government;

hhh.    All political contributions made by Ryan Salame to Reclaim America PAC, including those that have been returned to the Government;

iii.    All political contributions made by Ryan Salame to Republican National Committee that have been returned to the Government;

jjj.    All political contributions made by Ryan Salame to Results for NC, Inc that have been returned to the Government;

kkk.    All political contributions made by Ryan Salame to Robert Aderholt for Congress that have been returned to the Government;

lll.    All political contributions made by Ryan Salame to Simpson for Congress that have been returned to the Government;

mmm.    All political contributions made by Ryan Salame to Simpson for Congress that have been returned to the Government;

nnn.    All political contributions made by Ryan Salame to Team Herschel, Inc. that have been returned to the Government;

ooo.    All political contributions made by Ryan Salame to Tim Scott for Senate that have been returned to the Government;

ppp.    All political contributions made by Ryan Salame to Tony Gonzales for Congress that have been returned to the Government;

qqq.    All political contributions made by Ryan Salame to Van Drew for Congress that have been returned to the Government;

rrr.    All political contributions made by Ryan Salame to Walberg for Congress that have been returned to the Government;

sss.    All political contributions made by Ryan Salame to Wenstrup for Congress that have been returned to the Government;

ttt.    All political contributions made by Ryan Salame to West Virginia Republican Party, Inc. that have been returned to the Government;

uuu.    All political contributions made by Ryan Salame to Zeldin for Congress that have been returned to the Government;

vvv.    All political contributions made by Ryan Salame to Zeldin for Governor that have been returned to the Government;

www.    All political contributions made by Ryan Salame to Aaron Bean for Congress;

xxx.    All political contributions made by Ryan Salame to Alamo PAC;

yyy.    All political contributions made by Ryan Salame to American Dream Federal Action;

zzz.    All political contributions made by Ryan Salame to Armstrong for Congress;

aaaa.    All political contributions made by Ryan Salame to Ashley Hinson for Congress;

bbbb.    All political contributions made by Ryan Salame to Bluegrass CMTE;

cccc.    All political contributions made by Ryan Salame to Brett Guthrie for Congress;

dddd.    All political contributions made by Ryan Salame to Britt for Alabama Inc;

eeee.    All political contributions made by Ryan Salame to Captain Higgins for Congress;

ffff.    All political contributions made by Ryan Salame to Carlos Gimenez for Congress;

gggg.    All political contributions made by Ryan Salame to Cassy for Congress;

hhhh.    All political contributions made by Ryan Salame to Cathy McMorris Rodgers for Congress;

iiii.    All political contributions made by Ryan Salame to Cindy Hyde-Smith for US Senate;

jjjj.    All political contributions made by Ryan Salame to Club for Growth Action;

kkkk.    All political contributions made by Ryan Salame to Committee to Elect Jennifer-Ruth Green;

llll.    All political contributions made by Ryan Salame to Congressional Leadership Fund;

mmmm.     All political contributions made by Ryan Salame to Continuing America's Strength and Security PAC;

nnnn.   All political contributions made by Ryan Salame to Cornicelli for Congress;

oooo.   All political contributions made by Ryan Salame to Crane for Congress;

pppp.   All political contributions made by Ryan Salame to Crapo Victory Committee;

qqqq.   All political contributions made by Ryan Salame to Crawford for Congress;

rrrr.    All political contributions made by Ryan Salame to Crenshaw for Congress;

ssss.    All political contributions made by Ryan Salame to Curtis for Congress;

tttt.    All political contributions made by Ryan Salame to Defending Main Street Superpac Inc.;

uuuu.   All political contributions made by Ryan Salame to Devolder Santos for Congress;

vvvv.   All political contributions made by Ryan Salame to Diana for Congress;

wwww.     All political contributions made by Ryan Salame to Doctor Oz for Senate;

xxxx.   All political contributions made by Ryan Salame to Emmer for Congress;

yyyy.   All political contributions made by Ryan Salame to Finstad for Congress;

zzzz.   All political contributions made by Ryan Salame to Fischer Victory Fund;

aaaaa.  All political contributions made by Ryan Salame to Fleischmann for Congress;

bbbbb.  All political contributions made by Ryan Salame to Friends of David Schweikert;

ccccc.  All political contributions made by Ryan Salame to Friends of Dusty Johnson;

ddddd.  All political contributions made by Ryan Salame to Friends of Glenn Thompson;

eeeee.   All political contributions made by Ryan Salame to Friends of Jeremy Shaffer;

fffff.   All political contributions made by Ryan Salame to Friends of John Thune;

ggggg.   All political contributions made by Ryan Salame to Friends of Michael Guest;

hhhhh.   All political contributions made by Ryan Salame to Friends of Neal Dunn;

iiiii.   All political contributions made by Ryan Salame to Garbarino for Congress;

jjjjj.   All political contributions made by Ryan Salame to GMI Pac, Inc.;

kkkkk.   All political contributions made by Ryan Salame to GOP Winning Women-Florida;

lllll.   All political contributions made by Ryan Salame to Greg Pence for Congress;

mmmmm.   All political contributions made by Ryan Salame to Guy for Congress;

nnnnn.   All political contributions made by Ryan Salame to Hal Rogers for Congress;

ooooo.   All political contributions made by Ryan Salame to Help Elect Republicans Now;

ppppp.   All political contributions made by Ryan Salame to Hern for Congress;

qqqqq.   All political contributions made by Ryan Salame to Houchin for Congress;

rrrrr.   All political contributions made by Ryan Salame to Hudson for Congress;

sssss.   All political contributions made by Ryan Salame to JD Vance for Senate Inc.;

ttttt.   All political contributions made by Ryan Salame to Jobs Opportunity and Ideas PAC;

uuuuu.   All political contributions made by Ryan Salame to John Carter for Congress;

vvvvv.   All political contributions made by Ryan Salame to John Curtis for Congress;

wwwww.     All political contributions made by Ryan Salame to John Joyce for Congress;

xxxxx. All political contributions made by Ryan Salame to Kansans for LaTurner;

yyyyy. All political contributions made by Ryan Salame to Kat for Congress;

zzzzz.  All political contributions made by Ryan Salame to Kelly for Congress;

aaaaaa. All political contributions made by Ryan Salame to Kevin McCarthy for Congress;

bbbbbb.     All political contributions made by Ryan Salame to Kiggans for Congress;

cccccc. All political contributions made by Ryan Salame to Leadership and Accountability are National Keys PAC;

dddddd.     All political contributions made by Ryan Salame to Majority Committee PAC—MC PAC;

eeeeee. All political contributions made by Ryan Salame to Marco Rubio for Senate;

ffffff.   All political contributions made by Ryan Salame to McCaul for Congress Inc;

gggggg.     All political contributions made by Ryan Salame to Michael Burgess for Congress;

hhhhhh.     All political contributions made by Ryan Salame to Michelle Bond for Congress;

iiiiii.   All political contributions made by Ryan Salame to Mike Gallagher for Wisconsin;

jjjjjj.   All political contributions made by Ryan Salame to Miller-Meeks for Congress;

kkkkkk.     All political contributions made by Ryan Salame to Montana Red;

llllll.   All political contributions made by Ryan Salame to New York State Republican Party;

mmmmmm.     All political contributions made by Ryan Salame to NRCC;

nnnnnn.     All political contributions made by Ryan Salame to NY Republican Federal Campaign Committee;

ooooo.    All political contributions made by Ryan Salame to Scalise for Congress;

ppppp.    All political contributions made by Ryan Salame to Scheller for Congress Inc;

qqqqqq.    All political contributions made by Ryan Salame to Schmitt for Senate;

rrrrr.    All political contributions made by Ryan Salame to Senate Leadership Fund;

ssssss.    All political contributions made by Ryan Salame to St Mooney V Fund;

tttttt.    All political contributions made by Ryan Salame to Stand for New York Committee;

uuuuuu.    All political contributions made by Ryan Salame to Steer PAC;

vvvvvv.    All political contributions made by Ryan Salame to Take Back the House 2022;

wwwwww.    All political contributions made by Ryan Salame to Team McConnell;

xxxxxx.    All political contributions made by Ryan Salame to Team Ronny;

yyyyyy.    All political contributions made by Ryan Salame to Ted Budd for Senate;

zzzzzz.    All political contributions made by Ryan Salame to Texans for Ronny Jackson;

aaaaaaa.    All political contributions made by Ryan Salame to Texas Red;

bbbbbbb.    All political contributions made by Ryan Salame to Valadao for Congress;

ccccccc.    All political contributions made by Ryan Salame to Value in Electing Women Political Action Committee;

ddddddd.    All political contributions made by Ryan Salame to Womack for Congress Committee;

261.    Any and all political contributions made by Nishad Singh that are proceeds traceable to the wire fraud and wire fraud conspiracy offenses charged in Counts

One through Four of the Indictment or property involved in money laundering offense charged in Count Seven of the Indictment, including but not limited to:

a.     All political contributions made by Nishad Singh to America Needs New Innovation and Energy PAC that have been returned to the Government;

b.     All political contributions made by Nishad Singh to AMERIPAC that have been returned to the Government;

c.     All political contributions made by Nishad Singh to Anna Eshoo for Congress that have been returned to the Government;

d.     All political contributions made by Nishad Singh to Athena PAC that have been returned to the Government;

e.     All political contributions made by Nishad Singh to Barragan for Congress that have been returned to the Government;

f.     All political contributions made by Nishad Singh to Bennie Thompson for Congress that have been returned to the Government;

g.     All political contributions made by Nishad Singh to Blue Majority PAC that have been returned to the Government;

h.     All political contributions made by Nishad Singh to Bob Casey for Senate that have been returned to the Government;

i.     All political contributions made by Nishad Singh to Bonnie Watson Coleman for Congress that have been returned to the Government;

j.     All political contributions made by Nishad Singh to Caraveo for Congress that have been returned to the Government;

k.     All political contributions made by Nishad Singh to Cartwright for Congress that have been returned to the Government;

l.     All political contributions made by Nishad Singh to Casten for Congress that have been returned to the Government;

m.     All political contributions made by Nishad Singh to Castor for Congress that have been returned to the Government;

n.     All political contributions made by Nishad Singh to Chris Pappas for Congress that have been returned to the Government;

o.     All political contributions made by Nishad Singh to Clarke for Congress that have been returned to the Government;

p.        All political contributions made by Nishad Singh to Cleaver for Congress that have been returned to the Government;

q.        All political contributions made by Nishad Singh to Committee for a Democratic Future that have been returned to the Government;

r.        All political contributions made by Nishad Singh to Conole for Congress that have been returned to the Government;

s.        All political contributions made by Nishad Singh to Country Roads PAC that have been returned to the Government;

t.        All political contributions made by Nishad Singh to Debbie Dingell for Congress that have been returned to the Government;

u.        All political contributions made by Nishad Singh to Doing Right – Results Action Unity leadership PAC that have been returned to the Government;

v.        All political contributions made by Nishad Singh to Donald Payne Jr. for Congress that have been returned to the Government;

w.        All political contributions made by Nishad Singh to Dr. Kim Schrier for Congress that have been returned to the Government;

x.        All political contributions made by Nishad Singh to Dr. Raul Ruiz for Congress that have been returned to the Government;

y.        All political contributions made by Nishad Singh to DSCC that have been returned to the Government;

z.        All political contributions made by Nishad Singh to Dutch for Congress that have been returned to the Government;

aa.        All political contributions made by Nishad Singh to Elissa Slotkin for Congress that have been returned to the Government;

bb.        All political contributions made by Nishad Singh to Elizabeth Pannill Fletcher for Congress that have been returned to the Government;

cc.        All political contributions made by Nishad Singh to Fair Shot PAC that have been returned to the Government;

dd.        All political contributions made by Nishad Singh to Follow the North Star that have been returned to the Government;

ee.        All political contributions made by Nishad Singh to Forward Together PAC that have been returned to the Government;

ff.      All political contributions made by Nishad Singh to Friends of Dan Kildee that have been returned to the Government;

gg.     All political contributions made by Nishad Singh to Friends of Rosa DeLauro that have been returned to the Government;

hh.     All political contributions made by Nishad Singh to Friends of Schumer that have been returned to the Government;

ii.      All political contributions made by Nishad Singh to Getting Stuff Done that have been returned to the Government;

jj.      All political contributions made by Nishad Singh to Greg Casar for Congress that have been returned to the Government;

kk.     All political contributions made by Nishad Singh to Hawaii PAC that have been returned to the Government;

ll.      All political contributions made by Nishad Singh to Hoyer for Congress that have been returned to the Government;

mm.    All political contributions made by Nishad Singh to Jeff Jackson for Congress that have been returned to the Government;

nn.     All political contributions made by Nishad Singh to Jeffries for Congress that have been returned to the Government;

oo.     All political contributions made by Nishad Singh to Kaine for Virginia that have been returned to the Government;

pp.     All political contributions made by Nishad Singh to Keep Al Green in Congress that have been returned to the Government;

qq.     All political contributions made by Nishad Singh to Keystone America PAC that have been returned to the Government;

rr.      All political contributions made by Nishad Singh to Kuster for Congress, Inc. that have been returned to the Government;

ss.      All political contributions made by Nishad Singh to Leadership Opportunity, Innovation Service PAC – LOIS PAC that have been returned to the Government;

tt.      All political contributions made by Nishad Singh to Leading People Forward PAC that have been returned to the Government;

uu.     All political contributions made by Nishad Singh to Lois Frankel for Congress that have been returned to the Government;

vv.      All political contributions made by Nishad Singh to Lori Trahan for Congress Committee that have been returned to the Government;

ww.      All political contributions made by Nishad Singh to Luchadora PAC that have been returned to the Government;

xx.      All political contributions made by Nishad Singh to Mark Pocan for Congress that have been returned to the Government;

yy.      All political contributions made by Nishad Singh to Matsui for Congress that have been returned to the Government;

zz.      All political contributions made by Nishad Singh to Montanans for Tester that have been returned to the Government;

aaa.      All political contributions made by Nishad Singh to Moving Broward Forward PAC that have been returned to the Government;

bbb.      All political contributions made by Nishad Singh to Nancy Pelosi for Congress that have been returned to the Government;

ccc.      All political contributions made by Nishad Singh to Narragansett Bay PAC that have been returned to the Government;

ddd.      All political contributions made by Nishad Singh to New Mexican's for Michelle that have been returned to the Government;

eee.      All political contributions made by Nishad Singh to Oregon Democratic Party that have been returned to the Government;

fff.      All political contributions made by Nishad Singh to PAC to the Future that have been returned to the Government;

ggg.      All political contributions made by Nishad Singh to Pete Aguilar For Congress that have been returned to the Government;

hhh.      All political contributions made by Nishad Singh to Peters for Michigan that have been returned to the Government;

iii.      All political contributions made by Nishad Singh to Priorities USA Action that have been returned to the Government;

jjj.      All political contributions made by Nishad Singh to Quigley for Congress that have been returned to the Government;

kkk.      All political contributions made by Nishad Singh to Robin Kelly for Congress that have been returned to the Government;

lll.    All political contributions made by Nishad Singh to SAC PAC that have been returned to the Government;

mmm.    All political contributions made by Nishad Singh to Schatz for Senate that have been returned to the Government;

nnn.    All political contributions made by Nishad Singh to Shaheen for Senate that have been returned to the Government;

ooo.    All political contributions made by Nishad Singh to Sinema for Arizona that have been returned to the Government;

ppp.    All political contributions made by Nishad Singh to Treasure State PAC that have been returned to the Government;

qqq.    All political contributions made by Nishad Singh to Val Hoyle for Congress that have been returned to the Government;

rrr.    All political contributions made by Nishad Singh to Velvet Hammer PAC that have been returned to the Government;

sss.    All political contributions made by Nishad Singh to Visionary PAC that have been returned to the Government;

ttt.    All political contributions made by Nishad Singh to Wolverine PAC that have been returned to the Government;

uuu.    All political contributions made by Nishad Singh to Barbara Lee for Congress;

vvv.    All political contributions made by Nishad Singh to Building Relationships in Diverse Geographic Environments PAC (Bridge PAC);

www.    All political contributions made by Nishad Singh to BWC - Because Women Can PAC;

xxx.    All political contributions made by Nishad Singh to Catherine Cotez Masto for Senate;

yyy.    All political contributions made by Nishad Singh to Cortez Mastro Victory Fund;

zzz.    All political contributions made by Nishad Singh to Elaine for Congress;

aaaa.    All political contributions made by Nishad Singh to Elect Katie Hobbs;

bbbb.    All political contributions made by Nishad Singh to Fetterman for PA;

cccc.   All political contributions made by Nishad Singh to FF PAC;

dddd.   All political contributions made by Nishad Singh to First State PAC;

eeee.   All political contributions made by Nishad Singh to Friends of Lizzie Fletcher;

ffff.   All political contributions made by Nishad Singh to Friends of Mark Warner;

gggg.   All political contributions made by Nishad Singh to Gabe Vasquez for Congress;

hhhh.   All political contributions made by Nishad Singh to House Democratic Campaign Cmte of Maine;

iiii.   All political contributions made by Nishad Singh to IMPACT;

jjjj.   All political contributions made by Nishad Singh to Iowa Democratic Party;

kkkk.   All political contributions made by Nishad Singh to Jared Golden;

llll.   All political contributions made by Nishad Singh to LGBTQ Victory Fund Federal PAC;

mmmm. All political contributions made by Nishad Singh to Maine Democratic Party;

nnnn.   All political contributions made by Nishad Singh to Mark Kelly for Senate;

oooo.   All political contributions made by Nishad Singh to Marlinga for Congress;

pppp.   All political contributions made by Nishad Singh to McGarvey Victory Fund;

qqqq.   All political contributions made by Nishad Singh to Mind the Gap;

rrrr.   All political contributions made by Nishad Singh to Motor City PAC;

ssss.   All political contributions made by Nishad Singh to M-PAC;

tttt.   All political contributions made by Nishad Singh to Nevada Democratic Victory;

uuuu.   All political contributions made by Nishad Singh to New York State Democratic Committee;

vvvv.   All political contributions made by Nishad Singh to O'Rourke, Beto;

wwww.   All political contributions made by Nishad Singh to One Voice;

xxxx.   All political contributions made by Nishad Singh to Pallone for Congress;

yyyy.   All political contributions made by Nishad Singh to Peoples Voice PAC;

zzzz.   All political contributions made by Nishad Singh to Protect Our Future PAC;

aaaaa.   All political contributions made by Nishad Singh to Purpose PAC;

bbbbb.   All political contributions made by Nishad Singh to Reproductive Freedom for All;

ccccc.   All political contributions made by Nishad Singh to Senate Democratic Campaign Cmte of Maine;

ddddd.   All political contributions made by Nishad Singh to Shore PAC;

eeeee.   All political contributions made by Nishad Singh to SMP;

fffff.   All political contributions made by Nishad Singh to Spanberger for Congress;

ggggg.   All political contributions made by Nishad Singh to Spike PAC;

hhhhh.   All political contributions made by Nishad Singh to Stabenow for US Senate;

iiiii.   All political contributions made by Nishad Singh to Susie Lee for Congress;

jjjjj.   All political contributions made by Nishad Singh to Tim Ryan for Ohio;

kkkkk.   All political contributions made by Nishad Singh to Titus for Congress;

lllll.   All political contributions made by Nishad Singh to Tom Malinowski for Congress;

mmmmm.   All political contributions made by Nishad Singh to Tony Cardenas for Congress;

nnnnn.   All political contributions made by Nishad Singh to Torres for Congress;

ooooo.  All political contributions made by Nishad Singh to Vermont Senate Victory Fund;

ppppp.  All political contributions made by Nishad Singh to Vibe PAC;

qqqqq.  All political contributions made by Nishad Singh to Vote Tripling PAC (now Vote REV PAC);

rrrrr.  All political contributions made by Nishad Singh to Wexton for Congress; and

sssss.  All political contributions made by Nishad Singh to Women Vote!