UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> SAMUEL BANKMAN-FRIED, ) <br> ) <br> Defendant. ) | Case No. S1 22-cr-673 (LAK) |

**[PROPOSED] ORDER**

Pursuant to Federal Rule of Criminal Procedure 38(b)(2), the Court RECOMMENDS to the Bureau of Prisons that defendant Samuel Bankman-Fried remain confined at the Metropolitan Detention Center in Brooklyn, New York, until his appeal has been fully briefed to facilitate access to appellate counsel.  A copy of this Order shall be forwarded to the Bureau of Prisons.


SO ORDERED


_____          _____
HONORABLE LEWIS A. KAPLAN                DATE
UNITED STATES DISTRICT JUDGE