

Mayer Brown LLP
1221 Avenue of the Americas
New York, NY 10020-1001
United States of America

T: +1 212 506 2500
F: +1 212 262 1910

mayerbrown.com

**Gina M. Parlovecchio**
Partner
T: +1 212 506 2522
F: +1 212 849 5522
GParlovecchio@mayerbrown.com

**Jason Linder**
Partner
T: +1 213 229 5132
F: +1 213 576 8188
JLinder@mayerbrown.com

May 21, 2024

BY ECF

The Honorable Lewis A. Kaplan
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: United States v. Ryan Salame, No. 1:22-cr-673-LAK (S.D.N.Y.)

Dear Judge Kaplan:

On behalf of Ryan Salame, we respectfully submit the attached additional letters of support in connection with the sentencing in the above-captioned matter, currently scheduled for Tuesday, May 28 at 11 a.m. These additional letters supplement Mr. Salame's sentencing memorandum filed on May 14, 2024. *See* Dkt. No. 433.

Pursuant to the Court's Individual Rules of Practice for Sentencing Proceedings, we also respectfully request an order permitting the redaction of personally identifying information contained within the supplemental letters —namely, email addresses, home addresses, and phone numbers of certain individuals who have submitted letters of support on behalf of Mr. Salame. These letters of support, which supplement the letters already submitted with Mr. Salame's sentencing memorandum, are attached to this request as Exhibit C.

As set forth in the Court's Individual Rules of Practice, Mr. Salame's redaction request is narrowly tailored to serve the privacy interests of the third parties who authored these letters of support. *See United States v. Amodeo*, 71 F.3d 1044, 1048, 1050–51 (2d Cir. 1995) (finding privacy interests of third parties compelling reason to justify sealing). Such information adds little to the public record, while disclosure of this information would create significant privacy concerns for innocent third parties given the media attention this case has drawn. *See Gardner v. Newsday, Inc.*, 895 F.2d 74, 79–80 (2d Cir. 1990). The sealing is narrowly tailored to ensure the substance of each letter and the identity of the individual who authored each letter will remain fully accessible to the public. The Court previously granted a similar request in this matter. *See* Dkt. No. 435.

For the foregoing reasons, we respectfully request that the Court grant Mr. Salame's redaction request.

Mayer Brown is a global services provider comprising an association of legal practices that are separate entities including
Mayer Brown LLP (Illinois, USA), Mayer Brown International LLP (England & Wales), Mayer Brown (a Hong Kong partnership)
and Tauil & Chequer Advogados (a Brazilian law partnership).

Respectfully submitted,

*/s/ Gina M. Parlovecchio*
Gina M. Parlovecchio
Jason Linder