UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/22/24
```

UNITED STATES OF AMERICA )
)
v. )
) Case No. S1 22-cr-673 (LAK)
)
SAMUEL BANKMAN-FRIED, )
)
Defendant. )

[PROPOSED] ORDER

Pursuant to Federal Rule of Criminal Procedure 38(b)(2), the Court RECOMMENDS to the Bureau of Prisons that defendant Samuel Bankman-Fried remain confined at the Metropolitan Detention Center in Brooklyn, New York, until his appeal has been fully briefed to facilitate access to appellate counsel. A copy of this Order shall be forwarded to the Bureau of Prisons.

SO ORDERED

_____
HONORABLE LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE

nunc pro tunc to 4/9/24
_____
5/22/24
DATE