

MEMO ENDORSED

April 12, 2024

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/22/24
```

The Honorable Judge Lewis A. Kaplan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *United States of America v. Samuel Bankman-Fried*, No. 22-cr-673 (LAK)
FTX MDL Leadership Request for E-Filing Access

Dear Judge Kaplan:

We represent Plaintiffs on behalf of themselves and as representatives of all FTX Victims as Co-Lead Counsel in *In re: FTX Cryptocurrency Exchange Collapse Litigation*, MDL No. 3076, pending before the Honorable Judge K. Michael Moore in the Southern District of Florida (the "FTX MDL").

As instructed by the Clerk's Office, as Co-Lead Counsel we hereby write to request that Your Honor direct the E-Filing Clerk to add the MDL Plaintiffs[1] to the docket of *United States v. Samuel Bankman-Fried*, 22-cr-00673-LAK as an interested third party, thereby enabling Co-Lead Counsel to appear on behalf of the MDL Plaintiffs during the forfeiture process. Attached hereto is a courtesy copy of the *Notice by FTX MDL Leadership of Intent to Participate As Interested Third Parties in Forfeiture Process*, which Co-Lead Counsel seek to file. Such e-filing access will permit MDL Plaintiffs to be heard in a timely and efficient manner and facilitate the filing of any accompanying motions requested by this Court to facilitate such participation.

Respectfully submitted,

*Denied without prejudice to renewal in the event an application is filed pursuant to Fed. R. Crim. P. 32.2*

5/22/2024

SO ORDERED
/s/ LEWIS A. KAPLAN, USDJ

---
[1] Brandon Orr, Leandro Cabo, Ryan Henderson, Michael Livieratos, Alexander Chernyavsky, Gregg Podalsky, Vijeth Shetty, Chukwudozie Ezeokoli, Michael Norris, Edwin Garrison, Shengyun Huang, Vitor Vozza, Kyle Rupprecht, Warren Winter, Sunil Kavuri

1
BOIES SCHILLER FLEXNER LLP