UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA | **PARTIAL VACATUR OF THE PRELIMINARY ORDER OF FORFEITURE** |
| -v.- | |
| RYAN SALAME, | S7 22 Cr. 673 (LAK) |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WHEREAS, on or about September 7, 2023, the Court entered a Consent Preliminary Order of Forfeiture as to Substitute Assets/Money Judgment (the "Preliminary Order of Forfeiture") (D.E. 268), which ordered among other things: (1) that RYAN SALAME (the "Defendant") make payment to the United States of $6,000,000 by the date of the Defendant's sentencing in this case (the "Payment"), in partial satisfaction of the Defendant's forfeiture obligation; and (2) forfeiture to the United States of all right, title and interest of the Defendant's interest in a 2021 Porsche 911 Turbo S with VIN number WP0AD2A94MS257710 (the "Subject Asset").

WHEREAS, the Defendant and the Government agree to allow the Defendant additional time, until September 3, 2024, to satisfy the Payment;

WHEREAS, the Government and Defendant agree that the Preliminary Order of Forfeiture should be vacated as to the Subject Asset due to insufficient equity and that the Defendant shall pay the costs incurred by the Government to maintain the Subject Asset;

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. The Preliminary Order of Forfeiture is hereby vacated with respect to the Subject Asset and with respect to the due date for satisfying the Payment.

2. The Government shall return the Subject Asset to the Defendant.

3. The Defendant will pay the Government an additional $1,480.74 in maintenance costs for the Subject Asset, in partial satisfaction of his forfeiture obligation to the Government.

4. By September 3, 2024, the Defendant shall fully satisfy the Payment and pay an additional $1,480.74 to the Government.

5. The Preliminary Order of Forfeiture shall in all other respects remain in full force and effect.

Dated: New York, New York
       May __, 2024

                                        SO ORDERED:

                                        _____
                                        HONORABLE LEWIS A. KAPLAN
                                        UNITED STATES DISTRICT JUDGE
                                        SOUTHERN DISTRICT OF NEW YORK