

MEMO ENDORSED June 14, 2024

**The Honorable Judge Lewis A. Kaplan**
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312



Re: *United States of America v. Samuel Bankman-Fried*, No. 22-cr-673 (LAK)
FTX MDL Leadership Renewed Request for E-Filing Access

Dear Judge Kaplan:

We represent Plaintiffs Alexander Chernyavsky, Kyle Rupprecht, Mike Livieratos, and Sunil Kavuri, both individually and on behalf of the MDL Plaintiff Class as Co-Lead Counsel *in In re: FTX Cryptocurrency Exchange Collapse Litigation*, MDL No. 3076, pending before the Honorable Judge K. Michael Moore in the Southern District of Florida (the "FTX MDL"). We are hereby filing by hand delivery an Ancillary Petition for Hearing to Adjudicate Validity of Legal Interest and Right to Forfeited Property under 21 U.S.C. § 853(n), which is attached to this letter.

As instructed by the Clerk's Office, and pursuant to your Order issued May 22, 2024, ECF No. 441, as Co-Lead Counsel we hereby write to renew our request that Your Honor direct the E-Filing Clerk to add the Claimants identified above to the docket of *United States v. Samuel Bankman-Fried*, 22-cr-00673-LAK as petitioners, thereby enabling Co-Lead Counsel to appear on their behalf during the forfeiture process. Granting Claimants e-filing access will enable them to participate in further proceedings with respect to their Ancillary Petition in a timely and efficient manner.

E-Filing Hck. permitted
SO ORDERED
[signature]
6/17/24
LEWIS A. KAPLAN, USDJ

BOIES SCHILLER FLEXNER LLP

55 Hudson Yards, New York, NY 10001 | (t) 212.446.2300 | (f) 212.446.2350 | www.bsfllp.com



Date: June 14, 2024

By: */s/ Adam Moskowitz*

Adam M. Moskowitz
Florida Bar No. 984280
Joseph M. Kaye
Florida Bar No. 117520
**THE MOSKOWITZ LAW FIRM, PLLC**
Continental Plaza
3250 Mary Street, Suite 202
Coconut Grove, FL 33133
Office: (305) 740-1423
adam@moskowitz-law.com
joseph@moskowitz-law.com
service@moskowitz-law.com

*Co-Lead MDL Counsel*

Respectfully submitted,

By: */s/ David Boies*

David Boies
Alexander Boies
Brooke A. Alexander
**BOIES SCHILLER FLEXNER LLP**
333 Main Street
Armonk, NY 10504
914-749-8200
dboies@bsfllp.com
aboies@bsfllp.com
balexander@bsfllp.com

*Co-Lead MDL Counsel*