IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| United States of America<br><br>v.<br><br>Samuel Bankman-Fried a/k/a "SBF",<br><br>Defendant. | C.A. No. 1:22-cr-673 (LAK) |

**DECLARATION OF BROOKE ALEXANDER IN SUPPORT OF ANCILLARY PETITION FOR HEARING TO ADJUDICATE VALIDITY OF LEGAL INTEREST AND RIGHT TO FORFEITED PROPERTY UNDER 21 U.S.C. § 853(n)**

I, Brooke Alexander, hereby declare under penalty of perjury that the foregoing statements are true and correct:

1. I am an attorney duly licensed to practice law in the State of New York and am a partner with the law firm of Boies Schiller Flexner LLP. I represent Claimants Alexander Chernyavsky, Kyle Rupprecht, Mike Livieratos, and Sunil Kavuri on behalf of themselves and as representatives of all FTX Victims as a partner at the firm who has been appointed Co-Lead Counsel in *In re: FTX Cryptocurrency Exchange Collapse Litigation*, MDL No. 3076, pending before the Honorable Judge K. Michael Moore in the Southern District of Florida. This declaration

1

is based on personal knowledge and is true and accurate to the best of my knowledge and recollection.

2. Attached as **Exhibit A** is a true and correct copy of the FTX.US User Agreement dated May 6, 2022.

3. Attached as **Exhibit B** is a true and correct copy of the FTX International User Agreement dated May 13, 2022.

4. Attached as **Exhibit C** is a true and correct copy of an Expert Report submitted by Lee Reiners, dated June 14, 2024.

Dated: June 14, 2024

/s/ Brooke Alexander

Brooke Alexander
**BOIES SCHILLER FLEXNER LLP**
333 Main Street
Armonk, NY 10504
914-749-8200
balexander@bsfllp.com