```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
UNITED STATES OF AMERICA,

                -against-                                    22-cr-0673 (LAK)

SAMUEL BANKMAN-FRIED,

                Defendant.
------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/18/24

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

    Before the Court are four third-party petitions (Dkts 446, 447, 450, 454) for proceedings to adjudicate petitioners' claims to property subject to the Court's March 2024 preliminary order of forfeiture / money judgment (Dkt 423). The government shall respond by July 2, 2024.

    SO ORDERED.

Dated:    June 18, 2024

_____
Lewis A. Kaplan
United States District Judge