

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6-26-24

June 26, 2024

**By ECF**

The Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Samuel Bankman-Fried*, S6 22 Cr. 673 (LAK)

Dear Judge Kaplan:

      The Government writes to respectfully request that the Court extend the deadline for its response to third-party ancillary petitions from the currently scheduled date of July 2, 2024 to August 2, 2024. While four third-party petitions have so far been filed with the Court, the Government has learned of at least one entity who received constructive notice of the Preliminary Order of Forfeiture and may file a third-party petition by July 8, 2024, which is the applicable deadline for entities that received constructive notice. Rather than respond piecemeal, the Government intends to file a comprehensive response to all petitions at once.

      The Government has communicated with counsel for Emergent Fidelity Technologies Ltd. (who filed their petition at Dkt. Nos. 446, 447), FTX Trading Ltd. (Dkt. No. 450), and the MDL Plaintiff class (Dkt. No. 454), all of whom consent to the extension of the deadline for the

Granted
SO ORDERED
LEWIS A. KAPLAN, USDJ
6/26/24

Government's response.

>Respectfully,
>
>DAMIAN WILLIAMS
>United States Attorney
>
>By: /s Samuel Raymond
>    Danielle R. Sassoon
>    Nicolas Roos
>    Danielle Kudla
>    Samuel Raymond
>    Thane Rehn
>    Assistant United States Attorneys
>    (212) 637-6519