**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

-*v*-

NISHAD SINGH,

Defendant.

Case No. 22-cr-00673

### NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Andrew D. Goldstein, a member in good standing of this Court, with offices at Cooley LLP located at 55 Hudson Yards, New York, NY 10001-2157, hereby enters his appearance as counsel of record on behalf of Defendant Nishad Singh in the above-captioned matter.

Dated:  New York, New York
       July 9, 2024

Respectfully submitted,

COOLEY LLP

By: */s/ Andrew D. Goldstein*
     Andrew D. Goldstein

55 Hudson Yards
New York, NY 10001-2157
Tel. (212) 479-6000
Email: (agoldstein@cooley.com)

*Attorney for Defendant Nishad Singh*