## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>NISHAD SINGH,<br><br>　　　　　　　　Defendant. | Case No. 22-cr-00673 |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Russell Capone, a member in good standing of this Court, with offices at Cooley LLP located at 55 Hudson Yards, New York, NY 10001-2157, hereby enters his appearance as counsel of record on behalf of Defendant Nishad Singh in the above-captioned matter.

Dated: New York, New York
　　　　July 9, 2024

Respectfully submitted,

COOLEY LLP

By: */s/ Russell Capone*
　　　Russell Capone

55 Hudson Yards
New York, NY 10001-2157
Tel. (212) 479-6000
Email: (rcapone@cooley.com)

*Attorney for Defendant Nishad Singh*

1