

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

July 26, 2024

**By ECF**

The Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Samuel Bankman-Fried,* **S6 22 Cr. 673 (LAK)**

Dear Judge Kaplan:

      The Government writes to respectfully request two extensions of time in the above-captioned case.

      First, the Government writes to respectfully request that the Court extend the deadline for its response to third-party ancillary petitions from the currently scheduled date of August 2, 2024 to August 16, 2024, to allow the Government additional time to respond to the filed petitions. The Government has communicated with counsel for Emergent Fidelity Technologies Ltd. (who filed their petition at Dkt. Nos. 446, 447), FTX Trading Ltd. (Dkt. No. 450), and the MDL Plaintiff class (Dkt. No. 454), all of whom consent to the extension of this deadline.

      Second, on July 8, 2024, the Court ordered that the applicable deadline for third-party petitions be extended to July 26, 2024. Dkt. No. 460. As to the following third parties, the Government has been conferring with counsel regarding the forfeitability of funds these entities received from the defendant and his co-conspirators:

- House Majority PAC
- Senate Majority PAC
- FF PAC
- FF USA Action
- Emily's List/Women Vote (Women Vote!)
- GMI PAC

      These discussions are continuing. Therefore, at the request of counsel for these entities, the Government respectfully requests that the applicable deadline for these parties to file third-party petitions be extended until September 13, 2024. The Government requests that the deadline for

other third-parties remain today, July 26, 2024.

          Respectfully,

          DAMIAN WILLIAMS
          United States Attorney

By:   <u>/s Samuel Raymond</u>
      Danielle R. Sassoon
      Nicolas Roos
      Danielle Kudla
      Samuel Raymond
      Thane Rehn
      Assistant United States Attorneys
      (212) 637-6519