

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

August 12, 2024

**By ECF**

The Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Samuel Bankman-Fried*, **S6 22 Cr. 673 (LAK)**

Dear Judge Kaplan:

    The Government writes to respectfully request that the Court extend the deadline for its response to third-party ancillary petitions from the currently scheduled date of August 16, 2024 to August 30, 2024. The Government has been in discussions with the relevant parties in interest, and the extension of the Government's deadline will allow the Government adequate time to continue these discussions and to respond to the filed petitions. The Government has communicated with counsel for Emergent Fidelity Technologies Ltd. (who filed their petition at Dkt. Nos. 446, 447), FTX Trading Ltd. (Dkt. No. 450), and the MDL Plaintiff class (Dkt. No. 454), all of whom consent to the extension of this deadline.

    Respectfully,

    DAMIAN WILLIAMS
    United States Attorney

By:    /s Samuel Raymond
    Danielle R. Sassoon
    Nicolas Roos
    Danielle Kudla
    Samuel Raymond
    Thane Rehn
    Assistant United States Attorneys
    (212) 637-6519