UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>RYAN SALAME,<br><br>            Defendant. | Case No.: 1:22-cr-00673-LAK<br><br>**MOTION FOR ADMISSION**<br>***PRO HAC VICE*** |

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, H. Christopher Bartolomucci hereby moves this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Defendant Ryan Salame in the above-captioned action.

I am a member in good standing of the Bars of the District of Columbia and the State of Virginia and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit required by Local Rule 1.3.

Dated: August 21, 2024           Respectfully submitted,

*/s/ H. Christopher Bartolomucci*
H. Christopher Bartolomucci
(D.C. Bar No.453423)
SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
Telephone: (202) 787-1060
Facsimile: (202) 776-0136
Email: cbartolomucci@schaerr-jaffe.com

*Counsel for Defendant Ryan Salame*