**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   -against-<br><br>RYAN SALAME,<br><br>             Defendant. | Case No.: 1:22-cr-00673-LAK<br><br>**AFFIDAVIT OF**<br>**H. CHRISTOPHER BARTOLOMUCCI**<br>**IN SUPPORT OF MOTION FOR**<br>**ADMISSION *PRO HAC VICE*** |

I, H. Christopher Bartolomucci, declare:

1.      I am a partner of the law firm of Schaerr | Jaffe LLP, located at 1717 K Street NW, Suite 900, Washington, DC 20006.

2.      This Affidavit is submitted in support of my motion for admission to practice *pro hac vice* for the purposes of appearing and participating in this case as counsel for Defendant Ryan Salame.

3.      As shown in the Certificates of Good Standing annexed hereto, I am a member in good standing of the Bars of the District of Columbia (Bar No. 453423) and the State of Virginia (Bar No. 37884).

4.      There are no pending disciplinary proceedings against me in any state or federal court, I have never been convicted of a felony, nor have I ever been censured, suspended, disbarred or denied admission or readmission by any court.

5.      I am aware that I am subject to the local rules of this Court, including the Rules governing discipline of attorneys.

WHEREFORE, for the foregoing reasons, H. Christopher Bartolomucci respectfully submits that this Court grant entry of an Order of Admission *Pro Hac Vice* to participate in the

above-captioned action as counsel for Defendant Ryan Salame. I declare under penalty of perjury

that the foregoing is true and correct.

Executed on August __20__, 2024 in Leesburg, Virginia.

_____
H. Christopher Bartolomucci

**ACKNOWLEDGMENT**

COMMONWEALTH OF VIRGINIA
TOWN OF LEESBURG

The foregoing instrument was acknowledged before me this __20th__ day of August, 2024, by
H. Christopher Bartolomucci, Counsel for Defendant Ryan Salame.

_____
NOTARY PUBLIC

2



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that

# H Christopher Bartolomucci

was duly qualified and admitted on January 6, 1997 as an attorney and counselor entitled to
practice before this Court; and is, on the date indicated below, an Active member in good
standing of this Bar.

*In Testimony Whereof,*
*I have hereunto subscribed my*
*name and affixed the seal of this*
*Court at the City of*
*Washington, D.C., on July 22, 2024.*

**JULIO A. CASTILLO**
**Clerk of the Court**

Issued By:

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email*
*memberservices@dcbar.org.*

# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT **HOWARD CHRISTOPHER BARTOLOMUCCI** IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING. **MR. BARTOLOMUCCI** WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON **OCTOBER 6, 1994**, AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE BOARD OF BAR EXAMINERS.

Issued August 20, 2024

DaVida M. Davis
**Director of Regulatory Compliance**