**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    -against-<br><br>RYAN SALAME,<br><br>                          Defendant. | Case No.: 1:22-cr-00673-LAK<br><br>**ORDER FOR ADMISSION**<br>***PRO HAC VICE*** |

The motion of H. Christopher Bartolomucci for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the Bars of the District of Columbia and State of Virginia, and that his contact information is as follows:

> H. Christopher Bartolomucci
> SCHAERR | JAFFE LLP
> 1717 K Street NW, Suite 900
> Washington, DC 20006
> Telephone: (202) 787-1060; Facsimile: (202) 776-0136
> Email: cbartolomucci@schaerr-jaffe.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Defendant Ryan Salame in the above-entitled action;

**IT IS HEREBY ORDERED** that H. Christopher Bartolomucci is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____, 2024          _____
                                                                               United States District Judge