UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    -against-<br><br>RYAN SALAME,<br><br>                    Defendant. | Case No.: 1:22-cr-00673-LAK<br><br>**AFFIDAVIT OF<br>BRIAN J. FIELD IN<br>SUPPORT OF MOTION FOR<br>ADMISSION *PRO HAC VICE*** |

I, Brian J. Field, declare:

1. I am a partner of the law firm of Schaerr | Jaffe LLP, located at 1717 K Street NW, Suite 900, Washington, DC 20006.

2. This Affidavit is submitted in support of my motion for admission to practice *pro hac vice* for the purposes of appearing and participating in this case as counsel for Defendant Ryan Salame.

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the Bar of the District of Columbia (Bar No. 985577).

4. There are no pending disciplinary proceedings against me in any state or federal court, I have never been convicted of a felony, nor have I ever been censured, suspended, disbarred or denied admission or readmission by any court.

5. I am aware that I am subject to the local rules of this Court, including the Rules governing discipline of attorneys.

WHEREFORE, for the foregoing reasons, Brian J. Field respectfully submits that this Court grant entry of an Order of Admission *Pro Hac Vice* to participate in the above-captioned action as counsel for Defendant Ryan Salame. I declare under penalty of perjury that the foregoing is true and correct.

Executed on August __20__, 2024 in Alexandria, Virginia.

*Brian J. Field*
_____
Brian J. Field

## ACKNOWLEDGMENT

COMMONWEALTH OF ~~VIRGINIA~~ Florida
CITY OF ~~ALEXANDRIA~~ Saint Lucie

The foregoing instrument was acknowledged before me this __20th__ day of August, 2024, by Brian J. Field, Counsel for Defendant Ryan Salame.



*Echard bien-aime*
_____
NOTARY PUBLIC

Notarized remotely online using communication technology via Proof.

2



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

# Brian J Field

was duly qualified and admitted on January 9, 2009 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on August 20, 2024.*

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.