USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/22/2024

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:22-cr-00673-LAK |
| -against- | **ORDER FOR ADMISSION** |
| RYAN SALAME, | ***PRO HAC VICE*** |
| Defendant. | |

The motion of Brian J. Field for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the Bar of the District of Columbia, and that his contact information is as follows:

> Brian J. Field
> SCHAERR | JAFFE LLP
> 1717 K Street NW, Suite 900
> Washington, DC 20006
> Telephone: (202) 787-1060; Facsimile: (202) 776-0136
> Email: bfield@schaerr-jaffe.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Defendant Ryan Salame in the above-entitled action;

**IT IS HEREBY ORDERED** that Brian J. Field is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:  August 22 , 2024

_____
United States District Judge