```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  8/27/24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

RYAN SALAME,

　　　　　　　　　Defendant.

Case No.: 1:22-cr-00673-L

**ORDER FOR ADMISSION**
*PRO HAC VICE*

　　The motion of H. Christopher Bartolomucci for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

　　Applicant has declared that he is a member in good standing of the Bars of the District of Columbia and State of Virginia, and that his contact information is as follows:

　　H. Christopher Bartolomucci
　　SCHAERR | JAFFE LLP
　　1717 K Street NW, Suite 900
　　Washington, DC 20006
　　Telephone: (202) 787-1060; Facsimile: (202) 776-0136
　　Email: cbartolomucci@schaerr-jaffe.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Defendant Ryan Salame in the above-entitled action;

　　**IT IS HEREBY ORDERED** that H. Christopher Bartolomucci is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: ___August 27___, 2024

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　United States District Judge