```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/29/24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,

        -against-                                      (S7) 22-cr-0673 (LAK)

RYAN SALAME,

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        Notwithstanding defendant's purported withdrawal without prejudice of his petition for a writ of error coram nobis or alternatively a writ of audita querula, the parties shall file the papers contemplated by the Court's order of August 21, 2024 on the schedule there set forth. Counsel shall appear for argument on September 12, 2024 as scheduled. Defendant's presence is required and his compliance with this requirement hereby is made a condition of his continued release on bail pending voluntary surrender.

        SO ORDERED.

Dated:    August 29, 2024

                                                        Lewis A. Kaplan
                                               United States District Judge