**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __8/30/24__

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

# MEMO ENDORSED

August 30, 2024

**BY ECF**

Honorable Lewis A. Kaplan
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      Re:    *United States v. Ryan Salame*, S7 22 Cr. 673 (LAK)

Dear Judge Kaplan:

      The Government respectfully writes to request an additional day to file its response to Ryan Salame's coram nobis petition by September 5, 2024, at 1:00pm. (Dkt. 470). The Court ordered the Government to file any response on or before September 4, 2024. (Dkts. 475, 485). The Government attorneys responsible for this case will be occupied with work-related travel to and from Washington, D.C. on September 4, 2024. The additional time until 1:00pm on September 5, 2024, will afford the Government valuable time to finalize its response and ensure a timely filing without any risk of interference from travel disruptions or delays. The Government has conferred with defense counsel, who consents to this request.

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney

by:  /s/ Danielle R. Sassoon
      Danielle R. Sassoon
      Danielle Kudla
      Thane Rehn
      Nicolas Roos
      Assistant United States Attorneys
      (212) 637-1115

Cc:    Defense Counsel (by ECF)

Granted.

SO ORDERED
/s/ Lewis A. Kaplan
LEWIS A. KAPLAN, USDJ
8/30/24