UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
: 
UNITED STATES OF AMERICA            :
: **Affirmation of Danielle Sassoon**
      -v.-                                           :
:
RYAN SALAME,                                :
: **S7 22 Cr. 673 (LAK)**
:
                       Defendant.        :
------------------------------------------------------------X

Danielle R. Sassoon, pursuant to Title 28, United States Code, Section 1746, hereby declares under penalty of perjury:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Southern District of New York. I respectfully submit this affirmation in support of the Government's opposition to Ryan Salame's petition for a writ of error *coram nobis*.

2. Attached hereto as Exhibit 1 is a true and correct copy of Court Exhibit B, which is Ryan Salame's signed plea agreement.

3. Attached hereto as Exhibit 2 is a true and correct copy of contemporaneous notes from an April 28, 2023 videoconference between AUSAs Danielle Kudla, Samuel Raymond, Thane Rehn, Andrew Rohrbach, and Danielle Sassoon, and Ryan Salame and Michelle Bond's prior attorneys.

4. Attached hereto as Exhibit 3 is a true and correct copy of contemporaneous notes from a May 25, 2023 call between AUSAs Danielle Sassoon, Nicolas Roos, and Samuel Raymond, and Ryan Salame and Michelle Bond's prior attorneys.

Dated:  New York, New York
        September 5, 2024

_____
Danielle R. Sassoon
Assistant United States Attorney
Tel: 212-637-1115