# Exhibit 3

| | |
|---|---|
| **From:** | Sassoon, Danielle (USANYS) |
| **To:** | Kudla, Danielle (USANYS); Raymond, Samuel (USANYS); Rehn, Nathan (USANYS); Rohrbach, Andrew (USANYS); Roos, Nicolas (USANYS); Sassoon, Danielle (USANYS) |
| **Subject:** | t/c with Jason Linder, Gina Parlovecchio |
| **Date:** | Thursday, May 25, 2023 2:14:31 PM |

t/c with Jason Linder, Gina Parlovecchio

D Sassoon, N Roos, S Raymond


DS: explained that in light of their continued representation of Michelle, wanted to clarify that before continue discussions about potential disposition for Ryan, make clear that view Ryan and Michelle as separate, resolution of his case will not bear on her case and investigation of her conduct

JL: Understood.  In Friday conversation after search warrant, thought you had said no promises outside plea agreement, but plea will generally resolve investigation into Ryan's conduct that doesn't involve Sam

DS: In light of that conversation, wanted to make very clear that we view discussions of Michelle/Ryan as separate, a Ryan disposition will not resolve investigation of Michelle's conduct, and to extent anything previously said was understood otherwise, that is superseded by this call

JL: got it

Still want to hear more from you about the facts supporting your contemplated charges

DS: will get back to you once we are ready to produce a potential plea, and any factual points we want to make in support

Danielle R. Sassoon
Assistant United States Attorney
Southern District of New York
One Saint Andrew's Plaza
New York, NY 10007
Tel: (212) 637-1115