UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
UNITED STATES OF AMERICA          :
: **Affirmation of Sheb Swett**
  -v.-                            :
:
RYAN SALAME,                      :
: **S7 22 Cr. 673 (LAK)**
:
                    Defendant.    :
------------------------------------------------------------X

Sheb Swett, pursuant to Title 28, United States Code, Section 1746, hereby declares under penalty of perjury:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Southern District of New York. I respectfully submit this affirmation in support of the Government's opposition to Ryan Salame's petition for a writ of error *coram nobis*.

2. Attached hereto as Exhibit 4 is a true and correct copy of email correspondence from between on or about April 15, 2024 and on or about June 13, 2024, between AUSAs Stephanie Simon and Sheb Swett and Ryan Salame and Michelle Bond's prior attorneys.

3. Attached hereto as Exhibit 5 is a true and correct copy of a notes of a telephone call between AUSAs Stephanie Simon and Sheb Swett and Salame and Bond's prior attorneys on or about April 18, 2024.

4. Attached hereto as Exhibit 6 is a true and correct copy of excerpts of notes of a meeting between AUSAs Lara Pomerantz, Robert Sobelman, and Sheb Swett, and Bond's prior attorneys, on or about July 30, 2024.

5. Attached hereto as Exhibit 7 is a true and correct copy of notes of a telephone call between AUSAs Stephanie Simon and Sheb Swett and Bond's prior attorneys, on or about August 19, 2024.

6. Attached hereto as Exhibit 8 is a true and correct copy of email correspondence from between on or about August 19, 2024 and on or about August 21, 2024, between AUSAs Stephanie Simon and Sheb Swett and Bond's prior attorneys.

Dated:   New York, New York
         September 5, 2024

                                                  _____
                                                  Sheb Swett
                                                  Assistant United States Attorney
                                                  Tel: 212-637-6522