Exhibit 4

| | |
|---|---|
| **From:** | Swett, Sebastian (USANYS) |
| **To:** | Parlovecchio, Gina; Linder, Jason |
| **Cc:** | Simon, Stephanie (USANYS) |
| **Subject:** | RE: Michelle Bond |
| **Date:** | Thursday, June 13, 2024 10:51:00 AM |

Gina,

Thanks for your reply. The week of 7/29 works for us. I have a trial starting the following week, so earlier in the week is better. Would you like to propose some dates that work on your end?

Best,
Sheb

**From:** Parlovecchio, Gina <GParlovecchio@mayerbrown.com>
**Sent:** Wednesday, June 12, 2024 6:50 PM
**To:** Swett, Sebastian (USANYS) <SSwett@usa.doj.gov>; Linder, Jason <JLinder@mayerbrown.com>
**Cc:** Simon, Stephanie (USANYS) <SSimon1@usa.doj.gov>
**Subject:** [EXTERNAL] RE: Michelle Bond

Sheb,

Thank you for reaching out. We have been reviewing Ms. Bond's case and considering whether it is in her interest for us to sit down with your team and the Public Corruption Chiefs. Given the outcome of Mr. Salame's sentencing proceeding, the difficult news for Ms. Bond and her family's future that arose from it and some of the aftermath in dealing with their family's situation, in addition to a trial I have scheduled to begin in early July, we would be very appreciative if we could meet in mid- to late July to give us additional time to prepare.

On another note, to answer the question posed in your earlier-in-time email, we have reviewed our notes, and they do not reflect the statement that you recounted to us on our prior call, nor do they reflect the statement that you made below about a disposition with Mr. Salame not resolving the investigation of Ms. Bond's conduct. We look forward to discussing this topic in July as well.

Best regards,
Gina

**From:** Swett, Sebastian (USANYS) <Sebastian.Swett@usdoj.gov>
**Sent:** Tuesday, June 11, 2024 5:47 PM
**To:** Parlovecchio, Gina <GParlovecchio@mayerbrown.com>; Linder, Jason <JLinder@mayerbrown.com>
**Cc:** Simon, Stephanie (USANYS) <Stephanie.Simon2@usdoj.gov>
**Subject:** RE: Michelle Bond

**CAUTION: External Email -** Only click on contents you know are safe.

Gina and Jason,

We are nearing the end of our investigation and wanted to circle back to see if you wish to present to your view of the case to us and our supervisors. Our strong preference is to meet on 6/24, 6/25,

or 6/26, with the caveat that it would have to be after the Menendez trial day ends. If that does not work, please let us know dates that would work in July.

Best,
Sheb

---

**From:** Swett, Sebastian (USANYS)
**Sent:** Tuesday, May 21, 2024 10:33 AM
**To:** Parlovecchio, Gina <GParlovecchio@mayerbrown.com>; Linder, Jason <JLinder@mayerbrown.com>
**Cc:** Simon, Stephanie (USANYS) <SSimon1@usa.doj.gov>
**Subject:** RE: Michelle Bond

Gina,

Thank you for our email. On our last call, we brought to your attention a May 25, 2023 call with the FTX prosecution team in which, according to the notes we have reviewed, they told you that a disposition with Mr. Salame would not resolve the investigation of Ms. Bond's conduct. We asked you to confirm if that was your understanding of the call as well and you said you would get back to us. Have you had a chance to review your notes of that call and, if so, do you have a different understanding of what was said?

As to your request to meet with our supervisors, the Public Corruption Chiefs would like to schedule a single meeting for you to raise any points you would like us to consider before we make a final charging decision. At that meeting, you would be free to raise your prior discussions with the FTX team, in addition to any other substantive points about the case. We aren't quite ready to give a date range for that meeting, but we expect it would happen in mid-to-late June.

Best,
Sheb

---

**From:** Parlovecchio, Gina <GParlovecchio@mayerbrown.com>
**Sent:** Monday, May 20, 2024 7:12 PM
**To:** Swett, Sebastian (USANYS) <SSwett@usa.doj.gov>; Linder, Jason <JLinder@mayerbrown.com>
**Cc:** Simon, Stephanie (USANYS) <SSimon1@usa.doj.gov>
**Subject:** [EXTERNAL] RE: Michelle Bond

Sheb,

I hope all is well. We are reaching out to continue our conversation about your Office's decision to pursue the investigation of Ms. Bond in light of our prior discussions with the FTX prosecution team. We would appreciate it if you could connect us with your supervisors to facilitate that discussion.

Best regards,
Gina

**From:** Swett, Sebastian (USANYS) <Sebastian.Swett@usdoj.gov>
**Sent:** Wednesday, April 17, 2024 9:31 AM
**To:** Parlovecchio, Gina <GParlovecchio@mayerbrown.com>; Linder, Jason <JLinder@mayerbrown.com>
**Cc:** Simon, Stephanie (USANYS) <Stephanie.Simon2@usdoj.gov>
**Subject:** Re: Michelle Bond

**CAUTION: External Email -** Only click on contents you know are safe.

Gina,

How about tomorrow at 3pm?

Best,
Sheb

Get Outlook for iOS

---

**From:** Parlovecchio, Gina <GParlovecchio@mayerbrown.com>
**Sent:** Wednesday, April 17, 2024 8:59:37 AM
**To:** Swett, Sebastian (USANYS) <SSwett@usa.doj.gov>; Linder, Jason <JLinder@mayerbrown.com>
**Cc:** Simon, Stephanie (USANYS) <SSimon1@usa.doj.gov>
**Subject:** [EXTERNAL] RE: Michelle Bond

Sheb,

We are available for a call tomorrow (3-5:30p ET) or Friday (after 1:30p ET).  Please let us know if either of those times work for you and we can circulate a calendar invitation.

Best regards,
Gina

---

**From:** Swett, Sebastian (USANYS) <Sebastian.Swett@usdoj.gov>
**Sent:** Tuesday, April 16, 2024 3:19 PM
**To:** Parlovecchio, Gina <GParlovecchio@mayerbrown.com>; Linder, Jason <JLinder@mayerbrown.com>
**Cc:** Simon, Stephanie (USANYS) <Stephanie.Simon2@usdoj.gov>
**Subject:** RE: Michelle Bond

**CAUTION: External Email -** Only click on contents you know are safe.

Hi Gina,

Thank you for the email. That window tomorrow does not work for us and, at any rate, we're not sure an in-person meeting is necessary at this moment. The purpose of the call was simply to inform you we are nearing the end of our investigation and we wanted to give you the opportunity to present to us and our chiefs before we make any final decisions. We're happy to discuss further on a call but we can also begin looking for dates for an in-person meeting in the next 2-4 weeks.

Best,
Sheb

---

**From:** Parlovecchio, Gina <GParlovecchio@mayerbrown.com>
**Sent:** Tuesday, April 16, 2024 2:56 PM
**To:** Swett, Sebastian (USANYS) <SSwett@usa.doj.gov>; Linder, Jason <JLinder@mayerbrown.com>
**Cc:** Simon, Stephanie (USANYS) <SSimon1@usa.doj.gov>
**Subject:** [EXTERNAL] RE: Michelle Bond

Sheb,

Thank you for the introduction. We are surprised to hear from you given our course of dealing with the FTX prosecution team, which led us to believe that this matter was not going to be pursued. Given the circumstances, we would prefer to meet in person and are available tomorrow from 1-3pm, if that works for your team.

Best regards,
Gina

---

**From:** Swett, Sebastian (USANYS) <Sebastian.Swett@usdoj.gov>
**Sent:** Monday, April 15, 2024 4:45 PM
**To:** Linder, Jason <JLinder@mayerbrown.com>; Parlovecchio, Gina <GParlovecchio@mayerbrown.com>
**Cc:** Simon, Stephanie (USANYS) <Stephanie.Simon2@usdoj.gov>
**Subject:** Michelle Bond

**CAUTION: External Email -** Only click on contents you know are safe.

Jason and Gina,

My name is Sheb Swett and I am an AUSA in the Southern District of New York. My colleague, Stephanie Simon, and I are responsible for our Office's investigation into Michelle Bond. We'd like to get on a phone call to discuss the status of our investigation. Please let us know if you have some time this week for a call. We look forward to speaking with you.

Best,
Sheb

Sheb Swett | Assistant United States Attorney
U.S. Attorney's Office for the Southern District of New York
1 Saint Andrew's Plaza
New York, NY 10007
(o) (212) 637-6522
(c) (646) 832-8041

This email and any files transmitted with it are intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. If you are not the named addressee you should not disseminate, distribute or copy this e-mail.

Mayer Brown is a global services provider comprising an association of legal practices that are separate entities, including Mayer Brown LLP (Illinois, USA), Mayer Brown International LLP (England), Mayer Brown (a Hong Kong partnership) and Tauil & Chequer Advogados (a Brazilian partnership).

Information about how we handle personal information and our use of relationship insight tools in conjunction with email is available in our [Privacy Notice](#).