Exhibit 5

| | |
|---|---|
| **From:** | Swett, Sebastian (USANYS) |
| **To:** | Swett, Sebastian (USANYS); Simon, Stephanie (USANYS) |
| **Subject:** | 2024.04.18 TC re Bond |
| **Date:** | Thursday, April 18, 2024 3:24:27 PM |

Jason Linder
Gina Parlovechio
Sheb Swett
Stephanie Simon

Sheb: Took over case from FTX
    Wanted to reach out, let you know we are close, give you a chance to present.

GP: Surprised and alarmed that investigation is still ongoing and almost at conclusion
    Members of the FTX prosecution team led us to believe that if Salame resolved case, office would stop investigating Ms. Bond
    Also represent Salame, father of her baby
    April 28, 2023 – right after seizure, conversation with FTX team – Sassoon, Rohrbach, Kudla, Rehn, Raymond
        During that conversation, Danielle reading from set of talking points – noted that Bond's status had changed, if we reached resolution, office would conclude investigation into Ryan other than SBF stuff
        Thought that meant would cease investigating plea
    Taken aback, didn't expect that
    Pled guilty in September, significant motivation was having investigation into Ms. Bond conclude
        Had been operating under that understanding until message this week
    Because of FTX team statements, Salame prejudiced by saying non-SBF conduct not investigated
        Bond would not have spoken with government as co-signer
        Had a baby together based on Gov't representation
        Shifted focus away from preparing away from potential defense, based on what we have done so far, don't see criminality
        Cognizant that you were not part of those conversations last year
        Intend to raise issues up the chain

Sheb: What about May 25 call?
JL: Will check
Sheb: FBI agent on surety interview?
JL: We were aware, not different questions
Sheb: Okay, hear your point. We see it differently. Still see benefit in planning to engage on substance.
JL: Need to talk to client, but what is timing?
Sheb: Within month

Sheb Swett | Assistant United States Attorney

U.S. Attorney's Office for the Southern District of New York
1 Saint Andrew's Plaza
New York, NY 10007
(o) (212) 637-6522
(c) (646) 832-8041