Exhibit 6

7/30/2024

MB knew re traders from RS/FTX comp.
View of facts to day - what she (MB) would say
No more access to campaign email/work records
Ask H share info to show we got it wrong

Jason Linder
Nandita Vasantha
Maggie
Mitch
Sheb Swett
Rob Sobelman
Leva Pomerantz

Spring 2023
   Statements that would cease investigation if FS pled
   guilty

4/23 - AUSA took covert steps - sw for content of MB + RS
   phones
Had already produced 589k + 67k docs, respectively

4/28 - WebEx w/ DS
   DS asked if reppy MB + es - status had shifted
Said yes
   DS said (ready for notes) - early disposition, no
promises, conclude as to RJ, conclude this facet of
investigation

Taken aback for that offer
   Never seen that inducement
   Also talking points

FS pled guilty - notion that office would cease
   investigation
Thought office would honor that statement

5/25/2023
· No records of FTX team walking back
· No notes that it was walked back - quick call

One instance where non-promised benefit was honored
Recently departed aluns - never heard of floating this,
would be honored

PS prejudiced
the [strikethrough] MB would not have spoken to Court
for co-signer interview
Had baby together, etc.

MB [prejudice] - no access to email, texts, etc.
She didn't preserve records from ADAM, which
are dissolved
Baby thinking this matter resolved
Custody trial

