UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------x
UNITED STATES OF AMERICA,

　　　　-against-　　　　　　　　　　　　　　(S7) 22-cr-0673 (LAK)

RYAN SALAME,

　　　　　　　　Defendant.
-----------------------------------------x

## ORDER

Lewis A. Kaplan, *District Judge.*

　　　　The government's application in open court today to move forward the date on which Mr. Salame shall surrender to the Bureau of Prisons from October 13 until October 11, 2024 is granted.

　　　　SO ORDERED.

Dated:　　September 12, 2024

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Lewis A. Kaplan
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge