# WILMERHALE

September 23, 2024

**Anjan Sahni**

+1 212 937 7418 (t)
+1 212 230 8888 (f)
anjan.sahni@wilmerhale.com

<u>**BY ECF**</u>

The Honorable Lewis A. Kaplan
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:     *United States v. Caroline Ellison*, No. 1:22-cr-673-LAK (S.D.N.Y)

Dear Judge Kaplan:

On behalf of Caroline Ellison, I write to inform the Court that we have finalized the financial settlements with the government and the FTX Debtors that were anticipated in our sentencing submission.  *See* Dkt. 497 at 5 n.2.  Specifically, counsel for the government has conveyed to Your Honor's Chambers earlier today a proposed Consent Preliminary Order of Forfeiture as to Specific Property / Money Judgment.  And this afternoon, we finalized a settlement agreement with counsel for the FTX Debtors that resolves all of the Debtors' claims against Ms. Ellison and establishes a framework for Ms. Ellison's ongoing cooperation with the FTX Debtors' investigation, asset recovery, and litigation efforts.

Respectfully submitted,

*/s/ Anjan Sahni*
Anjan Sahni

Cc:     Danielle Sassoon, U.S. Attorney's Office (by ECF)
        Christopher Dunne, Sullivan & Cromwell (by email)