UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>RYAN SALAME,<br><br>                              Defendant. | Index Number: 22-cr-00673-LAK<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Douglas E. Grover, of the law firm Schlam Stone & Dolan LLP, is appearing in this action as counsel for Defendant Ryan Salame. Please take further notice that all papers and correspondence in this proceeding should be directed to the undersigned counsel at the address and email address below.

Dated: September 25, 2024
       New York, New York

                              Respectfully submitted,

                              **SCHLAM STONE & DOLAN LLP**

                       By:    */s/ Douglas E. Grover*
                              Douglas E. Grover
                              26 Broadway, 19th Fl.
                              New York, NY 10004
                              Tel.:   (212) 344-5400
                              Fax:    (212) 344-7677
                              Email: dgrover@schlamstone.com

                              *Attorneys for Defendant Ryan Salame*

**TO**:   All Counsel of Record (By ECF Filing)