James M. Roberts
Counsel

212-344-5400
jroberts@schlamstone.com

Schlam Stone & Dolan LLP

26 Broadway, New York, NY 10004
Main: 212 344-5400   Fax: 212 344-7677
schlamstone.com

October 9, 2024

VIA ECF

Honorable Lewis A. Kaplan
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

       Re:    *United States v. Ryan Salame*, 22 Cr. 673 (LAK)
               Request for Continuance of Self-Surrender Date

Dear Judge Kaplan:

On behalf of Ryan Salame, we respectfully request that the Court continue the date for Mr. Salame to voluntarily surrender to the Bureau of Prisons ("BOP") to begin serving his sentence from Friday, October 11, 2024, to Friday, December 7, 2024, so that he may receive continuing medical treatment deemed necessary by his treating physician to recover from the injuries sustained on or about June 29, 2024.  The details of the incident leading to the injuries were set forth in Mr. Salame's request for a continuance dated July 25, 2024, (ECF No. 465), which the Court granted (ECF No. 467).

After the Court granted that continuance, [REDACTED]   Correspondence from Mr. Salame's physician attesting to his injuries, the current recommended course of medical care and associated timeframe is attached hereto as Exhibit A.

We have conferred with the Government and the Government opposes this request.

For the foregoing reasons, Mr. Salame respectfully requests that the Court grant Mr. Salame a continuance of his self-surrender date until Friday, December 7, 2024.

Hon. Lewis Kaplan
October 9, 2024
Page 2 of 2 Pages

Respectfully submitted,

*/s/ James M. Roberts*

James M. Roberts

Cc:     Douglas E. Grover, Esq.