

Navin Singh, MD, FACS
Clinical Asst. Professor Plastic Surgery
Johns Hopkins School of Medicine

Re Ryan Salame DOB ███

October 3, 2024

To Whom it May Concern:

The above identified patient was initially evaluated July 3, 2024 after sustaining a dog-bite injury to the face on June 28th, 2024 by a 125 lb German Shepard.



7601 Lewinsville Rd, Suite 200, McLean, VA 22102  Tel: 703-345-4377

www.WashingtonianPlasticSurgery.com www.WashPS.com
Voice: 888-903-2362 Fax: 888-406-4432





Navin Singh, MD, FACS
Clinical Asst. Professor Plastic Surgery
Johns Hopkins School of Medicine



Please don't hesitate to contact me for any further information.



Regards,

Navin Singh, MD, M.Sc.

---

7601 Lewinsville Rd, Suite 200, McLean, VA 22102  Tel: 703-345-4377

www.WashingtonianPlasticSurgery.com www.WashPS.com
Voice: 888-903-2362 Fax: 888-406-4432

