# Exhibit C

Contemporaneous Document Written by Samuel Bankman-Fried

Case No. 22-cr-673 (LAK)

Nishad joined Alameda as a developer in mid December.  In his time here, he has grown a lot, and contributed a lot.  He's also given a lot of feedback, and I think the feedback has been quite helpful and perceptive.

When Nishad joined, he was fairly inexperienced as a developer--he had graduated college 6 months earlier.  Because of this he was seen as an unfailing nice person, good team player, good cultural influence, and relatively weak programmer.

The dev team experienced [increasing tension](#) over time, as a result, primarily, of tensions surrounding Nathan.  Nishad became worried about these tensions, and did what he could to ease them.  He talked with the developers, thought about possible fixes, and talked to management about the problems and what might help them.

He also dove into the code, and did what he could to address the technical disputes.  While many were busy complaining about code messiness, Nishad jumped in and cleaned up the code.  While many complained about it being too hard to learn the code, Nishad read through it and quickly became proficient.

It became clear that the dev team would really benefit from a good manager, but that there were no natural candidates.  Gary didn't like managing people or others' emotions; Nathan was an asshole; and Nishad was inexperienced and didn't have the technical respect of his team.  I floated the idea, tentatively, about Nishad being the dev manager anyway and received a lot of negative feedback.  I think the feedback was right, in that it would have caused a lot of problems because of people's lack of technical respect for him--but that it would probably have been the second best solution to the problem at hand (behind firing Nathan).

By March it had become clear that not only was Nishad a pleasure to interact with, he also had become quite good at his job: he was [producing more code](#) than anyone but Gary, could diagnose problems in the system, and could create new features.

He has now become an extremely valuable member of Alameda.  He's taken on important projects in dev and ops, become proficient enough to watch trading, and continued to be great for morale.  He's cleaned up most of the codebase, and written important new code.

Below are pieces of feedback that Nishad has given over time.  I endorse most of what he said.

Some of these I include because they're important to the overall story of Alameda.  Others are here just as a demonstration of the responsibility, empathy, and thoughtfulness he's displayed at Alameda.

Feel free to only read the emails (May 7th and 25th); they include most of the important commentary.





















-