**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

November 1, 2024

**By ECF**
The Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Samuel Bankman-Fried,* S6 22 Cr. 673 (LAK)

Dear Judge Kaplan:

    The Government writes to respectfully request that the Court extend the deadline for its response to third-party ancillary petitions from the currently scheduled date of November 1, 2024 to January 15, 2025. The Government has been in discussions with the relevant parties in interest. This extension will allow the parties more time to discuss and potentially facilitate a resolution of the pending petitions instead of litigation. The Government has communicated with counsel for Emergent Fidelity Technologies Ltd. (who filed their petition at Dkt. Nos. 446, 447), FTX Trading Ltd. (Dkt. No. 450), and the MDL Plaintiff class (Dkt. No. 454), all of whom consent to the extension of this deadline.

    The Government also requests that the applicable deadline for third-party petitions for the following parties be extended until January 15, 2025: Senate Majority PAC, FF PAC, FF USA Action, Emily's List/Women Vote (Women Vote!), and GMI PAC. The Government is continuing to discuss with these parties the forfeitability of funds these entities received from the defendant and his co-conspirators.

                              Respectfully,

                              DAMIAN WILLIAMS
                            United States Attorney

          By:    /s    Thane Rehn
                Danielle R. Sassoon
                Nicolas Roos
                Danielle Kudla
                Thane Rehn
                Assistant United States Attorneys
                (212) 637-2354