IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| United States of America<br><br>v.<br><br>Samuel Bankman-Fried a/k/a "SBF",<br><br>Defendant. | C.A. No. 1:22-cr-673 (LAK) |

NOTICE OF WITHDRAWAL OF ANCILLARY PETITION FOR HEARING TO
ADJUDICATE VALIDITY OF LEGAL INTEREST AND RIGHT
TO FORFEITED PROPERTY

Claimants Alexander Chernyavsky, Kyle Rupprecht, Mike Livieratos, and Sunil Kavuri ("Individual Claimants"), both as named Plaintiffs[1] and on behalf of the MDL Class, by and through MDL Co-Lead Counsel in *In Re: FTX Cryptocurrency Exchange Collapse Litigation* (MDL No. 3076) pending before the Honorable K. Michael Moore in the Southern District of Florida, hereby give notice of withdrawal, with prejudice, of their Ancillary Petition for Hearing to Adjudicate Validity of Legal Interest and Right to Forfeited Property under 21 U.S.C. § 853(n), dated June 14, 2024 (ECF No. 454).

---

[1] Sunil Kavuri has since withdrawn as a putative class representative from the FTX MDL.

Date: November 19, 2024                           Respectfully submitted,

**By:** */s/ Adam Moskowitz*                      **By:** */s/ David Boies*

Adam M. Moskowitz                                 David Boies
Florida Bar No. 984280                            Alexander Boies
Joseph M. Kaye                                    Brooke A. Alexander
Florida Bar No. 117520                            **BOIES SCHILLER FLEXNER LLP**
**THE MOSKOWITZ LAW FIRM, PLLC**                  333 Main Street
Continental Plaza                                 Armonk, NY 10504
3250 Mary Street, Suite 202                       914-749-8200
Coconut Grove, FL 33133                           dboies@bsfllp.com
Office: (305) 740-1423                            aboies@bsfllp.com
adam@moskowitz-law.com                            balexander@bsfllp.com
joseph@moskowitz-law.com                          *Co-Lead MDL Counsel*
service@moskowitz-law.com
*Co-Lead MDL Counsel*