

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

January 15, 2025

**By ECF**
The Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Samuel Bankman-Fried,* S6 22 Cr. 673 (LAK)

Dear Judge Kaplan:

      The Government writes to respectfully request that the Court extend the deadline for its response to third-party ancillary petitions from the currently scheduled date of January 15, 2025 to January 31, 2025. The Government has been in discussions with the relevant parties in interest. This extension will allow the parties more time to discuss and potentially facilitate a resolution of the pending petitions instead of litigation. The Government has communicated with counsel for Emergent Fidelity Technologies Ltd. (who filed their petition at Dkt. Nos. 446, 447), FTX Trading Ltd. (Dkt. No. 450), and the MDL Plaintiff class (Dkt. No. 454), all of whom consent to the extension of this deadline.

      Respectfully,

MATTHEW PODOLSY
Chief Counsel to the Acting
United States Attorney
Attorney for the United States, Acting under
Authority Conferred by 18 U.S.C. § 515

By:   /s   Thane Rehn
     Danielle R. Sassoon
     Nicolas Roos
     Danielle Kudla
     Thane Rehn
     Assistant United States Attorneys
     (212) 637-2354

Granted
/s/ Lewis A. Kaplan
1/15/25