# Cooley

**MEMO ENDORSED**

Andrew D. Goldstein
T: +1 202 842 7805
agoldstein@cooley.com

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 1/22/25

January 21, 2025

Honorable Lewis Kaplan
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   United States v. Nishad Singh, 22-cr-673 (LAK)

Dear Judge Kaplan:

On behalf of Nishad Singh, we respectfully request that the Court issue an order directing the Pretrial Services Office to return Mr. Singh's passport. The Government and Mr. Singh's Probation Officer both consent to this request.

As background, Mr. Singh surrendered his passport to Pretrial Services on February 28, 2023, following his plea of guilty before Your Honor pursuant to a cooperation agreement with the Government. *See* ECF Nos. 90, 98. On October 30, 2024, the Court sentenced Mr. Singh to time served and imposed a three-year term of supervised release. ECF No. 531. As part of his conditions of supervised release, Mr. Singh must obtain prior approval from his Probation Officer to leave the Northern District of California, where Mr. Singh currently resides. *See id.* at 5.

Mr. Singh requests the return of his passport so that he can travel internationally for work and personal reasons. First, in Mr. Singh's current employment role, many of his team members reside in Bangalore, India and he believes it would be beneficial to travel to India at least twice a year to collaborate with his team. Mr. Singh also would like to travel to India for familial and personal reasons. Second, Mr. Singh would like to attend the marriage of a close friend in Mexico next month. Third, Mr. Singh would like to attend a religious pilgrimage in the United Kingdom this summer. Should Mr. Singh's passport be returned, he will seek prior approval from his Probation Officer to travel internationally and will comply with all travel-related requirements imposed by Probation for the duration of his term of supervised release.

Accordingly, we respectfully request that the Court order the return of Mr. Singh's passport. As noted, we informed the Government of this request and they consent. Mr. Singh also spoke with his Probation Officer about this request and his expected travel, and she also provided her consent.

Sincerely,

/s/Andrew D. Goldstein
Andrew D. Goldstein

ADG

**SO ORDERED**   Granted

**LEWIS A. KAPLAN, USDJ**
1/22/25

Cooley LLP   1299 Pennsylvania Avenue NW   Suite 700   Washington, DC   20004-2400
t: +1 202 842 7800   f: +1 202 842 7899   cooley.com