Nishad Singh                                    4                        8346531 - KV
Docket Number: 1:22CR00673-4 (LAK)



# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK
# PROBATION OFFICE

## *JUDICIAL RESPONSE*

**THE COURT ORDERS:**

☒    Permission to travel to Mexico with discretion for ND/CA to approve any changes in date is **APPROVED**.

☐    Permission to travel to Mexico and the Court requires notification for any changes in date is **APPROVED**.

☐    Permission to travel to Mexico is **DENIED**.

☐    Other:

AND

**THE COURT ORDERS:**

☒    Transfer of Jurisdiction to the Northern District of California is **APPROVED**.

☐    Transfer of Jurisdiction to the Northern District of California is **DENIED**.

_____
Honorable Lewis A Kaplan
Senior United States District Judge

_____
Date    2/5/25

PROB 12B
(4/15)