

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

The Jacob K. Javits Federal Building
26 Federal Plaza, 37th Floor
New York, New York 10278

January 31, 2025

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/5/25

**By ECF**
The Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Samuel Bankman-Fried*, S6 22 Cr. 673 (LAK)

Dear Judge Kaplan:

The Government writes to respectfully request that the Court extend the deadline for its response to third-party ancillary petitions from the currently scheduled date of January 31, 2025 to February 14, 2025. The parties in interest have discussed a plan for remission of the forfeited proceeds that would facilitate a resolution of the pending petitions instead of litigation, and the plan is currently being considered by the Department of Justice's Money Laundering and Asset Recovery Section. The Government expects this process will be resolved in the near future. The Government has communicated with counsel for Emergent Fidelity Technologies Ltd. (who filed their petition at Dkt. Nos. 446, 447), FTX Trading Ltd. (Dkt. No. 450), and the MDL Plaintiff class (Dkt. No. 454), all of whom consent to the extension of this deadline.

Respectfully,

DANIELLE R. SASSOON
United States Attorney
Attorney for the United States

By: /s/ Thane Rehn
Danielle Kudla
Thane Rehn
Assistant United States Attorneys
(212) 637-2354

Granted

SO ORDERED

_____
LEWIS A. KAPLAN, USDJ

2/5/25