UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X

UNITED STATES OF AMERICA,

          Plaintiff,

-against-

SAMUEL BANKMAN-FRIED
a/k/a "SBF",

          Defendant.

------------------------------------------------------- X

CASE NO. 22-cr- 673 (LAK)

## NOTICE OF WITHDRAWAL OF VERIFIED PETITION FOR HEARING TO ADJUDICATE THIRD-PARTY CLAIMS OF EMERGENT FIDELITY TECHNOLOGIES LTD WITH RESPECT TO THE EMERGENT ASSETS THAT ARE SUBJECT TO A PRELIMINARY ORDER OF FORFEITURE

Petitioner Emergent Fidelity Technologies Ltd, by and through counsel, hereby gives notice of withdrawal, with prejudice, of its Verified Petition for Hearing to Adjudicate Third-Party Claims of Emergent Fidelity Technologies Ltd with Respect to the Emergent Assets that are Subject to a Preliminary Order of Forfeiture under 21 U.S.C. § 853(n), dated June 13, 2024 (ECF No. 446).

Dated: New York, New York

February 5, 2025

MORGAN, LEWIS & BOCKIUS LLP

By: S/ *Daniel B. Tehrani*
    Daniel B. Tehrani, Bar No. 4422945
    daniel.tehrani@morganlewis.com
    101 Park Avenue
    New York, NY  10178-0060
    +1.212.309.6000
    +1.212.309.6001

Counsel for Emergent Fidelity Technologies Ltd