UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X
UNITED STATES OF AMERICA,

               Plaintiff,

  -against-

SAMUEL BANKMAN-FRIED
a/k/a "SBF",

               Defendant.
------------------------------------------------------- X

CASE NO. 22-cr- 673 (LAK)

# NOTICE OF WITHDRAWAL OF VERIFIED PETITION FOR HEARING TO ADJUDICATE THIRD-PARTY CLAIMS OF THE JOINT LIQUIDATORS OF EMERGENT FIDELITY TECHNOLOGIES LTD WITH RESPECT TO THEIR SHARE OF THE EMERGENT ASSETS THAT ARE SUBJECT TO A PRELIMINARY ORDER OF FORFEITURE

     Petitioners Joint Liquidators of Emergent Fidelity Technologies Ltd, by and through counsel, hereby give notice of withdrawal, with prejudice, of their Verified Petition for Hearing to Adjudicate Third-Party Claims of the Joint Liquidators of Emergent Fidelity Technologies Ltd with Respect to Their Share of the Emergent Assets that are Subject to a Preliminary Order of Forfeiture under 21 U.S.C. § 853(n), dated June 13, 2024 (ECF No. 447).

Dated: New York, New York
       February 5, 2025

MORGAN, LEWIS & BOCKIUS LLP

By: S/ *Daniel B. Tehrani*
    Daniel B. Tehrani, Bar No. 4422945
    daniel.tehrani@morganlewis.com
    101 Park Avenue
    New York, NY  10178-0060
    +1.212.309.6000
    +1.212.309.6001

Counsel for the Joint Liquidators of Emergent Fidelity Technologies Ltd