UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>CAROLINE ELLISON,<br><br>Defendant. | DECLARATION IN SUPPORT OF FINAL ORDER OF FORFEITURE<br><br>S2 22 Cr. 673 (LAK) |

Thane Rehn, pursuant to Title 28, United State Code, Section 1746, declares under penalty of perjury as follows:

1. I am an Assistant United States Attorney in the Office of Matthew Podolsky, Acting United States Attorney for the Southern District of New York, and attorney for the Government herein. I am responsible for the above-captioned matter, and as such, I am familiar with the facts and circumstances of this proceeding. This declaration is submitted in support of the Government's submission for the entry of a Final Order of Forfeiture in the above-captioned case.

2. On or about September 25, 2024, the Court entered a Consent Preliminary Order of Forfeiture as to Specific Property/Money Judgment (the "Preliminary Order of Forfeiture") (D.E. 510) with respect to CAROLINE ELLISON (the "Defendant"), forfeiting to the United States all right, title and interest of the Defendant in the following specific property:

a. the shares of Series B Preferred Stock in Anthropic PBC, acquired by the Defendant on or about May 13, 2022, through the Simple Agreement for Future Equity the Defendant purchased in exchange for$10,000,000 on or about March 31, 2022;

(the "Specific Property").

3. The Notice of Forfeiture and the intent of the Government to dispose of the Specific Property was posted on an official government internet site (www.forfeiture.gov)

beginning on September 27, 2024 for thirty (30) consecutive days, through October 26, 2024, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions, and proof of such publication was filed with the Clerk of the Court February 14, 2025 (D.E. 556).

4. Since final publication of the Notice of Forfeiture, thirty (30) days have expired and no petitions or claims to contest the forfeiture of the Specific Property have been filed.

5. The Defendant is the only person and/or entity known by the Government to have a potential interest in the Specific Property.

6. Accordingly, the Government requests that the Court enter the proposed Final Order of Forfeiture.

7. No previous application for the relief requested herein has been sought.

Dated: New York, New York
February 14, 2025

MATTHEW PODOLSKY
Acting United States Attorney
Southern District of New York

By: Thane Rehn
_____________________________
Thane Rehn
Assistant United States Attorney
26 Federal Plaza, 38th Floor
Tel. (212) 637-2354