UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
UNITED STATES OF AMERICA
:
    - v. -                                      DECLARATION OF PUBLICATION
:
RYAN SALAME,                           S7 22 Cr. 673 (LAK)
:
       Defendant.
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

       I, Thane Rehn, pursuant to Title 28, United States Code, Section 1746, hereby declare under penalty of perjury that:

       1.    I am an Assistant United States Attorney in the office of the United States Attorney for the Southern District of New York, and

       2.    Attached to this declaration are (A) a true and correct copy of a notice of criminal forfeiture in this action, and (B) a true and correct copy of an Advertisement Certification Report, indicating that the aforementioned notice was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning September 20, 2023 through October 19, 2023 as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

       Both documents were obtained from a Consolidated Asset Tracking System maintained by the Department of Justice.

Dated:      February 14, 2025
              New York, New York

                                                                         Thane Rehn
                                                                         Assistant United States Attorney
                                                                         Tel: (212) 637-2354

Attachment 1

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK
# COURT CASE NUMBER: S7 22 CR. 673 (LAK); NOTICE OF FORFEITURE

Notice is hereby given that on September 07, 2023, in the case of <u>U.S. v. RYAN SALAME</u>, Court Case Number S7 22 CR. 673 (LAK), the United States District Court for the Southern District of New York entered an Order condemning and forfeiting the following property to the United States of America:

The real property commonly described as 12 Housatonic Street, Lenox, MA 01240, described as follows (23-FBI-007500):

Beginning at a point in the southerly line of Housatonic Street at a northwesterly corner of land formerly of William C. Schennerhorn, now of Lenox Library Association, thence along a westerly line of said Library land south 28 degrees 40' west seventy two feet and nine inches to an angle in said line marked by an octagonal shaped monument buried in the ground, thence along said Library land north 61 degrees 20' west one hundred feet to land of Frank C. Hagyard, thence north 28 degrees 40 east seventy two feet and nine inches along said Hagyard land to said southerly line of said Housatonic Street, thence along said line of said street south 61 degrees 20' east one hundred feet to the place of beginning;

The real prope1ty commonly described as 8 Tucker Street, Lenox, MA 01240, described as follows (23-FBI-007501):

A parcel of land as shown on survey plan captioned "MARY F. MISCH, Property located at 8 & 12 Tucker Street, Lenox, MA, drawn by Hill Engineers Architects and Planners, Scale 1" = 20', dated 11/19/2021" recorded in the Berkshire Middle District Registry of Deeds on December 6, 2021 in Plat S-83.

Being the same premises conveyed to the Grantor hereby by deed of Mary F. Misch dated December 2, 2021 and recorded December 7, 2021 in the Berkshire Middle District Registry of Deeds in Book 7077, Page 274;

Ownership and equity interest in East Rood Farm Corporation (23-FBI-007502); and

2021 Porsche 911 Turbo S with VIN number WP0AD2A94MS257710 (23-FBI-007504).

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file an ancillary petition within 60 days of the first date of publication (September 20, 2023) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The ancillary petition

must be filed with the Clerk of the Court, United States District Court, 500 Pearl Street, Room 120, New York, NY  10007, and a copy served upon Assistant United States Attorney Samuel Raymond, One St. Andrew's Plaza, New York, NY  10007.  The ancillary petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all ancillary petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such ancillary petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

The government may also consider granting petitions for remission or mitigation, which pardon all or part of the property from the forfeiture.  A petition must include a description of your interest in the property supported by documentation; include any facts you believe justify the return of the property; and be signed under oath, subject to the penalty of perjury, or meet the requirements of an unsworn statement under penalty of perjury.  *See* 28 U.S.C. Section 1746.  For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 - 9.9.  The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a).  The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b).  The petition for remission need not be made in any particular form and may be filed online or in writing.  You should file a petition for remission not later than 11:59 PM EST 30 days after the date of final publication of this notice.  *See* 28 C.F.R. Section 9.3(a).  The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition for remission form that may be mailed and the link to file a petition for remission online.  If you cannot find the desired assets online, you must file your petition for remission in writing by sending it to Assistant United States Attorney Samuel Raymond, One St. Andrew's Plaza, New York, NY  10007.  This website provides answers to frequently asked questions (FAQs) about filing a petition for remission.  You may file both an ancillary petition with the court and a petition for remission or mitigation.


# Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between September 20, 2023 and October 19, 2023. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. RYAN SALAME

**Court Case No:** S7 22 CR. 673 (LAK)
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 09/20/2023 | 23.9 | Verified |
| 2 | 09/21/2023 | 24.0 | Verified |
| 3 | 09/22/2023 | 24.0 | Verified |
| 4 | 09/23/2023 | 24.0 | Verified |
| 5 | 09/24/2023 | 23.9 | Verified |
| 6 | 09/25/2023 | 23.9 | Verified |
| 7 | 09/26/2023 | 23.9 | Verified |
| 8 | 09/27/2023 | 23.9 | Verified |
| 9 | 09/28/2023 | 23.9 | Verified |
| 10 | 09/29/2023 | 23.9 | Verified |
| 11 | 09/30/2023 | 23.9 | Verified |
| 12 | 10/01/2023 | 24.0 | Verified |
| 13 | 10/02/2023 | 23.9 | Verified |
| 14 | 10/03/2023 | 23.9 | Verified |
| 15 | 10/04/2023 | 23.9 | Verified |
| 16 | 10/05/2023 | 23.9 | Verified |
| 17 | 10/06/2023 | 23.9 | Verified |
| 18 | 10/07/2023 | 24.0 | Verified |
| 19 | 10/08/2023 | 23.8 | Verified |
| 20 | 10/09/2023 | 23.9 | Verified |
| 21 | 10/10/2023 | 23.9 | Verified |
| 22 | 10/11/2023 | 23.9 | Verified |
| 23 | 10/12/2023 | 23.9 | Verified |
| 24 | 10/13/2023 | 23.9 | Verified |
| 25 | 10/14/2023 | 23.9 | Verified |
| 26 | 10/15/2023 | 23.9 | Verified |
| 27 | 10/16/2023 | 23.9 | Verified |
| 28 | 10/17/2023 | 23.9 | Verified |
| 29 | 10/18/2023 | 23.9 | Verified |
| 30 | 10/19/2023 | 23.9 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.