

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

February 14, 2025

**VIA ECF**
The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

   Re: *United States v. Ryan Salame*
     S7 22 Cr. 673 (LAK)

Dear Judge Kaplan:

  The Government respectfully requests that the Court enter the attached Final Order of Forfeiture in this matter. As set forth in the accompanying Declaration, all right, title, and interest of the defendant, Ryan Salame, in certain assets was ordered forfeited pursuant to a Consent Preliminary Order of Forfeiture as to Substitute Assets (Docket Entry 268) and no third-party claims have been filed within the statutory period.

  Accordingly, the attached Final Order of Forfeiture should be entered so that the United States Marshals Service can dispose of the assets according to law.

            MATTHEW PODOLSKY
            Acting United States Attorney
            Southern District of New York

      By: */s/ Thane Rehn*
         Thane Rehn
         Assistant United States Attorney
         26 Federal Plaza
         New York, New York
         Tel. (212) 637-2354

*Enclosure*