UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
                          :

    UNITED STATES OF AMERICA           :

                          :    DECLARATION IN SUPPORT OF
          -v.-                :    A FINAL ORDER OF FORFEITURE

                          :

    SAMUEL BANKMAN-FRIED,        :    S6 22 Cr. 673 (LAK)
        a/k/a "SBF",             :

                          :

             Defendant.         :

                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

          Thane Rehn, pursuant to Title 28, United State Code, Section 1746, declares under penalty of perjury as follows:

          1.      I am an Assistant United States Attorney in the Office of Matthew Podolsky, Acting United States Attorney for the Southern District of New York, and attorney for the Government herein. I am responsible for the above-captioned matter, and as such, I am familiar with the facts and circumstances of this proceeding. This declaration is submitted in support of the Government's submission for the entry of a Final Order of Forfeiture in the above-captioned case.

          2.      On or about March 29, 2024, this Court entered Preliminary Order of Forfeiture/Money Judgment (the "Preliminary Order of Forfeiture") (D.E. 423), which ordered the forfeiture to the United States of all right, title and interest of SAMUEL BANKMAN-FRIED (the "Defendant") in, *inter alia*, the property which is set forth in Schedule A attached hereto (the "Subject Property").

          3.      The Notice of Forfeiture and the intent of the Government to dispose of the Subject Property was posted on an official government internet site (www.forfeiture.gov) beginning on May 8, 2024 for thirty (30) consecutive days, through June 6, 2024, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture

Actions, and proof of such publication was filed with the Clerk of the Court February 14, 2025 (D.E. 563).

        4.     On or about May 15, 2024, notice of the Preliminary Order of Forfeiture was sent via E-Mail, to:

> Jacob M. Croke, Esq.
> Sullivan & Cromwell, L.L.C.
> 125 Broad Street
> New York, NY 10004
> crokej@sullcrom.com
> *(Counsel for the FTX Debtors)*
> Jason Weinstein
> 1330 Connecticut Avenue, NW
> Washington, DC  20036
> jweinstein@steptoe.com
> *(Counsel for Luk Wei Chan)*
>
> Sharon Frase, Esq.
> 1611 Telegraph Ave, Ste 806
> Oakland, CA 94612
> sharon@illovskycalia.com
> *(Counsel for Paul Aranha/IAC)*
>
> Richard S. Kanowitz, Esq.
> Haynes Boone, LLP
> 30 Rockefeller Plaza - 26th Floor New York, NY 10112
> Richard.Kanowitz@haynesboone.com
> *(Counsel for BlockFi)*
>
> Daniel Tehrani, Esq.
> Morgan, Lewis & Bockius, L.L.P. 101 Park Ave.
> New York, NY 10178
> daniel.tehrani@morganlewis.com
> *(Counsel for Emergent Fidelity Technologies)*
>
> Alexander Boies
> Boies Schiller Flexner LLP 333 Main Street
> Armonk, NY 10504
> aboies@bsfllp.com
>
> Adam Moskowitz
> The Moskowitz Law Firm
> P.O. Box 653409

Miami, FL 33175
adam@moskowitz-law.com
*(Counsel for the Plaintiffs in In Re: FTX Cryptocurrency*
*Exchange Collapse Litigation 23-md-03076 (S.D. Fla.))*

(the "Noticed Parties").

5.      On or about June 13, 2024, Emergent Fidelity Technologies Ltd. ("Emergent") filed a Petition ("Emergent Petition")(D.E. 446) asserting an interest in certain assets included in the Specific Property.

6.      On or about June 13, 2024, the Joint Liquidators of Emergent Fidelity Technologies Ltd. (the "Joint Liquidators") filed a Petition ("Joint Liquidators Petition")(D.E. 447), in certain assets included in the Specific Property.

7.      On or about June 14, 2024, FTX Trading Ltd. ("FTX Trading") and its affiliated debtors and debtors-in possession (collectively, the "Debtors") and FTX Digital Markets Ltd. ("FTX Digital"), filed a Petition ("Debtors Petition")(D.E. 460) asserting their superior interest in certain assets listed in the Specific Property.

8.      On or about June 17, 2024, Alexander Chernyavsky, Kyle Rupprecht, Mike Livieratos, and Sunil Kavuri ("Individual Claimants"), both individually and on behalf of the multi-district litigation class ("MDL") in *In Re: FTX Cryptocurrency Exchange Collapse Litigation (MDL No. 3076)*, filed a Petition ("MDL Petition")(D.E. 454) asserting an interest in certain assets listed in the Specific Property (the "MDL Plaintiffs").

9.      On or about November 19, 2024, the Individual Claimants and the MDL Plaintiffs withdrew the MDL Petition (D.E. 540).

10.     On or about February 5, 2025, Emergent withdrew the Emergent Petition (D.E. 554).

11.    On or about February 5, 2025, the Joint Liquidators withdrew the Joint Liquidators Petition (D.E. 555).

12.    On or about February 14, 2025, the Debtors withdrew the Debtors Petition (D.E. 562).

13.    Since final publication of the Notice of Forfeiture, thirty (30) days have expired and no petitions or claims to contest the forfeiture of the Subject Property are outstanding.

14.    The Defendant and the Noticed Parties are the only individuals and/or entities known by the Government to have a potential interest in the Subject Property.

15.    On or about April 29, 2024, pursuant to the Preliminary Order of Forfeiture, the Government seized $7,274,998.60 in United States currency on deposit in Flagstar Bank, f/k/a "Signature Bank," held in account number 1504820218 at Signature Bank, held in the name of Samuel Bankman-Fried and Luk Wei Chan.

16.    Pursuant to the Preliminary Order of Forfeiture, the Government forfeited all right, title and interest in all political contributions made by the Defendant that are proceeds traceable to the wire fraud and wire fraud conspiracy offenses charged in Counts One through Four of the Indictment or property involved in money laundering offense charged in Count Seven of the Indictment. Certain political contributions have been returned to the Government by the political entities which are, *inter alia*, set forth in the Exhibit B attached hereto. As to these entities, the Government agrees that these entities have satisfied their obligations under the Preliminary Order of Forfeiture by the return of these funds. The Government is continuing to pursue the return of additional political contributions made by the Defendant.

17.     Accordingly, the Government requests that the Court enter the proposed

Final Order of Forfeiture as to all the property set forth in Exhibit B attached hereto.

18.     No previous application for the relief requested herein has been sought.

Dated: New York, New York
          February 14, 2025

                                        MATTHEW PODOLSKY
                                        Acting United States Attorney
                                        Southern District of New York


                              By:    _____
                                        Thane Rehn
                                        Assistant United States Attorney
                                        26 Federal Plaza, 38th Floor
                                        Tel. (212) 637-2354

## EXHIBIT A

1.    $20,746,713.67 in United States currency formerly on deposit in Account Numbers 499-30500 and 429-30500 at ED&F Man Capital Markets, Inc., a/k/a "Marex," held in the name of "Emergent Fidelity Technologies," seized by the Government on or about January 4, 2023;

2.    $49,999,500 in United States currency formerly on deposit in Account Number 9000-1924-02685 at Farmington State Bank d/b/a "Moonstone Bank" held in the name of "FTX Digital Markets," seized by the Government on or about January 4, 2023;

3.    $5,322,385.32 in United States currency formerly held on deposit in Account Number 0000005090042549 at Silvergate Bank held in the name of "FTX Digital Markets," seized by the Government on or about January 11, 2023;

4.    $719,359.65 in United States currency formerly on deposit in Account Number 0000005090042556 at Silvergate Bank held in the name of "FTX Digital Markets," seized by the Government on or about January 11, 2023;

5.    $1,071.83 in United States currency formerly on deposit in Account Number 0000005090042564 at Silvergate Bank held in the name of "FTX Digital Markets," seized by the Government on or about January 11, 2023;

6.    $94,570,490.63 in United States currency formerly on deposit in Account Number 0000005091010037 at Silvergate Bank held in the name of FTX Digital Markets," seized by the Government on or about January 19, 2023;

7.    Any and all monies, assets, and funds contained in Binance account number 94086678;

8.    Any and all monies, assets, and funds contained in Binance.us account number 35000066; and

9.    Any and all monies, assets, and funds contained in Binance.us account number 35155204;

10.   $605,694,411.59 in United States currency from the sale of 55,273,469.00 in Robinhood Markets Inc. Class A Shares contained in ED&F Man Capital Markets Inc, formerly held in accounts 499-30500 and 429-30500, in the name of "Emergent Fidelity Technologies";

11.   24885000.090498 units of Tether (USDT) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

12.   643041.47694904 units of DAI (DAI) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

13.   29.50308659 units of Ethereum (ETH) formerly held in Binance.us account number

1

35000066 in the name of Alameda Research LTD;

14.  24.4135385 units of Bitcoin (BTC) formerly held in Binance.us account number 35155204 in the name of Alameda Research LTD;

15.  289.65502554 units of Ethereum (ETH) formerly held in Binance.us account number 35155204 in the name of Alameda Research LTD;

16.  290424.3928835 units of Tether (USDT) formerly held in Binance.us account number 35155204 in the name of Alameda Research LTD;

17.  127906.99952569 units of Cardano (ADA) formerly held in Binance.us account number 35155204 in the name of Alameda Research LTD;

18.  550 units of Litecoin (LTC) formerly held in Binance.us account number 35155204 in the name of Alameda Research LTD;

19.  381455.446400 units of Dogecoin (DOGE) formerly held in Binance.us account number 35155204 in the name of Alameda Research LTD;

20.  175.7145543 units of Bitcoin Cash (BCH) formerly held in Binance.us account number 35155204 in the name of Alameda Research LTD;

21.  331.660001 units of USD Coin (USDC) formerly held in Binance.us account number 35155204 in the name of Alameda Research LTD;

22.  39405.0056886 units of BUSD (BUSD) formerly held in Binance.us account number 35155204 in the name of Alameda Research LTD;

23.  18.65298573 units of BNB (BNB) formerly held in Binance.us account number 35155204 in the name of Alameda Research LTD;

24.  182.1489 units of US Dollar (USD) formerly held in Binance.us account number 35155204 in the name of Alameda Research LTD;

25.  36.86187755 units of 1inch (1INCH) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

26.  3.5015641 units of Aave (AAVE) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

27.  1004933.48226167 units of AMP (AMO) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

28.  29.94781661 units of ApeCoin (APE) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

29.  82442.3 units of Aragon (ANT) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

30.  532.32735123 units of Augur v2 (REP) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

31.    4117.97540487 units of Axie Infinity (AXS) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

32.    49215.433193 units of Band Protocol (BAND) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

33.    39524.76329022 units of Basic Attention Token (BAT) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

34.    1.3773854 units of Bitcoin (BTC) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

35.    1.80962441 units of Bitcoin Cash (BCH) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

36.    271870.92611405 units of Cardano (ADA) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

37.    211.41049375 units of Cartesi (CTSI) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

38.    19.98876671 units of ChainLink (LINK) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

39.    70.18661601 units of Chiliz (CHZ) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

40.    1232.1119377 units of Compound (COMP) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

41.    12.5088504 units of Cosmos (ATOM) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

42.    182.42003616 units of Curve (CRV) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

43.    311756.60697044 units of Decentraland (MANA) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

44.    737.70657339 units of Dogecoin (DOGE) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

45.    914.83983292 units of Elrond (EGLD) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

46.    190.41242266 units of Enjin Coin (ENJ) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

47.    172.76128409 units of EOS (EOS) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

48.    208.68 units of Fetch.Al (FET) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

49.    182.563 units of Flow (FLOW) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

50.    138987.5 units of iExecRLC (RLC) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

51.    0.6161 units of Kusama (KSM) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

52.    4958.92707192 units of Kyber Network Crystal (KNC) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

53.    3.52598049 units of Litecoin (LTC) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

54.    0.09948145 units of Maker (MKR) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

55.    8.584 units of NEAR Protocol (NEAR) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

56.    4055.01 units of Numeraire (NMR) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

57.    79.19204353 units of Ocean Protocol (OCEAN) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

58.    3938.84993469 units of OMG Network (OMG) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

59.    97608.07714082 units of Orchid (OXT) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

60.    22.63 units of Polkadot (DOT) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

61.    19.1760689 units of Polygon (MATIC) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

62.    0.288 units of Quant (QNT) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

63.    124.57 units of Request Network (REQ) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

64.    826.7948669 units of Stellar Lumens (XLM) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

4

65.     725.07744225 units of Storj (STORJ) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

66.     23.15773377 units of Synthetix Network Token (SNX) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

67.     23050.04484988 units of Tezos (XTZ) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

68.     733 units of The Sandbox (SAND) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

69.     29 units of TrueUSD (TUSD) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

70.     17.27458532 units of Unisawp (UNI) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

71.     2531.06771842 units of USD Coin (USDC) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

72.     0.53316413 units of Wrapped Bitcoin (WBTC) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

73.     5.37259785 units of yearn.finance (YFI) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

74.     2.0998284 units of BNB (BNB) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

75.     4205419.6 units of DigiByte (DGB) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

76.     330.13 units of Fantom (FTM) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

77.     176.113269 units of MIOTA (IOTA) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

78.     14126.96408795 units of QTUM (QTUM) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

79.     2064654.7 units of Serum (SRM) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

80.     294.68188779 units of PAX Gold (PAXG) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

81.     47066.1 units of TRON (TRX) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

82.    $1,136.15 U.S. Currency formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD;

83.    94,149,325.156019 units of TetherUS (USDT) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

84.    750.18980528 units of Wrapped Bitcoin (WBTC) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

85.    40,285.32817616 units of BNB (BNB) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

86.    657.92 units of Bitcoin (BTC) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

87.    14,585,806.000000 units of Serum (SRM) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

88.    21,606,660.30 units of Ripple (XRP) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

89.    1933.52 units of Wrapped Ether (WETH) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

90.    2,656,657.30302526 units of Dai (DAI) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

91.    3,324,858.50 units of The Sandbox (SAND) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

92.    298,179.10587996 units of Uniswap (UNI) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

93.    1,078,928.47821475 units of BAND (BAND) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

94.    117,884.05706545 units of Ethereum Classic (ETC) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

95.    128,635.79 units of Mask Network (MASK) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

96.    274,454.66 units of Render Token (RNDR) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

97.    54,897,092,549.50 units of SHIBA INU (SHIB) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

98.    31,803.53 units of Axie Infinity (AXS) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

6

99.    15,131,607.97 units of TRON (TRX) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

100.    744,212.83799922 units of KyberNetwork (KNC) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

101.    47,700.59 units of ApeCoin (APE) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

102.    270,105.78 units of Metal (MTL) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

103.    76,647.10 units of Aragon (ANT) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

104.    4,448,314.200037 units of Cardano (ADA) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

105.    80,443.757968 units of Qtum (QTUM) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

106.    730,809.09 units of Raydium (RAY) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

107.    15,242.10 units of Solana (SOL) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

108.    13,583,617.5908483 units of BUSD (BUSD) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

109.    612084.03000000 units of Nuls (NULS) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

110.    1,061,040.738563 units of Aergo (AERGO) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

111.    4,620.58 units of Ethereum (ETH) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

112.    631,959.285244 units of PowerLedger (POWR) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

113.    545,095.03753131 units of FTX Token (FTT) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

114.    697,437,118.449615 units of WINK (WIN) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

115.    448.47396321 units of Gnosis (GNO) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

116.    381455.446400 units of Civic (CVC) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

117.    8687.40233482 units of Augur v2 (REP) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

118.    317420.831174 units of Orchid (OXT) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

119.    322,742.75119077 units of Bluzelle (BLZ) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

120.    14288.54897397 units of iExecRLC (RLC) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

121.    184,690.40214601 units of Polkadot (DOT) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

122.    121527.06284122 units of Komodo (KMD) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

123.    8295.32704012 units of UMA (UMA) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

124.    2,487,190.58449267 units of AMP (AMP) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

125.    62195.3445497 units of 0x (ZRX) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

126.    183,478.66603057 units of Ren (REN) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

127.    3.56780387 units of yearn.finance (YFI) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

128.    11,645.73241825 units of Bitcoin Cash (BCH) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

129.    35,256.7962342 units of Golem (GLM) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

130.    10715.8987223 units of Frontier (FRONT) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

131.    278,965.27003663 units of Basic Attention Token (BAT) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

132.    75.26530412 units of Numeraire (NMR) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

133.    720.88398944 units of Litentry (LIT) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

134.    2161.746383 units of Storj (STORJ) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

135.    31,318.4272325 units of OMG Network (OMG) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

136.    5,957.882489010 units of Dogecoin (DOGE) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

137.    1371.927500 units of SingularityNET Token (AGIX) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

138.    3,058.472 units of Viberate (VIB) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

139.    26,104.4281127 units of 1inch (1INCH) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

140.    26,107.75499159 units of Curve (CRV) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

141.    8,505.87214 units of Celo (CELO) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

142.    3,210.44538565 units of Decentraland (MANA) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

143.    14,595.22985968 units of Synthetix Network Token (SNX) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

144.    121.306489 units of Ocean Protocol (OCEAN) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

145.    447,768.2573 units of DENT (DENT) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

146.    12,376.43358062 units of OriginToken (OGN) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

147.    5000.20657000 units of DigiByte (DGB) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

148.    99.20866254 units of Gitcoin (GTC) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

149.    272.9522 units of Fetch.AI (FET) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

150.    289.1887458 units of MANTRA (OM) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

151.    352.86674268 units of Loopring (LRC) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

152.    62,427.26261 units of Algorand (ALGO) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

153.    1,060.754544 units of Measurable Data Token (MDT) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

154.    5,403.24231 units of IoTeX (IOTX) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

155.    289.173565 units of Request Network (REQ) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

156.    93,625.688081 units of Holo (HOT) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

157.    521.557933 units of Pundi X (PUNDIX) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

158.    1,209.144850 units of WOO Network (WOO) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

159.    920,281.830480 units of Reserve Rights (RSR) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

160.    99,511.908300 units of WAX (WAXP) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

161.    20,679.332042 units of Enjin Coin (ENJ) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

162.    597.74385218 units of Compound (COMP) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

163.    115,566.408615 units of The Graph (GRT) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

164.    184,889.132758 units of Chiliz (CHZ) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

165.    247.62397951 units of Maker (MKR) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

166.    3,332.52956029 units of Aave (AAVE) formerly held in Binance.us account

10

number 94086678 in the name of Alameda Research LTD;

167.    10,391.51391488 units of Balancer (BAL) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

168.    98,591.64417196 units of ChainLink (LINK) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

169.    6,481.84140775 units of Tezos (XTZ) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

170.    328,471.759281 units of Nexo (NEXO) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

171.    122,572.64205808 units of Polygon (MATIC) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

172.    30,604.0636046 units of Cosmos (ATOM) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

173.    146,149.04537535 units of Filecoin (FIL) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

174.    2,654,127.825676 units of Fantom (FTM) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

175.    31,341.27163278 units of Litecoin (LTC) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD;

176.    A Bombardier Global 5000 BD-700-1A11 Aircraft Bearing Registration Number N410AT and Manufacturer Serial Number 9295, and related maintenance logs and engine logs;

177.    An Embraer Legacy EMB-135BJ Aircraft Bearing Registration Number C6-BDE and Manufacturer Serial Number 14500967;

178.    Any and all funds at Flagstar Bank, f/k/a "Signature Bank," held in account number 1504820218 at Signature Bank, held in the name of Samuel Bankman-Fried and Luk Wei Chan;

179.    Any and all political contributions made by the Defendant that are proceeds traceable

to the wire fraud and wire fraud conspiracy offenses charged in Counts One through Four of the

Indictment or property involved in money laundering offense charged in Count Seven of the

Indictment, including but not limited to:

a.    All political contributions made by the Defendant to Alaska Democratic Party that have been returned to the Government;

11

b.      All political contributions made by the Defendant to Angie Craig For Congress that have been returned to the Government;

c.      All political contributions made by the Defendant to Arizona Democratic Party that have been returned to the Government;

d.      All political contributions made by the Defendant to Arkansas For Leadership Political Action Committee (PAC) that have been returned to the Government;

e.      All political contributions made by the Defendant to AXNE PAC (Americans X-Pect New Energy) that have been returned to the Government;

f.      All political contributions made by the Defendant to Becca Balint For Vermont that have been returned to the Government;

g.      All political contributions made by the Defendant to Ben Sasse For US Senate Inc. that have been returned to the Government;

h.      All political contributions made by the Defendant to Beto O'Rourke that have been returned to the Government;

i.      All political contributions made by the Defendant to Biden For President that have been returned to the Government;

j.      All political contributions made by the Defendant to Blue Nevada PAC that have been returned to the Government;

k.      All political contributions made by the Defendant to Boozman For Arkansas that have been returned to the Government;

l.      All political contributions made by the Defendant to Brittany Pettersen For Colorado that have been returned to the Government;

m.      All political contributions made by the Defendant to California Democratic Party that have been returned to the Government;

n.      All political contributions made by the Defendant to CHC Bold PAC that have been returned to the Government;

o.      All political contributions made by the Defendant to Chuy Garcia For Congress that have been returned to the Government;

p.      All political contributions made by the Defendant to Citizens For Boyle that have been returned to the Government;

q.      All political contributions made by the Defendant to Colorado Democratic Party that have been returned to the Government;

r.      All political contributions made by the Defendant to Connecticut Democratic State Central Committee that have been returned to the Government;

s.      All political contributions made by the Defendant to Conole For Congress that have been returned to the Government;

t.      All political contributions made by the Defendant to Cory Booker For Senate that have been returned to the Government;

u.      All political contributions made by the Defendant to DC Democratic Party that have been returned to the Government;

v.      All political contributions made by the Defendant to DCCC that have been returned to the Government;

w.      All political contributions made by the Defendant to Democratic Executive Committee of Florida that have been returned to the Government;

x.      All political contributions made by the Defendant to Democratic Grassroots Victory Fund that have been returned to the Government;

y.      All political contributions made by the Defendant to Democratic Party of Arkansas that have been returned to the Government;

z.      All political contributions made by the Defendant to Democratic Party of Hawaii that have been returned to the Government;

aa.     All political contributions made by the Defendant to Democratic Party of Illinois that have been returned to the Government;

bb.     All political contributions made by the Defendant to Democratic Party of New Mexico-Federal that have been returned to the Government;

cc.     All political contributions made by the Defendant to Democratic Party of South Carolina that have been returned to the Government;

dd.     All political contributions made by the Defendant to Democratic Party of Virginia that have been returned to the Government;

ee.     All political contributions made by the Defendant to Democratic Party of Wisconsin-Federal that have been returned to the Government;

ff.     All political contributions made by the Defendant to Democratic State Central Committee of LA that have been returned to the Government;

gg.    All political contributions made by the Defendant to Democratic State Committee (Delaware) that have been returned to the Government;

hh.    All political contributions made by the Defendant to DMFI PAC that have been returned to the Government;

ii.    All political contributions made by the Defendant to DNC Services Corp/Democratic National Committee that have been returned to the Government;

jj.    All political contributions made by the Defendant to Foushee For Congress that have been returned to the Government;

kk.    All political contributions made by the Defendant to Friends of Lucy McBath that have been returned to the Government;

ll.    All political contributions made by the Defendant to Gallego For Arizona that have been returned to the Government;

mm.    All political contributions made by the Defendant to Georgia Federal Elections Committee that have been returned to the Government;

nn.    All political contributions made by the Defendant to Gillen For Congress that have been returned to the Government;

oo.    All political contributions made by the Defendant to Gillibrand For Senate that have been returned to the Government;

pp.    All political contributions made by the Defendant to Granite Values PAC that have been returned to the Government;

qq.    All political contributions made by the Defendant to Greater Opportunities For Leadership Development (Gold PAC) that have been returned to the Government;

rr.    All political contributions made by the Defendant to Haley Stevens For Congress that have been returned to the Government;

ss.    All political contributions made by the Defendant to Hoeven For Senate that have been returned to the Government;

tt.    All political contributions made by the Defendant to Idaho State Democratic Party that have been returned to the Government;

uu.    All political contributions made by the Defendant to Indiana Democratic Congressional Victory Committee that have been returned to the Government;

vv.     All political contributions made by the Defendant to Iowa Democratic Party that have been returned to the Government;

ww.     All political contributions made by the Defendant to Jake Auchincloss For Congress that have been returned to the Government;

xx.     All political contributions made by the Defendant to Jasmine for US that have been returned to the Government;

yy.     All political contributions made by the Defendant to Jeffries For Congress that have been returned to the Government;

zz.     All political contributions made by the Defendant to Jersey Values PAC that have been returned to the Government;

aaa.    All political contributions made by the Defendant to Jim Costa For Congress that have been returned to the Government;

bbb.    All political contributions made by the Defendant to Joni For Iowa that have been returned to the Government;

ccc.    All political contributions made by the Defendant to Joseph Neguse For Congress that have been returned to the Government;

ddd.    All political contributions made by the Defendant to Josh Gottheimer For Congress that have been returned to the Government;

eee.    All political contributions made by the Defendant to Josh Harder For Congress that have been returned to the Government;

fff.    All political contributions made by the Defendant to Joyce Beatty that have been returned to the Government;

ggg.    All political contributions made by the Defendant to Kansas Democratic Party that have been returned to the Government;

hhh.    All political contributions made by the Defendant to Kentucky State Democratic Central Committee that have been returned to the Government;

iii.    All political contributions made by the Defendant to Lisa Murkowski For US Senate that have been returned to the Government;

jjj.    All political contributions made by the Defendant to Lou Correa For Congress that have been returned to the Government;

kkk.    All political contributions made by the Defendant to Maggie For NH that have been returned to the Government;

lll.    All political contributions made by the Defendant to Maxwell Alejandro Frost For Congress that have been returned to the Government;

mmm.    All political contributions made by the Defendant to Menendez For Congress that have been returned to the Government;

nnn.    All political contributions made by the Defendant to Michigan Democratic State Central Committee that have been returned to the Government;

ooo.    All political contributions made by the Defendant to Minnesota Democratic Farmer Labor Party that have been returned to the Government;

ppp.    All political contributions made by the Defendant to Mississippi Democratic Party that have been returned to the Government;

qqq.    All political contributions made by the Defendant to Missouri Democratic State Committee (Federal) that have been returned to the Government;

rrr.    All political contributions made by the Defendant to Montana Democratic Party that have been returned to the Government;

sss.    All political contributions made by the Defendant to Morgan McGarvey For Congress that have been returned to the Government;

ttt.    All political contributions made by the Defendant to Nebraska Democratic Party that have been returned to the Government;

uuu.    All political contributions made by the Defendant to Nevada State Democratic Party that have been returned to the Government;

vvv.    All political contributions made by the Defendant to New Hampshire Democratic Party that have been returned to the Government;

www.    All political contributions made by the Defendant to New Jersey Democratic State Committee that have been returned to the Government;

xxx.    All political contributions made by the Defendant to Nikki For Congress that have been returned to the Government;

yyy.    All political contributions made by the Defendant to North Carolina Democratic Party that have been returned to the Government;

zzz.    All political contributions made by the Defendant to North Dakota Democratic Nonpartisan League Party that have been returned to the Government;

aaaa.    All political contributions made by the Defendant to Off the Sidelines PAC that have been returned to the Government;

bbbb.    All political contributions made by the Defendant to Ohio Democratic Party that have been returned to the Government;

cccc.   All political contributions made by the Defendant to Oklahoma Democratic Party that have been returned to the Government;

dddd.   All political contributions made by the Defendant to Pennsylvania Democratic Party that have been returned to the Government;

eeee.   All political contributions made by the Defendant to People for Patty Murray that have been returned to the Government;

ffff.   All political contributions made by the Defendant to Peter Aguilar For Congress that have been returned to the Government;

gggg.   All political contributions made by the Defendant to Rhode Island Democratic State Committee that have been returned to the Government;

hhhh.   All political contributions made by the Defendant to Robert Garcia For Congress that have been returned to the Government;

iiii.   All political contributions made by the Defendant to Salud Carbajal For Congress that have been returned to the Government;

jjjj.   All political contributions made by the Defendant to Sanford Bishop For Congress that have been returned to the Government;

kkkk.   All political contributions made by the Defendant to Sean Patrick Maloney For Congress that have been returned to the Government;

llll.   All political contributions made by the Defendant to Serving Our Country (SOC) PAC that have been returned to the Government;

mmmm. All political contributions made by the Defendant to Shontel Brown For Congress that have been returned to the Government;

nnnn.   All political contributions made by the Defendant to South Dakota Democratic Party-Federal that have been returned to the Government;

oooo.   All political contributions made by the Defendant to Stabenow For US Senate that have been returned to the Government;

pppp.   All political contributions made by the Defendant to State Democratic Executive Committee of Alabama that have been returned to the Government;

qqqq.   All political contributions made by the Defendant to Summit PAC that have been returned to the Government;

rrrr.   All political contributions made by the Defendant to Team Blue PAC that have been returned to the Government;

17

ssss.    All political contributions made by the Defendant to Tennessee Democratic Party that have been returned to the Government;

tttt.    All political contributions made by the Defendant to Texas Democratic Party that have been returned to the Government;

uuuu.    All political contributions made by the Defendant to Tina Smith For Minnesota that have been returned to the Government;

vvvv.    All political contributions made by the Defendant to Tom O'Halleran for Congress that have been returned to the Government;

wwww.    All political contributions made by the Defendant to Torres For Congress that have been returned to the Government;

xxxx.    All political contributions made by the Defendant to Utah State Democratic Committee that have been returned to the Government;

yyyy.    All political contributions made by the Defendant to Valley First Leadership PAC that have been returned to the Government;

zzzz.    All political contributions made by the Defendant to Vermont Democratic Party that have been returned to the Government;

aaaaa.    All political contributions made by the Defendant to W Va State Democratic Ex Com that have been returned to the Government;

bbbbb.    All political contributions made by the Defendant to Washington State Democratic Central Committee that have been returned to the Government;

ccccc.    All political contributions made by the Defendant to Welch For Vermont that have been returned to the Government;

ddddd.    All political contributions made by the Defendant to Working Harder PAC that have been returned to the Government;

eeeee.    All political contributions made by the Defendant to Wyden for Senate that have been returned to the Government;

fffff.    All political contributions made by the Defendant to Wyoming Democratic Party that have been returned to the Government;

ggggg.    All political contributions made by the Defendant to House Majority PAC;

hhhhh.    All political contributions made by the Defendant to Manchin For West Virginia; and

18

iiii.    All political contributions made by the Defendant to Nevadans For Steven Horsford;

180.    Any and all political contributions made by Ryan Salame that are proceeds traceable to the wire fraud and wire fraud conspiracy offenses charged in Counts One through Four of the Indictment or property involved in money laundering offense charged in Count Seven of the Indictment, including but not limited to:

a.    All political contributions made by Ryan Salame to Abraham Lincoln PAC that have been returned to the Government;

b.    All political contributions made by Ryan Salame to Americans for Legislating Excellence PAC that have been returned to the Government;

c.    All political contributions made by Ryan Salame to Andy Harris for Congress that have been returned to the Government;

d.    All political contributions made by Ryan Salame to August Pfluger for Congress that have been returned to the Government;

e.    All political contributions made by Ryan Salame to Ben Cline for Congress Inc. that have been returned to the Government;

f.    All political contributions made by Ryan Salame to Bilirakis for Congress that have been returned to the Government;

g.    All political contributions made by Ryan Salame to Bishop for Congress that have been returned to the Government;

h.    All political contributions made by Ryan Salame to Blake Masters for Senate that have been returned to the Government;

i.    All political contributions made by Ryan Salame to Boozman for Arkansas that have been returned to the Government;

j.    All political contributions made by Ryan Salame to Brian Fitzpatrick for All of Us that have been returned to the Government;

k.    All political contributions made by Ryan Salame to Bucshon for Congress that have been returned to the Government;

l.    All political contributions made by Ryan Salame to Buddy Carter for Congress that have been returned to the Government;

m.    All political contributions made by Ryan Salame to Chuck Edwards for Congress that have been returned to the Government;

n.    All political contributions made by Ryan Salame to Chuck Fleischmann for Congress Committee, Inc. that have been returned to the Government;

o.    All political contributions made by Ryan Salame to Citizens for John Rutherford that have been returned to the Government;

p.    All political contributions made by Ryan Salame to Citizens for Turner that have been returned to the Government;

q.    All political contributions made by Ryan Salame to Cole for Congress that have been returned to the Government;

r.    All political contributions made by Ryan Salame to Dakota PAC that have been returned to the Government;

s.    All political contributions made by Ryan Salame to Dan Crenshaw for Congress that have been returned to the Government;

t.    All political contributions made by Ryan Salame to Dan Newhouse for Congress that have been returned to the Government;

u.    All political contributions made by Ryan Salame to Debbie Lesko for Congress that have been returned to the Government;

v.    All political contributions made by Ryan Salame to Defend our Conservative Senate PAC that have been returned to the Government;

w.    All political contributions made by Ryan Salame to Dr. John Joyce for Congress that have been returned to the Government;

x.    All political contributions made by Ryan Salame to Eli Crane for Congress that have been returned to the Government;

y.    All political contributions made by Ryan Salame to Elise for Congress that have been returned to the Government;

z.    All political contributions made by Ryan Salame to Free State PAC that have been returned to the Government;

aa.     All political contributions made by Ryan Salame to Friends for Chris Stewart that have been returned to the Government;

bb.     All political contributions made by Ryan Salame to Friends of Dave Joyce that have been returned to the Government;

cc.     All political contributions made by Ryan Salame to Gary Palmer for Congress that have been returned to the Government;

dd.     All political contributions made by Ryan Salame to Grassley Committee, Inc. that have been returned to the Government;

ee.     All political contributions made by Ryan Salame to Guthrie for Congress that have been returned to the Government;

ff.     All political contributions made by Ryan Salame to Hawkeye PAC that have been returned to the Government;

gg.     All political contributions made by Ryan Salame to Hoeven for Senate that have been returned to the Government;

hh.     All political contributions made by Ryan Salame to Jeff Duncan for Congress that have been returned to the Government;

ii.     All political contributions made by Ryan Salame to Johnson for Congress that have been returned to the Government;

jj.     All political contributions made by Ryan Salame to Joni of Iowa that have been returned to the Government;

kk.     All political contributions made by Ryan Salame to Julia Letlow for Congress that have been returned to the Government;

ll.     All political contributions made by Ryan Salame to Karoline for Congress that have been returned to the Government;

mm.     All political contributions made by Ryan Salame to Kay Granger Campaign Fund that have been returned to the Government;

nn.     All political contributions made by Ryan Salame to Ken Calvert for Congress Committee that have been returned to the Government;

oo.     All political contributions made by Ryan Salame to Latta for Congress that have been returned to the Government;

pp.    All political contributions made by Ryan Salame to Lawler for Congress that have been returned to the Government;

qq.    All political contributions made by Ryan Salame to Laxalt for Senate that have been returned to the Government;

rr.    All political contributions made by Ryan Salame to Lisa Murkowski for US Senate that have been returned to the Government;

ss.    All political contributions made by Ryan Salame to Lori Chavez-Deremer for Congress that have been returned to the Government;

tt.    All political contributions made by Ryan Salame to Marc for Us Inc. that have been returned to the Government;

uu.    All political contributions made by Ryan Salame to Mario Diaz-Balart for Congress that have been returned to the Government;

vv.    ww.    All political contributions made by Ryan Salame to Mark Alford for Congress that have been returned to the Government;

ww.    All political contributions made by Ryan Salame to Max Miller for Congress that have been returned to the Government;

xx.    All political contributions made by Ryan Salame to Mike Flood for Congress that have been returned to the Government;

yy.    All political contributions made by Ryan Salame to Mike Garcia for Congress that have been returned to the Government;

zz.    All political contributions made by Ryan Salame to Monica for Congress that have been returned to the Government;

aaa.    All political contributions made by Ryan Salame to Moolenaar for Congress that have been returned to the Government;

bbb.    All political contributions made by Ryan Salame to Mooney for Congress 2022 that have been returned to the Government;

ccc.    All political contributions made by Ryan Salame to Moran for Kansas that have been returned to the Government;

ddd.    All political contributions made by Ryan Salame to Morgan Griffith for Congress that have been returned to the Government;

eee.   All political contributions made by Ryan Salame to MVL-PAC that have been returned to the Government;

fff.   All      political      contributions made by     Ryan   Salame to NRSC, that have been returned to the Government;

ggg.   All political contributions made by Ryan Salame to Republican National Committee that have been returned to the Government;

hhh.   All political contributions made by Ryan Salame to Results for NC, Inc that have been returned to the Government;

iii.   All political contributions made by Ryan Salame to Robert Aderholt for Congress that have been returned to the Government;

jjj.   All political contributions made by Ryan Salame to Simpson for Congress that have been returned to the Government;

kkk.   All political contributions made by Ryan Salame to Simpson for Congress that have been returned to the Government;

lll.   All political contributions made by Ryan Salame to Team Herschel, Inc. that have been returned to the Government;

mmm.  All political contributions made by Ryan Salame to Tim Scott for Senate that have been returned to the Government;

nnn.   All political contributions made by Ryan Salame to Tony Gonzales for Congress that have been returned to the Government;

ooo.   All political contributions made by Ryan Salame to Van Drew for Congress that have been returned to the Government;

ppp.   All political contributions made by Ryan Salame to Walberg for Congress that have been returned to the Government;

qqq.   All      political      contributions made by     Ryan   Salame to      Wenstrup for Congress that have been returned to the Government;

rrr.   All political contributions made by Ryan Salame to West Virginia Republican Party, Inc. that have been returned to the Government;

sss.   All political contributions made by Ryan Salame to Zeldin for Congress that have been returned to the Government;

ttt.    All political contributions made by Ryan Salame to Zeldin for Governor that have been returned to the Government; and

uuu.    All political contributions made by Ryan Salame to Clyde for Congress, Inc that have been returned to the Government;

181.    Any and all political contributions made by Nishad Singh that are proceeds traceable to the wire fraud and wire fraud conspiracy offenses charged in Counts One through Four of the Indictment or property involved in money laundering offense charged in Count Seven of the Indictment, including but not limited to:

a.    All political contributions made by Nishad Singh to America Needs New Innovation and Energy PAC that have been returned to the Government;

b.    All political contributions made by Nishad Singh to Anna Eshoo for Congress that have been returned to the Government;

c.    All political contributions made by Nishad Singh to Athena PAC that have been returned to the Government;

d.    All political contributions made by Nishad Singh to Barragan for Congress that have been returned to the Government;

e.    All political contributions made by Nishad Singh to Bennie Thompson for Congress that have been returned to the Government;

f.    All political contributions made by Nishad Singh to Blue Majority PAC that have been returned to the Government;

g.    All political contributions made by Nishad Singh to Bob Casey for Senate that have been returned to the Government;

h.    All political contributions made by Nishad Singh to Bonnie Watson Coleman for Congress that have been returned to the Government;

i.    All political contributions made by Nishad Singh to Caraveo for Congress that have been returned to the Government;

j.    All political contributions made by Nishad Singh to Cartwright for Congress that have been returned to the Government;

k.    All political contributions made by Nishad Singh to Casten for Congress that have been returned to the Government;

24

l.      All political contributions made by Nishad Singh to Castor for Congress that have been returned to the Government;

m.      All political contributions made by Nishad Singh to Chris Pappas for Congress that have been returned to the Government;

n.      All political contributions made by Nishad Singh to Clarke for Congress that have been returned to the Government;

o.      All political contributions made by Nishad Singh to Cleaver for Congress that have been returned to the Government

p.      All political contributions made by Nishad Singh to Committee for a Democratic Future that have been returned to the Government;

q.      All political contributions made by Nishad Singh to Conole for Congress that have been returned to the Government;

r.      All political contributions made by Nishad Singh to Country Roads PAC that have been returned to the Government;

s.      All political contributions made by Nishad Singh to Debbie Dingell for Congress that have been returned to the Government;

t.      All political contributions made by Nishad Singh to Doing Right – Results Action Unity leadership PAC that have been returned to the Government;

u.      All political contributions made by Nishad Singh to Donald Payne Jr. for Congress that have been returned to the Government;

v.      All political contributions made by Nishad Singh to Dr. Kim Schrier for Congress that have been returned to the Government;

w.      All political contributions made by Nishad Singh to Dr. Raul Ruiz for Congress that have been returned to the Government;

x.      All political contributions made by Nishad Singh to Dutch for Congress that have been returned to the Government;

y.      All political contributions made by Nishad Singh to Elissa Slotkin for Congress that have been returned to the Government;

z.      All political contributions made by Nishad Singh to Elizabeth Pannill Fletcher for Congress that have been returned to the Government;

aa.     All political contributions made by Nishad Singh to Fair Shot PAC that have been returned to the Government;

bb.    All political contributions made by Nishad Singh to Follow the North Star that have been returned to the Government;

cc.    All political contributions made by Nishad Singh to Forward Together PAC that have been returned to the Government;

dd.    All political contributions made by Nishad Singh to Friends of Dan Kildee that have been returned to the Government;

ee.    All political contributions made by Nishad Singh to Friends of Rosa DeLauro that have been returned to the Government;

ff.    All political contributions made by Nishad Singh to Friends of Schumer that have been returned to the Government;

gg.    All political contributions made by Nishad Singh to Getting Stuff Done that have been returned to the Government;

hh.    All political contributions made by Nishad Singh to Greg Casar f    or Congress that have been returned to the Government;

ii.    All political contributions made by Nishad Singh to Hoyer for Congress that have been returned to the Government;

jj.    All political contributions made by Nishad Singh to Jeff Jackson for Congress that have been returned to the Government;

kk.    All political contributions made by Nishad Singh to Jeffries for Congress that have been returned to the Government;

ll.    All political contributions made by Nishad Singh to Kaine for Virginia that have been returned to the Government;

mm.    All political contributions made by Nishad Singh to Keep Al Green in Congress that have been returned to the Government;

nn.    All political contributions made by Nishad Singh to Keystone America PAC that have been returned to the Government;

oo.    All political contributions made by Nishad Singh to Kuster for Congress, Inc. that have been returned to the Government;

pp.    All political contributions made by Nishad Singh to Leadership Opportunity, Innovation Service PAC – LOIS PAC that have been returned to the Government;

qq.    All political contributions made by Nishad Singh to Leading People Forward PAC that have been returned to the Government;

26

rr.    All political contributions made by Nishad Singh to Lois Frankel for Congress that have been returned to the Government;

ss.    All political contributions made by Nishad Singh to Lori Trahan for Congress Committee that have been returned to the Government;

tt.    All political contributions made by Nishad Singh to Luchadora PAC that have been returned to the Government;

uu.    All political contributions made by Nishad Singh to Mark Pocan for Congress that have been returned to the Government;

vv.    All political contributions made by Nishad Singh to Matsui for Congress that have been returned to the Government;

ww.    All political contributions made by Nishad Singh to Montanans for Tester that have been returned to the Government;

xx.    All political contributions made by Nishad Singh to Moving Broward Forward PAC that have been returned to the Government;

yy.    All political contributions made by Nishad Singh to Nancy Pelosi for Congress that have been returned to the Government;

zz.    All political contributions made by Nishad Singh to Narragansett Bay PAC that have been returned to the Government;

aaa.    All political contributions made by Nishad Singh to New Mexican's for Michelle that have been returned to the Government;

bbb.    All political contributions made by Nishad Singh to PAC to the Future that have been returned to the Government;

ccc.    All political contributions made by Nishad Singh to Pete Aguilar For Congress that have been returned to the Government;

ddd.    All political contributions made by Nishad Singh to Peters for Michigan that have been returned to the Government;

eee.    All political contributions made by Nishad Singh to Priorities USA Action that have been returned to the Government;

fff.    All political contributions made by Nishad Singh to Quigley for Congress that have been returned to the Government;

ggg.    All political contributions made by Nishad Singh to Robin Kelly for Congress that have been returned to the Government;

27

hhh.    All political contributions made by Nishad Singh to SAC PAC that have been returned to the Government;

iii.    All political contributions made by Nishad Singh to Schatz for Senate that have been returned to the Government;

jjj.    All political contributions made by Nishad Singh to Shaheen for Senate that have been returned to the Government;

kkk.    All political contributions made by Nishad Singh to Sinema for Arizona that have been returned to the Government;

lll. All political contributions made by Nishad Singh to Treasure State PAC that have been returned to the Government;

mmm.    All political contributions made by Nishad Singh to Val Hoyle for Congress that have been returned to the Government;

nnn.    All political contributions made by Nishad Singh to Velvet Hammer PAC that have been returned to the Government;

ooo.    All political contributions made by Nishad Singh to Visionary PAC that have been returned to the Government;

ppp.    All political contributions made by Nishad Singh to Wolverine PAC that have been returned to the Government;

qqq.    All political contributions made by Nishad Singh to Gabe Vasquez for Congress;

rrr.    All political contributions made by Nishad Singh to Mind the Gap;

sss.    All political contributions made by Nishad Singh to Spanberger for Congress;

ttt.    All political contributions made by Nishad Singh to AMERIPAC;

uuu.    All political contributions made by Nishad Singh to Hawaii PAC;

## EXHIBIT B

1.  $20,746,713.67 in United States currency formerly on deposit in Account Numbers 499-30500 and 429-30500 at ED&F Man Capital Markets, Inc., a/k/a "Marex," held in the name of "Emergent Fidelity Technologies," seized by the Government on or about January 4, 2023 (23-FBI-001193);

2.  $49,999,500 in United States currency formerly on deposit in Account Number 9000-1924-02685 at Farmington State Bank d/b/a "Moonstone Bank" held in the name of "FTX Digital Markets," seized by the Government on or about January 4, 2023 (23-FBI-000663);

3.  $5,322,385.32 in United States currency formerly held on deposit in Account Number 0000005090042549 at Silvergate Bank held in the name of "FTX Digital Markets," seized by the Government on or about January 11, 2023 (23-FBI-001259);

4.  $719,359.65 in United States currency formerly on deposit in Account Number 0000005090042556 at Silvergate Bank held in the name of "FTX Digital Markets," seized by the Government on or about January 11, 2023 (23-FBI-001260);

5.  $1,071.83 in United States currency formerly on deposit in Account Number 0000005090042564 at Silvergate Bank held in the name of "FTX Digital Markets," seized by the Government on or about January 11, 2023 (23-FBI-001261);

6.  $94,570,490.63 in United States currency formerly on deposit in Account Number 0000005091010037 at Silvergate Bank held in the name of FTX Digital Markets," seized by the Government on or about January 19, 2023 (23-FBI-001262);

7.  Any and all monies, assets, and funds contained in Binance account number 94086678;

8.  Any and all monies, assets, and funds contained in Binance.us account number 35000066; and

9.  Any and all monies, assets, and funds contained in Binance.us account number 35155204;

10. $605,694,411.59 in United States currency from the sale of 55,273,469.00 in Robinhood Markets Inc. Class A Shares contained in ED&F Man Capital Markets Inc, formerly held in accounts 499-30500 and 429-30500, in the name of "Emergent Fidelity Technologies" (23-FBI-001187);

11. 24885000.090498 units of Tether (USDT) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD (23-FBI-001568);

12.     643041.47694904 units of DAI (DAI) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD (23-FBI-001576);

13.     29.50308659 units of Ethereum (ETH) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD (23-FBI-001578);

14.     24.4135385 units of Bitcoin (BTC) formerly held in Binance.us account number 35155204 in the name of Alameda Research LTD (23-FBI-001579);

15.     289.65502554 units of Ethereum (ETH) formerly held in Binance.us account number 35155204 in the name of Alameda Research LTD (23-FBI-001581);

16.     290424.3928835 units of Tether (USDT) formerly held in Binance.us account number 35155204 in the name of Alameda Research LTD (23-FBI-001582);

17.     127906.99952569 units of Cardano (ADA) formerly held in Binance.us account number 35155204 in the name of Alameda Research LTD (23-FBI-001583);

18.     550 units of Litecoin (LTC) formerly held in Binance.us account number 35155204 in the name of Alameda Research LTD (23-FBI-001584);

19.     381455.446400 units of Dogecoin (DOGE) formerly held in Binance.us account number 35155204 in the name of Alameda Research LTD  (23-FBI-001586);

20.     175.7145543 units of Bitcoin Cash (BCH) formerly held in Binance.us account number 35155204 in the name of Alameda Research LTD (23-FBI-001587);

21.     331.660001 units of USD Coin (USDC) formerly held in Binance.us account number 35155204 in the name of Alameda Research LTD (23-FBI-001588);

22.     39405.0056886 units of BUSD (BUSD) formerly held in Binance.us account number 35155204 in the name of Alameda Research LTD (23-FBI-001589);

23.     18.65298573 units of BNB (BNB) formerly held in Binance.us account number 35155204 in the name of Alameda Research LTD (23-FBI-001590);

24.     182.1489 units of US Dollar (USD) formerly held in Binance.us account number 35155204 in the name of Alameda Research LTD (23-FBI-001591);

25.     36.86187755 units of 1inch (1INCH) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD (23-FBI-002070);

26.     3.5015641 units of Aave (AAVE) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD (23-FBI-002071);

27.    1004933.48226167 units of AMP (AMO) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD (23-FBI-002072);

28.    29.94781661 units of ApeCoin (APE) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD (23-FBI-002073;

29.    82442.3 units of Aragon (ANT) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD (23-FBI-002074;

30.    532.32735123 units of Augur v2 (REP) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD (23-FBI-002075);

31.    4117.97540487 units of Axie Infinity (AXS) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD (23-FBI-002077);

32.    49215.433193 units of Band Protocol (BAND) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD (23-FBI-002079);

33.    39524.76329022 units of Basic Attention Token (BAT) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD (23-FBI-002080);

34.    1.3773854 units of Bitcoin (BTC) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD (23-FBI-002082);

35.    1.80962441 units of Bitcoin Cash (BCH) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD (23-FBI-002083);

36.    271870.92611405 units of Cardano (ADA) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD (23-FBI-002086);

37.    211.41049375 units of Cartesi (CTSI) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD (23-FBI-002087);

38.    19.98876671 units of ChainLink (LINK) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD (23-FBI-002089);

39.    70.18661601 units of Chiliz (CHZ) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD (23-FBI-002090);

40.    1232.1119377 units of Compound (COMP) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD (23-FBI-002092);

41.    12.5088504 units of Cosmos (ATOM) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD (23-FBI-002093);

42.    182.42003616 units of Curve (CRV) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD (23-FBI-002094);

43.    311756.60697044 units of Decentraland (MANA) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD (23-FBI-002095);

44.    737.70657339 units of Dogecoin (DOGE) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD (23-FBI-002096);

45.    914.83983292 units of Elrond (EGLD) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD (23-FBI-002097);

46.    190.41242266 units of Enjin Coin (ENJ) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD (23-FBI-002098);

47.    172.76128409 units of EOS (EOS) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD (23-FBI-002099);

48.    208.68 units of Fetch.Al (FET) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD (23-FBI-002102);

49.    182.563 units of Flow (FLOW) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD (23-FBI-002111);

50.    138987.5 units of iExecRLC (RLC) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD (23-FBI-002113);

51.    0.6161 units of Kusama (KSM) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD (23-FBI-002116);

52.    4958.92707192 units of Kyber Network Crystal (KNC) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD (23-FBI-002119);

53.    3.52598049 units of Litecoin (LTC) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD (23-FBI-002120);

54.    0.09948145 units of Maker (MKR) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD (23-FBI-002121);

55.    8.584 units of NEAR Protocol (NEAR) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD (23-FBI-002122);

56.    4055.01 units of Numeraire (NMR) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD (23-FBI-002123);

57.    79.19204353 units of Ocean Protocol (OCEAN) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD (23-FBI-002124);

58.    3938.84993469 units of OMG Network (OMG) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD (23-FBI-002125);

59.    97608.07714082 units of Orchid (OXT) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD (23-FBI-002126);

60.    22.63 units of Polkadot (DOT) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD (23-FBI-002128);

61.    19.1760689 units of Polygon (MATIC) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD (23-FBI-002129);

62.    0.288 units of Quant (QNT) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD (23-FBI-002130);

63.    124.57 units of Request Network (REQ) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD (23-FBI-002131);

64.    826.7948669 units of Stellar Lumens (XLM) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD (23-FBI-002134);

65.    725.07744225 units of Storj (STORJ) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD (23-FBI-002138);

66.    23.15773377 units of Synthetix Network Token (SNX) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD (23-FBI-002139);

67.    23050.04484988 units of Tezos (XTZ) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD (23-FBI-002140);

68.    733 units of The Sandbox (SAND) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD (23-FBI-002142);

69.    29 units of TrueUSD (TUSD) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD (23-FBI-002143);

70.    17.27458532 units of Unisawp (UNI) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD (23-FBI-002144);

71.    2531.06771842 units of USD Coin (USDC) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD (23-FBI-002145);

72.    0.53316413 units of Wrapped Bitcoin (WBTC) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD (23-FBI-002146);

73.    5.37259785 units of yearn.finance (YFI) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD (23-FBI-002148);

74.    2.0998284 units of BNB (BNB) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD (23-FBI-002149);

75.    4205419.6 units of DigiByte (DGB) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD (23-FBI-002151);

76.    330.13 units of Fantom (FTM) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD (23-FBI-002152);

77.    176.113269 units of MIOTA (IOTA) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD (23-FBI-002153);

78.    14126.96408795 units of QTUM (QTUM) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD (23-FBI-002156);

79.    2064654.7 units of Serum (SRM) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD (23-FBI-002157);

80.    294.68188779 units of PAX Gold (PAXG) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD (23-FBI-002316);

81.    47066.1 units of TRON (TRX) formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD (23-FBI-002325);

82.    $1,136.15 U.S. Currency formerly held in Binance.us account number 35000066 in the name of Alameda Research LTD, seized on or about March 15, 2023 (23-FBI-002375);

83.    94,149,325.156019 units of TetherUS (USDT) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD (23-FBI-002465);

84.    750.18980528 units of Wrapped Bitcoin (WBTC) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD (23-FBI-002466);

85.    40,285.32817616 units of BNB (BNB) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD (23-FBI-002467);

86.    657.92 units of Bitcoin (BTC) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD (23-FBI-002468);

87.    14,585,806.000000 units of Serum (SRM) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD (23-FBI-002469);

88.    21,606,660.30 units of Ripple (XRP) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD (23-FBI-002470);

89.    1933.52 units of Wrapped Ether (WETH) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD (23-FBI-002471);

90.    2,656,657.30302526 units of Dai (DAI) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD (23-FBI-002472);

91.    3,324,858.50 units of The Sandbox (SAND) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD (23-FBI-002473);

92.    298,179.10587996 units of Uniswap (UNI) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD (23-FBI-002474);

93.    1,078,928.47821475 units of BAND (BAND) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD (23-FBI-002475);

94.    117,884.05706545 units of Ethereum Classic (ETC) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD (23-FBI-002476);

95.    128,635.79 units of Mask Network (MASK) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD (23-FBI-002477);

96.    274,454.66 units of Render Token (RNDR) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD (23-FBI-002478);

97.    54,897,092,549.50 units of SHIBA INU (SHIB) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD (23-FBI-002479);

98.    31,803.53 units of Axie Infinity (AXS) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD (23-FBI-002480);

99.    15,131,607.97 units of TRON (TRX) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD (23-FBI-002481);

100.    744,212.83799922 units of KyberNetwork (KNC) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD (23-FBI-002482);

101.    47,700.59 units of ApeCoin (APE) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD (23-FBI-002483);

102.    270,105.78 units of Metal (MTL) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD (23-FBI-002487);

103.    76,647.10 units of Aragon (ANT) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD (23-FBI-002488);

104.    4,448,314.200037 units of Cardano (ADA) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD (23-FBI-002489);

105.    80,443.757968 units of Qtum (QTUM) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD (23-FBI-002491);

106.    730,809.09 units of Raydium (RAY) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD (23-FBI-002494);

107.    15,242.10 units of Solana (SOL) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD (23-FBI-002495);

108.    13,583,617.5908483 units of BUSD (BUSD) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD (23-FBI-002496);

109.    612084.03000000 units of Nuls (NULS) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD (23-FBI-002497);

110.    1,061,040.738563 units of Aergo (AERGO) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD (23-FBI-002500);

111.    4,620.58 units of Ethereum (ETH) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD (23-FBI-002501);

112.    631,959.285244 units of PowerLedger (POWR) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD (23-FBI-002502);

113.    545,095.03753131 units of FTX Token (FTT) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD (23-FBI-002507);

114.    697,437,118.449615 units of WINK (WIN) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD (23-FBI-002509);

115.    448.47396321 units of Gnosis (GNO) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD (23-FBI-002511);

116.    381455.446400 units of Civic (CVC) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD (23-FBI-002566);

117.    8687.40233482 units of Augur v2 (REP) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD (23-FBI-002567);

118.    317420.831174 units of Orchid (OXT) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD (23-FBI-002568);

119.    322,742.75119077 units of Bluzelle (BLZ) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD (23-FBI-002569);

120.    14288.54897397 units of iExecRLC (RLC) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD (23-FBI-002571);

121.    184,690.40214601 units of Polkadot (DOT) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD (23-FBI-002573);

122.    121527.06284122 units of Komodo (KMD) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD (23-FBI-002576);

123.    8295.32704012 units of UMA (UMA) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD (23-FBI-002577);

124.    2,487,190.58449267 units of AMP (AMP) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD (23-FBI-002579);

125.    62195.3445497 units of 0x (ZRX) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD (23-FBI-002580);

126.    183,478.66603057 units of Ren (REN) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD (23-FBI-002581);

127.    3.56780387 units of yearn.finance (YFI) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD (23-FBI-002582);

128.    11,645.73241825 units of Bitcoin Cash (BCH) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD (23-FBI-002583);

129.    35,256.7962342 units of Golem (GLM) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD (23-FBI-003321);

130.    10715.8987223 units of Frontier (FRONT) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD (23-FBI-003323);

131.    278,965.27003663 units of Basic Attention Token (BAT) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD (23-FBI-003325);

132.    75.26530412 units of Numeraire (NMR) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD (23-FBI-003328);

133.    720.88398944 units of Litentry (LIT) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD (23-FBI-003330);

134.    2161.746383 units of Storj (STORJ) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD (23-FBI-003332);

135.    31,318.4272325 units of OMG Network (OMG) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD (23-FBI-003333);

136.    5,957.882489010 units of Dogecoin (DOGE) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD (23-FBI-003338);

137.    1371.927500 units of SingularityNET Token (AGIX) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD (23-FBI-003339);

138.    3,058.472 units of Viberate (VIB) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD (23-FBI-003341);

139.    26,104.4281127 units of 1inch (1INCH) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD (23-FBI-003343);

140.    26,107.75499159 units of Curve (CRV) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD (23-FBI-003354);

141.    8,505.87214 units of Celo (CELO) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD (23-FBI-003356);

142.    3,210.44538565 units of Decentraland (MANA) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD (23-FBI-003357);

143.    14,595.22985968 units of Synthetix Network Token (SNX) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD (23-FBI-003359);

144.    121.306489 units of Ocean Protocol (OCEAN) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD (23-FBI-003361);

145.    447,768.2573 units of DENT (DENT) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD (23-FBI-003364);

146.    12,376.43358062 units of OriginToken (OGN) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD (23-FBI-003367);

147.    5000.20657000 units of DigiByte (DGB) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD (23-FBI-003368);

148.    99.20866254 units of Gitcoin (GTC) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD (23-FBI-003372);

149.    272.9522 units of Fetch.AI (FET) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD (23-FBI-003375);

150.    289.1887458 units of MANTRA (OM) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD (23-FBI-003377);

151.    352.86674268 units of Loopring (LRC) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD (23-FBI-003378);

152.    62,427.26261 units of Algorand (ALGO) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD (23-FBI-005383);

153.    1,060.754544 units of Measurable Data Token (MDT) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD (23-FBI-005387);

154.    5,403.24231 units of IoTeX (IOTX) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD (23-FBI-005392);

155.    289.173565 units of Request Network (REQ) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD (23-FBI-005393);

156.    93,625.688081 units of Holo (HOT) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD (23-FBI-005394);

157.    521.557933 units of Pundi X (PUNDIX) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD (23-FBI-005395);

158.    1,209.144850 units of WOO Network (WOO) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD (23-FBI-005398);

159.    920,281.830480 units of Reserve Rights (RSR) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD (23-FBI-005435);

11

160.    99,511.908300 units of WAX (WAXP) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD (23-FBI-005436);

161.    20,679.332042 units of Enjin Coin (ENJ) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD (23-FBI-005437);

162.    597.74385218 units of Compound (COMP) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD (23-FBI-005439);

163.    115,566.408615 units of The Graph (GRT) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD (23-FBI-005442);

164.    184,889.132758 units of Chiliz (CHZ) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD (23-FBI-005443);

165.    247.62397951 units of Maker (MKR) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD (23-FBI-005458);

166.    3,332.52956029 units of Aave (AAVE) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD (23-FBI-005459);

167.    10,391.51391488 units of Balancer (BAL) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD (23-FBI-005461);

168.    98,591.64417196 units of ChainLink (LINK) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD (23-FBI-005472);

169.    6,481.84140775 units of Tezos (XTZ) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD (23-FBI-005473);

170.    328,471.759281 units of Nexo (NEXO) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD (23-FBI-005476);

171.    122,572.64205808 units of Polygon (MATIC) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD (23-FBI-005477);

172.    30,604.0636046 units of Cosmos (ATOM) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD (23-FBI-005478);

173.    146,149.04537535 units of Filecoin (FIL) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD (23-FBI-005479);

174.    2,654,127.825676 units of Fantom (FTM) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD (23-FBI-005480);

175.    31,341.27163278 units of Litecoin (LTC) formerly held in Binance.us account number 94086678 in the name of Alameda Research LTD (23-FBI-005481);

176.    A Bombardier Global 5000 BD-700-1A11 Aircraft Bearing Registration Number N410AT and Manufacturer Serial Number 9295, and related maintenance logs and engine logs, seized on or about February 21, 2023 (23-FBI-001919);

177.    An Embraer Legacy EMB-135BJ Aircraft Bearing Registration Number C6-BDE and Manufacturer Serial Number 14500967, seized on or about March 25, 2024 (24-FBI-003236);

178.    $7,274,998.60 in United States currency, formerly on deposit at Flagstar Bank, f/k/a "Signature Bank," held in account number 1504820218 at Signature Bank, held in the name of Samuel Bankman-Fried and Luk Wei Chan, seized on or about April 29, 2024 (24-FBI-003418);

179.    Any and all political contributions made by the Defendant that are proceeds traceable to the wire fraud and wire fraud conspiracy offenses charged in Counts One through Four of the Indictment or property involved in money laundering offense charged in Count Seven of the Indictment, including but not limited to:

a.    $9,756.20 in United States currency remitted to the Government on or about January 8, 2024, representing the contribution by the Defendant to the Alaska Democratic Party (23-FBI-002713);

b.    $2,900.00 in United States currency remitted to the Government on or about April 25, 2023, representing the contribution by the Defendant to Angie Craig for Congress (23-FBI-001770);

c.    $10,780.00 in United States currency remitted to the Government on or about January 8, 2024, representing the contribution by the Defendant to the Arizona Democratic Party (23-FBI-002959);

d.    $5,000.00 in United States currency remitted to the Government on or about April 13, 2023, representing the contribution by the Defendant to the Arkansas for Leadership Political Action Committee (PAC) (23-FBI-001772);

e.    $1,618.33 in United States currency remitted to the Government on or about March 24, 2023, representing the contribution by the Defendant to the AXNE PAC (Americans X-Pect New Energy) (23-FBI-001776);

f.    $2,900 in United States currency remitted to the Government on or about April 24, 2023, representing the contribution by the

13

Defendant to Becca Balint for Vermont (23-FBI-001779);

g.   $5,800.00 in United States currency remitted to the Government on or about March 28, 2023, representing the contribution by the Defendant to Ben Sasse for US Senate Inc. (23-FBI-001782);

h.   $87,417.89 in United States currency remitted to the Government on or about February 6, 2024, representing the contribution by the Defendant to Beto O'Rourke (23-FBI-002523);

i.   $2,800.00 in United States currency remitted to the Government on or about January 8, 2024, representing the contribution by the Defendant to Biden for President (23-FBI-002524);

j.   $5,000.00 in United States currency remitted to the Government on or about June 21, 2023, representing the contribution by the Defendant to the Blue Nevada PAC (23-FBI-001791);

k.   $5,800.00 in United States currency remitted to the Government on or about April 4, 2023, representing the contribution by the Defendant to Boozman for Arkansas (23-FBI-001794);

l.   $2,900.00 in United States currency remitted to the Government on or about April 13, 2023, representing the contribution by the Defendant to Brittany Pettersen for Colorado (23-FBI-001799);

m.   $9,756.20 in United States currency remitted to the Government on or about January 8, 2024, representing the contribution by the Defendant to the California Democratic Party (23-FBI-002857);

n.   $2,500.00 in United States currency remitted to the Government on or about March 20, 2023, representing the contribution by the Defendant to the CHC Bold PAC (23-FBI-001813);

o.   $2,900.00 in United States currency remitted to the Government on or about March 8, 2023, representing the contribution by the Defendant to the Chuy Garcia for Congress (23-FBI-001817);

p.   $5,800.00 in United States currency remitted to the Government on or about April 20, 2023, representing the contribution by the Defendant to the Citizens for Boyle (23-FBI-001818);

q.   $780.00 in United States currency remitted to the Government on or about January 8, 2024, representing the contribution by the Defendant to the Colorado Democratic Party (23-FBI-002530);

14

r.      $9,756.20 in United States currency remitted to the Government on or about January 8, 2024, representing the contribution by the Defendant to the Connecticut Democratic State Central Committee (23-FBI-002532);

s.      $2,900.00 in United States currency remitted to the Government on or about November 9, 2023, representing the contribution by the Defendant to Conole for Congress (23-FBI-002531);

t.      $5,700.00 in United States currency remitted to the Government on or about April 19, 20213 representing the contribution by the Defendant to Cory Booker for Senate (23-FBI-001831);

u.      $9,756.20 in United States currency remitted to the Government on or about January 8, 2024, representing the contribution by the Defendant to the DC Democratic Party (23-FBI-002533);

v.      $250,000.00 in United States currency remitted to the Government on or about April 19, 2023, representing the contribution by the Defendant to the DCCC (23-FBI-001838);

w.      $780.00 in United States currency remitted to the Government on or about January 8, 2024, representing the contribution by the Defendant to the Democratic Executive Committee of Florida (23-FBI-002863);

x.      $7,318.13 in United States currency remitted to the Government on or about January 8, 2024, representing the contribution by the Defendant to the Democratic Grassroots Victory Fund (23-FBI-002865);

y.      $9,756.20 in United States currency remitted to the Government on or about January 8, 2024, representing the contribution by the Defendant to the Democratic Party of Arkansas (23-FBI-002534);

z.      $9,756.20 in United States currency remitted to the Government on or about January 8, 2024, representing the contribution by the Defendant to the Democratic Party of Hawaii (23-FBI-002535);

aa.     $9,756.20 in United States currency remitted to the Government on or about January 8, 2024, representing the contribution by the Defendant to the Democratic Party of Illinois (23-FBI-002536);

15

bb.   $10,000.00 in United States currency remitted to the Government on or about January 8, 2024, representing the contribution by the Defendant to the Democratic Party of New Mexico-Federal (23-FBI-002867);

cc.   $9,756.19 in United States currency remitted to the Government on or about January 8, 2024, representing the contribution by the Defendant to the Democratic Party of South Carolina (23-FBI-002537);

dd.   $780.00 in United States currency remitted to the Government on or about January 8, 2024, representing the contribution by the Defendant to the Democratic Party of Virginia (23-FBI-002538);

ee.   $10,780.00 in United States currency remitted to the Government on or about January 8, 2024, representing the contribution by the Defendant to the Democratic Party of Wisconsin-Federal (23-FBI-002539);

ff.   $9,756.20 in United States currency remitted to the Government on or about January 8, 2024, representing the contribution by the Defendant to the Democratic State Central Committee of LA (23-FBI-002540);

gg.   $9,756.20 in United States currency remitted to the Government on or about January 8, 2024, representing the contribution by the Defendant to the Democratic State Committee (Delaware) (23-FBI-002541);

hh.   $250,000.00 in United States currency remitted to the Government on or about April 3, 2023, representing the contribution by the Defendant to the DMFI PAC (23-FBI-001848);

ii.   $400,500.00 in United States currency remitted to the Government on or about January 8, 2024, representing the contribution by the Defendant to the DNC Services Corp/Democratic National Committee (23-FBI-001849);

jj.   $2,900.00 in United States currency remitted to the Government on or about May 18, 2023, representing the contribution by the Defendant to Foushee for Congress (23-FBI-001866);

kk.    $2,900.00 in United States currency remitted to the Government on or about April 19, 2023, representing the contribution by the Defendant to Friends of Lucy McBath (23-FBI-001879);

ll.    $5,800.00 in United States currency remitted to the Government on or about March 28, 2023, representing the contribution by the Defendant to Gallego for Arizona (23-FBI-001887);

mm.    $10,780.00 in United States currency remitted to the Government on or about January 8, 2024, representing the contribution by the Defendant to the Georgia Federal Elections Committee (23-FBI-002589);

nn.    $2,900.00 in United States currency remitted to the Government on or about April 17, 2023, representing the contribution by the Defendant to Gillen for Congress (23-FBI-001891);

oo.    $5,800.00 in United States currency remitted to the Government on or about April 19, 2023, representing the contribution by the Defendant to Gillibrand for Senate (23-FBI-001892);

pp.    $5,000.00 in United States currency remitted to the Government on or about March 31, 2023, representing the contribution by the Defendant to the Granite Values PAC (23-FBI-002718);

qq.    $5,000.00 in United States currency remitted to the Government on or about March 28, 2023, representing the contribution by the Defendant to the Greater Opportunities for Leadership Development (Gold PAC) (23-FBI-001896);

rr.    $2,900.00 in United States currency remitted to the Government on or about April 19, 2023, representing the contribution by the Defendant to Haley Stevens for Congress (23-FBI-001904);

ss.    $5,800.00 in United States currency remitted to the Government on or about September 20, 2023, representing the contribution by the Defendant to Hoeven for Senate (23-FBI-002736);

tt.    $9,756.20 in United States currency remitted to the Government on or about January 8, 2024, representing the contribution by the Defendant to the Idaho State Democratic Party (23-FBI-002738);

uu.    $9,756.20 in United States currency remitted to the Government on or about January 8, 2024, representing the contribution by the Defendant to the Indiana Democratic Congressional Victory Committee (23-FBI-002739);

17

vv.    $9,756.20 in United States currency remitted to the Government on or about January 8, 2024, representing the contribution by the Defendant to the Iowa Democratic Party (23-FBI-002742);

ww.    $5,800.00 in United States currency remitted to the Government on or about April 17, 2023, representing the contribution by the Defendant to Jake Auchincloss for Congress (23-FBI-001917);

xx.    $2,900.00 in United States currency remitted to the Government on or about May 19, 2023, representing the contribution by the Defendant to Jasmine for US (23-FBI-001927);

yy.    $5,800.00 in United States currency remitted to the Government on or about April 19, 2023, representing the contribution by the Defendant to Jeffries for Congress (23-FBI-001931);

zz.    $5,000.00 in United States currency remitted to the Government on or about April 20, 2023, representing the contribution by the Defendant to Jersey Values PAC (23-FBI-001932);

aaa.    $2,900.00 in United States currency remitted to the Government on or about April 13, 2023, representing the contribution by the Defendant to Jim Costa for Congress (23-FBI-001933);

bbb.    $5,800.00 in United States currency remitted to the Government on or about November 28, 2023, representing the contribution by the Defendant to Joni for Iowa (23-FBI-001939);

ccc.    $2,900.00 in United States currency remitted to the Government on or about April 10, 2023, representing the contribution by the Defendant to Joseph Neguse for Congress (23-FBI-001999);

ddd.    $5,800.00 in United States currency remitted to the Government on or about April 20, 2023, representing the contribution by the Defendant to Josh Gottheimer for Congress (23-FBI-001941);

eee.    $2,900.00 in United States currency remitted to the Government on or about June 7, 2023, representing the contribution by the Defendant to Josh Harder for Congress (23-FBI-001942);

fff.    $2,900.00 in United States currency remitted to the Government on or about March 30, 2023, representing the contribution by the Defendant to Joyce Beatty (23-FBI-002873);

ggg.  $10,000.00 in United States currency remitted to the Government on or about January 8, 2024, representing the contribution by the Defendant to the Kansas Democratic Party (23-FBI-003559);

hhh.  $9,756.20 in United States currency remitted to the Government on or about January 8, 2024, representing the contribution by the Defendant to the Kentucky State Democratic Central Executive Committee (23-FBI-002875);

iii.  $5,800.00 in United States currency remitted to the Government on or about June 2, 2023, representing the contribution by the Defendant to Lisa Murkowski for US Senate (23-FBI-001957);

jjj.  $2,900.00 in United States currency remitted to the Government on or about March 28, 2023, representing the contribution by the Defendant to Lou Correa for Congress (23-FBI-001962);

kkk.  $5,800.00 in United States currency remitted to the Government on or about March 31, 2023, representing the contribution by the Defendant to Maggie for NH (23-FBI-002884);

lll.  $2,900.00 in United States currency remitted to the Government on or about March 17, 2023, representing the contribution by the Defendant to Maxwell Alejandro Frost for Congress (23-FBI-001979);

mmm. $2,900.00 in United States currency remitted to the Government on or about April 3, 2023, representing the contribution by the Defendant to Menendez for Congress (23-FBI-001981);

nnn.  $780.00 in United States currency remitted to the Government on or about January 8, 2024, representing the contribution by the Defendant to the Michigan Democratic State Central Committee (23-FBI-002888);

ooo.  $10,536.20 in United States currency remitted to the Government on or about January 8, 2024, representing the contribution by the Defendant to the Minnesota Democratic Farmer Labor Party (23-FBI-002889);

ppp.  $9,756.19 in United States currency remitted to the Government on or about January 8, 2024, representing the contribution by the Defendant to the Mississippi Democratic Party (23-FBI-002890);

qqq.  $9,756.19 in United States currency remitted to the Government on or about January 8, 2024, representing the contribution by the

Defendant to the Missouri Democratic State Committee (Federal) (23-FBI-002891);

rrr.    $9,756.19 in United States currency remitted to the Government on or about January 8, 2024, representing the contribution by the Defendant to the Montana Democratic Party (23-FBI-002892);

sss.    $2,900.00 in United States currency remitted to the Government on or about April 24, 2023, representing the contribution by the Defendant to Morgan McGarvey for Congress (23-FBI-001995);

ttt.    $10,780.00 in United States currency remitted to the Government on or about January 8, 2024, representing the contribution by the Defendant to the Nebraska Democratic Party (23-FBI-002914);

uuu.    $780.00 in United States currency remitted to the Government on or about January 8, 2024, representing the contribution by the Defendant to the Nevada State Democratic Party (23-FBI-002916);

vvv.    $780.00 in United States currency remitted to the Government on or about January 8, 2024, representing the contribution by the Defendant to the New Hampshire Democratic Party (23-FBI-002001);

www.    $ 9,756.19 in United States currency remitted to the Government on or about January 8, 2024, representing the contribution by the Defendant to the New Jersey Democratic State Committee (23-FBI-002917);

xxx.    $2,900.00 in United States currency remitted to the Government on or about April 19, 2023, representing the contribution by the Defendant to Nikki for Congress (23-FBI-002005);

yyy.    $10,780.00 in United States currency remitted to the Government on or about January 8, 2024, representing the contribution by the Defendant to the North Carolina Democratic Party (23-FBI-002918);

zzz.    $ 9,756.19 in United States currency remitted to the Government on or about January 8, 2024, representing the contribution by the Defendant to the North Dakota Democratic Nonpartisan League Party (23-FBI-002885);

aaaa.    $5,000.00 in United States currency remitted to the Government on or about April 19, 2023, representing the contribution by the Defendant to Off the Sidelines PAC (23-FBI-002007);

20

bbbb. $10,536.19 in United States currency remitted to the Government on or about January 8, 2024, representing the contribution by the Defendant to the Ohio Democratic Party (23-FBI-002921);

cccc. $ 9,756.19 in United States currency remitted to the Government on or about January 8, 2024, representing the contribution by the Defendant to the Oklahoma Democratic Party (23-FBI-002922);

dddd. $10,780.00 in United States currency remitted to the Government on or about January 8, 2024, representing the contribution by the Defendant to the Pennsylvania Democratic Party (23-FBI-002924);

eeee. $5,800.00 in United States currency remitted to the Government on or about April 18, 2023, representing the contribution by the Defendant to People for Patty Murray (23-FBI-002015);

ffff. $5,800.00 in United States currency remitted to the Government on or about May 5, 2023, representing the contribution by the Defendant to Pete Aguilar for Congress (23-FBI-002017);

gggg. $ 9,756.19 in United States currency remitted to the Government on or about January 8, 2024, representing the contribution by the Defendant to the Rhode Island Democratic State Committee (23-FBI-002926);

hhhh. $2,900.00 in United States currency remitted to the Government on or about April 25, 2023, representing the contribution by the Defendant to Robert Garcia for Congress (23-FBI-002033);

iiii. $2,900.00 in United States currency remitted to the Government on or about March 31, 2023, representing the contribution by the Defendant to Salud Carbajal for Congress (23-FBI-002037);

jjjj. $2,900.00 in United States currency remitted to the Government on or about March 30, 2023, representing the contribution by the Defendant to Sanford Bishop for Congress (23-FBI-002038);

kkkk. $5,800.00 in United States currency remitted to the Government on or about April 17, 2023, representing the contribution by the Defendant to Sean Patrick Maloney for Congress (23-FBI-002041);

llll. $5,00.00 in United States currency remitted to the Government on or about May 18, 2023, representing the contribution by the Defendant to Serving Our Country (SOC) PAC (23-FBI-002045);

mmmm. $2,900.00 in United States currency remitted to the Government on or about August 30, 2023, representing the contribution by the Defendant to Shontel Brown for Congress (23-FBI-002047);

nnnn. $9,756.19 in United States currency remitted to the Government on or about January 8, 2024, representing the contribution by the Defendant to the South Dakota Democratic Party-Federal (23-FBI-002936);

oooo. $5,800.00 in United States currency remitted to the Government on or about April 24, 2023, representing the contribution by the Defendant to Stabenow for US Senate (23-FBI-002937);

pppp. $9,756.20 in United States currency remitted to the Government on or about January 8, 2024, representing the contribution by the Defendant to the State Democratic Executive Committee of Alabama (23-FBI-002938);

qqqq. $5,000.00 in United States currency remitted to the Government on or about April 25, 2023, representing the contribution by the Defendant to Summit PAC (23-FBI-002941);

rrrr. $5,000.00 in United States currency remitted to the Government on or about April 20, 2023, representing the contribution by the Defendant to the Team Blue PAC (23-FBI-002946);

ssss. $9,756.19 in United States currency remitted to the Government on or about January 8, 2024, representing the contribution by the Defendant to the Tennessee Democratic Party (23-FBI-003134);

tttt. $10,780.00 in United States currency remitted to the Government on or about January 8, 2024, representing the contribution by the Defendant to the Texas Democratic Party (23-FBI-002947);

uuuu. $5,800.00 in United States currency remitted to the Government on or about April 18, 2023, representing the contribution by the Defendant to Tina Smith for Minnesota (23-FBI-002950);

vvvv. $2,900.00 in United States currency remitted to the Government on or about May 19, 2023, representing the contribution by the Defendant to Tom O'Halleran for Congress (23-FBI-003139);

wwww. $2,900.00 in United States currency remitted to the Government on or about April 20, 2023, representing the contribution by the Defendant to Torres for Congress (23-FBI-002951);

xxxx.   $9,756.19 in United States currency remitted to the Government on or about January 8, 2024, representing the contribution by the Defendant to the Utah State Democratic Committee (23-FBI-002953);

yyyy.   $5,000.00 in United States currency remitted to the Government on or about May 18, 2023, representing the contribution by the Defendant to the Valley First Leadership PAC (23-FBI-003143);

zzzz.   $9,752.21 in United States currency remitted to the Government on or about January 8, 2024, representing the contribution by the Defendant to the Vermont Democratic Party (23-FBI-002954);

aaaaa. $9,756.19 in United States currency remitted to the Government on or about January 8, 2024, representing the contribution by the Defendant to the W Va State Democratic Ex Com (23-FBI-002962);

bbbbb. $10,000.00 in United States currency remitted to the Government on or about January 8, 2024, representing the contribution by the Defendant to the Washington State Democratic Central Committee (23-FBI-003144);

ccccc. $2,900.00 in United States currency remitted to the Government on or about April 24, 2023, representing the contribution by the Defendant to Welch for Vermont (23-FBI-002963);

ddddd. $5,000.00 in United States currency remitted to the Government on or about June 7, 2023, representing the contribution by the Defendant to the Working Harder PAC (23-FBI-002964);

eeeee. $2,900.00 in United States currency remitted to the Government on or about May 18, 2023, representing the contribution by the Defendant to Wyden for Senate (23-FBI-003146);

fffff. $9,756.19 in United States currency remitted to the Government on or about January 8, 2024, representing the contribution by the Defendant to the Wyoming Democratic Party (23-FBI-008844);

ggggg. $6,000,000.00 in United States currency remitted to the Government on or about November 22, 2024, representing the contribution by the Defendant to the House Majority PAC (23-FBI-001914);

hhhhh. $5,800.00 in United States currency remitted to the Government on or about March 25, 2024, representing the contribution by the Defendant to Manchin for West Virginia (23-FBI-001968); and

iiii.    $5,800.00 in United States currency remitted to the Government on or about June 21, 2023, representing the contribution by the Defendant to Nevadans for Steven Horsford (23-FBI-002000);

180.    Any and all political contributions made by Ryan Salame that are proceeds traceable to the wire fraud and wire fraud conspiracy offenses charged in Counts One through Four of the Indictment or property involved in money laundering offense charged in Count Seven of the Indictment, including but not limited to:

a.    $2,900.00 in United States currency remitted to the Government on or about March 9, 2023, representing the contribution by Ryan Salame to the Abraham Lincoln PAC (23-FBI-001753);

b.    $5,000.00 in United States currency remitted to the Government on or about March 29, 2023, representing the contribution by Ryan Salame to the Americans for Legislating Excellence PAC (23-FBI-002628);

c.    $2,900.00 in United States currency remitted to the Government on or about June 2, 2023, representing the contribution by Ryan Salame to Andy Harris for Congress (23-FBI-003264);

d.    $2,900.00 in United States currency remitted to the Government on or about June 2, 2023, representing the contribution by Ryan Salame to August Pfluger for Congress (23-FBI-003149);

e.    $2,900.00 in United States currency remitted to the Government on or about April 28, 2023, representing the contribution by Ryan Salame to Ben Cline for Congress Inc. (23-FBI-001781);

f.    $2,900.00 in United States currency remitted to the Government on or about May 3, 2023, representing the contribution by Ryan Salame to Bilirakis for Congress (23-FBI-003285);

g.    $2,900.00 in United States currency remitted to the Government on or about June 1, 2023, representing the contribution by Ryan Salame to Bishop for Congress (23-FBI-003150);

h.    $5,800.00 in United States currency remitted to the Government on or about July 19, 2023, representing the contribution by Ryan Salame to Blake Masters for Senate (23-FBI-001790);

24

i.      $2,900.00 in United States currency remitted to the Government on or about May 18, 2023, representing the contribution by Ryan Salame to Boozman for Arkansas (23-FBI-003286);

j.      $2,900.00 in United States currency remitted to the Government on or about March 14, 2023, representing the contribution by Ryan Salame to Brian Fitzpatrick for All of Us (23-FBI-001796);

k.      $2,900.00 in United States currency remitted to the Government on or about March 10, 2023, representing the contribution by Ryan Salame to Bucshon for Congress (23-FBI-001800);

l.      $2,900.00 in United States currency remitted to the Government on or about March 30, 2023, representing the contribution by Ryan Salame to Buddy Carter for Congress (23-FBI-001801);

m.      $2,900.00 in United States currency remitted to the Government on or about March 20, 2023, representing the contribution by Ryan Salame to Chuck Edwards for Congress (23-FBI-001815);

n.      $2,900.00 in United States currency remitted to the Government on or about March 20, 2023, representing the contribution by Ryan Salame to Chuck Fleischmann for Congress Committee, Inc. (23-FBI-001816);

o.      $2,900.00 in United States currency remitted to the Government on or about March 21, 2023, representing the contribution by Ryan Salame to Citizens for John Rutherford (23-FBI-001819);

p.      $2,900.00 in United States currency remitted to the Government on or about May 1, 2023, representing the contribution by Ryan Salame to Citizens for Turner (23-FBI-003320);

q.      $2,900.00 in United States currency remitted to the Government on or about April 5, 2023, representing the contribution by Ryan Salame to Cole for Congress (23-FBI-001822);

r.      $5,000.00 in United States currency remitted to the Government on or about September 21, 2023, representing the contribution by Ryan Salame to the Dakota PAC (23-FBI-003164);

s.      $2,900.00 in United States currency remitted to the Government on or about March 20, 2023, representing the contribution by Ryan Salame to Dan Crenshaw for Congress (23-FBI-001836);

t.      $2,900.00 in United States currency remitted to the Government on or about April 28, 2023, representing the contribution by Ryan Salame to Dan Newhouse for Congress (23-FBI-001837);

u.      $2,900.00 in United States currency remitted to the Government on or about May 10, 2023, representing the contribution by Ryan Salame to Debbie Lesko for Congress (23-FBI-001839);

v.      $5,000.00 in United States currency remitted to the Government on or about March 6, 2023, representing the contribution by Ryan Salame to the Defend our Conservative Senate PAC (23-FBI-001841);

w.      $2,900.00 in United States currency remitted to the Government on or about April 11, 2023, representing the contribution by Ryan Salame to Dr. John Joyce for Congress (23-FBI-001850);

x.      $2,900.00 in United States currency remitted to the Government on or about March 31, 2023, representing the contribution by Ryan Salame to Eli Crane for Congress (23-FBI-001854);

y.      $2,900.00 in United States currency remitted to the Government on or about April 4, 2023, representing the contribution by Ryan Salame to Elise for Congress (23-FBI-001855);

z.      $5,000.00 in United States currency remitted to the Government on or about October 12, 2023, representing the contribution by Ryan Salame to the Free State PAC (23-FBI-003193);

aa.     $2,900.00 in United States currency remitted to the Government on or about May 8, 2023, representing the contribution by Ryan Salame to Friends for Chris Stewart (23-FBI-003298);

bb.     $2,900.00 in United States currency remitted to the Government on or about May 5, 2023, representing the contribution by Ryan Salame to Friends of Dave Joyce (23-FBI-001870);

cc.   $2,900.00 in United States currency remitted to the Government on or about April 5, 2023, representing the contribution by Ryan Salame to Gary Palmer for Congress (23-FBI-001889);

dd.   $2,900.00 in United States currency remitted to the Government on or about May 10, 2023, representing the contribution by Ryan Salame to Grassley Committee, Inc. (23-FBI-001895);

ee.   $2,900.00 in United States currency remitted to the Government on or about March 24, 2023, representing the contribution by Ryan Salame to Guthrie for Congress (23-FBI-001901);

ff.   $5,000.00 in United States currency remitted to the Government on or about May 10, 2023, representing the contribution by Ryan Salame to the Hawkeye PAC (23-FBI-003258);

gg.   $5,800.00 in United States currency remitted to the Government on or about September 20, 2023, representing the contribution by Ryan Salame to Hoeven for Senate (23-FBI-001911);

hh.   $2,900.00 in United States currency remitted to the Government on or about March 22, 2023, representing the contribution by Ryan Salame to Jeff Duncan for Congress (23-FBI-001929);

ii.   $2,900.00 in United States currency remitted to the Government on or about March 23, 2023, representing the contribution by Ryan Salame to Johnson for Congress (23-FBI-001937);

jj.   $2,900.00 in United States currency remitted to the Government on or about November 28, 2023, representing the contribution by Ryan Salame to Joni for Iowa (23-FBI-001940);

kk.   $2,900.00 in United States currency remitted to the Government on or about March 21, 2023, representing the contribution by Ryan Salame to Julia Letlow for Congress (23-FBI-001943);

ll.   $2,900.00 in United States currency remitted to the Government on or about May 18, 2023, representing the contribution by Ryan Salame to Karoline for Congress (23-FBI-001944);

mm.   $2,900.00 in United States currency remitted to the Government on or about March 31, 2023, representing the contribution by Ryan Salame to the Kay Granger Campaign Fund (23-FBI-001946);

nn.    $2,900.00 in United States currency remitted to the Government on or about March 21, 2023, representing the contribution by Ryan Salame to the Ken Calvert for Congress Committee (23-FBI-001948);

oo.    $2,900.00 in United States currency remitted to the Government on or about March 22, 2023, representing the contribution by Ryan Salame to Latta for Congress (23-FBI-001951);

pp.    $5,800.00 in United States currency remitted to the Government on or about April 21, 2023, representing the contribution by Ryan Salame to Lawler for Congress (23-FBI-003203);

qq.    $2,900.00 in United States currency remitted to the Government on or about June 2, 2023, representing the contribution by Ryan Salame to Laxalt for Senate (23-FBI-001953);

rr.    $5,800.00 in United States currency remitted to the Government on or about June 2, 2023, representing the contribution by Ryan Salame to Lisa Murkowski for US Senate (23-FBI-001958);

ss.    $1,000.00 in United States currency remitted to the Government on or about March 27, 2023, representing the contribution by Ryan Salame to Lori Chavez-Deremer for Congress (23-FBI-002665);

tt.    $5,800.00 in United States currency remitted to the Government on or about April 13, 2023, representing the contribution by Ryan Salame to Marc for Us Inc. (23-FBI-001969);

uu.    $2,900.00 in United States currency remitted to the Government on or about April 5, 2023, representing the contribution by Ryan Salame to Mario Diaz-Balart for Congress (23-FBI-001971);

vv.    $2,900.00 in United States currency remitted to the Government on or about May 9, 2023, representing the contribution by Ryan Salame to Mark Alford for Congress (23-FBI-003212);

ww.    $2,900.00 in United States currency remitted to the Government on or about April 28, 2023, representing the contribution by Ryan Salame to Max Miller for Congress (23-FBI-001977);

28

xx.    $1,500.00 in United States currency remitted to the Government on or about May 18, 2023, representing the contribution by Ryan Salame to Mike Flood for Congress (23-FBI-001984);

yy.    $2,900.00 in United States currency remitted to the Government on or about March 21, 2023, representing the contribution by Ryan Salame to Mike Garcia for Congress (23-FBI-001986);

zz.    $1,000.00 in United States currency remitted to the Government on or about April 13, 2023, representing the contribution by Ryan Salame to Monica for Congress (23-FBI-002667);

aaa.    $2,900.00 in United States currency remitted to the Government on or about April 5, 2023, representing the contribution by Ryan Salame to Moolenaar for Congress (23-FBI-001991);

bbb.    $2,900.00 in United States currency remitted to the Government on or about March 29, 2023, representing the contribution by Ryan Salame to Mooney for Congress 2022 (23-FBI-002689);

ccc.    $2,900.00 in United States currency remitted to the Government on or about October 12, 2023, representing the contribution by Ryan Salame to Moran for Kansas (23-FBI-001993);

ddd.    $2,900.00 in United States currency remitted to the Government on or about April 7, 2023, representing the contribution by Ryan Salame to Morgan Griffith for Congress (23-FBI-001994);

eee.    $1,000.00 in United States currency remitted to the Government on or about April 21, 2023, representing the contribution by Ryan Salame to the MVL-PAC (23-FBI-003242);

fff.    $73,000.00 in United States currency remitted to the Government on or about October 6, 2023, representing the contribution by Ryan Salame to the NRSC (23-FBI-003245);

ggg.    $36,500.00 in United States currency remitted to the Government on or about October 6, 2023, representing the contribution by Ryan Salame to the NRSC (23-FBI-003246);

hhh.    $25,000.00 in United States currency remitted to the Government on or about March 29, 2023, representing the contribution by Ryan Salame to the Republican National Committee (23-FBI-002028);

iii.   $10,694.70 in United States currency remitted to the Government on or about August 24, 2023, representing the contribution by Ryan Salame to Results for NC, Inc. (23-FBI-002029);

jjj.   $2,900.00 in United States currency remitted to the Government on or about March 28, 2023, representing the contribution by Ryan Salame to Robert Aderholt for Congress (23-FBI-002032);

kkk.   $5,800.00 in United States currency remitted to the Government on or about March 15, 2023, representing the contribution by Ryan Salame to Simpson for Congress (23-FBI-002049);

lll.   $2,900.00 in United States currency remitted to the Government on or about April 26, 2023, representing the contribution by Ryan Salame to Simpson for Congress (23-FBI-003365);

mmm.  $2,900.00 in United States currency remitted to the Government on or about April 13, 2023, representing the contribution by Ryan Salame to Team Herschel, Inc. (23-FBI-002673);

nnn.   $2,900.00 in United States currency remitted to the Government on or about April 3, 2023, representing the contribution by Ryan Salame to Tim Scott for Senate (23-FBI-002675);

ooo.   $2,900.00 in United States currency remitted to the Government on or about October 12, 2023, representing the contribution by Ryan Salame to Tony Gonzales for Congress (23-FBI-002677);

ppp.   $2,900.00 in United States currency remitted to the Government on or about May 10, 2023, representing the contribution by Ryan Salame to Van Drew for Congress (23-FBI-003262);

qqq.   $2,900.00 in United States currency remitted to the Government on or about May 10, 2023, representing the contribution by Ryan Salame to Walberg for Congress (23-FBI-003373);

rrr.   $2,900.00 in United States currency remitted to the Government on or about June 2, 2023, representing the contribution by Ryan Salame to Wenstrup for Congress (23-FBI-003406);

sss.   $3,700.00 in United States currency remitted to the Government on or about April 13, 2023, representing the contribution by Ryan

30

Salame to the West Virginia Republican Party, Inc. (23-FBI-002695);

ttt.  $5,800.00 in United States currency remitted to the Government on or about March 23, 2023, representing the contribution by Ryan Salame to Zeldin for Congress (23-FBI-002678); and

uuu.  $60,829.00 in United States currency remitted to the Government on or about March 23, 2023, representing the contribution by Ryan Salame to Zeldin for Governor (23-FBI-003655);

vvv.  $2,900.00 in United States currency remitted to the Government on or about June 2, 2023, representing the contribution by Ryan Salame to Clyde for Congress, Inc (23-FBI-003159);

181.  Any and all political contributions made by Nishad Singh that are proceeds traceable to the wire fraud and wire fraud conspiracy offenses charged in Counts One through Four of the Indictment or property involved in money laundering offense charged in Count Seven of the Indictment, including but not limited to:

a.  $2,500.00 in United States currency remitted to the Government on or about April 26, 2023, representing the contribution by Nishad Singh to the America Needs New Innovation and Energy PAC (23-FBI-003309);

b.  $2,900.00 in United States currency remitted to the Government on or about May 19, 2023, representing the contribution by Nishad Singh to Anna Eshoo for Congress (23-FBI-003319);

c.  $2,500.00 in United States currency remitted to the Government on or about March 29, 2023, representing the contribution by Nishad Singh to the Athena PAC (23-FBI-001775);

d.  $2,900.00 in United States currency remitted to the Government on or about July 6, 2023, representing the contribution by Nishad Singh to Barragan for Congress (23-FBI-003324);

e.  $2,900.00 in United States currency remitted to the Government on or about May 22, 2023, representing the contribution by Nishad Singh to Bennie Thompson for Congress (23-FBI-003399);

f.      $2,500.00 in United States currency remitted to the Government on or about June 12, 2023, representing the contribution by Nishad Singh to Blue Majority PAC (23-FBI-003331);

g.      $2,900.00 in United States currency remitted to the Government on or about June 26, 2023, representing the contribution by Nishad Singh to Bob Casey for Senate (23-FBI-005670);

h.      $2,900.00 in United States currency remitted to the Government on or about May 3, 2023, representing the contribution by Nishad Singh to Bonnie Watson Coleman for Congress (23-FBI-003335);

i.      $2,900.00 in United States currency remitted to the Government on or about May 10, 2023, representing the contribution by Nishad Singh to Caraveo for Congress (23-FBI-003347);

j.      $2,900.00 in United States currency remitted to the Government on or about May 1, 2023, representing the contribution by Nishad Singh to Cartwright for Congress (23-FBI-003350);

k.      $2,700.00 in United States currency remitted to the Government on or about March 28, 2023, representing the contribution by Nishad Singh to Casten for Congress (23-FBI-001809);

l.      $2,900.00 in United States currency remitted to the Government on or about March 29, 2023, representing the contribution by Nishad Singh to Castor for Congress (23-FBI-001810);

m.      $2,900.00 in United States currency remitted to the Government on or about April 28, 2023, representing the contribution by Nishad Singh to Chris Pappas for Congress (23-FBI-003360);

n.      $2,900.00 in United States currency remitted to the Government on or about April 21, 2023, representing the contribution by Nishad Singh to Clarke for Congress (23-FBI-003362);

o.      $2,900.00 in United States currency remitted to the Government on or about May 22, 2023, representing the contribution by Nishad Singh to Cleaver for Congress that have been returned to the Government (23-FBI-003382);

p.      $5,000.00 in United States currency remitted to the Government on or about May 11, 2023, representing the contribution by Nishad Singh to the Committee for a Democratic Future (23-FBI-003384);

q.    $2,900.00 in United States currency remitted to the Government on or about October 19, 2023, representing the contribution by Nishad Singh to Conole for Congress (23-FBI-001828);

r.    $5,000.00 in United States currency remitted to the Government on or about May 5, 2023, representing the contribution by Nishad Singh to the Country Roads PAC (23-FBI-003389);

s.    $2,900.00 in United States currency remitted to the Government on or about June 1, 2023, representing the contribution by Nishad Singh to Debbie Dingell for Congress (23-FBI-003404);

t.    $2,500.00 in United States currency remitted to the Government on or about October 18, 2023, representing the contribution by Nishad Singh to the Doing Right – Results Action Unity leadership PAC (23-FBI-003411);

u.    $2,900.00 in United States currency remitted to the Government on or about May 26, 2023, representing the contribution by Nishad Singh to Donald Payne Jr. for Congress (23-FBI-003415);

v.    $2,900.00 in United States currency remitted to the Government on or about My 10, 2023, representing the contribution by Nishad Singh to Dr. Kim Schrier for Congress (23-FBI-003417);

w.    $2,900.00 in United States currency remitted to the Government on or about October 6, 2023, representing the contribution by Nishad Singh to Dr. Raul Ruiz for Congress (23-FBI-003418);

x.    $36,500.00 in United States currency remitted to the Government on or about March 13, 2023, representing the contribution by Nishad Singh to the DSCC (23-FBI-001851);

y.    $2,900.00 in United States currency remitted to the Government on or about May 4, 2023, representing the contribution by Nishad Singh to Dutch for Congress (23-FBI-003419);

z.    $2,900.00 in United States currency remitted to the Government on or about July 6, 2023, representing the contribution by Nishad Singh to Elissa Slotkin for Congress (23-FBI-003423);

aa.    $2,900.00 in United States currency remitted to the Government on or about May 19, 2023, representing the contribution by Nishad Singh to Elizabeth Pannill Fletcher for Congress (23-FBI-003425);

bb.    $5,000.00 in United States currency remitted to the Government on or about April 27, 2023, representing the contribution by Nishad Singh to the Fair Shot PAC (23-FBI-003390);

cc.    $5,000.00 in United States currency remitted to the Government on or about May 17, 2023, representing the contribution by Nishad Singh to Follow the North Star (23-FBI-003398);

dd.    $5,000.00 in United States currency remitted to the Government on or about April 19, 2023, representing the contribution by Nishad Singh to the Forward Together PAC (23-FBI-001865);

ee.    $2,900.00 in United States currency remitted to the Government on or about October 4, 2023, representing the contribution by Nishad Singh to Friends of Dan Kildee (23-FBI-003401);

ff.    $2,900.00 in United States currency remitted to the Government on or about May 11, 2023, representing the contribution by Nishad Singh to Friends of Rosa DeLauro (23-FBI-003408);

gg.    $2,900.00 in United States currency remitted to the Government on or about May 10, 2023, representing the contribution by Nishad Singh to Friends of Schumer (23-FBI-003410);

hh.    $2,500.00 in United States currency remitted to the Government on or about April 26, 2023, representing the contribution by Nishad Singh to the Getting Stuff Done PAC (23-FBI-003413);

ii.    $2,900.00 in United States currency remitted to the Government on or about March 28, 2023, representing the contribution by Nishad Singh to Greg Casar for Congress (23-FBI-001897);

jj.    $2,900.00 in United States currency remitted to the Government on or about April 26, 2023, representing the contribution by Nishad Singh to Hoyer for Congress (23-FBI-003416);

kk.    $2,900.00 in United States currency remitted to the Government on or about April 18, 2023, representing the contribution by Nishad Singh to Jeff Jackson for Congress (23-FBI-001930);

ll.    $2,900.00 in United States currency remitted to the Government on or about May 16,2023, representing the contribution by Nishad Singh to Jeffries for Congress (23-FBI-003437);

mm.    $2,900.00 in United States currency remitted to the Government on or about June 13, 2023, representing the contribution by Nishad Singh to Kaine for Virginia (23-FBI-003445);

nn.  $2,900.00 in United States currency remitted to the Government on or about May 18, 2023, representing the contribution by Nishad Singh to Keep Al Green in Congress (23-FBI-003446);

oo.  $5,000.00 in United States currency remitted to the Government on or about April 18, 2023, representing the contribution by Nishad Singh to the Keystone America PAC (23-FBI-001950);

pp.  $2,900.00 in United States currency remitted to the Government on or about May 2, 2023, representing the contribution by Nishad Singh to Kuster for Congress, Inc. (23-FBI-003480);

qq.  $2,500.00 in United States currency remitted to the Government on or about April 20, 2023, representing the contribution by Nishad Singh to the Leadership Opportunity, Innovation Service PAC – LOIS PAC (23-FBI-001954);

rr.  $2,500.00 in United States currency remitted to the Government on or about May 18, 2023, representing the contribution by Nishad Singh to the Leading People forward PAC (23-FBI-003482);

ss.  $2,900.00 in United States currency remitted to the Government on or about April 18, 2023, representing the contribution by Nishad Singh to Lois Frankel for Congress (23-FBI-001960);

tt.  $2,900.00 in United States currency remitted to the Government on or about April 17, 2023, representing the contribution by Nishad Singh to Lori Trahan for Congress Committee (23-FBI-001961);

uu.  $2,500.00 in United States currency remitted to the Government on or about July 6, 2023, representing the contribution by Nishad Singh to the Luchadora PAC (23-FBI-003542);

vv.  $2,900.00 in United States currency remitted to the Government on or about June 12, 2023, representing the contribution by Nishad Singh to Mark Pocan for Congress (23-FBI-003484);

ww.  $2,900.00 in United States currency remitted to the Government on or about July 5, 2023, representing the contribution by Nishad Singh to Matsui for Congress (23-FBI-001976);

xx.  $2,900.00 in United States currency remitted to the Government on or about April 21, 2023, representing the contribution by Nishad Singh to Montanans for Tester (23-FBI-001990);

yy.  $4,697.31 in United States currency remitted to the Government on or about December 14, 2023, representing the contribution by

Nishad Singh to the Moving Broward forward PAC (23-FBI-001996);

zz.     $2,900.00 in United States currency remitted to the Government on or about May 18, 2023, representing the contribution by Nishad Singh to Nancy Pelosi for Congress (23-FBI-003490);

aaa.    $5,000.00 in United States currency remitted to the Government on or about May 5, 2023, representing the contribution by Nishad Singh to the Narragansett Bay PAC (23-FBI-003492);

bbb.    $10,400.00 in United States currency remitted to the Government on or about October 10, 2023, representing the contribution by Nishad Singh to New Mexicans for Michelle (23-FBI-004871);

ccc.    $5,000.00 in United States currency remitted to the Government on or about May 18, 2023, representing the contribution by Nishad Singh to the PAC to the Future (23-FBI-003496);

ddd.    $2,900.00 in United States currency remitted to the Government on or about May 5, 2023, representing the contribution by Nishad Singh to Pete Aguilar for Congress (23-FBI-004612);

eee.    $2,900.00 in United States currency remitted to the Government on or about August 9, 2023, representing the contribution by Nishad Singh to Peters for Michigan (23-FBI-003434);

fff.    $500,000.00 in United States currency remitted to the Government on or about April 21, 2023, representing the contribution by Nishad Singh to Priorities USA Action (23-FBI-002021);

ggg.    $2,900.00 in United States currency remitted to the Government on or about April 24, 2023, representing the contribution by Nishad Singh to Quigley for Congress (23-FBI-003522);

hhh.    $2,900.00 in United States currency remitted to the Government on or about June 7, 2023, representing the contribution by Nishad Singh to Robin Kelly for Congress (23-FBI-003524);

iii.    $2,500.00 in United States currency remitted to the Government on or about July 5, 2023, representing the contribution by Nishad Singh to the SAC PAC (23-FBI-002036);

jjj.    $2,900.00 in United States currency remitted to the Government on or about April 27, 2023, representing the contribution by Nishad Singh to Schatz for Senate (23-FBI-003527);

kkk.    $2,900.00 in United States currency remitted to the Government on or about August 30, 2023, representing the contribution by Nishad Singh to Shaheen for Senate (23-FBI-006371);

lll.    $2,900.00 in United States currency remitted to the Government on or about May 10, 2023, representing the contribution by Nishad Singh to Sinema for Arizona (23-FBI-004451);

mmm.    $2,500.00 in United States currency remitted to the Government on or about April 21, 2023, representing the contribution by Nishad Singh to the Treasure State PAC (23-FBI-002618);

nnn.    $2,900.00 in United States currency remitted to the Government on or about April 14, 2023, representing the contribution by Nishad Singh to Val Hoyle for Congress (23-FBI-002619);

ooo.    $5,000.00 in United States currency remitted to the Government on or about July 5, 2023, representing the contribution by Nishad Singh to the Velvet Hammer PAC (23-FBI-003551);

ppp.    $2,500.00 in United States currency remitted to the Government on or about May 22, 2023, representing the contribution by Nishad Singh to the Visionary PAC (23-FBI-003555);

qqq.    $2,500.00 in United States currency remitted to the Government on or about June 1, 2023, representing the contribution by Nishad Singh to the Wolverine PAC (23-FBI-003556);

rrr.    $2,900.00 in United States currency remitted to the Government on or about June 2, 2023, representing the contribution by Nishad Singh to Gabe Vasquez for Congress (23-FBI-003412);

sss.    $2,900.00 in United States currency remitted to the Government on or about April 9, 2024, representing the contribution by Nishad Singh to Spanberger for Congress (23-FBI-003438);

ttt.    $5,000.00 in United States currency remitted to the Government on or about April 26, 2024, representing the contribution by Nishad Singh to AMERIPAC (23-FBI-003316);

uuu.    $5,000.00 in United States currency remitted to the Government on or about May 2, 2023, representing the contribution by Nishad Singh to the Hawaii PAC (23-FBI-003414);

37