

1140 Avenue of the Americas, 17th Floor, New York, NY 10036
phone: 212-257-4880
www.shapiroarato.com

Alexandra A.E. Shapiro
ashapiro@shapiroarato.com
Direct: 212-257-4881

April 7, 2025

The Honorable Lewis A. Kaplan
Daniel Patrick Moynihan
United States Courthouse
Courtroom 21B
500 Pearl Street
New York, NY 10007-1312

   *Re:* **United States v. Samuel Bankman-Fried**
      **Case No. 22-CR-673**

Dear Judge Kaplan:

  We represent Samuel Bankman-Fried in connection with his appeal, and respectfully submit this letter on behalf of his parents, Alan J. Bankman and Barbara H. Fried. In December 2022, in order to secure an Appearance Bond for his pre-trial release in the above-referenced case, Mr. Bankman-Fried's parents, pledged their home at 743 Cooksey Lane, in Stanford, California, 94305 (the "Bankman/Fried Residence"). A copy of the Appearance Bond is attached as Exhibit A. On January 4, 2023, a Short Form Deed of Trust, which served as a mortgage lien on the property, was forwarded to the Clerk's Office for the Northern District of California for signature and filing which was done on January 11, 2023. A copy of the Short Form Deed of Trust is attached as Exhibit B.

  As the Court is of course aware, prior to trial, in August 2023, Mr. Bankman-Fried's bail was revoked, and he was incarcerated. After his conviction, the Court sentenced Mr. Bankman-Fried on March 29, 2024, and he is currently serving his term of imprisonment. The Appearance Bond at page 2 provides for the "Release of the Bond. The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence." Therefore, because Mr. Bankman-Fried is serving his sentence of imprisonment the security, or in this instance the Bankman/Fried residence, should be released.

  On March 27, 2025, upon our request, the United States Attorney's Office for the Southern District of New York executed and filed a Satisfaction of Judgment, effectively releasing the Bankman/Fried Residence as collateral securing the Appearance Bond. A copy of the Satisfaction of Judgment is attached as Exhibit C. Notwithstanding the Satisfaction of Judgment, the Clerk's Office for the Northern District of California, however, has advised that it will not reconvey the property to Mr. Bankman and Ms. Fried without an Order from this Court

The Honorable Lewis A. Kaplan
April 7, 2025

releasing the property as collateral for the Appearance Bond. Therefore, on behalf of Mr. Bankman and Ms. Fried we respectfully request that Your Honor sign the enclosed proposed Order which directs the Northern District of California's Clerk's Office to reconvey the Bankman/Fried Residence to them.

    We have spoken with the Assistant United States Attorney in the Southern District of New York assigned to this case, and the Office has no objection to the Order.

    Thank you for consideration of this request.

                              Respectfully submitted,

                              /s/ Alexandra A.E. Shapiro
                              Alexandra A.E. Shapiro

Enclosures