March 16th, 2026



RECEIVED

MAR 1 9 2026

JUDGE KAPLAN'S CHAMBERS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-19-26

22-CR-673

Dear Judge Kaplan:

I am writing to request that the deadline for my response to the government's reply brief in my Rule 33 motion be extended until April 16th, one month from now.

I will likely be moved out of Terminal Island sometime this week (of March 16th) as it continues its closure. However, I do not know as of today what form my transport will take, or how long until I arrive at my next prison. When I was originally transported to California, I spent approximately one month without any meaningful access to my legal work, counsel, or ability to communicate with the court; BOP transport centers routinely place inmates in solitary confinement for 23-24 hours per day and rarely respond to requests for legal calls. As such, I may not be able to do any work on my response brief until I arrive at my next prison and finish intake processing there. To deal with those contingencies, I am requesting that the deadline for filing my response be extended to April 16th, 2026, one month from now, pending further updates to my situation.


Respectfully submitted,

/s/ Samuel Bankman-Fried

Defendant, pro se

FCI Terminal Island

San Pedro, CA

S. Bankman-Fried
Terminal Island DOC
San Pedro, CA

Judge Lewis Kaplan
US Courthouse
500 Pearl St
NY NY 10007-1312

USDNY

ORIGIN ID:HGTA   (650) 422-0746
S. BANKMAN-FRIED

TERMINAL ISLAND DOC

SAN PEDRO, CA 90731
UNITED STATES US

SHIP DATE: 17MAR26
ACTWGT: 0.10 LB
CAD: 6571938/ROSA2710

TO  **JUDGE LEWIS KAPLAN**
**US COURTHOUSE**
**500 PEARL STREET**

**NEW YORK CITY NY 10007**
(000) 000-0000          REF:
INV:
PO:                                    DEPT:



**FedEx**
Express



REL#
3785346

TRK#
0201  **8897 0865 5054**

**WED – 18 MAR 5:00P**
**STANDARD OVERNIGHT**

**10007**
NY-US  **EWR**

# Envelope XA PCTA

## Recycle me