

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

March 22, 2026

Honorable Lewis A. Kaplan
United States District Judge
500 Pearl Street
New York, NY 10007-1312

      Re:    *United States v. Samuel Bankman-Fried*, 22 Cr. 673 (LAK)

Dear Judge Kaplan:

      The Government does not object to a reasonable extension for the filing of the defendant's reply in support of his motion for a new trial, and defers to the Court as to the appropriate amount of time.

      That said, there is reason to doubt that the March 16, 2019 letter purportedly submitted by the defendant was in fact sent by him. (*See* Dkt. 590). The letter was sent to Chambers by FedEx, but according to the Federal Bureau of Prisons, by Program Statement 5800.16, inmates are not permitted to send mail via FedEx or other private carriers. Moreover, we note that while the letter's envelope indicates it was sent by "S. Bankman-Fried" at "Terminal Island DOC, San Pedro, CA 90731," the BOP facility at Terminal Island is a Federal Correctional Institution (FCI), not a "DOC," which is an acronym for a California Department of Corrections facility. And while the return address information suggests it was sent from "San Pedro," where the facility is located, the FedEx tracking information for the package shows that it was picked up and shipped from Palo Alto or Menlo Park in California.[1] Finally, the letter is signed with an "/s/" and not the defendant's actual signature.

                                          Respectfully submitted,

                                          JAY CLAYTON
                                          United States Attorney

by: _____
                                        Nicolas Roos
                                        Thane Rehn
                                        Danielle Kudla
                                        Assistant United States Attorneys

---

[1] https://www.fedex.com/fedextrack/?trknbr=889708655054&trkqual=2461117000~889708655054~FX