UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-23-26

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

-against-                                          22-cr-0673 (LAK)

SAMUEL BANKMAN-FRIED,

                        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

  The Court *sua sponte* extends the time within which defendant shall file any reply to the government's opposition to the new trial motion to and including April 13, 2026.

  SO ORDERED.

Dated:  March 23, 2026

                Lewis A. Kaplan
              United States District Judge