**DOCKET**
22-CR-673

Dear Judge Kaplan:

I am writing to respond to your Memorandum Order of march 23, 2026, requesting me to state whether an attorney wrote either my rule 33 motion or supporting memorandum "in whole or in substantial part." (I am assuming that the inclusion of Mr. Chapsky's accompanying Affidavit was inadvertent, as I neither wrote nor purported to write that.)

I conceived of the Rule 33 Motion, formulated the arguments, drafted multiple versions of it myself, and did the bulk of the legal research while I was at MDC Brooklyn and had better access to legal materials as well as a word processor. You asked about the three attorneys of record in other stages of this case; none of them had any significant input into the Rule 33 Motion. I have not discussed it with them or shared any drafts with them. Mr. Mukasey and Ms. Young only represented me in the sentencing phase, and no longer do so. While Ms. Shapiro is still representing me on my appeal, she is not representing me on this matter and I have not consulted her on it. I also shared drafts with my parents, Barbara Fried and Joe Bankman. They made editorial and organizational suggestions, some of which I incorporated into the motion. They also helped print it, as I no longer had access to a word processor. I also shared earlier drafts with a New York attorney who was originally hired to represent me on the Rule 33 Motion before I decided to represent myself; they had no significant input into the ultimate motion.

I am the ultimate author of the documents and wrote the bulk of them myself, but can't comment on how you will ultimately interpret the standard in practice.

As I have had to focus on responding to these questions rather than drafting a response to the prosecution's opposition, and because I do not believe I will get a fair hearing on this topic in front of you, I am now requesting to withdraw the Rule 33 motion, without prejudice to renewing it after my direct appeal and the related request for reassignment have been ruled upon.

Finally, I am the author of this letter, but did consult with my parents about it, since it concerns both of them.

/s/ Sam Bankman-Fried
pro se
2026-04-13
Lompoc, CA

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-22-26



RECEIVED
APR 2 1 2026
JUDGE KAPLAN'S CHAMBERS



Name: Samuel Bankman-fried

Reg. No.: 37244-510

Federal Correctional Institution
3600 Guard Road
Lompoc, CA 93436-2705

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4-22-26

SANTA BARBARA CA   931
15 APR 2026   PM 2  L

⇔37244-510⇔
Lewis Kaplan
500 Pearl ST
NEW YORK, NY 10007
United States

RECEIVED
APR 2 1 2026
JUDGE KAPLAN'S CHAMBERS

10007-131699